IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MEADOWS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG, *et al.*,<br><br>*Defendants*. | Civil Action No. 22-cv-01128 |

**NOTICE OF SPECIAL APPEARANCE**

Pursuant to Local Rule 83.1(d), please take notice of the special appearance of Michael B. Eisenkraft of Cohen Milstein Sellers & Toll PLLC as counsel of record for all Plaintiffs in the above-captioned civil action.

Mr. Eisenkraft certifies that he is an active member in good standing of the State of New York Bar. Mr. Eisenkraft agrees that, by entering an appearance, he will be responsible for ensuring the presence of an attorney who is familiar with this case and has authority to control the litigation at all conferences, hearings, trials and other proceedings; and that, he submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the litigation in the above-captioned civil action for which he is specially appearing.

Mr. Eisenkraft is appearing in the above-captioned civil action in association with Jay J. Chaudhuri of Cohen Milstein Sellers & Toll PLLC. Mr. Chaudhuri is an active member

1

in good standing of the bar of this Court.  Mr. Chaudhuri certifies that he will remain responsible to this Court for the conduct of the litigation and acknowledges that he must sign all pleadings and papers, except for certificates of service.  Mr. Chaudhuri further certifies he will be present during pretrial conferences, potentially dispositive proceedings, and at trial.

Dated: January 3, 2023

Respectfully submitted,

/s/ *Michael B. Eisenkraft*
Michael B. Eisenkraft
Cohen Milstein Sellers & Toll PLLC
88 Pine Street, 14th Floor
New York, New York  10005
Telephone (212) 838-7797
Facsimile (212) 838-7745
meisenkraft@cohenmilstein.com

Jay J. Chaudhuri
N.C. State Bar No. 27747
Cohen Milstein Sellers & Toll PLLC
50 Fayetteville St., Suite 980
Raleigh, NC  27601
Telephone (919) 890-0560
Facsimile (919) 890-0567
jchaudhuri@cohenmilstein.com

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I, Michael B. Eisenkraft, hereby certify that on January 3, 2023, I electronically filed the foregoing NOTICE OF SPECIAL APPEARANCE with the Clerk of the Court using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

/s/ *Michael B. Eisenkraft*
Michael B. Eisenkraft
Cohen Milstein Sellers & Toll PLLC
88 Pine Street, 14th Floor
New York, New York 10005
Telephone: 212-838-7797
Facsimile: 212-838-7745
meisenkraft@cohenmilstein.com