# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TEXAS, and STATE OF WISCONSIN, <br><br> Plaintiffs, <br><br> v. <br><br> SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC., <br><br> Defendants. | Case No. 22-cv-828 <br><br> **[PROPOSED] ORDER GRANTING MOTION TO FILE PORTIONS OF THE COMPLAINT TEMPORARILY UNDER SEAL** |

Upon consideration of Plaintiff Federal Trade Commission's Motion to File Portions of the Complaint Temporarily Under Seal, it is hereby ORDERED that the Motion is GRANTED and it is further ORDERED that:

the material that has been redacted in the publicly-filed version of the Complaint in this action shall remain under seal for fourteen days following the entry of this Order or until the Court resolves any further motion to seal that may be filed with respect to such material, whichever is later;

any person seeking to extend the duration of sealing of material in the Complaint that has been temporarily sealed pursuant to this Order shall file a response, including materials required by LR 5.4(c)(3), within fourteen days of the entry of this Order;

1

Plaintiff Federal Trade Commission shall, as soon as practicable, provide notice of this Order to any person whose information in the Complaint has been temporarily sealed pursuant to this Order.

SO ORDERED.

Dated: _____

UNITED STATES DISTRICT JUDGE

2

Case 1:22-cv-00828-TDS-JEP   Document 2-1   Filed 09/29/22   Page 2 of 2