# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| FEDERAL TRADE COMMISSION, ET AL. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:22-cv-00828 |
| SYNGENTA CROP PROTECTION AG, ET AL. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Trade Commission.

Date:   10/04/2022

/s/ Wesley G. Carson
*Attorney's signature*

Wesley G. Carson (DC Bar - 1009899)
*Printed name and bar number*

Federal Trade Commission
Bureau of Competition
400 7th Street, SW
Washington, DC 20024
*Address*

wcarson@ftc.gov
*E-mail address*

(202) 326-3743
*Telephone number*

(202) 326-3496
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TEXAS, and STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC.,<br><br>Defendants. | Case No. 1:22-cv-00828 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and have verified that such filing was sent electronically using the CM/ECF system, and I hereby certify that the document will be sent to the following non-CM/ECF participants via email:

Ronan P. Harty
Paul Mishkin
Jesse Solomon
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
ronan.harty@davispolk.com
paul.mishkin@davispolk.com
jesse.solomon@davispolk.com

1

*Attorneys for Defendants Syngenta Crop Protection AG; Syngenta Corporation; and Syngenta Crop Protection, LLC in the FTC's pre-Complaint investigation*

David R. Marriott
Christine A. Varney
Margaret T. Segall
Jesse M. Weiss
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
dmarriott@cravath.com
cvarney@cravath.com
msegall@cravath.com
jweiss@cravath.com

*Attorneys for Defendant Corteva, Inc. in the FTC's pre-Complaint investigation*

ROB BONTA
KATHLEEN E. FOOTE
NATALIE MANZO
NICOLE S. GORDON
California Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94610
Telephone: (415) 510-4400
Email: nicole.gordon@doj.ca.gov

*Attorneys for Plaintiff State of California*
*Notice of Special Appearance forthcoming*


PHILIP J. WEISER
JAN M. ZAVISLAN
CARLA J. BAUMEL
CONOR J. MAY
Colorado Department of Law
Office of the Attorney General
Ralph L. Carr Judicial Center
1300 Broadway, 7th Floor
Denver, CO 80203
Telephone: (720) 508-6000
Email: Jan.Zavislan@coag.gov
    Carla.Baumel@coag.gov

Conor.May@coag.gov

*Attorneys for Plaintiff State of Colorado*
*Notice of Special Appearance forthcoming*


KWAME RAOUL
PAUL J. HARPER
Office of the Illinois Attorney General
100 W. Randolph Street
Chicago, IL 60601
Telephone: (312) 814-3000
Email: paul.harper@ilag.gov

*Attorneys for Plaintiff State of Illinois*
*Notice of Special Appearance forthcoming*


THEODORE E. ROKITA
MATTHEW MICHALOSKI
SCOTT BARNHART
Office of the Indiana Attorney General
Indiana Government Center South – 5th Fl.
302 W. Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 234-1479
Email: matthew.michaloski@atg.in.gov
　　　　scott.barnhart@atg.in.gov

*Attorneys for Plaintiff State of Indiana*
*Notice of Special Appearance forthcoming*


TOM MILLER
NOAH GOERLITZ
BRYCE PASHLER
Office of the Iowa Attorney General
1305 E. Walnut St.
Des Moines, IA 50319
Telephone: (515) 725-1018
Email: noah.goerlitz@ag.iowa.gov
　　　　bryce.pashler@ag.iowa.gov

*Attorneys for Plaintiff State of Iowa*
*Notice of Special Appearance forthcoming*


KEITH ELLISON
JAMES W. CANADAY
KATHERINE MOERKE
JASON PLEGGENKUHLE
ELIZABETH ODETTE
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Telephone: (651) 296-3353
Email: james.canaday@ag.state.mn.us
      katherine.moerke@ag.state.mn.us
      jason.pleggenkuhle@ag.state.mn.us
      elizabeth.odette@ag.state.mn.us

*Attorneys for Plaintiff State of Minnesota*
*Notice of Special Appearance forthcoming*


DOUGLAS J. PETERSON
JOSEPH M. CONRAD
COLIN P. SNIDER
Office of the Attorney General of Nebraska
2115 State Capitol Building
Lincoln, NE 68509
Telephone: (402) 471-3840
Email: Joseph.conrad@nebraska.gov
      Colin.Snider@nebraska.gov

*Attorneys for Plaintiff State of Nebraska*
*Notice of Special Appearance forthcoming*


ELLEN F. ROSENBLUM
TIMOTHY D. SMITH
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 934-4400
Email: tim.smith@doj.state.or.us

4

Case 1:22-cv-00828-TDS-JEP   Document 10   Filed 10/04/22   Page 5 of 6

*Attorneys for Plaintiff State of Oregon*
*Notice of Special Appearance forthcoming*


KEN PAXTON
BRENT WEBSTER
GRANT DORFMAN
SHAWN E. COWLES
JAMES LLOYD
TREVOR YOUNG
MARGARET SHARP
WILLIAM SHIEBER
Office of the Attorney General, State of Texas
300 West 15th Street
Austin, TX 78701
Telephone: (512) 936-1674
Email: Margaret.Sharp@oag.texas.gov

*Attorneys for Plaintiff State of Texas*
*Notice of Special Appearance forthcoming*


JOSHUA L. KAUL
LAURA E. MCFARLANE
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 266-8911
Email: mcfarlanele@doj.state.wi.us

*Attorneys for Plaintiff State of Wisconsin*
*Notice of Special Appearance forthcoming*


/s/ Wesley G. Carson
Wesley G. Carson

*Attorney for Plaintiff Federal Trade Commission*

5