IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:22-cv-828

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>STATE OF CALIFORNIA,<br>STATE OF COLORADO,<br>STATE OF ILLINOIS,<br>STATE OF INDIANA,<br>STATE OF IOWA,<br>STATE OF MINNESOTA,<br>STATE OF NEBRASKA,<br>STATE OF OREGON,<br>STATE OF TEXAS<br>and STATE OF WISCONSIN,<br><br>      Plaintiffs,<br><br>  v.<br><br>SYNGENTA CROP PROTECTION AG,<br>SYNGENTA CORPORATION,<br>SYNGENTA CROP PROTECTION, LLC,<br><br>and<br><br>CORTEVA, INC.,<br><br>      Defendants. | **NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that Patrick M. Kane and the firm of Fox Rothschild LLP hereby give notice of appearance as counsel for Defendants Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC, in the above captioned matter. Please direct all pleadings,

notices, calendars or other documents to the attention of the undersigned counsel. The undersigned counsel certifies that he is admitted to practice before this Court.

This the 10th day of October 2022.

                                                s/Patrick M. Kane
Patrick M. Kane
N.C. Bar No. 36861
pkane@foxrothschild.com
FOX ROTHSCHILD LLP
230 N. Elm Street, Suite 1200
PO Box 21927 (27420)
Greensboro, NC 27401
Telephone: 336.378.5200
Facsimile: 336.378.5400