UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FEDERAL TRADE COMMISSION,

STATE OF CALIFORNIA,

STATE OF COLORADO,

STATE OF ILLINOIS,

STATE OF INDIANA,

STATE OF IOWA,

STATE OF MINNESOTA,

STATE OF NEBRASKA,

STATE OF OREGON,

STATE OF TEXAS,

and
STATE OF WISCONSIN,

        Plaintiffs,

v.

SYNGENTA CROP PROTECTION AG,
SYNGENTA CORPORATION,
SYNGENTA CROP PROTECTION, LLC,

and

CORTEVA, INC.,

        Defendants.

Case No. 22-cv-828

**NOTICE OF APPEARANCE OF MARK E. ANDERSON**

    Mark E. Anderson, of the law firm McGuireWoods LLP, hereby provides notice to the Court and all parties that he will appear as counsel in this action on behalf of Defendant Corteva,

Inc. Please direct all future filings, correspondence, notices and other communication regarding this matter to Mr. Anderson.

This is the 11th day of October 2022.

MCGUIREWOODS LLP

/s/ Mark E. Anderson
Mark E. Anderson (Bar No. 15764)
manderson@mcguirewoods.com
501 Fayetteville Street, Suite 500
Raleigh, North Carolina 27601
Phone: 919.755.6600
Fax: 919.755.6699

*Attorney for Defendant Corteva, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th of October 2022, the foregoing NOTICE OF APPEARANCE OF MARK E. ANDERSON with the Court using the CM/ECF system which will automatically serve all attorneys of record via the Courts CM/ECF System.

<u>/s/ Mark E. Anderson</u>
Mark E. Anderson (Bar No. 15764)