# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TEXAS, and STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC.,<br><br>Defendants. | Case No. 22-cv-828<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO ENTER NOTICES OF SPECIAL APPEARANCE WITHOUT ASSOCIATION OF LOCAL COUNSEL** |

Upon consideration of Plaintiff States' of California, Colorado, Illinois, Indiana, Iowa, Minnesota, Nebraska, Oregon, Texas, and Wisconsin ("Plaintiff States") Motion For Leave to Enter Notices of Special Appearance Without Association of Local Counsel, it is hereby ORDERED that the Motion is GRANTED and it is further ORDERED that:

Plaintiff States are permitted to file notices of special appearance, under local rule 83.1(d), without association of local counsel.

SO ORDERED.

Dated: October __, 2022

_____
UNITED STATES DISTRICT JUDGE

1

Case 1:22-cv-00828-TDS-JEP   Document 20-1   Filed 10/12/22   Page 1 of 2