IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TEXAS, and STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC.,<br><br>Defendants. | Case No. 1:22-CV-828<br><br>**ORDER** |

This matter is before the Court on a Motion [Doc. #20] by Plaintiff States of California, Colorado, Illinois, Indiana, Iowa, Minnesota, Nebraska, Oregon, Texas, and Wisconsin ("Plaintiff States") For Leave to Enter Notices of Special Appearance Without Association of Local Counsel. Based on the information and representations in the Motion, the Court will allow the request at this time, but may revisit the issue if needed as the litigation progresses.

IT IS HEREBY ORDERED that the Motion for Leave [Doc. #20] is GRANTED and that Plaintiff States are permitted to file Notices of Special Appearance in this case, under Local Rule 83.1(d), without association of local counsel.

This, the 17th day of October, 2022.

/s/ Joi Elizabeth Peake
United States Magistrate Judge