# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FEDERAL TRADE COMMISSION,
STATE OF CALIFORNIA,
STATE OF COLORADO,
STATE OF ILLINOIS,
STATE OF INDIANA,
STATE OF IOWA,
STATE OF MINNESOTA,
STATE OF NEBRASKA,
STATE OF OREGON,
STATE OF TEXAS,
and

STATE OF WISCONSIN,

       Plaintiffs,

   v.

SYNGENTA CROP PROTECTION AG,
SYNGENTA CORPORATION,
SYNGENTA CROP PROTECTION, LLC,

    and

CORTEVA, INC.,

      Defendants.

Case No. 1:22-CV-828-TDS-JEP

**NOTICE OF SPECIAL APPEARANCE OF COUNSEL**

Pursuant to Local Civil Rule 83.1(d), and Magistrate Judge Peake's October 17, 2022 Order granting leave for Plaintiff States to enter Notices of Special Appearance in this case without association of local counsel [Doc. #26], the following attorney hereby appears on behalf of Plaintiff the State of Oregon and requests service of all communications, pleadings, and notices affecting this action:

1

TIMOTHY D. SMITH
Senior Assistant Attorney General
Antitrust and False Claims Unit
Oregon Department of Justice
100 SW Market St
Portland, Oregon 97201
Telephone: (971) 673-3885
Email: tim.smith@doj.state.or.us

Mr. Smith certifies he is an active member in good standing of the Oregon State Bar, and further certifies that he understands that, by entering an appearance, he submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-captioned civil action for which he is specially appearing and that he will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials, and other proceedings.

This is the 18th day of October 2022.

Respectfully submitted,

Ellen F. Rosenblum, OSB #753239
Attorney General


/s/Timothy D. Smith
TIMOTHY D. SMITH, OSB No. 914374
Senior Assistant Attorney General
Antitrust and False Claims Unit
Oregon Department of Justice
100 SW Market St.
Portland, OR 97201
Telephone: (971) 673-3885
Email: tim.smith@doj.state.or.us

2