UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

FEDERAL TRADE COMMISSION, et al. )
)
)
Plaintiff(s), )
) Case No.: 22-CV-828
vs. SYNGENTA CROP PROTECTION AG, et al. )
)
)
Defendant(s). )

DISCLOSURE OF CORPORATE, AFFILIATIONS AND OTHER
ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATE PARTY. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

\* Syngenta Crop Protection LLC  who is  Defendant ,
(Name of Party)                  (Plaintiff/moving party or defendant)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    ( ) Yes    (✓) No

2. Does party have any parent corporations?

    (✓) Yes   ( ) No

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations: Syngenta Crop Protection LLC is a wholly owned U.S. subsidiary of Syngenta Seeds LLC, a U.S. entity. Syngenta Seeds LLC is a wholly owned U.S. subsidiary of Syngenta Corporation, a U.S. entity.
    Syngenta Corporation is a wholly owned U.S. subsidiary of Syngenta Crop Protection AG, a non-U.S. entity.
    Syngenta Crop Protection AG is a wholly owned non-U.S. subsidiary of Syngenta AG, a non-U.S. entity.
    Syngenta AG is a wholly owned non-U.S. subsidiary of Syngenta Group (NL) B.V., a non-U.S. entity.

*By submitting this disclosure, Syngenta Crop Protection LLC does not concede it is a proper defendant in this action and expressly reserves, and does not waive, all rights, including with respect to personal jurisdiction.

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

( ) Yes    (✓) No

If yes, identify all such owners: _____
_____
_____

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

( ) Yes    (✓) No

If yes, identify entity and nature of interest: _____
_____
_____

| s/Patrick M. Kane | October 18, 2022 |
|---|---|
| (Signature) | (Date) |

MDNC (01/03)