# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>STATE OF CALIFORNIA,<br>STATE OF COLORADO,<br>STATE OF ILLINOIS,<br>STATE OF INDIANA,<br>STATE OF IOWA,<br>STATE OF MINNESOTA,<br>STATE OF NEBRASKA,<br>STATE OF OREGON,<br>STATE OF TEXAS,<br>and<br>STATE OF WISCONSIN,<br><br>    Plaintiffs,<br><br> v.<br><br>SYNGENTA CROP PROTECTION AG,<br>SYNGENTA CORPORATION,<br>SYNGENTA CROP PROTECTION, LLC,<br><br> and<br><br>CORTEVA, INC.,<br><br>    Defendants. | Case No. 1:22-CV-828<br><br>**NOTICE OF SPECIAL APPEARANCE OF COUNSEL** |

  Pursuant to Local Civil Rule 83.1(d), and Magistrate Judge Peake's October 17, 2022 Order granting leave for Plaintiff States to enter Notices of Special Appearance in this case without association of local counsel [Doc. #26], the following attorney hereby appears on behalf of Plaintiff State of Indiana and requests service of all communications, pleadings, and notices affecting this action:

MATTHEW MICHALOSKI
Deputy Attorney General
Office of the Indiana Attorney General
302 W. Washington St., IGCS 5th Floor
Indianapolis, IN 46204
Telephone: (317) 234-1479
Email: matthew.michaloski@atg.in.gov

Mr. Michaloski certifies he is an active member in good standing of the State of Indiana Bar and further certifies that he understands that, by entering an appearance, he submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-captioned civil action for which he is specially appearing and that he will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials, and other proceedings.

This is the 19th day of October, 2022　　　Respectfully submitted,

/s/ Matthew Michaloski
MATTHEW MICHALOSKI
(IN Bar – 35313-49)
Deputy Attorney General
Office of the Indiana Attorney General
302 W. Washington St., IGCS 5th Floor
Indianapolis, IN 46204
Telephone: (317) 234-1479
Email: matthew.michaloski@atg.in.gov

*Counsel for Plaintiff State of Indiana*
*Appearing pursuant to LR 83.1*

## CERTIFICATE OF SERVICE

I, Matthew Michaloski, hereby certify that on October 19, 2022, I electronically filed the foregoing NOTICE OF SPECIAL APPEARANCE with the Clerk of the Court using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

/s/ Matthew Michaloski
MATTHEW MICHALOSKI
Deputy Attorney General
Office of the Indiana Attorney General
302 W. Washington St., IGCS 5th Floor
Indianapolis, IN 46204
Telephone: (317) 234-1479
Email: matthew.michaloski@atg.in.gov