# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TEXAS, and STATE OF WISCONSIN, <br><br> Plaintiffs, <br><br> v. <br><br> SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, <br><br> and <br><br> CORTEVA, INC., <br><br> Defendants. | Case No. 1:22-CV-828 <br><br> **NOTICE OF SPECIAL APPEARANCE OF COUNSEL** |

Pursuant to Local Civil Rule 83.1(d), and Magistrate Judge Peake's October 17, 2022 Order granting leave for Plaintiff States to enter Notices of Special Appearance in this case without association of local counsel [Doc. #26], the following attorney hereby appears on behalf of Plaintiff State of Colorado and requests service of all communications, pleadings, and notices affecting this action:

CARLA J. BAUMEL  
Assistant Attorney General, Antitrust  
Office of the Colorado Attorney General  
1300 Broadway, 7th Floor  
Denver, CO 80203  
Telephone: (720) 508-6000  
Email: carla.baumel@coag.gov

Ms. Baumel certifies she is an active member in good standing of the State of Colorado Bar and further certifies that she understands that, by entering an appearance, she submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-captioned civil action for which she is specially appearing and that she will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials, and other proceedings.

DATED this 19th day of October 2022.

Respectfully submitted,

/s/ Carla J. Baumel  
CARLA J. BAUMEL (CO Bar No. 56003)  
Assistant Attorney General, Antitrust  
Office of the Colorado Attorney General  
1300 Broadway, 7th Floor  
Denver, CO 80203  
Telephone: (720) 508-6000  
Email: carla.baumel@coag.gov

*Counsel for Plaintiff State of Colorado*  
*Appearing pursuant to LR 83.1*

2

Case 1:22-cv-00828-TDS-JEP   Document 35   Filed 10/19/22   Page 2 of 3

## CERTIFICATE OF SERVICE

I, Carla J. Baumel, hereby certify that on October 19, 2022, I electronically filed the foregoing NOTICE OF SPECIAL APPEARANCE with the Clerk of the Court using the CM/ECF system and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

/s/ Carla J. Baumel
CARLA J. BAUMEL (CO Bar No. 56003)
Assistant Attorney General, Antitrust
Office of the Colorado Attorney General
1300 Broadway, 7th Floor
Denver, CO 80203
Telephone: (720) 508-6000
Email: carla.baumel@coag.gov