IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:22-cv-00858

| | |
|---|---|
| CHARLES ANDERSON, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC.,<br><br>*Defendants*. | **NOTICE OF SPECIAL APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned, Linda P. Nussbaum, a member of the bar of the State of New York and Managing Director of Nussbaum Law Group, P.C., hereby enters her notice of appearance as counsel for Plaintiff Charles Anderson and the proposed class in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Gagan Gupta.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

Respectfully submitted this the 20th day of October, 2022.

/s/ *Linda P. Nussbaum*
Linda P. Nussbaum
Email: lnussbaum@nussbaumpc.com
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
Telephone: (917) 438-9189

*Counsel for Plaintiff Charles Anderson*