# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FEDERAL TRADE COMMISSION et al., <br><br> Plaintiffs, <br><br> v. <br><br> SYNGENTA CROP PROTECTION AG et al., <br><br> Defendants. | Case No. 1:22-cv-00828-TDS-JEP |

## NOTICE OF SPECIAL APPEARANCE

Pursuant to Local Civil Rule 83.1(d) and Magistrate Judge Peake's Order granting leave for Plaintiff States to enter Notices of Special Appearance without association of local counsel, [ECF No. 26], Colin P. Snider enters his appearance in the above-captioned matter on behalf of the Plaintiff State of Nebraska.

Mr. Snider certifies that by entering an appearance, he submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-captioned civil action, and that he will ensure that an attorney who is familiar with the case and has authority to control the litigation will be present at all conferences, hearings, trials, and other proceedings.

Dated: October 20, 2022                                    Respectfully submitted,

/s/ *Colin P. Snider*
Colin P. Snider (MO# 72137)
Assistant Attorney General
2115 State Capitol
P.O. Box 98920
Lincoln, NE 68509
Telephone: (402) 471-7759
Email: colin.snider@nebraska.gov

*Counsel for Plaintiff State of Nebraska*

1

## CERTIFICATE OF SERVICE

I, Colin P. Snider, hereby certify that on October 20th, 2022, I filed the foregoing NOTICE OF SPECIAL APPEARANCE using the Court's CM/ECF filing system, which provided electronic notice to all counsel of record.

/s/ *Colin P. Snider*
Colin P. Snider

2

Case 1:22-cv-00828-TDS-JEP   Document 39   Filed 10/20/22   Page 2 of 2