# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TEXAS, and<br><br>STATE OF WISCONSIN,<br><br>      Plaintiffs,<br><br>  v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC,<br><br>    and<br><br>CORTEVA, INC.,<br><br>      Defendants. | Case No. 1:22-CV-828-TDS-JEP<br><br>**NOTICE OF SPECIAL APPEARANCE OF COUNSEL** |

Pursuant to Local Civil Rule 83.1(d), and Magistrate Judge Peake's October 17, 2022 Order granting leave for Plaintiff States to enter Notices of Special Appearance in this case without association of local counsel [Doc. #26], the following attorney hereby appears on behalf of Plaintiff the State of California and requests service of all communications, pleadings, and notices affecting this action:

1

NICOLE S. GORDON
Deputy Attorney General
Office of the California Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94610
Telephone: (415) 510-4400
Email: nicole.gordon@doj.ca.gov

Ms. Gordon certifies that she is an active member in good standing of the California Bar, and further certifies that she understands that, by entering an appearance, she submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-captioned civil action for which she is specially appearing and that she will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials, and other proceedings.

The 21th day of October 2022,

Respectfully submitted,

ROB BONTA
Attorney General

/s Nicole Gordon
NICOLE S. GORDON (CA Bar No. 224138)
Deputy Attorney General
Office of the California Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94610
Telephone: (415) 510-4400
Email: nicole.gordon@doj.ca.gov

*Counsel for Plaintiff State of California*
*Appearing pursuant to LR 83.1*

# CERTIFICATE OF SERVICE

I, Nicole Gordon, hereby certify that on October 21, 2022, I electronically filed the foregoing NOTICE OF SPECIAL APPEARANCE with the Clerk of the Court using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

    /s Nicole Gordon
    NICOLE S. GORDON (CA Bar No. 224138)
    Deputy Attorney General
    Office of the California Attorney General
    455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94610
    Telephone: (415) 510-4400
    Email: nicole.gordon@doj.ca.gov