UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> STATE OF CALIFORNIA, <br><br> STATE OF COLORADO, <br><br> STATE OF ILLINOIS, <br><br> STATE OF INDIANA, <br><br> STATE OF IOWA, <br><br> STATE OF MINNESOTA, <br><br> STATE OF NEBRASKA, <br><br> STATE OF OREGON, STATE OF TEXAS, <br><br> and <br><br> STATE OF WISCONSIN, <br><br>        Plaintiffs, <br><br> v. <br><br> SYNGENTA CROP PROTECTION AG, <br> SYNGENTA CORPORATION, <br> SYNGENTA CROP PROTECTION, LLC, <br><br>   and <br><br> CORTEVA, INC., <br><br>        Defendants. | Case No. 22-cv-828 |

**NOTICE OF SPECIAL APPEARANCE OF COUNSEL**

Pursuant to Local Civil Rule 83.1(d) and Magistrate Judge Peake's October 17, 2022 Order granting leave for Plaintiff States to enter Notices of Special Appearance in this case without association of local counsel [Doc. #26], please take notice of the special appearance of Katherine A. Moerke as counsel of record for Plaintiff State of Minnesota in the above-captioned civil action.

Ms. Moerke certifies that she is an active member in good standing of the State of Minnesota Bar. Ms. Moerke further certifies that she understands that, by entering an appearance, she submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-captioned civil action for which she is specially appearing and that she will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials, and other proceedings.

Dated: October 21, 2022

KEITH ELLISON
Attorney General

JAMES W. CANADAY
Deputy Attorney General

/s/ Katherine Moerke
KATHERINE MOERKE
JASON PLEGGENKUHLE
ELIZABETH ODETTE
Assistant Attorneys General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Telephone: (651) 296-3353
Email: james.canaday@ag.state.mn.us
          katherine.moerke@ag.state.mn.us
          jason.pleggenkuhle@ag.state.mn.us
          elizabeth.odette@ag.state.mn.us

*Counsel for Plaintiffs*

\* Appearing by special appearance pursuant to L.R. 83.1(d).

## CERTIFICATE OF SERVICE

I, Katherine Moerke, hereby certify that on October 21, 2022, I electronically filed the foregoing NOTICE OF SPECIAL APPEARANCE with the Clerk of the Court using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

/s/ Katherine Moerke
Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Telephone: (651) 296-3353
katherine.moerke@ag.state.mn.us