# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TEXAS, and STATE OF WISCONSIN, <br><br>        Plaintiffs, <br><br>   v. <br><br> SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, <br><br>   and <br><br> CORTEVA, INC., <br><br>        Defendants. | Case No. 1:22-CV-828 <br><br> **NOTICE OF SPECIAL APPEARANCE OF COUNSEL** |

Pursuant to Local Civil Rule 83.1(d), and Magistrate Judge Peake's October 17, 2022 Order granting leave for Plaintiff States to enter Notices of Special Appearance in this case without association of local counsel [Doc. #26], the following attorney hereby appears on behalf of Plaintiff State of Wisconsin and requests service of all communications, pleadings, and notices affecting this action:

LAURA E. MCFARLANE
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-8911
(608) 294-2907 (Fax)
mcfarlanele@doj.state.wi.us

Ms. McFarlane certifies she is an active member in good standing of the State of Wisconsin Bar and further certifies that she understands that, by entering an appearance, she submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-captioned civil action for which she is specially appearing and that she will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials, and other proceedings.

Dated this 21st day of October 2022.

                Respectfully submitted,

                JOSHUA L. KAUL
                Attorney General of Wisconsin

                Electronically signed by:

                <u>s/ Laura E. McFarlane</u>
                LAURA E. MCFARLANE
                Assistant Attorney General
                WI State Bar #1089358
                Attorneys for State of Wisconsin

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-8911
(608) 294-2907 (Fax)
mcfarlanele@doj.state.wi.us

# CERTIFICATE OF SERVICE

I, Laura E. McFarlane, hereby certify that on October 21, 2022, I electronically filed the foregoing NOTICE OF SPECIAL APPEARANCE with the Clerk of the Court using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

Electronically signed by:

s/ Laura E. McFarlane
LAURA E. MCFARLANE
Assistant Attorney General
WI State Bar #1089358

Attorneys for State of Wisconsin

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-8911
(608) 294-2907 (Fax)
mcfarlanele@doj.state.wi.us