# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>SYNGENTA CROP PROTECTION., et al.<br><br>　　　　　Defendants. | CASE NO. 1:22-CV-828 |

## NOTICE OF WITHDRAWAL IN PART
## OF RESPONSE IN SUPPORT OF MOTION TO SEAL

On October 13, 2022, Corteva, Inc., ("Corteva") filed a response in support of the Plaintiffs' motion to file portions of the Complaint temporarily under seal. *See* Docs. 2, 24. Corteva maintains that portions of the Complaint must remain under seal to avoid publicly revealing confidential or sensitive business information. After conferring with Plaintiffs via e-mail from October 18–24, 2022, Corteva now withdraws only its request to keep under seal the allegations in paragraphs 137, 188, and 189 of the Complaint. Corteva's position in support of the motion to seal, Doc. 24, remains unchanged in all other respects. Plaintiffs have confirmed that they do not object to Corteva's request to seal portions of the Complaint, as modified herein. Pending any similar modifications to Corteva's co-Defendants' request to

keep under seal portions of the Complaint, Corteva and co-Defendants intend to jointly file with this Court an amended proposed public redacted Complaint.

This is the 25th day of October 2022.

MCGUIREWOODS LLP

/s/ Mark E. Anderson
Mark E. Anderson (Bar No. 15764)
manderson@mcguirewoods.com
501 Fayetteville Street, Suite 500
Raleigh, North Carolina 27601
Phone: 919.755.6600
Fax: 919.755.6699

Christine A. Varney*
cvarney@cravath.com
Katherine B. Forrest*
kforrest@cravath.com
David R. Marriott*
dmarriott@cravath.com
Margaret T. Segall*
msegall@cravath.com
Jesse M. Weiss*
jweiss@cravath.com
CRAVATH, SWAINE & MOORE LLP

825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Special appearances under L.R. 83.1(d) forthcoming

*Attorneys for Defendant Corteva, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of October 2022, the foregoing **NOTICE OF WITHDRAWAL IN PART OF RESPONSE IN SUPPORT OF MOTION TO SEAL** was filed with the Court using the CM/ECF system which will automatically serve all attorneys of record via the Courts CM/ECF System.

/s/ Mark E. Anderson
Mark E. Anderson (Bar No. 15764)