# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TEXAS, and STATE OF WISCONSIN, <br><br> Plaintiffs, <br><br> v. <br><br> SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC., <br><br> Defendants. | Case No. 22-cv-828 <br><br> **NOTICE OF WITHDRAWAL IN PART OF RESPONSE OF DEFENDANTS SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, AND SYNGENTA CROP PROTECTION, LLC TO THE FTC'S MOTION TO FILE PORTIONS OF THE COMPLAINT TEMPORARILY UNDER SEAL** |

On October 13, 2022, Defendants Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC (collectively, "Syngenta") filed a response (ECF No. 22) in support of the FTC's Motion to File Portions of the Complaint Temporarily Under Seal (ECF No. 2). Syngenta maintains that portions of the Complaint must remain under seal to avoid publicly revealing confidential or sensitive business information. Consistent with the FTC's position that it would be willing to meet and confer only after Syngenta filed its response, the FTC and other Plaintiffs conferred with Syngenta via video call and email from October 18-26, 2022. Syngenta

now withdraws only its request to keep under seal the allegations in paragraphs 54, 65, 77, 84, 86, 93, 106, 117, 127, 134, 154, 155, 156, 188, 189, and 194 of the Complaint.

Syngenta's position in support of the motion to seal (ECF No. 22) remains unchanged in all other respects. While Syngenta maintains that it would be appropriate to seal all of the information that Syngenta proposed redacting (ECF No. 23), in an effort to reach a compromise and relieve the Court of the need to address any dispute, Syngenta has consented to allowing the information in the aforementioned paragraphs of the Complaint to be unsealed. Plaintiffs have confirmed that they do not object to Syngenta's request to seal portions of the Complaint, as modified herein. Syngenta and co-Defendants have conferred and intend to jointly file with this Court an amended proposed public redacted Complaint.

Date: October 27, 2022

*/s/ Patrick M. Kane*
Patrick M. Kane
N.C. Bar No. 36861
pkane@foxrothschild.com
FOX ROTHSCHILD LLP
230 N. Elm Street, Suite 1200
PO Box 21927 (27420)
Greensboro, NC 27401
Telephone: (336) 378-5200
Facsimile: (336) 378-5400

Paul S. Mishkin*
paul.mishkin@davispolk.com
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4292
Facsimile: (212) 701-5292

*Specially appearing under L.R. 83.1(d)

*Attorneys for Defendants Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC*

2