UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FEDERAL TRADE COMMISSION et al., <br><br> Plaintiffs, <br><br> v. <br><br> SYNGENTA CROP PROTECTION AG et al., <br><br> Defendants. | Case No. 1:22-cv-00828-TDS-JEP |

## NOTICE OF SPECIAL APPEARANCE

Pursuant to Local Civil Rule 83.1(d) and Magistrate Judge Peake's Order granting leave for Plaintiff States to enter Notices of Special Appearance without association of local counsel, [ECF No. #26], Joseph M. Conrad enters his appearance in the above-captioned matter on behalf of the Plaintiff State of Nebraska.

Mr. Conrad certifies that by entering an appearance, he submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-captioned civil action, and that he will ensure that an attorney who is familiar with the case and has authority to control the litigation will be present at all conferences, hearings, trials, and other proceedings.

Dated: October 28, 2022　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ *Joseph M. Conrad*
　　　　　　　　　　　　　　　　　　　　　　Joseph M. Conrad (NE #27174)
　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　　2115 State Capitol
　　　　　　　　　　　　　　　　　　　　　　P.O. Box 98920
　　　　　　　　　　　　　　　　　　　　　　Lincoln, NE 68509
　　　　　　　　　　　　　　　　　　　　　　Telephone: (402) 471-3840
　　　　　　　　　　　　　　　　　　　　　　Email: joseph.conrad@nebraska.gov

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff State of Nebraska*

1

## CERTIFICATE OF SERVICE

I, Joseph M. Conrad, hereby certify that on October 28, 2022, I filed the foregoing NOTICE OF SPECIAL APPEARANCE using the Court's CM/ECF filing system, which provided electronic notice to all counsel of record.

/s/ *Joseph M. Conrad*
Joseph M. Conrad