# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
### WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al. | CASE NO. 1:22-CV-828 |
| Plaintiffs, | **NOTICE OF SPECIAL APPEARANCE OF DAVID R. MARRIOTT** |
| v. | |
| SYNGENTA CROP PROTECTION AG, et al. | |
| Defendants. | |

Pursuant to Local Civil Rule 83.1(d), the following attorney provides notice to the

Court and all parties that he will appear as counsel in this action behalf of Defendant

Corteva, Inc.:

> David R. Marriott
> Cravath, Swaine & Moore LLP
> 825 Eighth Avenue
> New York, NY 10019
> Telephone: (212) 474-1000
> dmarriott@cravath.com

Please direct all future filings, correspondence, notices and other communication

regarding this matter to this attorney.

In accordance with Local Rule 83.1(d), this attorney appears in association with

Mark E. Anderson, a member of the bar of this Court.

This 31st day of October 2022.

/s/ David R. Marriott

David R. Marriott
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
dmarriott@cravath.com


/s/ Mark E. Anderson

Mark E. Anderson (Bar No. 15764)
McGuireWoods LLP
501 Fayetteville Street, Suite 500
Raleigh, NC 27601
Telephone: (919) 755-6600
Facsimile: (919) 755-6699
manderson@mcguirewoods.com

*Attorneys for Defendant Corteva, Inc.*

2