# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.<br><br>      Plaintiffs,<br><br>    v.<br><br>SYNGENTA CROP PROTECTION AG, et al.<br><br>      Defendants. | CASE NO. 1:22-CV-828<br><br>**NOTICE OF SPECIAL APPEARANCE OF CHRISTINE A. VARNEY** |

  Pursuant to Local Civil Rule 83.1(d), the following attorney provides notice to the Court and all parties that she will appear as counsel in this action behalf of Defendant Corteva, Inc.:

    Christine A. Varney
    Cravath, Swaine & Moore LLP
    825 Eighth Avenue
    New York, NY 10019
    Telephone: (212) 474-1000
    cvarney@cravath.com

  Please direct all future filings, correspondence, notices and other communication regarding this matter to this attorney.

  In accordance with Local Rule 83.1(d), this attorney appears in association with Mark E. Anderson, a member of the bar of this Court.

  This 7th day of November 2022.

/s/ Christine A. Varney
Christine A. Varney
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
cvarney@cravath.com


/s/ Mark E. Anderson
Mark E. Anderson (Bar No. 15764)
McGuireWoods LLP
501 Fayetteville Street, Suite 500
Raleigh, NC 27601
Telephone: (919) 755-6600
Facsimile: (919) 755-6699
manderson@mcguirewoods.com

*Attorneys for Defendant Corteva, Inc.*

2