UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.<br><br>               Plaintiffs,<br><br>    v.<br><br>SYNGENTA CROP PROTECTION AG, et al.<br><br>               Defendants. | CASE NO. 1:22-CV-828<br><br>**NOTICE OF SPECIAL APPEARANCE OF KATHERINE B. FORREST** |

Pursuant to Local Civil Rule 83.1(d), the following attorney provides notice to the Court and all parties that she will appear as counsel in this action behalf of Defendant Corteva, Inc.:

    Katherine B. Forrest
    Cravath, Swaine & Moore LLP
    825 Eighth Avenue
    New York, NY 10019
    Telephone: (212) 474-1000
    kforrest@cravath.com

Please direct all future filings, correspondence, notices and other communication regarding this matter to this attorney.

In accordance with Local Rule 83.1(d), this attorney appears in association with Mark E. Anderson, a member of the bar of this Court.

This 9th day of November 2022.

/s/ Katherine B. Forrest
Katherine B. Forrest
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
kforrest@cravath.com


/s/ Mark E. Anderson
Mark E. Anderson (Bar No. 15764)
McGuireWoods LLP
501 Fayetteville Street, Suite 500
Raleigh, NC 27601
Telephone: (919) 755-6600
Facsimile: (919) 755-6699
manderson@mcguirewoods.com

*Attorneys for Defendant Corteva, Inc.*