# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., <br><br> Plaintiff, <br><br> v. <br><br> SYNGENTA CROP PROTECTION., et al. <br><br> Defendants. | CASE NO. 1:22-CV-828 |

## [PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

THIS MATTER having come before the Court on Defendants' Joint Motion for Extension of Time to Respond to Plaintiffs' Complaint; the Court having reviewed same and found good cause for the relief requested;

NOW, THEREFORE, IT IS ORDERED that Defendants' Joint Motion is GRANTED. Defendants Syngenta Corporation, Syngenta Crop Protection, LLC, and Corteva, Inc. shall have an extension of time to answer, move or otherwise respond to Plaintiff's Complaint, until and including a date to be set by this Court after disposition of Defendants' motion to transfer related cases to this court.

This ___ day of November, 2022.

_____
JUDGE