# Exhibit C

# Takashima, Edward

| | |
|---|---|
| **From:** | Weingarten, James |
| **Sent:** | Monday, November 21, 2022 5:01 PM |
| **To:** | Brent Bomkamp; Baker, Joseph; Woodward, Mark; Takashima, Edward; Carson, Wesley; Kendall, Sandra; Nicole.Gordon@doj.ca.gov; carla.baumel@coag.gov; paul.harper@ilag.gov; Matthew.Michaloski@atg.in.gov; Noah.Goerlitz@ag.iowa.gov; Katherine.Moerke@ag.state.mn.us; Colin; Margaret.Sharp@oag.texas.gov; tim.smith@doj.state.or.us; LauraMcFarlane-Contact; Gillen, Elizabeth A. |
| **Cc:** | ChristineA.Varney-contact; Katherine Forrest; DavidMarriott-contact; Margaret Segall; Anderson, Mark E.; Mishkin, Paul S.; PKane@foxrothschild.com; Harty, Ronan P. |
| **Subject:** | RE: FTC, et al. v. Syngenta Crop Protection AG, et al., No. 22-cv-828 |

Counsel:

Thank you for circulating this draft. Plaintiffs intend to oppose the motion.

Sincerely,
James

---

**From:** Brent Bomkamp <bbomkamp@cravath.com>
**Sent:** Monday, November 21, 2022 4:24 PM
**To:** Weingarten, James <jweingarten@ftc.gov>; Baker, Joseph <jbaker1@ftc.gov>; Woodward, Mark <mwoodward@ftc.gov>; Takashima, Edward <etakashima@ftc.gov>; Carson, Wesley <wcarson@ftc.gov>; Kendall, Sandra <skendall@ftc.gov>; Nicole.Gordon@doj.ca.gov; carla.baumel@coag.gov; paul.harper@ilag.gov; Matthew.Michaloski@atg.in.gov; Noah.Goerlitz@ag.iowa.gov; Katherine.Moerke@ag.state.mn.us; Colin <colin.snider@nebraska.gov>; Margaret.Sharp@oag.texas.gov; tim.smith@doj.state.or.us; LauraMcFarlane-Contact <mcfarlanele@doj.state.wi.us>
**Cc:** ChristineA.Varney-contact <cvarney@cravath.com>; Katherine Forrest <kforrest@cravath.com>; DavidMarriott-contact <dmarriott@cravath.com>; Margaret Segall <MSegall@cravath.com>; Anderson, Mark E. <MAnderson@mcguirewoods.com>; Mishkin, Paul S. <paul.mishkin@davispolk.com>; PKane@foxrothschild.com; Harty, Ronan P. <ronan.harty@davispolk.com>
**Subject:** FTC, et al. v. Syngenta Crop Protection AG, et al., No. 22-cv-828

Counsel,

Thank you for the call earlier. As discussed, attached is a draft of a motion for an extension of time to answer, move or otherwise respond in the *FTC et al. v. Syngenta Crop Protection AG et al.* matter. As we noted on the call, this is a draft of the motion and is subject to modification. Please us know if you are able to get back to us today, or if we should note that plaintiffs will file a notice with the court indicating whether they consent or oppose the motion. Thanks,

Brent E. Bomkamp
Cravath, Swaine & Moore LLP
825 Eighth Avenue | New York, NY 10019
T: (212) 474-1891 | [bbomkamp@cravath.com](mailto:bbomkamp@cravath.com)
he/him/his

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail from the computer on which you received it.