# Exhibit E

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>QUALCOMM INCORPORATED,<br><br>    Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER REGARDING APRIL 19, 2017 CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 71 |

An initial case management conference is scheduled for April 19, 2017, at 2 p.m. On April 12, 2017, the parties filed a joint case management statement. ECF No. 71.

The Court DENIES Defendant's request that discovery be deferred until after the Court has ruled on Defendant's pending 12(b)(6) motion to dismiss. There will be no stay of discovery.

The Court DENIES Plaintiff's request to alter the filing times set forth in the Federal Rules of Civil Procedure and the Northern District of California's Civil Local Rule 5-1(e)(4).

In light of the fact that discovery will not be stayed in this case, Defendant's proposed case schedule appears longer than necessary. Thus, the Court invites Defendant to propose a shorter case schedule by Monday, April 17, 2017.

The April 19, 2017 case management conference is hereby ADVANCED from 2 p.m. to

1

Case No. 17-CV-00220-LHK
ORDER REGARDING APRIL 19, 2017 CASE MANAGEMENT CONFERENCE

1   10:30 a.m. on April 19, 2017. The Court apologizes for any inconvenience caused by this time
2   change.
3   **IT IS SO ORDERED.**
4   Dated: April 13, 2017

_____
LUCY H. KOH
United States District Judge

2
Case No. 17-CV-00220-LHK
ORDER REGARDING APRIL 19, 2017 CASE MANAGEMENT CONFERENCE