# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TEXAS, and STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC.,<br><br>Defendants. | Case No. 1:22-cv-00828-TDS-JEP<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT AND SETTING INITIAL PRETRIAL CONFERENCE** |

Upon consideration of Defendants' Motion for Extension of Time to Respond to Plaintiffs' Complaint, Plaintiffs' Opposition to that Motion, and any other briefing or argument regarding the Motion, it is hereby ORDERED that the Motion is DENIED and it is further ORDERED that an initial pretrial conference shall be held on _____ at ____ am/pm.

SO ORDERED.

Dated: 	_____
	HON. JOI ELIZABETH PEAKE