# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SYNGENTA CROP PROTECTION AG, et al., <br><br> Defendants. | CASE NO. 1:22-CV-828-TDS-JEP <br><br> **DECLARATION OF MARGARET T. SEGALL IN SUPPORT OF DEFENDANTS' REPLY IN FURTHER SUPPORT OF THEIR JOINT MOTION FOR EXTENSION OF TIME** |

I, Margaret T. Segall, declare as follows:

1. I am a partner of the law firm of Cravath, Swaine & Moore LLP. I am counsel for Defendant Corteva, Inc. ("Corteva") in the above-titled action. I am a member in good standing of the bar of the State of New York.

2. I submit this declaration in support of Defendants' Reply in Further Support of their Joint Motion for Extension of Time.

3. A true and correct copy of the Order Granting in Part Defendants' Motion for Extension of Time, dated November 29, 2022, is attached hereto as Exhibit A.

4. A true and correct copy of the Order Granting Defendants' Unopposed Joint Motion for Extension of Time, dated November 1, 2022, is attached hereto as Exhibit B.

5. A true and correct copy of the Southern District of Indiana Plaintiffs' Motion to Transfer, before the Judicial Panel on Multidistrict Litigation, dated November 22, 2022, is attached hereto as Exhibit C.

6. A true and correct copy of the Related Plaintiffs' Motion to Consolidate Cases, dated December 1, 2022, is attached hereto as Exhibit D.

7. A true and correct copy of the Memorandum in Support of Defendants' Joint Motion to Transfer, dated November 22, 2022, is attached hereto as Exhibit E.

I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on December 5, 2022 in New York, New York.

*/s/* Margaret T. Segall
Margaret T. Segall

2