# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JUSTIN W. JENKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:22-cv-01976-RLY-DLP |
| ) | |
| CORTEVA, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

This matter comes before the Court on Defendants' Joint Motion for Extension of Time to Respond to Complaint and Continuance of Initial Pre-Trial Conference, Dkt. [25]. Defendants request that this Court extend the time to respond to the Complaint and continue the initial pretrial conference to a time after the Defendants' Motion to Transfer is ruled on. Granting this request would effectively put in place a stay of proceedings pending resolution of the Motion to Transfer – the Undersigned finds that a stay of proceedings is unnecessary at this time. Instead, the Court finds it prudent to **GRANT IN PART** the Defendants' motion. Defendants shall have to and including January 20, 2023 to answer or otherwise respond to the Plaintiff's complaint.

Additionally, the December 6, 2022 initial pre-trial conference is **CONTINUED** to **January 25, 2023** at **2:30 p.m. (Eastern).** Counsel shall attend the conference by calling the designated phone number, to be provided by the Court

via email generated by the Court's ECF system. All other requirements of the Court's order dated November 16, 2022 (Dkt. 20) shall remain in effect.

So ORDERED.

Date: 11/29/2022

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email