# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JUSTIN W. JENKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:22-cv-01976-RLY-DLP |
| | ) |
| CORTEVA, INC., | ) |
| SYNGENTA CROP PROTECTION AG, | ) |
| SYNGENTA CORPORATION, | ) |
| SYNGENTA CROP PROTECTION, LLC, | ) |
| CHS, INC., | ) |
| NUTRIEN AG SOLUTIONS, INC., | ) |
| JOHN DOE DEFENDANT WHOLESALER 1, | ) |
| JOHN DOE DEFENDANT WHOLESALER 2, | ) |
| JOHN DOE DEFENDANT WHOLESALER 3, | ) |
| JOHN DOE DEFENDANT WHOLESALER 4, | ) |
| JOHN DOE DEFENDANT WHOLESALER 5, | ) |
| JOHN DOE DEFENDANT RETAILER 6, | ) |
| JOHN DOE DEFENDANT RETAILER 7, | ) |
| JOHN DOE DEFENDANT RETAILER 8, | ) |
| JOHN DOE DEFENDANT RETAILER 9, | ) |
| JOHN DOE DEFENDANT RETAILER 10, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court on Defendants Corteva, Inc.; Syngenta Corporation; Syngenta Crop Protection, LLC; CHS, Inc.; and Nutrien Ag Solutions, Inc.'s Unopposed Joint Motion for Extension of Time to Respond to Complaint, Dkt. [10]. The Court, being duly advised, hereby **GRANTS** said Motion. The Defendants

shall have to and including **December 16, 2022** by which to respond to the Plaintiff's Complaint.

    So ORDERED.

    Date: 11/1/2022

                                      Doris L. Pryor
                                      United States Magistrate Judge
                                      Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email