IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION., et al.<br><br>Defendants. | CASE NO. 1:22-CV-828-TDS-JEP |

## [PROPOSED] ORDER AFFIRMING DEFENDANTS' JOINT NOTICE OF ALL PARTIES' CONSENT TO TOLLING OF DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

THIS MATTER having come before the Court on Defendants' Joint Notice of All Parties' Consent to Tolling of Time to Respond to Plaintiffs' Complaint; the Court having reviewed same and found good cause for the relief requested;

NOW, THEREFORE, IT IS ORDERED that the deadline of Defendants Syngenta Corporation, Syngenta Crop Protection, LLC, and Corteva, Inc. to answer, move or otherwise respond to Plaintiffs' Complaint shall be tolled to December 19, 2022 pending resolution of the Pending Extension Motion. Should Defendants' deadline remain December 19, 2022 notwithstanding the Pending Extension Motion, Plaintiffs shall have an extension of time to respond to any motion filed by one or more Defendants to dismiss the Complaint until and including January 23, 2023.

This _____ day of December, 2022.

_____
JUDGE