# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC <br><br> and <br><br> CORTEVA, INC., <br><br> Defendants. | CASE NO. 1:22-CV-828-TDS-JEP |

## DEFENDANT CORTEVA, INC.'S MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P 12(b)(6)

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Corteva, Inc. ("Corteva"), by counsel, moves to dismiss Plaintiffs' complaint with prejudice for failure to state a claim. The grounds for Corteva's motion to dismiss are set forth in the contemporaneously filed memorandum of law in support of this motion.

WHEREFORE, Corteva respectfully requests that the court grant its motion and dismiss Plaintiffs' complaint and grant such other and further relief that the court deems appropriate.

Respectfully submitted on this 12th day of December 2022.

        MCGUIREWOODS LLP

        /s/ Mark E. Anderson
        Mark E. Anderson (Bar No. 15764)
        manderson@mcguirewoods.com
        501 Fayetteville Street, Suite 500
        Raleigh, North Carolina 27601
        Phone: 919.755.6600
        Fax: 919.755.6699

        Katherine B. Forrest*
        kforrest@cravath.com
        David R. Marriott*
        dmarriott@cravath.com
        Margaret T. Segall*
        msegall@cravath.com
        CRAVATH, SWAINE & MOORE LLP
        825 Eighth Avenue
        New York, New York 10019
        Telephone: (212) 474-1000
        Facsimile: (212) 474-3700

        *Specially appearing under L.R. 83.1(d)

        *Attorneys for Defendant Corteva, Inc.*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., <br><br> v. <br><br> SYNGENTA CROP PROTECTION AG, et al. <br><br> Defendants. | CASE NO. 1:22-CV-828-TDS-JEP |

CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December, 2022, I caused the foregoing MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P 12(b)(6), and all attachments thereto, to be filed electronically with the Clerk of Court via the Court's CM/ECF system. Counsel for all parties in this case are registered CM/ECF users and will be served by the CM/ECF System:

          MCGUIREWOODS LLP

          /s/ Mark E. Anderson
          Mark E. Anderson (Bar No. 15764)
          manderson@mcguirewoods.com
          501 Fayetteville Street, Suite 500
          Raleigh, North Carolina 27601
          Phone: 919.755.6600
          Fax: 919.755.6699