# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br> STATE OF CALIFORNIA, <br> STATE OF COLORADO, <br> STATE OF ILLINOIS, <br> STATE OF INDIANA, <br> STATE OF IOWA, <br> STATE OF MINNESOTA, <br> STATE OF NEBRASKA, <br> STATE OF OREGON, <br> STATE OF TEXAS, <br> and <br> STATE OF WISCONSIN, <br><br>    Plaintiffs, <br><br>v. <br><br> SYNGENTA CROP PROTECTION AG, <br> SYNGENTA CORPORATION, <br> SYNGENTA CROP PROTECTION, LLC, <br> and <br> CORTEVA, INC., <br><br>    Defendants. | Civil Action No. 22-CV-828 |

### [PROPOSED] ORDER GRANTING THE MOTION TO EXTEND THE WORD LIMIT FOR THE MEMORANDUM OF LAW IN SUPPORT OF SYNGENTA'S MOTION TO DISMISS

THIS MATTER having come before the Court on the Syngenta Defendants' Motion to Extend the Word Limit for the Memorandum of Law in Support of the Syngenta Defendants' Motion to Dismiss; the Court having reviewed same and found good cause for the relief requested;

NOW, THEREFORE, IT IS ORDERED that the Syngenta Defendants' Motion for extension of the word limit for principal briefs is GRANTED. Defendants Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC shall file on the docket its Proposed Memorandum in Support of their Motion to Dismiss containing 7,726 words.

This __ day of December, 2022.

_____
JUDGE