# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br> STATE OF CALIFORNIA, <br> STATE OF COLORADO, <br> STATE OF ILLINOIS, <br> STATE OF INDIANA, <br> STATE OF IOWA, <br> STATE OF MINNESOTA, <br> STATE OF NEBRASKA, <br> STATE OF OREGON, <br> STATE OF TEXAS, <br>     and <br> STATE OF WISCONSIN, <br><br> Plaintiffs, <br><br> v. <br><br> SYNGENTA CROP PROTECTION AG, <br> SYNGENTA CORPORATION, <br> SYNGENTA CROP PROTECTION, LLC, <br>     and <br> CORTEVA, INC., <br><br> Defendants. | Civil Action No. 22-CV-828 |

### [PROPOSED] ORDER GRANTING SYNGENTA'S MOTION TO FILE PORTIONS OF THE PROPOSED MEMORANDUM IN SUPPORT OF THEIR MOTION TO DISMISS UNDER SEAL

THIS MATTER having come before the Court on the Syngenta's Motion to File Portions of the Proposed Memorandum In Support of their Motion to Dismiss Under Seal; the Court having reviewed the same and found good cause for the relief requested;

NOW, THEREFORE, IT IS ORDERED that Syngenta's Motion is GRANTED. The material that has been redacted in the publicly-filed version of Defendants Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC's proposed memorandum in support of their Motion to Dismiss shall remain permanently under seal.

This ___ day of December, 2022.

_____
JUDGE

2

Case 1:22-cv-00828-TDS-JEP   Document 68-1   Filed 12/12/22   Page 2 of 2