# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC<br><br>and<br><br>CORTEVA, INC.,<br><br>Defendants. | CASE NO. 1:22-CV-828-TDS-JEP |

### [PROPOSED] ORDER GRANTING SYNGENTA'S MOTION TO FILE PORTIONS OF THE PROPOSED MEMORANDUM IN SUPPORT OF THEIR MOTION TO DISMISS UNDER SEAL

THIS MATTER having come before the Court on the Corteva's Motion to File Under Seal Portions of the Proposed Memorandum In Support of their Motion to Dismiss; the Court having reviewed the same and found good cause for the relief requested;

NOW, THEREFORE, IT IS ORDERED that Corteva's Motion is GRANTED. The material that has been redacted in the publicly-filed version of Defendant Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC's proposed memorandum in support of their Motion to Dismiss shall remain permanently under seal.

This day ___ of December, 2022.

                                                                                                    _____
                                                                                                             JUDGE