# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SYNGENTA CROP PROTECTION AG, et al. <br><br> Defendants. | CASE NO. 1:22-CV-828-TDS-JEP |

### DEFENDANTS' JOINT NOTICE OF WITHDRAWAL OF JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT AND REQUEST FOR EXPEDITED BRIEFING (ECF NO. 56)

Defendants Syngenta Crop Protection AG, Syngenta Corporation and Syngenta Crop Protection, LLC (together, "Syngenta") and Corteva, Inc. ("Corteva") (collectively, "Defendants"), by and through their undersigned attorneys hereby provide notice to the Court that Defendants withdraw Defendants' Joint Motion for Extension of Time to Respond to Plaintiffs' Complaint and Request for Expedited Briefing filed on November 21, 2022, at ECF No. 56. On December 12, 2022, all Defendants responded to Plaintiffs' Complaint in this action through the filing of Motions to Dismiss. (ECF Nos. 64, 65). Thus, the extension of time to respond to Plaintiffs' Complaint in this action requested by the Defendants through that Motion is no longer applicable or necessary and the Motion for Extension of Time is withdrawn.

Respectfully submitted this 13th day of December, 2022.

    MCGUIREWOODS LLP

    /s/Mark E. Anderson
    Mark E. Anderson (Bar No. 15764)
    manderson@mcguirewoods.com
    501 Fayetteville Street, Suite 500
    Raleigh, North Carolina 27601
    Phone: 919.755.6600
    Fax: 919.755.6699

    Katherine B. Forrest*
    kforrest@cravath.com
    David R. Marriott*
    dmarriott@cravath.com
    Margaret T. Segall*
    msegall@cravath.com
    CRAVATH, SWAINE & MOORE LLP
    825 Eighth Avenue
    New York, New York 10019
    Telephone: (212) 474-1000
    Facsimile: (212) 474-3700

    *Specially appearing under L.R. 83.1(d)
    *Attorneys for Defendant Corteva, Inc.*

    FOX ROTHSCHILD LLP

    /s/Patrick M. Kane
    Patrick M. Kane
    N.C. Bar No. 36861
    pkane@foxrothschild.com
    230 N. Elm Street, Suite 1200
    PO Box 21927 (27420)
    Greensboro, NC 27401
    Telephone: (336) 378-5200
    Facsimile: (336) 378-5400

    Paul S. Mishkin**
    paul.mishkin@davispolk.com
    DAVIS POLK & WARDWELL LLP

450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4292
Facsimile: (212) 701-5292

\*\*Specially appearing under L.R. 83.1(d)
*Attorneys for Defendants Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of December 2022, the foregoing **DEFENDANTS' JOINT NOTICE OF WITHDRAWAL OF JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT AND REQUEST FOR EXPEDITED BRIEFING (ECF NO. 56)** with the Court using the CM/ECF system which will automatically serve all attorneys of record via the Courts CM/ECF System.

/s/ Mark E. Anderson
Mark E. Anderson (Bar No. 15764)