IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| FEDERAL TRADE COMMISSION, et al., | |
|---|---|
| Plaintiffs, | |
| v. | 1:22-CV-828 |
| SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC And CORTEVA, INC., | |
| Defendants. | |

## ORDER

This matter is before the court on the Syngenta Defendants' Motion to Extend the Word Limit for the Memorandum of Law in Support of the Syngenta Defendants' Motion to Dismiss. (Doc. 66.) The motion is unopposed. (Doc. 76.) For good cause shown,

IT IS ORDERED that the Syngenta Defendants' Motion for extension of the word limit for principal briefs is GRANTED. Defendants Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC shall file on the docket the Proposed Memorandum in Support of their Motion to Dismiss containing 7,726 words.

/s/   Thomas D. Schroeder
United States District Judge

December 22, 2022