# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN, <br><br> Plaintiffs, <br><br> v. <br><br> SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC., <br><br> Defendants. | Case No. 1:22-cv-00828-TDS-JEP <br><br> **PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION TO FILE PORTIONS OF THE AMENDED COMPLAINT TEMPORARILY UNDER SEAL** |

Plaintiff Federal Trade Commission ("FTC") respectfully moves pursuant to LR 5.4(c)(1)(a) and LR 5.4(c)(4)(b) to file portions of the Amended Complaint in this action temporarily under seal for fourteen days.

The FTC files this motion to comply with its regulations governing the treatment of confidential information submitted to the FTC in pre-complaint investigations and to give Defendants the opportunity to consider whether to ask the Court to seal portions of the Amended Complaint on a permanent basis. The FTC is not the party claiming confidentiality with respect to information that is the subject of this Motion. The FTC conducted a pre-Complaint investigation during which it received information from

1

Defendants that they designated as confidential pursuant to federal statute and FTC rules. *See* 15 U.S.C. § 57b-2; 16 C.F.R. § 4.10. Certain information that Defendants designated as confidential during the FTC's investigation may be disclosed in the Amended Complaint that Plaintiffs filed in this action. FTC regulations require the FTC to afford persons who submit confidential information "an opportunity to seek an appropriate protective order" prior to disclosing such information. 16 C.F.R. § 4.10(g). The FTC has, accordingly, filed a redacted version of the Amended Complaint on the public docket, filed a sealed version of the Amended Complaint with the redacted information highlighted, and filed this Motion to provide an opportunity for Defendants to seek appropriate relief from the Court.

The information in the Amended Complaint that the FTC requests be temporarily sealed may disclose the following non-public information as to which Defendants requested confidential treatment during the FTC's investigation:

- details about the terms of and strategy underlying the Defendants' "loyalty" programs at issue in this case;
- information derived from Defendants' revenue, sales, and pricing data;
- information about Defendants' business decisions, strategies, and plans; and
- quotations from Defendants' internal documents about these subjects.

The FTC will provide Defendants with notice of their respective information being filed under seal and a copy of any order the Court enters with respect to this Motion.

A proposed order is attached.

Dated: December 23, 2022    Respectfully submitted,

/s/ James H. Weingarten
James H. Weingarten (DC Bar No. 985070)
Joseph R. Baker
Wesley G. Carson
Elizabeth A. Gillen
Edward H. Takashima
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-3570
Email: jweingarten@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*