# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN,<br><br>      Plaintiffs,<br><br>      v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC.,<br><br>      Defendants. | Case No. 1:22-cv-00828-TDS-JEP<br><br>**[PROPOSED] ORDER GRANTING MOTION TO FILE PORTIONS OF THE AMENDED COMPLAINT TEMPORARILY UNDER SEAL** |

Upon consideration of Plaintiff Federal Trade Commission's Motion to File Portions of the Amended Complaint Temporarily Under Seal, it is hereby ORDERED that the Motion is GRANTED and it is further ORDERED that:

the material that has been redacted in the publicly-filed version of the Amended Complaint in this action shall remain under seal until January 6, 2023;

any person seeking to extend the duration of sealing of material in the Amended Complaint that has been temporarily sealed pursuant to this Order shall file a response, including materials required by LR 5.4(c)(3), by January 6, 2023, which filing shall

extend the sealing of the relevant material until the Court determines whether to seal the material permanently;

Plaintiffs may file on the public record any material that no person seeks, by January 6, 2023, to maintain under seal; and

Plaintiff Federal Trade Commission shall, as soon as practicable, provide notice of this Order to any person whose information in the Amended Complaint has been temporarily sealed pursuant to this Order.

SO ORDERED.

Dated:

_____
UNITED STATES DISTRICT JUDGE