UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC.,<br><br>Defendants. | Case No. 1:22-cv-00828-TDS-JEP<br><br>**PLAINTIFFS' MOTION TO SET INITIAL PRETRIAL CONFERENCE** |

Plaintiffs Federal Trade Commission and the states of California, Colorado, Illinois, Indiana, Iowa, Minnesota, Nebraska, Oregon, Tennessee, Texas, Washington, and Wisconsin respectfully move the Court to set a Rule 16 initial pretrial conference for the earliest available date so that the parties and the Court can begin moving this case forward without delay.

**I.    Background**

Plaintiffs filed the initial Complaint in this action on September 29, 2022. (Doc. 1). Defendants Corteva, Inc. ("Corteva") and Syngenta Crop Protection AG,

1

Syngenta Corporation, and Syngenta Crop Protection, LLC (collectively, "Syngenta") each moved to dismiss the Complaint under Fed. R. Civ. P. 12(b)(6) on December 12, 2022. (Doc. 64, 65). Plaintiffs filed an Amended Complaint on December 23, 2022, adding Tennessee and Washington as state plaintiffs and amending other allegations. (Doc. 79) ("Am. Compl.").

Since this case was first filed in September, Plaintiffs have repeatedly sought, without success, to initiate discovery and case management discussions with Defendants. Rule 26(f)(1) requires the parties to confer regarding discovery and other case management issues "as soon as practicable" and "in any event at least 21 days before . . . a scheduling order is due under Rule 16(b)." Fed. R. Civ. P. 26(f)(1). The Local Rules further provide that the parties must meet and confer at least fourteen days before the initial pretrial conference, which shall be scheduled thirty days in advance and "within the time set by . . . Rule 16(b)." L.R. 16.1(b). In this case, counsel for Syngenta first appeared on October 10, (Doc. 16), and a scheduling order was therefore due under Rule 16(b) by December 9. *See* Fed. R. Civ. P. 16(b)(2).

Defendants, however, have declined to confer with Plaintiffs pursuant to Rule 26(f) on the grounds that a conference is premature until the Court sets an initial pretrial conference. Defendants further stated their position that an initial pretrial conference is premature at this time. *See* Carson Decl. ¶¶ 4, 5; Ex. A at 4.

## II. Public Policy Favors Expeditious Resolution of Plaintiffs' Claims and an Initial Pretrial Conference at the Earliest Available Date

To effectuate the strong public-policy interests favoring the swift resolution of government antitrust cases, Plaintiffs respectfully move the Court to set a Rule 16 initial pretrial conference for the earliest available date.

In this suit, Plaintiffs seek to enforce federal and state antitrust laws and to end Defendants' ongoing and unlawful restraint of competition in pesticide markets, which results in higher prices for farmers. Courts have repeatedly recognized that strong public-policy interests favor resolving such government antitrust cases promptly and in advance of private litigation. *See United States v. Dentsply Int'l, Inc.*, 190 F.R.D. 140, 145 (D. Del. 1999) ("[C]lear public policy" favors the "prompt resolution of Government antitrust claims to provide expeditious relief to the public[.]"); *FTC v. Vyera Pharms., LLC*, No. 20-cv-00706 (DLC), 2021 WL 76336, at *1 (S.D.N.Y. Jan. 8, 2021) ("The parties and the public have a significant interest in resolving the issues raised by the [government] plaintiffs' claims with due expedition.").

Defendants' refusal to meet and confer regarding case management and discovery issues until an initial pretrial conference is scheduled has effectively imposed a unilateral and unwarranted stay of discovery—without meeting the standards for a stay. A party seeking to stay discovery "must come forward with a specific factual showing that the interests of justice and considerations of prejudice and undue burden to the parties require a protective order and that the benefits of a stay outweigh the costs of delay." *Kron Med.*

*Corp. v. Growth*, 119 F.R.D. 636, 638 (M.D.N.C. 1988) (denying motion to stay discovery pending resolution of motion to transfer); *see also* Carson Decl. Ex. B (Hrg. Tr. at 12:19-13:18, *FTC v. Surescripts, LLC*, No. 1:19-cv-01080-JDB (D.D.C. Feb. 27, 2020)) (denying defendant's request for partial stay of discovery pending motions to dismiss in private cases); Carson Decl. Ex. C (Order (Doc. 72) at 1, *FTC v. Qualcomm Inc.*, No. 5:17-cv-00220-LHK (N.D. Cal. Apr. 13, 2017)) (denying defendant's request to defer discovery pending ruling on Rule 12(b)(6) motion). Defendants have not made and cannot make any such showing.

### III. Conclusion

For the foregoing reasons, Plaintiffs respectfully request that the Court set a Rule 16 scheduling conference for the earliest available date on the Court's calendar.

Dated: December 23, 2022

Respectfully submitted,

/s/ James H. Weingarten
JAMES H. WEINGARTEN (DC Bar No. 985070)
Deputy Chief Trial Counsel
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-3570
Email: jweingarten@ftc.gov

JOSEPH R. BAKER
WESLEY G. CARSON
ELIZABETH A. GILLEN
EDWARD H. TAKASHIMA

*Attorneys for Plaintiff Federal Trade Commission*

4

ROB BONTA
Attorney General

KATHLEEN E. FOOTE
Senior Assistant Attorney General

PAULA L. BLIZZARD
Supervising Deputy Attorney General

/s/ Nicole S. Gordon
NICOLE S. GORDON
California Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94610
Telephone: (415) 510-4400
Email: nicole.gordon@doj.ca.gov

*Attorneys for Plaintiff State of California*


KWAME RAOUL
Attorney General

/s/ Paul J. Harper
PAUL J. HARPER
Assistant Attorney General, Antitrust
Office of the Illinois Attorney General
100 W. Randolph Street
Chicago, IL 60601
Telephone: (312) 814-3000
Email: paul.harper@ilag.gov

*Attorneys for Plaintiff State of Illinois*

PHILIP J. WEISER
Attorney General

/s/ Carla J. Baumel
JAN M. ZAVISLAN
Senior Counsel
CARLA J. BAUMEL
CONOR J. MAY
Assistant Attorneys General
Colorado Department of Law
Office of the Attorney General
Ralph L. Carr Judicial Center
1300 Broadway, 7th Floor
Denver, CO 80203
Telephone: (720) 508-6000
Email: Jan.Zavislan@coag.gov
    Carla.Baumel@coag.gov
    Conor.May@coag.gov

*Attorneys for Plaintiff State of Colorado*


THEODORE E. ROKITA
Attorney General

/s/ Matthew Michaloski
MATTHEW MICHALOSKI
Deputy Attorney General
SCOTT BARNHART
Chief Counsel and Director of Consumer Protection
Office of the Indiana Attorney General
Indiana Government Center South – 5th Fl.
302 W. Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 234-1479
Email: matthew.michaloski@atg.in.gov
    scott.barnhart@atg.in.gov

*Attorneys for Plaintiff State of Indiana*

| | |
|---|---|
| TOM MILLER<br>Attorney General<br><br>/s/ Noah Goerlitz<br>NOAH GOERLITZ<br>BRYCE PASHLER<br>Assistant Attorneys General<br>Office of the Iowa Attorney General<br>1305 E. Walnut St.<br>Des Moines, IA 50319<br>Telephone: (515) 725-1018<br>Email: noah.goerlitz@ag.iowa.gov<br>          bryce.pashler@ag.iowa.gov<br><br>*Attorneys for Plaintiff State of Iowa*<br><br><br>DOUGLAS J. PETERSON<br>Attorney General<br><br>/s/ Joseph M. Conrad<br>JOSEPH M. CONRAD<br>COLIN P. SNIDER<br>Office of the Attorney General of Nebraska<br>2115 State Capitol Building<br>Lincoln, NE 68509<br>Telephone: (402) 471-3840<br>Email: Joseph.Conrad@nebraska.gov<br>Colin.Snider@nebraska.gov<br><br>*Attorneys for Plaintiff State of Nebraska* | KEITH ELLISON<br>Attorney General<br><br>JAMES W. CANADAY<br>Deputy Attorney General<br><br>/s/ Katherine Moerke<br>KATHERINE MOERKE<br>JASON PLEGGENKUHLE<br>ELIZABETH ODETTE<br>Assistant Attorneys General<br>Office of the Minnesota Attorney General<br>445 Minnesota Street, Suite 1200<br>St. Paul, MN 55101-2130<br>Telephone: (651) 296-3353<br>Email: james.canaday@ag.state.mn.us<br>          katherine.moerke@ag.state.mn.us<br>          jason.pleggenkuhle@ag.state.mn.us<br>          elizabeth.odette@ag.state.mn.us<br><br>*Attorneys for Plaintiff State of Minnesota*<br><br><br>ELLEN F. ROSENBLUM<br>Attorney General<br><br>/s/ Timothy D. Smith<br>TIMOTHY D. SMITH<br>Senior Assistant Attorney General<br>Antitrust and False Claims Unit<br>Oregon Department of Justice<br>100 SW Market St<br>Portland, OR 97201<br>Telephone: (503) 934-4400<br>Email: tim.smith@doj.state.or.us<br><br>*Attorneys for Plaintiff State of Oregon* |

| | |
|---|---|
| JONATHAN SKRMETTI<br>Attorney General<br><br>/s/ Hamilton Millwee<br>HAMILTON MILLWEE<br>Assistant Attorney General<br>TATE BALL<br>Assistant Attorney General<br>Office of the Attorney General of<br>Tennessee<br>P.O. Box 20207<br>Nashville, TN 37202<br>Telephone: (615) 291-5922<br>Email: Hamilton.Millwee@ag.tn.gov<br>        Tate.Ball@ag.tn.gov<br><br>*Attorneys for Plaintiff State of Tennessee*<br>*Notice of Special Appearance*<br>*forthcoming*<br><br><br>ROBERT W. FERGUSON<br>Attorney General<br><br>/s/ Luminita Nodit<br>LUMINITA NODIT<br>Lumi.Nodit@atg.wa.gov<br>Assistant Attorney General,<br>Antitrust Division<br>Washington State Office<br>of the Attorney General<br>800 Fifth Ave., Suite 2000<br>Seattle, WA 98104<br>Tel: (206) 254-0568<br><br>*Attorneys for Plaintiff State*<br>*of Washington*<br>*Notice of Special Appearance*<br>*forthcoming* | KEN PAXTON<br>Attorney General<br><br>/s/ Margaret Sharp<br>BRENT WEBSTER<br>First Assistant Attorney General<br>GRANT DORFMAN<br>Deputy First Assistant Attorney General<br>SHAWN E. COWLES<br>Deputy Attorney General for Civil Litigation<br>JAMES LLOYD<br>Chief, Antitrust Division<br>TREVOR YOUNG<br>Deputy Chief, Antitrust Division<br>MARGARET SHARP<br>WILLIAM SHIEBER<br>Assistant Attorneys General<br>Office of the Attorney General, State of<br>Texas<br>300 West 15th Street<br>Austin, TX 78701<br>Telephone: (512) 936-1674<br>Email: Margaret.Sharp@oag.texas.gov<br><br>*Attorneys for Plaintiff State of Texas*<br><br><br>JOSHUA L. KAUL<br>Attorney General<br><br>/s/ Laura E. McFarlane<br>LAURA E. MCFARLANE<br>Assistant Attorney General<br>Wisconsin Department of Justice<br>Post Office Box 7857<br>Madison, WI 53707-7857<br>Telephone: (608) 266-8911<br>Email: mcfarlanele@doj.state.wi.us<br><br>*Attorneys for Plaintiff State of Wisconsin* |

7

# CERTIFICATE OF WORD COUNT

I hereby certify that the foregoing brief complies with Local Rule 7.3(d) in that it contains fewer than 6,250 words as reported by word processing software.

Dated: December 23, 2022

/s/ James H. Weingarten
James H. Weingarten
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
Phone: (202) 326-3570
jweingarten@ftc.gov

*Attorney for Plaintiff Federal Trade Commission*