UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC.,<br><br>Defendants. | Case No. 1:22-cv-00828-TDS-JEP<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' ORIGINAL COMPLAINT** |

Plaintiffs Federal Trade Commission and the states of California, Colorado, Illinois, Indiana, Iowa, Minnesota, Nebraska, Oregon, Tennessee, Texas, Washington, and Wisconsin filed an Amended Complaint in this action on December 23, 2022. (Doc. 79).

The Amended Complaint supersedes the original Complaint filed in this action and moots the Motions to Dismiss the original Complaint that Defendants Corteva, Inc. and Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC, filed in this action on December 12, 2022. (Doc. 64, 65). It is well settled that a

1

timely-filed amended pleading supersedes the original pleading, and that motions directed at superseded pleadings are to be denied as moot. *See Young v. City of Mount Ranier*, 238 F.3d 567, 573 (4th Cir. 2001) (amended pleading renders original pleading of no effect); *Selex ES Inc. v. NDI Techs., Inc.*, No. 3:20-CV637, 2021 WL 4761992, at *1 (W.D.N.C. Oct. 12, 2021) (denying motion to dismiss as moot due to the filing of amended complaint); *see also* Fed. R. Civ. P. 15(a) ("A party may amend its pleading once as a matter of course within . . . 21 days after service of a motion under Rule 12(b).").

Plaintiffs intend to respond to any motions to dismiss the Amended Complaint that Defendants may file.

Dated: December 23, 2022

Respectfully submitted,

/s/ James H. Weingarten
JAMES H. WEINGARTEN (DC Bar No. 985070)
Deputy Chief Trial Counsel
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-3570
Email: jweingarten@ftc.gov

JOSEPH R. BAKER
WESLEY G. CARSON
ELIZABETH A. GILLEN
EDWARD H. TAKASHIMA

*Attorneys for Plaintiff Federal Trade Commission*

2

ROB BONTA
Attorney General

KATHLEEN E. FOOTE
Senior Assistant Attorney General

PAULA L. BLIZZARD
Supervising Deputy Attorney General

/s/ Nicole S. Gordon
NICOLE S. GORDON
California Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94610
Telephone: (415) 510-4400
Email: nicole.gordon@doj.ca.gov

*Attorneys for Plaintiff State of California*


KWAME RAOUL
Attorney General

/s/ Paul J. Harper
PAUL J. HARPER
Assistant Attorney General, Antitrust
Office of the Illinois Attorney General
100 W. Randolph Street
Chicago, IL 60601
Telephone: (312) 814-3000
Email: paul.harper@ilag.gov

*Attorneys for Plaintiff State of Illinois*

PHILIP J. WEISER
Attorney General

/s/ Carla J. Baumel
JAN M. ZAVISLAN
Senior Counsel
CARLA J. BAUMEL
CONOR J. MAY
Assistant Attorneys General
Colorado Department of Law
Office of the Attorney General
Ralph L. Carr Judicial Center
1300 Broadway, 7th Floor
Denver, CO 80203
Telephone: (720) 508-6000
Email: Jan.Zavislan@coag.gov
       Carla.Baumel@coag.gov
       Conor.May@coag.gov

*Attorneys for Plaintiff State of Colorado*


THEODORE E. ROKITA
Attorney General

/s/ Matthew Michaloski
MATTHEW MICHALOSKI
Deputy Attorney General
SCOTT BARNHART
Chief Counsel and Director of Consumer Protection
Office of the Indiana Attorney General
Indiana Government Center South – 5th Fl.
302 W. Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 234-1479
Email: matthew.michaloski@atg.in.gov
       scott.barnhart@atg.in.gov

*Attorneys for Plaintiff State of Indiana*

| | |
|---|---|
| TOM MILLER<br>Attorney General<br><br>/s/ Noah Goerlitz<br>NOAH GOERLITZ<br>BRYCE PASHLER<br>Assistant Attorneys General<br>Office of the Iowa Attorney General<br>1305 E. Walnut St.<br>Des Moines, IA 50319<br>Telephone: (515) 725-1018<br>Email: noah.goerlitz@ag.iowa.gov<br>       bryce.pashler@ag.iowa.gov<br><br>*Attorneys for Plaintiff State of Iowa*<br><br><br>DOUGLAS J. PETERSON<br>Attorney General<br><br>/s/ Joseph M. Conrad<br>JOSEPH M. CONRAD<br>COLIN P. SNIDER<br>Office of the Attorney General of Nebraska<br>2115 State Capitol Building<br>Lincoln, NE 68509<br>Telephone: (402) 471-3840<br>Email: Joseph.Conrad@nebraska.gov<br>Colin.Snider@nebraska.gov<br><br>*Attorneys for Plaintiff State of Nebraska* | KEITH ELLISON<br>Attorney General<br><br>JAMES W. CANADAY<br>Deputy Attorney General<br><br>/s/ Katherine Moerke<br>KATHERINE MOERKE<br>JASON PLEGGENKUHLE<br>ELIZABETH ODETTE<br>Assistant Attorneys General<br>Office of the Minnesota Attorney General<br>445 Minnesota Street, Suite 1200<br>St. Paul, MN 55101-2130<br>Telephone: (651) 296-3353<br>Email: james.canaday@ag.state.mn.us<br>       katherine.moerke@ag.state.mn.us<br>       jason.pleggenkuhle@ag.state.mn.us<br>       elizabeth.odette@ag.state.mn.us<br><br>*Attorneys for Plaintiff State of Minnesota*<br><br><br>ELLEN F. ROSENBLUM<br>Attorney General<br><br>/s/ Timothy D. Smith<br>TIMOTHY D. SMITH<br>Senior Assistant Attorney General<br>Antitrust and False Claims Unit<br>Oregon Department of Justice<br>100 SW Market St<br>Portland, OR 97201<br>Telephone: (503) 934-4400<br>Email: tim.smith@doj.state.or.us<br><br>*Attorneys for Plaintiff State of Oregon* |

JONATHAN SKRMETTI
Attorney General

/s/ Hamilton Millwee
HAMILTON MILLWEE
Assistant Attorney General
TATE BALL
Assistant Attorney General
Office of the Attorney General of Tennessee
P.O. Box 20207
Nashville, TN 37202
Telephone: (615) 291-5922
Email: Hamilton.Millwee@ag.tn.gov
        Tate.Ball@ag.tn.gov

*Attorneys for Plaintiff State of Tennessee*
*Notice of Special Appearance forthcoming*


ROBERT W. FERGUSON
Attorney General

/s/ Luminita Nodit
LUMINITA NODIT
Lumi.Nodit@atg.wa.gov
Assistant Attorney General,
Antitrust Division
Washington State Office
of the Attorney General
800 Fifth Ave., Suite 2000
Seattle, WA 98104
Tel: (206) 254-0568

*Attorneys for Plaintiff State*
*of Washington*
*Notice of Special Appearance forthcoming*

KEN PAXTON
Attorney General

/s/ Margaret Sharp
BRENT WEBSTER
First Assistant Attorney General
GRANT DORFMAN
Deputy First Assistant Attorney General
SHAWN E. COWLES
Deputy Attorney General for Civil Litigation
JAMES LLOYD
Chief, Antitrust Division
TREVOR YOUNG
Deputy Chief, Antitrust Division
MARGARET SHARP
WILLIAM SHIEBER
Assistant Attorneys General
Office of the Attorney General, State of Texas
300 West 15th Street
Austin, TX 78701
Telephone: (512) 936-1674
Email: Margaret.Sharp@oag.texas.gov

*Attorneys for Plaintiff State of Texas*


JOSHUA L. KAUL
Attorney General

/s/ Laura E. McFarlane
LAURA E. MCFARLANE
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 266-8911
Email: mcfarlanele@doj.state.wi.us

*Attorneys for Plaintiff State of Wisconsin*