UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SYNGENTA CROP PROTECTION., et al. <br><br> Defendants. | CASE NO. 1:22-CV-828-TDS-JEP |

# DEFENDANTS' JOINT CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Defendants Syngenta Crop Protection AG, Syngenta Corporation and Syngenta Crop Protection, LLC (together, "Syngenta") and Corteva, Inc. ("Corteva") (collectively, "Defendants"), by and through their undersigned attorneys and pursuant to Fed. R. Civ. P. 6(b) and 15(a)(3), and Local Rule 6.1(a), respectfully move for an extension of time of seven days within which to answer, move or otherwise respond to Plaintiffs' Amended Complaint.[1] Plaintiffs consent to this extension of time.

In support of this Motion, and showing good cause, Defendants state the following:

1. Plaintiffs' Complaint was filed on September 29, 2022. (Dkt. 1).

2. On December 12, 2022, all Defendants timely filed Motions to Dismiss the Plaintiffs' Complaint in its entirety under Fed. R. Civ. P. 12(b). (Dkts. 64, 65).

---

[1] In moving for an extension of time, the Defendants expressly reserve, and do not waive, all rights and defenses.

3. On December 23, 2022, Plaintiffs filed an Amended Complaint as of right under Fed. R. Civ. P. 15(a)(1)(B). (Dkt. 79). The Amended Complaint moots the Defendants' pending Motions to Dismiss, and Defendants current date to answer, move or otherwise respond to the Amended Complaint is January 6, 2023.

4. This Motion is filed before the response to the Amended Complaint is due and is sought in good faith and not for the purpose of unwarranted delay. Defendants need a short amount of additional time to prepare their responses to the Amended Complaint due to the end-of-year holidays and the schedules and availability of the Defendants and their counsel.

5. The Court did not previously grant a motion for an extension to answer, move or otherwise respond to the Complaint in this case, and has not previously granted a motion for an extension to answer, move or otherwise respond to the Amended Complaint.

6. Counsel for Defendants have consulted with counsel for Plaintiffs and they consent to a seven-day extension for Defendants to answer, move or otherwise respond to the Amended Complaint. Defendants have prospectively agreed to a request from Plaintiffs for a reciprocal seven-day extension of time for Plaintiffs' response to the motions to dismiss the Amended Complaint that Defendants intend to file.

**WHEREFORE**, Defendants respectfully request that this Court enter an Order granting Defendants an extension of seven (7) days to answer, move or otherwise respond to Plaintiffs' Amended Complaint, up to and including January 13, 2023, and such other or further relief as the Court deems proper and just.

Respectfully submitted this 28th day of December, 2022.

        FOX ROTHSCHILD LLP

        /s/ Patrick M. Kane
        Patrick M. Kane
        N.C. Bar No. 36861
        pkane@foxrothschild.com
        230 N. Elm Street, Suite 1200
        PO Box 21927 (27420)
        Greensboro, NC 27401
        Telephone: (336) 378-5200
        Facsimile: (336) 378-5400

        Paul S. Mishkin*
        paul.mishkin@davispolk.com
        David B. Toscano*
        david.toscano@davispolk.com
        DAVIS POLK & WARDWELL LLP
        450 Lexington Avenue
        New York, NY 10017
        Telephone: (212) 450-4292
        Facsimile: (212) 701-5292

        *Specially appearing under L.R. 83.1(d)

        *Attorneys for Defendants Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC*

        MCGUIREWOODS LLP

        /s/ Mark E. Anderson
        Mark E. Anderson (Bar No. 15764)
        manderson@mcguirewoods.com
        501 Fayetteville Street, Suite 500
        Raleigh, North Carolina 27601
        Phone: 919.755.6600
        Fax: 919.755.6699

Katherine B. Forrest**
kforrest@cravath.com
David R. Marriott**
dmarriott@cravath.com
Margaret T. Segall**
msegall@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

**Specially appearing under L.R. 83.1(d)

*Attorneys for Defendant Corteva, Inc.*