# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., <br><br> Plaintiff, <br><br> v. <br><br> SYNGENTA CROP PROTECTION., et al. <br><br> Defendants. | CASE NO. 1:22-CV-828 |

## [PROPOSED] ORDER GRANTING DEFENDANTS' JOINT CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT

THIS MATTER having come before the Court on Defendants' Joint Consent Motion for Extension of Time to Respond to Plaintiffs' Amended Complaint; the Court having reviewed same and found good cause for the relief requested;

NOW, THEREFORE, IT IS ORDERED that Defendants' Joint Consent Motion is GRANTED. Defendants Syngenta Corporation, Syngenta Crop Protection, LLC, and Corteva, Inc. shall have an extension of seven (7) days to answer, move or otherwise respond to Plaintiff's Amended Complaint, up to and including January 13, 2023.

This ___ day of December, 2022.