UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC.,<br><br>Defendants. | Case No. 1:22-cv-00828-TDS-JEP<br><br>**[PROPOSED] ORDER** |

Upon consideration of Plaintiffs' Consent Motion for an Extension of Time to Respond to Defendants' Motions to Dismiss the Amended Complaint, it is hereby ORDERED that the Motion is GRANTED. Plaintiffs' time to oppose or otherwise respond to any motion to dismiss Plaintiffs' Amended Complaint shall be extended by seven (7) days, to a total of twenty-eight (28) days following filing of the motion.

Dated: January ___, 2023

_____
UNITED STATES DISTRICT JUDGE