# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC,<br><br>and<br><br>CORTEVA, INC.,<br><br>Defendants. | Case No. 1:22-CV-828-TDS-JEP<br><br>**NOTICE OF SPECIAL APPEARANCE OF COUNSEL** |

Pursuant to Local Civil Rule 83.1(d), and Magistrate Judge Peake's October 17, 2022 Order granting leave for Plaintiff States to enter Notices of Special Appearance in this case without association of local counsel [Doc. 26], the following attorney hereby appears on behalf of Plaintiff the State of Washington and requests service of all communications, pleadings, and notices affecting this action:

LUMINITA NODIT
Assistant Attorney General
Antitrust Division
Washington State Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 254-0568
lumi.nodit@atg.wa.gov

Ms. Nodit certifies she is an active member in good standing of the Washington State Bar, and further certifies that she understands that, by entering an appearance, she submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-captioned civil action for which she is specially appearing and that she will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials, and other proceedings.

This is the 10th day of January 2023.

Respectfully submitted,

ROBERT W. FERGUSON
Attorney General

*s/ Luminita Nodit*
LUMINITA NODIT
Assistant Attorney General
Antitrust Division
Washington State Office of the
Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 254-0568
lumi.nodit@atg.wa.gov
  *Attorneys for Plaintiff State of Washington*