UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION et al. <br><br> Plaintiffs, <br><br> v. <br><br> SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC <br><br> and <br><br> CORTEVA, INC., <br><br> Defendants. | CASE NO. 1:22-CV-828-TDS-JEP |

**[PROPOSED] ORDER GRANTING THE JOINT CONSENT MOTION TO EXTEND THE WORD LIMIT FOR THE MEMORANDA OF LAW IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS AND <u>PLAINTIFFS' RESPONSES IN OPPOSITION</u>**

THIS MATTER having come before the Court on Defendants' and Plaintiffs' Joint Consent Motion to Extend the Word Limit for the Memoranda of Law in Support of Defendants' Motions to Dismiss and Plaintiffs' Responses in Opposition; the Court having reviewed same and found good cause for the relief requested;

NOW, THEREFORE, IT IS ORDERED that Defendants' and Plaintiffs' Joint Consent Motion for extension of the word limit for principal briefs is

GRANTED. Defendants Syngenta Crop Protection AG, Syngenta Corporation, Syngenta Crop Protection, LLC (together, "Syngenta") and Corteva, Inc. ("Corteva") shall file on the docket their Memoranda in Support of their Motions to Dismiss containing no more than 8,000 words each (constituting one memorandum for Corteva and one combined memorandum for the three Syngenta entities). Plaintiffs Federal Trade Commission and the states of California, Colorado, Illinois, Indiana, Iowa, Minnesota, Nebraska, Oregon, Tennessee, Texas, Washington and Wisconsin shall file on the docket their Memorandum or Memoranda in Opposition, containing no more than 16,000 words total.

This \_\_\_\_ day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE