UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION et al., <br><br> Plaintiffs, <br><br> v. <br><br> SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC <br><br> and <br><br> CORTEVA, INC., <br><br> Defendants. | CASE NO. 1:22-CV-828-TDS-JEP |

**MEMORANDUM IN SUPPORT OF JOINT CONSENT MOTION TO EXTEND THE WORD LIMIT FOR MEMORANDA OF LAW IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS AND PLAINTIFFS' RESPONSES IN OPPOSITION**

Defendants Syngenta Crop Protection AG, Syngenta Corporation, Syngenta Crop Protection, LLC (collectively, "Syngenta") and Corteva, Inc. ("Corteva") (collectively, "Defendants") and Plaintiffs Federal Trade Commission and the states of California, Colorado, Illinois, Indiana, Iowa, Minnesota, Nebraska, Oregon, Tennessee, Texas, Washington and Wisconsin (collectively, "Plaintiffs") (together with Defendants, "the Moving Parties") seek an increase in the word limit that would otherwise apply to Defendants' Memoranda in Support

of their Motions to Dismiss and Plaintiffs' Memoranda in Opposition under Local Rule 7.6(d)(l).

The Amended Complaint in this action is 108 pages long and asserts 16 separate causes of action against Defendants. In order to fully inform the Court of the bases for dismissal asserted by Defendants, Defendants ask that the Court grant leave for the Memoranda in Support of their Motions to Dismiss to exceed the 6,250-word limit under Local Rule 7.3(d). Defendants propose that each of Corteva's and Syngenta's Memoranda in Support be permitted to contain up to 8,000 words, as calculated pursuant to Local Rule 7.3(d). Likewise, in order to respond in full to the arguments raised in Defendants' Motions, Plaintiffs ask that the Court grant leave for their Memorandum or Memoranda in Opposition to Defendants' Motions to Dismiss to exceed the 6,250-word limit under Local Rule 7.3(d). Plaintiffs propose that their Memorandum or Memoranda in Opposition to the two Motions to Dismiss be permitted to contain a total of 16,000 words, as calculated pursuant to Local Rule 7.3(d).

**NATURE OF MATTER AND RELEVANT PROCEDURAL FACTS**

On December 23, 2022, Plaintiffs filed an Amended Complaint in this action. (ECF No. 79.) Plaintiffs assert claims under Section 5 of the FTC Act, Section 3 of the Clayton Act, Sections 1 and 2 of the Sherman Act and numerous state antitrust and consumer protection laws.

Syngenta and Corteva intend to each move to dismiss the Amended Complaint for failure to state a claim under Rule 12(b)(6) of the Federal Rules of

Civil Procedure. Plaintiffs intend to file one or more Memoranda in Opposition to Defendants' Motions to Dismiss.

## ARGUMENT

Plaintiffs assert 16 separate causes of action against Defendants in an Amended Complaint containing 276 numbered allegations spanning 108 pages. An extension of the 6,250-word limit is appropriate to facilitate a clear and complete explanation of each of Defendants' asserted bases for dismissal . Likewise, a corresponding extension is appropriate to enable Plaintiffs to respond in full to the arguments raised in Defendants' Motions to Dismiss.

Local Rule 7.3(d)'s recognition that the Court can order an increase in the word limit reflects this Court's inherent power to do so. *See, e.g.*, *United States v. Moussaoui,* 483 F.3d 220, 236 (4th Cir. 2007); *United States ex rel. Lindsey v. Trend Cmty. Mental Health Servs.,* 88 F. Supp. 2d 475, 477 (W.D.N.C. 1999). Thus, judges in this district have granted leave to file briefs in excess of the word limits when appropriate. *See, e.g.*, *Rochelle v. United States*, No. 1:12CV1121, 2016 WL 1241329, at *17 (M.D.N.C. Mar. 28, 2016); *Estate of Sipes v. United States*, No. 1:14-cv-466, 2016 WL 109970, at *8 (M.D.N.C. Jan. 8, 2016).

The circumstances here render a word-limit increase appropriate. Defendants' Motions to Dismiss the Amended Complaint argue that there are several grounds for dismissal. While working diligently to be concise in presenting their arguments to the Court, clearly organizing and explicating those

3

grounds requires Defendants to exceed the 6,250-word limit. Likewise, responding in full to the arguments raised in Defendants' Motions requires Plaintiffs to develop their analysis in more depth than permitted under the current word limit. This Court previously recognized the propriety of an extension of the word limit with respect to the briefing on these motions, having granted Syngenta's motion for an extension of the word limit in its motion to dismiss the original complaint.

The Parties have conferred and all Parties consent to the respective word limit extensions sought by this Joint Motion.

## **CONCLUSION**

For these reasons, the Moving Parties respectfully request that the Court increase the word limit for Defendants' Memoranda in Support of their Motions to Dismiss and Plaintiffs' Memorandum or Memoranda in Opposition, and that the Court allow and direct the filing of Defendants' Memoranda containing up to 8,000 words each and Plaintiffs' Memorandum or Memoranda containing a total of 16,000 words.

Date: January 13, 2023

FOX ROTHSCHILD LLP
/s/ Patrick M. Kane
Patrick M. Kane (Bar No. 36861)
pkane@foxrothschild.com
230 N. Elm Street, Suite 1200
PO Box 21927 (27420)
Greensboro, NC 27401
Telephone: (336) 378-5200
Facsimile: (336) 378-5400

Paul S. Mishkin*
paul.mishkin@davispolk.com
DAVIS POLK & WARDWELL LLP
450 Lexington A venue
New York, NY 10017
Telephone: (212) 450-4292
Facsimile: (212) 701-5292

*Specially appearing under L.R. 83.1(d)

*Attorneys for Defendants Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC*

MCGUIREWOODS LLP

/s/ Mark E. Anderson
Mark E. Anderson (Bar No. 15764)
manderson@mcguirewoods.com
501 Fayetteville Street, Suite 500
Raleigh, North Carolina 27601
Telephone: (919) 755-6600
Facsimile: (919) 755-6699

David R. Marriott*
dmarriott@cravath.com
Margaret T. Segall*
msegall@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Specially appearing under L.R. 83.1(d)

*Attorneys for Defendant Corteva, Inc.*

6

/s/ James H. Weingarten
JAMES H. WEINGARTEN (DC Bar No. 985070)
Deputy Chief Trial Counsel
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-3570
Email: jweingarten@ftc.gov

GEOFFREY M. GREEN
Assistant Director

MARK J. WOODWARD
Deputy Assistant Director

MICHAEL J. TURNER
JOSEPH R. BAKER
ERIC BROOKS
WESLEY G. CARSON
RACHEL S. FRANK
ELIZABETH A. GILLEN
PHILIP J. KEHL
LAUREN B. PATTERSON
EDWARD H. TAKASHIMA
Attorneys

Bureau of Competition

*Attorneys for Plaintiff Federal Trade Commission*

| | |
|---|---|
| ROB BONTA<br>Attorney General | PHILIP J. WEISER<br>Attorney General |
| KATHLEEN E. FOOTE<br>Senior Assistant Attorney General | /s/ Carla J. Baumel<br>JAN M. ZAVISLAN<br>Senior Counsel |
| PAULA L. BLIZZARD<br>Supervising Deputy Attorney General | CARLA J. BAUMEL<br>CONOR J. MAY<br>Assistant Attorneys General |
| /s/ Nicole S. Gordon<br>NICOLE S. GORDON<br>California Office of the Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94610<br>Telephone: (415) 510-4400<br>Email: nicole.gordon@doj.ca.gov | Colorado Department of Law<br>Office of the Attorney General<br>Ralph L. Carr Judicial Center<br>1300 Broadway, 7th Floor<br>Denver, CO 80203<br>Telephone: (720) 508-6000<br>Email: Jan.Zavislan@coag.gov<br>       Carla.Baumel@coag.gov<br>       Conor.May@coag.gov |
| *Attorneys for Plaintiff State of California* | *Attorneys for Plaintiff State of Colorado* |
| KWAME RAOUL<br>Attorney General | THEODORE E. ROKITA<br>Attorney General |
| /s/ Paul J. Harper<br>PAUL J. HARPER<br>Assistant Attorney General, Antitrust<br>Office of the Illinois Attorney General<br>100 W. Randolph Street<br>Chicago, IL 60601<br>Telephone: (312) 814-3000<br>Email: paul.harper@ilag.gov | /s/ Matthew Michaloski<br>MATTHEW MICHALOSKI<br>Deputy Attorney General<br>SCOTT BARNHART<br>Chief Counsel and Director of Consumer Protection<br>Office of the Indiana Attorney General<br>Indiana Government Center South – 5th Fl.<br>302 W. Washington Street<br>Indianapolis, IN 46204-2770<br>Telephone: (317) 234-1479<br>Email: matthew.michaloski@atg.in.gov<br>       scott.barnhart@atg.in.gov |
| *Attorneys for Plaintiff State of Illinois* | *Attorneys for Plaintiff State of Indiana* |

TOM MILLER
Attorney General

/s/ Noah Goerlitz
NOAH GOERLITZ
BRYCE PASHLER
Assistant Attorneys General
Office of the Iowa Attorney General
1305 E. Walnut St.
Des Moines, IA 50319
Telephone: (515) 725-1018
Email: noah.goerlitz@ag.iowa.gov
          bryce.pashler@ag.iowa.gov

*Attorneys for Plaintiff State of Iowa*


DOUGLAS J. PETERSON
Attorney General

/s/ Joseph M. Conrad
JOSEPH M. CONRAD
COLIN P. SNIDER
Office of the Attorney General of Nebraska
2115 State Capitol Building
Lincoln, NE 68509
Telephone: (402) 471-3840
Email: Joseph.Conrad@nebraska.gov
Colin.Snider@nebraska.gov

*Attorneys for Plaintiff State of Nebraska*

KEITH ELLISON
Attorney General

JAMES W. CANADAY
Deputy Attorney General

/s/ Katherine Moerke
KATHERINE MOERKE
JASON PLEGGENKUHLE
ELIZABETH ODETTE
Assistant Attorneys General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Telephone: (651) 296-3353
Email: james.canaday@ag.state.mn.us
          katherine.moerke@ag.state.mn.us
          jason.pleggenkuhle@ag.state.mn.us
          elizabeth.odette@ag.state.mn.us

*Attorneys for Plaintiff State of Minnesota*


ELLEN F. ROSENBLUM
Attorney General

/s/ Timothy D. Smith
TIMOTHY D. SMITH
Senior Assistant Attorney General
Antitrust and False Claims Unit
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 934-4400
Email: tim.smith@doj.state.or.us

*Attorneys for Plaintiff State of Oregon*

| | |
|---|---|
| JONATHAN SKRMETTI<br>Attorney General<br><br>/s/ Hamilton Millwee<br>HAMILTON MILLWEE<br>Assistant Attorney General<br>TATE BALL<br>Assistant Attorney General<br>Office of the Attorney General of Tennessee<br>P.O. Box 20207<br>Nashville, TN 37202<br>Telephone: (615) 291-5922<br>Email: Hamilton.Millwee@ag.tn.gov<br>Tate.Ball@ag.tn.gov<br><br>*Attorneys for Plaintiff State of Tennessee*<br>*Notice of Special Appearance forthcoming*<br><br><br>ROBERT W. FERGUSON<br>Attorney General<br><br>/s/ Luminita Nodit<br>LUMINITA NODIT<br>Lumi.Nodit@atg.wa.gov<br>Assistant Attorney General,<br>Antitrust Division<br>Washington State Office<br>of the Attorney General<br>800 Fifth Ave., Suite 2000<br>Seattle, WA 98104<br>Tel: (206) 254-0568<br><br>*Attorneys for Plaintiff State of Washington* | KEN PAXTON<br>Attorney General<br><br>/s/ Margaret Sharp<br>BRENT WEBSTER<br>First Assistant Attorney General<br>GRANT DORFMAN<br>Deputy First Assistant Attorney General<br>SHAWN E. COWLES<br>Deputy Attorney General for Civil Litigation<br>JAMES LLOYD<br>Chief, Antitrust Division<br>TREVOR YOUNG<br>Deputy Chief, Antitrust Division<br>MARGARET SHARP<br>WILLIAM SHIEBER<br>Assistant Attorneys General<br>Office of the Attorney General, State of Texas<br>300 West 15th Street<br>Austin, TX 78701<br>Telephone: (512) 936-1674<br>Email: Margaret.Sharp@oag.texas.gov<br><br>*Attorneys for Plaintiff State of Texas*<br><br><br>JOSHUA L. KAUL<br>Attorney General<br><br>/s/ Laura E. McFarlane<br>LAURA E. MCFARLANE<br>Assistant Attorney General<br>Wisconsin Department of Justice<br>Post Office Box 7857<br>Madison, WI 53707-7857<br>Telephone: (608) 266-8911<br>Email: mcfarlanele@doj.state.wi.us<br><br>*Attorneys for Plaintiff State of Wisconsin* |

## CERTIFICATE OF WORD COUNT

I hereby certify that the foregoing document contains fewer than 6,250 words, excluding those portions exempted by Local Rule 7.3(d).

/s/ Patrick M. Kane
Patrick M. Kane (Bar No. 36861)
