IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FEDERAL TRADE COMMISSION et al.

    Plaintiffs,

v.

SYNGENTA CROP PROTECTION AG,
SYNGENTA CORPORATION, SYNGENTA
CROP PROTECTION, LLC

and

CORTEVA, INC.,

    Defendants.

1:22-CV-828

## ORDER

This matter is before the court on Defendants' and Plaintiffs' Joint Consent Motion to Extend the Word Limit for the Memoranda of Law in Support of Defendants' Motions to Dismiss and Plaintiffs' Responses in Opposition. (Doc. 91.) For good cause shown,

IT IS THEREFORE ORDERED that Defendants' and Plaintiffs' Joint Consent Motion for extension of the word limit for principal briefs is GRANTED. Defendants Syngenta Crop Protection AG, Syngenta Corporation, Syngenta Crop Protection, LLC (together, "Syngenta") and Corteva, Inc. ("Corteva") shall file on the docket their Memoranda in Support of their Motions to Dismiss containing no more than

8,000 words each (constituting one memorandum for Corteva and one combined memorandum for the three Syngenta entities). Plaintiffs Federal Trade Commission and the states of California, Colorado, Illinois, Indiana, Iowa, Minnesota, Nebraska, Oregon, Tennessee, Texas, Washington and Wisconsin shall file on the docket their Memorandum or Memoranda in Opposition, containing no more than 16,000 words total for all such Plaintiffs combined.

/s/ Thomas D. Schroeder
United States District Judge

January 13, 2023