# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.<br><br>            Plaintiffs,<br><br>    v.<br><br>SYNGENTA CROP PROTECTION AG, et al.<br><br>            Defendants. | Case No. 1:22-cv-828<br><br>**DEFENDANT CORTEVA, INC.'S MOTION TO FILE UNDER SEAL PORTIONS OF ITS MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS** |

      Pursuant to Local Rule 5.4(b)(2), Defendant Corteva, Inc. ("Corteva") respectfully moves this Court to file under seal the confidential portions of its Memorandum in Support of its Motion to Dismiss the First Amended Complaint in this matter (the "Memorandum").  Pursuant to Local Rule 5.4(c)(3), Corteva submits the accompanying Memorandum in Support of Corteva's Motion to File Under Seal.

      The information in the Memorandum that Corteva requests be permanently sealed includes the terms of Corteva's discount programs with non-party distributors and information about Corteva's business decisions, strategies and plans.

Dated: January 13, 2023

Respectfully submitted,

/s/ *Mark E. Anderson*

Mark E. Anderson
N.C. State Bar No. 15764
manderson@mcguirewoods.com
MCGUIREWOODS LLP
501 Fayetteville Street, Suite 500
Raleigh, North Carolina 27601
Phone: 919.755.6600

David R. Marriott*
dmarriott@cravath.com
Margaret T. Segall*
msegall@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

*Specially appearing under L.R. 83.1(d).

*Attorneys for Defendant Corteva, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of January, 2023, I caused the foregoing MOTION TO FILE UNDER SEAL, and all attachments thereto, to be filed electronically with the Clerk of Court via the Court's CM/ECF system. Counsel for all parties in this case are registered CM/ECF users and will be served by the CM/ECF System.

This the 13th day of January, 2023.

        MCGUIREWOODS LLP

        /s/ *Mark. E. Anderson*
        Mark E. Anderson (Bar No. 15764)
        manderson@mcguirewoods.com
        501 Fayetteville Street, Suite 500
        Raleigh, North Carolina 27601
        Phone: 919.755.6600
        Fax: 919.755.6699