UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC<br><br>and<br><br>CORTEVA, INC.,<br><br>Defendants. | CASE NO. 1:22-CV-828-TDS-JEP |

**[PROPOSED] ORDER GRANTING CORTEVA'S MOTION TO FILE UNDER SEAL PORTIONS OF THE MEMORANDUM IN SUPPORT OF ITS <u>MOTION TO DISMISS</u>**

THIS MATTER having come before the Court on the Corteva, Inc.'s Motion to File Under Seal Portions of the Memorandum In Support of its Motion to Dismiss; the Court having reviewed the same and found good cause for the relief requested;

NOW, THEREFORE, IT IS ORDERED that Corteva's Motion is GRANTED. The material that has been redacted in the publicly-filed version of Defendant Corteva, Inc.'s Proposed Memorandum In Support of its Motion to Dismiss shall remain permanently under seal.

This day ___ of January, 2023.

                                                                                       JUDGE