# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SYNGENTA CROP PROTECTION AG, et al.<br><br>　　　　Defendants. | CASE NO. 1:22-cv-828-TDS-JEP<br><br>**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR <u>DEFENDANT CORTEVA, INC.</u>** |

COMES NOW Defendant Corteva, Inc. ("Corteva"), pursuant to Local Rule 83.1(e), by and through undersigned counsel, and respectfully moves the Court for an Order allowing one of its counsel of record, Katherine B. Forrest, to be removed as counsel of record for Corteva in the above-captioned matter. In support of this Motion, counsel states the following:

1.　Ms. Forrest is an attorney who made a special appearance on behalf of Corteva in the above-captioned matter.

2.　Ms. Forrest is leaving the firm Cravath, Swaine & Moore LLP and thereby wishes to withdraw as counsel for Corteva.

3.　Withdrawal can be accomplished without material adverse effect on the interests of Corteva.

4.　Christine A. Varney, David R. Marriott and Margaret T. Segall of Cravath, Swaine & Moore LLP who have each previously entered an appearance on behalf of Corteva, will remain as counsel to Corteva in this action.

WHEREFORE, Corteva respectfully moves the Court for an Order allowing Katherine B. Forrest to withdraw as counsel for Corteva.

Respectfully submitted on this 17th day of January, 2023.

    MCGUIREWOODS LLP

    /s/ Mark E. Anderson
    Mark E. Anderson (Bar No. 15764)
    manderson@mcguirewoods.com
    501 Fayetteville Street, Suite 500
    Raleigh, North Carolina 27601
    Phone: 919.755.6600
    Fax: 919.755.6699

    Christine A. Varney*
    cvarney@cravath.com
    David R. Marriott*
    dmarriott@cravath.com
    Margaret T. Segall*
    msegall@cravath.com
    CRAVATH, SWAINE & MOORE LLP
    825 Eighth Avenue
    New York, New York 10019
    Telephone: (212) 474-1000
    Facsimile: (212) 474-3700

    *Specially appearing under L.R. 83.1(d)

    *Attorneys for Defendant Corteva, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SYNGENTA CROP PROTECTION AG, et al.<br><br>　　　　　Defendants. | CASE NO. 1:22-cv-828-TDS-JEP |

CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of January, 2023, I caused the foregoing MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT CORTEVA, INC. to be filed electronically with the Clerk of Court via the Court's CM/ECF system. Counsel for all parties in this case are registered CM/ECF users and will be served by the CM/ECF System:

　　　　　　　　　　　　　　　　　MCGUIREWOODS LLP

　　　　　　　　　　　　　　　　　/s/ Mark E. Anderson
　　　　　　　　　　　　　　　　　Mark E. Anderson (Bar No. 15764)
　　　　　　　　　　　　　　　　　manderson@mcguirewoods.com
　　　　　　　　　　　　　　　　　501 Fayetteville Street, Suite 500
　　　　　　　　　　　　　　　　　Raleigh, North Carolina 27601
　　　　　　　　　　　　　　　　　Phone: 919.755.6600
　　　　　　　　　　　　　　　　　Fax: 919.755.6699