# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.<br><br>        Plaintiffs,<br><br>        v.<br><br>SYNGENTA CROP PROTECTION AG, et al.<br><br>        Defendants. | CASE NO. 1:22-cv-828-TDS-JEP<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT CORTEVA, INC.** |

THIS MATTER IS BEFORE THE COURT on the Motion of Defendant Corteva, Inc. ("Corteva") for Leave to Withdraw Katherine B. Forrest as Counsel for Defendant filed on January 17th, 2023. Having carefully considered the Motion, the record and applicable authority, the Court will grant the Motion.

IT IS THEREFORE ORDERED that Corteva's Motion to Withdraw Katherine B. Forrest as counsel is granted. Ms. Forrest shall no longer serve as counsel for Corteva. Christine A. Varney, David R. Marriott and Margaret T. Segall of Cravath, Swaine & Moore LLP will remain as counsel for Corteva in this action.

This the ____ day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE