IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC.,<br><br>Defendants. | Case No. 1:22-cv-00828 |

## **ORDER**

Upon consideration of Plaintiffs' Consent Motion for an Extension of Time to Respond to Defendants' Motions to Dismiss the Amended Complaint [Doc. #85], the Court finds good cause to allow the requested extension by consent.

IT IS HEREBY ORDERED that the Motion [Doc. #85] is GRANTED. Plaintiffs' time to oppose or otherwise respond to any motion to dismiss Plaintiffs' Amended Complaint shall be extended by seven (7) days, to a total of twenty-eight (28) days following filing of the motion.

This, the 19th day of January, 2023.

/s/ Joi Elizabeth Peake
United States Magistrate Judge
