# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>STATE OF CALIFORNIA,<br>STATE OF COLORADO,<br>STATE OF ILLINOIS,<br>STATE OF INDIANA,<br>STATE OF IOWA,<br>STATE OF MINNESOTA,<br>STATE OF NEBRASKA,<br>STATE OF OREGON,<br>STATE OF TENNESSEE,<br>STATE OF TEXAS,<br>STATE OF WISCONSIN,<br>STATE OF WASHINGTON,<br><br>       Plaintiffs,<br><br>   v.<br><br>SYNGENTA CROP PROTECTION AG,<br>SYNGENTA CORPORATION,<br>SYNGENTA CROP PROTECTION, LLC,<br><br>    and<br><br>CORTEVA, INC.,<br><br>      Defendants. | Case No. 1:22-CV-828-TDS-JEP<br><br>**NOTICE OF SPECIAL<br>APPEARANCE OF<br>COUNSEL** |

Pursuant to Local Civil Rule 83.1(d), and Magistrate Judge Peake's October 17, 2022, Order granting leave for Plaintiff States to enter Notices of Special Appearance in this case without association of local counsel [Doc. #26], the following attorney hereby appears on behalf of Plaintiff the State of Tennessee and requests service of all communications, pleadings, and notices affecting this action:

HAMILTON MILLWEE
Assistant Attorney General
Bar No. 038795
Consumer Protection Division
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN 37202
Telephone: 615-291-5922
Email:
Hamilton.Millwee@ag.tn.gov

Mr. Millwee certifies he is an active member in good standing of the Tennessee State Bar, and further certifies that he understands that, by entering an appearance, he submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-captioned civil action for which he is specially appearing and that he will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials, and other proceedings.

This is the 23rd day of January 2023.

Respectfully submitted,

Hamilton Millwee

/s/Hamilton Millwee
HAMILTON MILLWEE, No. 038795
Assistant Attorney General
Consumer Protection Division
Tennessee Attorney General's
Office
P.O. Box 20207
Nashville, TN 37202
Telephone: 615-291-5922
Email:
Hamilton.Millwee@ag.tn.gov