# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FEDERAL TRADE COMMISSION,
STATE OF CALIFORNIA,
STATE OF COLORADO,
STATE OF ILLINOIS,
STATE OF INDIANA,
STATE OF IOWA,
STATE OF MINNESOTA,
STATE OF NEBRASKA,
STATE OF OREGON,
STATE OF TENNESSEE,
STATE OF TEXAS,
STATE OF WISCONSIN,
STATE OF WASHINGTON,

   Plaintiffs,

  v.

SYNGENTA CROP PROTECTION AG,
SYNGENTA CORPORATION,
SYNGENTA CROP PROTECTION, LLC,

  and

CORTEVA, INC.,

   Defendants.

Case No. 1:22-CV-828-TDS-JEP

**NOTICE OF SPECIAL APPEARANCE OF COUNSEL**

Pursuant to Local Civil Rule 83.1(d), and Magistrate Judge Peake's October 17, 2022, Order granting leave for Plaintiff States to enter Notices of Special Appearance in this case without association of local counsel [Doc. #26], the following attorney hereby appears on behalf of Plaintiff the State of Tennessee and requests service of all communications, pleadings, and notices affecting this action:

J. TATE BALL
Assistant Attorney General
Bar No. 037841
Consumer Protection Division
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN 37202
Telephone: 615-741-8091
Email: Tate.Ball@ag.tn.gov

Mr. Ball certifies he is an active member in good standing of the Tennessee State Bar, and further certifies that he understands that, by entering an appearance, he submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-captioned civil action for which he is specially appearing and that he will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials, and other proceedings.

This is the 23rd day of January 2023.

Respectfully submitted,

J. Tate Ball

/s/J. Tate Ball
J. TATE BALL, No. 037841
Assistant Attorney General
Consumer Protection Division
Tennessee Attorney General's
Office
P.O. Box 20207
Nashville, TN 37202
Telephone: 615-741-8091
Email: Tate.Ball@ag.tn.gov