UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC.,<br><br>Defendants. | Case No. 1:22-cv-00828-TDS-JEP<br><br>**[PROPOSED] ORDER GRANTING MOTION TO FILE PORTIONS OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS TEMPORARILY UNDER SEAL** |

Upon consideration of Plaintiff Federal Trade Commission's Motion to File Portions of Plaintiffs' Memorandum in Opposition to Defendants' Motions to Dismiss ("the Memorandum") Temporarily Under Seal, it is hereby ORDERED that the Motion is GRANTED and it is further ORDERED that:

the material that has been redacted in the publicly-filed version of the Memorandum (Doc. 110) in this action shall remain under seal until February 24, 2023;

any person seeking to extend the duration of sealing of material in the Memorandum that has been temporarily sealed pursuant to this Order shall file a

1

response, including materials required by LR 5.4(c)(3), by February 24, 2023, which filing shall extend the sealing of the relevant material until the Court determines whether to seal the material permanently;

Plaintiffs may file on the public record any material that no person seeks, by February 24, 2023, to maintain under seal; and

Plaintiff Federal Trade Commission shall, as soon as practicable, provide notice of this Order to any person whose information in the Memorandum has been temporarily sealed pursuant to this Order.

SO ORDERED.

Dated:

_____
UNITED STATES DISTRICT JUDGE