IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CHARLES ANDERSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC.,<br><br>Defendants. | 1:22CV858 – TDS-JEP |
| FREDERICK C. CROSCUT, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC.,<br><br>Defendants. | 1:22cv899 – TDS-JEP |

**NOTICE TO WITHDRAW MOTION**

Notice is hereby given that the Motion to Intervene of Plaintiffs in Related Actions pending in the United States District Court for the Southern District of Indiana is hereby withdrawn.

This the 14th day of February, 2023

                Respectfully submitted,

                THE VAN WINKLE LAW FIRM

                By: */s/ Larry S. McDevitt*
                Larry S. McDevitt, NC Bar No. 5032
                David M. Wilkerson, NC Bar No. 35742
                11 North Market Street
                Asheville, North Carolina 28801
                Phone: (828) 258-2991
                Fax: (828) 257-2767
                lmcdevitt@vwlawfirm.com
                dwilkerson@vwlawfirm.com

                Irwin B. Levin (#8786-49)
                Richard E. Shevitz (#12007-49)
                Scott D. Gilchrist (#16720-53)
                COHEN & MALAD, LLP
                One Indiana Square, Suite 1400
                Indianapolis, IN 46204
                Telephone: (317) 636-6481
                Fax: (317) 636 2593
                ilevin@cohenandmalad.com
                rshevitz@cohenandmalad.com
                sgilchrist@cohenandmalad.com

                Michael L. Roberts
                mikeroberts@robertslawfirm.us
                Dr. Kelly A. Rinehart
                kellyrinehart@robertslawfirm.us
                ROBERTS LAW FIRM, PA
                1920 McKinney Avenue, Suite 700
                Dallas, TX 75204
                Telephone: (501) 952-8558

                Michael D. Hausfeld
                James J. Pizzirusso
                HAUSFELD LLP
                888 16th St. St., N.W.
                Suite300
                Washington, DC 20006
                (202) 540-7200 (phone)
                (202) 540-7201 (fax)

Michael P. Lehmann
HAUSFELD LLP
600 Montgomery St.
Suite 3200
San Francisco, CA 94111
(415) 633-1908 (phone)
(415) 633-4980 (fax)