UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FEDERAL TRADE COMMISSION et al., <br><br> Plaintiffs, <br><br> v. <br><br> SYNGENTA CROP PROTECTION AG et al., <br><br> Defendants. | Case No. 1:22-cv-00828-TDS-JEP |

## NOTICE OF SPECIAL APPEARANCE

Pursuant to Local Civil Rule 83.1(d) and Magistrate Judge Peake's Order granting leave for Plaintiff States to enter Notices of Special Appearance without association of local counsel, [ECF No. #26], Margaret Sharp enters her appearance in the above-captioned matter on behalf of the Plaintiff State of Texas.

Ms. Sharp certifies that by entering an appearance, she submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-captioned civil action, and that she will ensure that an attorney who is familiar with the case and has authority to control the litigation will be present at all conferences, hearings, trials, and other proceedings.

Dated: January 11, 2023

Respectfully submitted,

/s/ *Margaret Sharp*
Margaret Sharp
TX Bar No. 24080147
Assistant Attorney General
300 W. 15th St.
Austin, TX 78701
Telephone: (512) 463-1265
Email: Margaret.Sharp@oag.texas.gov

*Counsel for Plaintiff State of Texas*

1

## CERTIFICATE OF SERVICE

I, Margaret Sharp, hereby certify that on January 11, 2023, I filed the foregoing NOTICE OF SPECIAL APPEARANCE using the Court's CM/ECF filing system, which provided electronic notice to all counsel of record.

*/s/ Margaret Sharp*
Margaret Sharp
