UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SYNGENTA CROP PROTECTION AG, et al. <br><br> Defendants. | CASE NO. 1:22-CV-828-TDS-JEP |

**DEFENDANTS' JOINT CONSENT MOTION FOR EXTENSION OF TIME TO REPLY IN FURTHER SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS THE AMENDED COMPLAINT**

Defendants Syngenta Crop Protection AG, Syngenta Corporation and Syngenta Crop Protection, LLC (together, "Syngenta") and Corteva, Inc. ("Corteva") (collectively, "Defendants"), by and through their undersigned attorneys and pursuant to Fed. R. Civ. P. 6(b) and Local Rule 6.1(a), respectfully move for an extension of time of seven days within which to file their replies in further support of their Motions to Dismiss the Amended Complaint. Plaintiffs do not oppose this extension of time.

In support of this Motion, and showing good cause, Defendants state the following:

1. Plaintiffs' Complaint was filed on September 29, 2022. (Dkt. 1).

2. On December 12, 2022, all Defendants timely filed Motions to Dismiss the Complaint in its entirety under Fed. R. Civ. P. 12(b). (Dkts. 64, 65).

3. On December 23, 2022, Plaintiffs filed an Amended Complaint as of right under Fed. R. Civ. P. 15(a)(1)(B). (Dkt. 79).

4. On December 28, 2022, the Defendants filed a Joint Consent Motion for Extension of Time to Respond to Plaintiff's Amended Complaint to seek an extension of seven days. (Dkt. 84). The Court granted the Defendants' motion that day. *See* Order (Dec. 28, 2022).

5. On January 3, 2023, Plaintiffs filed a Consent Motion for Extension of Time to Respond to Defendants' Motions to Dismiss the Amended Complaint to seek an extension of seven days. (Dkt. 86). The Court granted Plaintiffs' motion on January 19, 2023. (Dkt. 106).

6. On January 13, 2023, all Defendants timely filed Motions to Dismiss the Amended Complaint in its entirety under Fed. R. Civ. P. 12(b). (Dkts. 94, 99).

7. On February 10, 2023, Plaintiffs timely filed their Response in Opposition to Defendants' Motions to Dismiss the Amended Complaint. (Dkt. 112).

8. Defendants' current date to file their replies in further support of their Motions to Dismiss the Amended Complaint is February 24, 2023.

9. This Motion is filed before the reply in further support of the Motions to Dismiss the Amended Complaint is due and is sought in good faith and not for the purpose of unwarranted delay. Defendants need a short amount of additional time to prepare their replies due to the schedules and availability of the Defendants and their counsel, including in light of the intervening federal holiday on February 20, 2023.

10. The Court did not previously grant a motion for an extension of time to reply in further support of the Motions to Dismiss the Amended Complaint in this case.

11. Counsel for Defendants have consulted with counsel for Plaintiffs and they do not oppose a seven-day extension for Defendants to reply in further support of their Motions to Dismiss the Amended Complaint.

**WHEREFORE**, Defendants respectfully request that this Court enter an Order granting Defendants an extension of seven (7) days to reply in further support of their Motions to Dismiss the Amended Complaint, up to and including March 3, 2023, and such other or further relief as the Court deems proper and just.

Respectfully submitted this 17th day of February, 2023.

FOX ROTHSCHILD LLP

*/s/ Patrick M. Kane*
Patrick M. Kane
N.C. Bar No. 36861
pkane@foxrothschild.com
230 N. Elm Street, Suite 1200
PO Box 21927 (27420)
Greensboro, NC 27401
Telephone: (336) 378-5200
Facsimile: (336) 378-5400

Paul S. Mishkin*
paul.mishkin@davispolk.com
David B. Toscano*
david.toscano@davispolk.com
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4292
Facsimile: (212) 701-5292

*Specially appearing under L.R. 83.1(d)

*Attorneys for Defendants Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC*

MCGUIREWOODS LLP

*/s/ Mark E. Anderson*
Mark E. Anderson (Bar No. 15764)
manderson@mcguirewoods.com
501 Fayetteville Street, Suite 500
Raleigh, North Carolina 27601
Phone: 919.755.6600
Fax: 919.755.6699

David R. Marriott*
dmarriott@cravath.com
Margaret T. Segall*
msegall@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Specially appearing under L.R. 83.1(d)

*Attorneys for Defendant Corteva, Inc.*

4