# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>Plaintiff,<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG, et al.<br><br>Defendants. | CASE NO. 1:22-CV-828 |

**[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT CONSENT MOTION FOR EXTENSION OF TIME TO REPLY IN FURTHER SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS THE AMENDED COMPLAINT**

THIS MATTER having come before the Court on Defendants' Joint Consent Motion for Extension of Time to Reply in Further Support of Defendants' Motions to Dismiss the Amended Complaint; the Court having reviewed same and found good cause for the relief requested;

NOW, THEREFORE, IT IS ORDERED that Defendants' Joint Consent Motion is GRANTED. Defendants Syngenta Crop Protection AG, Syngenta Corporation, Syngenta Crop Protection, LLC, and Corteva, Inc. shall have an extension of time to reply in further support of Defendants' Motions to Dismiss the Amended Complaint, until March 3, 2023.

This __ day of February 2023.

_____
UNITED STATES DISTRICT JUDGE