IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SYNGENTA CROP PROTECTION AG, et al. <br><br> Defendants. | CASE NO. 1:22-CV-828 |

**ORDER GRANTING DEFENDANTS' JOINT CONSENT MOTION
FOR EXTENSION OF TIME TO REPLY IN FURTHER SUPPORT
OF DEFENDANTS' MOTIONS TO DISMISS
THE AMENDED COMPLAINT**

THIS MATTER is before the Court on Defendants' Joint Consent Motion for Extension of Time to Reply in Further Support of Defendants' Motions to Dismiss the Amended Complaint. The Court finds good cause to allow the joint request by consent.

NOW, THEREFORE, IT IS ORDERED that Defendants' Joint Consent Motion [Doc. #115] is GRANTED. Defendants Syngenta Crop Protection AG, Syngenta Corporation, Syngenta Crop Protection, LLC, and Corteva, Inc. shall have an extension of time to reply in further support of Defendants' Motions to Dismiss the Amended Complaint, until March 3, 2023.

This 21st day of February 2023.

                                              /s/ Joi Elizabeth Peake
                                             United States Magistrate Judge