# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.<br><br>        Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG, et al.<br><br>        Defendants. | Case No. 1:22-cv-828<br><br>**DEFENDANT CORTEVA, INC.'S NOTICE OF FILING CORTEVA'S [PROPOSED] REPLY MEMORANDUM IN FURTHER SUPPORT OF CORTEVA'S MOTION TO DISMISS** |

      Defendant Corteva, Inc. ("Corteva"), by and through the undersigned attorneys, respectfully provides notice that attached as Exhibit A to this filing is Corteva's [Proposed] Reply Memorandum in Further Support of Corteva's Motion to Dismiss. On March 2, 2023, Defendants filed a Joint Consent Motion to Extend the Word Limit for Defendants' Replies in Further Support of Their Motions to Dismiss Plaintiffs' Amended Complaint. (ECF No. 121). Defendants seek through that motion, with the consent of Plaintiffs, an increase of the presumptive word limit for reply briefs in Local Rule 7.3(d)(1) of 3,125 words to 4,000 words for each of Defendants' respective reply briefs in further support of their respective motions to dismiss. *Id.*

      At the time of the filing of Corteva's reply brief, that motion remains pending. Corteva therefore submits to the Court its [Proposed] Reply Memorandum in Further

Support of Corteva's Motion to Dismiss, attached as Exhibit A,[1] containing 3,957 words, counting those parts of the memorandum directed to be included by Local Rule 7.3(d)(1). This proposed reply brief is compliant with the relief requested by Defendants' Joint Consent Motion to Extend the Word Limit for Defendants' Replies, and subject to the granting of that relief by the Court, Corteva will re-file this proposed reply brief on the Court's docket as a standalone docket entry.

Date: March 3, 2023

Respectfully submitted,

/s/ *Mark E. Anderson*
Mark E. Anderson
N.C. State Bar No. 15764
manderson@mcguirewoods.com
MCGUIREWOODS LLP
501 Fayetteville Street, Suite 500
Raleigh, North Carolina 27601
Phone: 919.755.6600

David R. Marriott*
dmarriott@cravath.com
Margaret T. Segall*
msegall@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

*Specially appearing under L.R. 83.1(d).

*Attorneys for Defendant Corteva, Inc.*

---

[1] Also included as Exhibits B and C are a Declaration and Exhibits in support of Corteva's Motion to Dismiss.