# EXHIBIT 1

(Base label):

# Resicore®
# HERBICIDE

**A herbicide for control of annual grasses and broadleaf weeds in field corn, field seed corn, field silage corn, and yellow popcorn.**

| Group | 15 | 27 | 4 | HERBICIDES |
|-------|----|----|----|-----------|

Active Ingredients:
acetochlor: 2-chloro-N-ethoxymethyl-N-
(2-ethyl6-methylphenyl)acetamide…….....….31.0%
mesotrione: 2-[4-(methylsulfonyl)-
1,3-cyclohexanedione…………………….....3.3%
clopyralid MEA salt: 3,6-dichloropyridinecarboxylic
acid, monoethanolamine salt……….............2.7%
Other Ingredients: ................................................. 63.0%
Total .................................................................. 100.0%

**ACCEPTED**

**05/24/2017**

Under the Federal Insecticide, Fungicide
and Rodenticide Act as amended, for the
pesticide registered under
EPA Reg. No.

**62719-693**

Contains 336 grams/liter or 2.8 pounds/gallon acetochlor, 36 grams/liter or 0.30 pounds/gallon mesotrione, and 22.4 grams/liter or 0.19 pounds/gallon clopyralid, acid equivalent (3,6-dichloropyridinecarboxylic acid).

**Not for Sale, Sale Into, Distribution and/or Use in Nassau and Suffolk Counties of New York State.**

**Keep Out of Reach of Children**

# CAUTION     PRECAUCION

Si usted no entiende la etiqueta, busque a alguien para que se la explique a usted en detalle.  (If you do not understand the label, find someone to explain it to you in detail.)

### Precautionary Statements
### Hazards to Humans and Domestic Animals

**Harmful If Swallowed or Absorbed Through Skin  ● Causes Moderate Eye Irritation ● Prolonged or Frequently Repeated Skin Contact May Cause Allergic Reactions in Some Individuals**

**Avoid contact with skin, eyes or clothing. Wash thoroughly with soap and water after handling and before eating, drinking, chewing gum, using tobacco or using the toilet. Remove and wash contaminated clothing before reuse.**

### Personal Protective Equipment (PPE)

Some of the materials that are chemical-resistant to this product are listed below.  If you want more options, follow the instructions for category C on an EPA chemical-resistance category selection chart.

**Applicators and other handlers must wear:**
- Long-sleeved shirt and long pants
- Chemical-resistant gloves made of any waterproof material
- Shoes plus socks

## RESTRICTED USE PESTICIDE
May injure (phytotoxic) susceptible non-target plants.
For retail sale to and use only by certified applicators or persons under their direct supervision and only for those uses covered by the Certified Applicator's certification. Commercial and certified applicators must ensure that all persons involved in these activities are informed of the precautionary statements.

| ISOXAFLUTOLE | GROUP | 27 | HERBICIDE |
|---|---|---|---|
| THIENCARBAZONE-METHYL | GROUP | 2 | HERBICIDE |

# CORVUS® Herbicide

**For:** weed control in field corn, seed corn and corn grown for silage in the states of: AR, AL, CO, DE, GA, IL, IN, IA, KS, KY, LA, MI, MN, MO, MS, MT, NE, NJ, NM, NC, ND, MD, OH, OK, PA, SC, SD, TN, TX, VA, WI, WV and WY.

In the states of CO, KS, and MO use is only allowed under 24c registrations. A current 24c label must be in the possession of the user at the time of the pesticide application.

In the state of MN use is only allowed in accordance with the Minnesota Product Bulletin.
In the state of WI use is only allowed in accordance with the Wisconsin Product Bulletin.

**ACTIVE INGREDIENTS:**
Thiencarbazone-methyl: (Methyl 4-[[[(4,5-dihydro-3-methoxy-4-methyl-5-oxo-1H-1,2,4-triazol-1-yl)carbonyl]amino]sulfonyl]-5-methyl-3-thiophenecarboxylate)................................................................................................................**7.60%**
Isoxaflutole [5-cyclopropyl-4-(2-methylsulfonyl-4-trifluoromethylbenzoyl) isoxazole] ......................................................**19.00%**
**OTHER INGREDIENTS:** ........................................................................................................................................**73.40%**
**TOTAL:**                                                                                                                             100.00%

Contains 0.75 pounds Thiencarbazone-methyl per U.S. gallon
Contains 1.88 pounds Isoxaflutole per U.S. gallon

**EPA Reg. No. 264-1066**                                                                          **EPA Est.**

## KEEP OUT OF REACH OF CHILDREN
# CAUTION
**For MEDICAL and TRANSPORTATION Emergencies ONLY Call 24 Hours a Day 1-800-334-7577**
**For PRODUCT USE Information Call 1-866-99BAYER (1-866-992-2937)**

[See additional precautionary statements and directions for use on label.]

**Net Contents: 2.5 Gallons**

**PRODUCED FOR**



**Bayer CropScience LP**
**800 N. Lindbergh Blvd.**
**St. Louis, MO 63167**
**1-866-99BAYER (1-866-992-2937)**

ACCEPTED
11/17/2020
Under the Federal Insecticide, Fungicide and Rodenticide Act as amended, for the pesticide registered under
EPA Reg. No. 264-1066

1

> **RESTRICTED USE PESTICIDE**
> **(GROUND AND SURFACE WATER CONCERNS)**
> **FOR RETAIL SALE TO AND USE ONLY BY CERTIFIED APPLICATORS OR PERSONS UNDER THEIR DIRECT SUPERVISION, AND ONLY FOR THOSE USES COVERED BY THE CERTIFIED APPLICATOR'S CERTIFICATION.**
> **THIS PRODUCT IS A RESTRICTED-USE HERBICIDE DUE TO GROUND AND SURFACE WATER CONCERNS. USERS MUST READ AND FOLLOW ALL PRECAUTIONARY STATEMENTS AND INSTRUCTIONS FOR USE IN ORDER TO MINIMIZE POTENTIAL FOR ATRAZINE TO REACH GROUND AND SURFACE WATER.**

**Sale, use and distribution of this product in Nassau and Suffolk Counties in the State of New York is prohibited.**

| | | | |
|---|---|---|---|
| ATRAZINE | GROUP | 5 | HERBICIDE |
| BICYCLOPYRONE | GROUP | 27 | HERBICIDE |
| MESOTRIONE | GROUP | 27 | HERBICIDE |
| *S*-METOLACHLOR | GROUP | 15 | HERBICIDE |

**Acuron® Herbicide**

A Herbicide for Control of Annual Grass and Broadleaf Weeds in Field Corn, Seed Corn, Silage Corn, Sweet Corn and Yellow Popcorn

Active Ingredients:
*S*-metolachlor:  (CAS No. 87392-12-9)................................................................23.40%
Atrazine*:  (CAS No. 1912-24-9) ..........................................................................10.93%
Mesotrione:  (CAS No. 104206-82-8) ......................................................................2.60%
Bicyclopyrone:  (CAS No. 352010-68-5) ..................................................................0.65%
Other Ingredients:                                                                                    62.42%
Total:                                                                                              100.00%

Acuron® Herbicide is a ZC formulation containing 1.0 pound Atrazine, 0.06 pound Bicyclopyrone, 0.24 pound Mesotrione, and 2.14 pounds *S*-metolachlor per gallon.

*Atrazine with a maximum of 0.45% related triazines.

**KEEP OUT OF REACH OF CHILDREN.**

# CAUTION

See additional precautionary statements and directions for use on label.

EPA Reg. No. 100-1466

_____ gallons
Net Contents

[Batch Code: _____ (*For nonrefillables only.*)]

**ACCEPTED**
11/10/2021
Under the Federal Insecticide, Fungicide and Rodenticide Act as amended, for the pesticide registered under
EPA Reg. No.        100-1466



| Dimethenamid-P | Group | **15** | Herbicide |

| Topramezone | Group | **27** | Herbicide |

# Armezon® PRO

## Herbicide

**ACCEPTED**

04/11/2018

Under the Federal Insecticide, Fungicide and Rodenticide Act as amended, for the pesticide registered under EPA Reg. No.

7969-372

**For weed control in all corn types including field, seed, and sweet corn, and popcorn**

**Active Ingredients\*:**

topramezone: [3-(4,5-dihydro-isoxazolyl)-2-methyl-4-(methlsulfonyl) phenyl](5-hydroxyl-1-methyl-1*H*-pyrazol-4-yl)methanone. . . . . . . . . . . . . . . . .   1.12%

dimethenamid-P: (S)-2-chloro-N-[(1-methyl-2-methoxy)ethyl]-N-(2,4-dimethyl-thien-3-yl)-acetamide. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  56.25%

**Other Ingredients\*\*:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  42.63%

**Total:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100.00%

 \*Contains 0.1 pound of topramezone per gallon and 5.25 pounds of dimethenamid-P per gallon
\*\*Contains petroleum distillates

**EPA Reg No. 7969-372**                          **EPA Est. No.**

## KEEP OUT OF REACH OF CHILDREN
## CAUTION/PRECAUCION

Si usted no entiende la etiqueta, busque a alguien para que se la explique a usted en detalle. (If you do not understand the label, find someone to explain it to you in detail.)

See inside for complete **First Aid**, **Precautionary Statements**, **Directions For Use**, **Conditions of Sale and Warranty**, and state-specific crop and/or use site restrictions.

**In case of an emergency endangering life or property involving this product, call day or night 1-800-832-HELP (4357).**

**Net Contents:**

BASF Corporation
26 Davis Drive, Research Triangle Park, NC 27709

[Booklet]

| MESOTRIONE | GROUP | | HERBICIDE |
|---|---|---|---|

**Callisto® Herbicide**

For Control of Annual Broadleaf Weeds in Field Corn, Seed Corn, Yellow Popcorn, Soybean, Sweet Corn, and Other Listed Crops

Active Ingredient:
Mesotrione:  (CAS No. 104206-82-8) ................................................................ 40.0%
Other Ingredients: 60.0%
Total: 100.0%

Callisto® Herbicide is formulated as a suspension concentrate (SC) and contains 4 lb of active ingredient mesotrione per gallon.

**KEEP OUT OF REACH OF CHILDREN.**

# CAUTION

See additional precautionary statements and directions for use inside booklet.

EPA Reg. No. 100-1131

EPA Est.

Product of
Formulated in



ACCEPTED
03/13/2018
Under the Federal Insecticide, Fungicide
and Rodenticide Act as amended, for the
pesticide registered under
EPA Reg. No. 100-1131

SCP 1131

1 gallon
15 gallons
_____ gallons
Net Contents

[Batch Code: ____ (*For nonrefillables only.*)]

| S-METOLACHLOR | GROUP | **15** | HERBICIDE |
|---|---|---|---|

# Cinch®

**[ALTERNATE BRAND NAME DuPont Cinch]**

**HERBICIDE**

For weed control in beans, peas, and lentils; corn; cotton; grasses grown for seed; horseradish; peanuts; potatoes; pumpkin; rhubarb; safflowers; sweet, grain, or forage sorghum; soybeans; soybeans, immature seed; sugar beets; sunflowers; and tomatoes

**Active Ingredients**

| | |
|---|---|
| S-metolachlor (CAS No. 87392-12-9) | 82.4% |
| **Other Ingredients** | 17.6% |
| TOTAL | 100.0% |

Cinch® contains 7.64 lbs. of active ingredient per gallon.

EPA Reg. No. 352-625

**ACCEPTED**

Jan 31, 2023

Under the Federal Insecticide, Fungicide and Rodenticide Act as amended, for the pesticide registered under
EPA Reg. No. 352-625

EPA Est. No._____

**Nonrefillable Container**
Net:_____
OR
**Refillable Container**
Net:_____

---

## KEEP OUT OF REACH OF CHILDREN

## CAUTION

### FIRST AID

**IF IN EYES:** Hold eye open and rinse slowly and gently with water for 15-20 minutes. Remove contact lenses, if present, after the first 5 minutes, then continue rinsing eye. Call a Poison Control Center or doctor for treatment advice.

**IF ON SKIN OR CLOTHING:** Take off contaminated clothing. Rinse skin immediately with plenty of water for 15-20 minutes. Call a Poison Control Center or doctor for treatment advice.

**IF SWALLOWED:** Call a Poison Control Center or doctor immediately for treatment advice. Have person sip a glass of water if able to swallow.  **DO NOT** induce vomiting unless told to by the Poison Control Center or doctor. **DO NOT** give anything to an unconscious person.

**IF INHALED:** Move person to fresh air. If person is not breathing, call 911 or an ambulance, then give artificial respiration, preferably mouth-to-mouth, if possible. Call a Poison Control Center or doctor for further treatment advice.

Have the product container or label with you when calling a Poison Control Center or doctor, or going for treatment. You may also contact 1-800-992-5994 for medical emergencies involving this product.





## HERBICIDE

**For use in bean (dry), sugar beets, corn (field and pop grain, and seed, and fresh sweet), garlic, horseradish, onions (dry bulb, green), peanut, perennial grasses grown for seed, potato, shallots (dry bulb and fresh leaves), sorghum grain, soybean, and winter squash.**

**ACTIVE INGREDIENT\*:**
**dimethenamid-P:** (S)-2-chloro-N-[(1-methyl-2-methoxy)ethyl]-
N-(2,4-dimethyl-thien-3-yl)-acetamide  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **63.9%**
**OTHER INGREDIENTS\*\*:**  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **36.1%**
**TOTAL   100.0%**

\*Contains 6.0 pounds of active ingredient per gallon.
\*\*Contains petroleum distillates, xylene or xylene range aromatic solvent.

## KEEP OUT OF REACH OF CHILDREN
# WARNING/AVISO

Si usted no entiende la etiqueta, busque a alguien para que se la explique a usted en detalle. (If you do not understand the label, find someone to explain it to you in detail.)

| FIRST AID | |
|---|---|
| **If in eyes:** | • Hold eye open and rinse slowly and gently with water for 15 to 20 minutes.<br>• Remove contact lens, if present, after the first 5 minutes; then continue rinsing eye.<br>• Call a poison control center for treatment advice. |
| **If swallowed:** | • Call a poison control center or doctor immediately for treatment advice.<br>• DO NOT induce vomiting unless told to do so by a poison control center or doctor.<br>• DO NOT give any liquid to the person.<br>• DO NOT give anything by mouth to an unconscious person. |
| **If on skin or clothing:** | • Take off contaminated clothing.<br>• Rinse skin immediately with plenty of water for 15 to 20 minutes.<br>• Call a poison control center or doctor for treatment advice. |
| **If inhaled:** | • Move person to fresh air.<br>• If person is not breathing, call 911 or an ambulance; then give artificial respiration, preferably by mouth-to-mouth, if possible.<br>• Call a poison control center or doctor for further treatment advice. |

Have the product container or label with you when calling a poison control center or doctor or going for treatment.
**FOR A MEDICAL EMERGENCY INVOLVING THIS PRODUCT CALL: 1-866-944-8565.**
**Note to Physician:** Contains petroleum distillate. Vomiting may cause aspiration pneumonia.

ACCEPTED
OCT 2 9 2013

Under the Federal Insecticide,
Fungicide, and Rodenticide Act,
as amended. for the pesticide
registered under
EPA Reg No. 34704-1044

**EPA REG. NO. 34704-1044**

**EPA EST. NO. 34704-MS-001**

**NET CONTENTS 2.5 GAL (9.46 L)**

010510 V5D 10P13


**Loveland** PRODUCTS

# STEALTH® HERBICIDE

### FOR USE IN SELECTED CROPS

For Use In Alfalfa (Forage, Hay Or Seed Production), Bearing Citrus Fruit Trees, Bearing Nut Trees, Bearing Pome Fruit Trees, Bearing Stone Fruit Trees, Carrots, Corn (Field, Pop, Seed, Sweet), Cotton, Edible Beans, Forage Legumes, Fruiting Vegetables (Pepper, Tomato), Garlic, Grain Sorghum, Leek, Lentils And Peas, Mint, Nonbearing Fruit Tree And Nut Tree Crops, Nonbearing Vineyards, Onions And Shallots (Dry Bulb, Green), Peanuts, Potatoes; Rice, Soybeans, Strawberry, Sugarcane, Sunflowers, Tobacco, And Wheat.

| **ACTIVE INGREDIENT** | **% By Wt.** |
| --- | --- |
| Pendimethalin (N-(1-ethylpropyl)-3,4-dimethyl-2, 6-dinitrobenzenamine): . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 37.4% |
| OTHER INGREDIENTS*: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .. . . . . . . . . . . . . . . | 62.6% |
| TOTAL | 100.0% |

(1.0 gallon contains 3.3 pounds of pendimethalin)
*Contains aromatic naphtha.

## KEEP OUT OF REACH OF CHILDREN
# CAUTION – PRECAUCION

Si usted no entiende la etiqueta, busque a alguien para que se la explique a usted en detalle. (If you do not understand this label, find someone to explain it to you in detail).

For Additional Precautionary Statements, Complete First Aid, Directions for Use, Storage and Disposal and Other Use Information, See Inside This Label Booklet.

| **FIRST AID** | |
| --- | --- |
| **If swallowed:** | • Call a poison control center or doctor immediately for treatment advice.<br>• DO NOT induce vomiting unless told to do so by a poison control center or doctor.<br>• DO NOT give anything by mouth to an unconscious person. Do not give any liquid to the person. |
| **If in eyes:** | • Hold eye open and rinse slowly and gently with water for 15 to 20 minutes.<br>• Remove contact lenses, if present, after first 5 minutes, then continue rinsing eyes.<br>• Call a poison control center or doctor for treatment advice. |
| Have the product container or label with you when calling a poison control center or doctor or going for treatment. | |
| **NOTE TO PHYSICIAN:** This product contains petroleum distillate. Vomiting may cause aspiration pneumonia. Because of increased risk of chemical pneumonia or pulmonary edema caused by aspiration of the hydrocarbon solvent, vomiting should be induced only under professional supervision. | |
| **FOR A MEDICAL EMERGENCY INVOLVING THIS PRODUCT CALL: 1-866-944-8565.** | |

EPA Reg. No. 34704-868
EPA Est. No.
Net Contents: GAL (L)
[F0618 Print Code to be placed here]

FORMULATED FOR:
LOVELAND PRODUCTS, INC.
P.O. BOX 1286
GREELEY, COLORADO 80632-1286

**ACCEPTED**

May 17, 2021

Under the Federal Insecticide, Fungicide and Rodenticide Act as amended, for the pesticide registered under EPA Reg. No. 34704-868

# Pyroxasulfone 85 WG Herbicide

### Group 15 Herbicide

### For weed control in corn

**Active Ingredient:**
Pyroxasulfone: 3-[[[5-(difluoromethoxy)-1-methyl-3-(trifluoromethyl)-1*H*-pyrazol-4-yl]methyl]sulfonyl]-4,5-dihydro-5,5-dimethylisoxazole ...................................................................................85.00%
**Other Ingredients:**..................................................................................................15.00%
**Total:**.....................................................................................................................100.00%

Contains 0.85 pound of pyroxasulfone per pound formulated as a water-dispersible granule (WG)
CAS No. 447399-55-5

EPA Reg. No.: 63588-92                    EPA Establishment No.:

KEEP OUT OF REACH OF CHILDREN
# CAUTION/PRECAUCION

Si usted no entiende la etiqueta, busque a alguien para que se la explique a usted en detalle. (If you
do not understand the label, find someone to explain it to you in detail.)

See inside for complete **First Aid**, **Precautionary Statements**, **Directions For Use**, **Conditions of Sale and
Warranty**, and state-specific crop and/or use site restrictions.

**In case of an emergency endangering life or property involving this product, call day or night 1-800-832-
HELP (4357).**

Net Contents: XXX

Manufactured for:
BASF Corporation
26 Davis Drive
Reearch Triangle Park, NC 27709



Page 1 of 17

# EXHIBIT 2

(Base Label):

| RIMSULFURON | GROUP | 2 | HERBICIDE |

# Matrix® SG
## [Alternate Brand Name: DuPont Matrix SG]
## HERBICIDE



**ACCEPTED**
01/24/2023
Under the Federal Insecticide, Fungicide and Rodenticide Act as amended, for the pesticide registered under
EPA Reg. No.   352-768

## WATER SOLUBLE GRANULE

**FOR** ==WEED== **CONTROL IN** ==CITRUS FRUIT, STONE FRUIT, TREE NUTS, POME FRUIT, GRAPES, OLIVES, POMEGRANATES,== **POTATOES, POTATOES (GROWN FOR SEED), TOMATOES (FIELD GROWN), FIELD CORN (CALIFORNIA), BLUEBERRIES, RASPBERRIES, BLACKBERRIES AND GRASS GROWN FOR SEED (OREGON & WASHINGTON)**

| Active Ingredients | By Weight |
|---|---|
| ==Rimsulfuron== | |
| N-((4,6-dimethoxypyrimidin-2-yl)aminocarbonyl)-3-(ethylsulfonyl)-2-pyridinesulfonamide | 25.0% |
| **Other Ingredients** | 75.0% |
| TOTAL | 100.0% |

## Keep Out of Reach of Children
# CAUTION

Si usted no entiende la etiqueta, busque a alguien para que se la explique a usted en detalle. (If you **DO NOT** understand this label, find someone to explain it to you in detail.)

## Precautionary Statements
## Hazards to Humans and Domestic Animals

# CAUTION

**Causes moderate eye irritation. Harmful if absorbed through skin. Avoid contact with eyes, skin, or clothing. Wash thoroughly with soap and water after handling and before eating, drinking, chewing gum, or using tobacco, or using the toilet.**

## PERSONAL PROTECTIVE EQUIPMENT (PPE)

**Applicators and other handlers must wear:**
- Long-sleeve shirt and long pants
- Chemical resistant gloves made of any waterproof material including nitrile rubber, natural rubber, neoprene rubber, or butyl rubber
- Shoes plus socks

Follow manufacturer's instructions for cleaning/maintaining PPE. If no such instructions for washables exist, use detergent and hot water. Keep and wash PPE separately from other laundry.

**Engineering Control Statements**

When handlers use closed systems or enclosed cabs in a manner that meets the requirements listed in the Worker Protection Standard (WPS) for agricultural pesticides [40 CFR 170.240(d)(4-6)], the handler

**ACCEPTED**

11/13/2020

Under the Federal Insecticide, Fungicide and Rodenticide Act as amended, for the pesticide registered under EPA Reg. No. 7969-276

# Treevix®

## Powered by **Kixor**® Herbicide

**For use as a postemergence-directed broadleaf herbicide** in the following bearing and nonbearing crops: caneberry, citrus fruit trees, fig trees, grape vines, nut trees, olive trees, pomegranate trees, pome fruit trees, and stone fruit trees

**Active Ingredient:**
saflufenacil: N'-[2-chloro-4-fluoro-5-(3-methyl-2,6-dioxo-4-(trifluoromethyl)-3, 6-dihydro-1(2H)-pyrimidinyl)benzoyl]-N-isopropyl-N-methylsulfamide . . . . . . . . . 70.0%
Other Ingredients:. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30.0%
Total: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100.0%
Contains 0.7 lb active ingredient saflufenacil per pound of product formulated as a water-dispersible granule (WG)

**EPA Reg. No. 7969-276**                                    **EPA Est. No.**

## KEEP OUT OF REACH OF CHILDREN
## CAUTION/PRECAUCION

Si usted no entiende la etiqueta, busque a alguien para que se la explique a usted en detalle. (If you do not understand the label, find someone to explain it to you in detail.)

See full label for complete **First Aid**, **Precautionary Statements**, **Directions For Use**, **Conditions of Sale and Warranty**, and state-specific crop and/or use site restrictions.

**In case of an emergency endangering life or property involving this product, call day or night 1-800-832-HELP (4357).**

## Net Contents:

BASF Corporation
26 Davis Drive, Research Triangle Park, NC 27709



**ACCEPTED**
12/22/2016
Under the Federal Insecticide, Fungicide and Rodenticide Act as amended, for the pesticide registered under
EPA Reg. No. 59639-127



| GROUP | 14 | HERBICIDE |
|-------|----|-----------|

[Bracketed text is optional]
Note: **Bold italicized text** is information for the reader and is not part of the label.

# CHATEAU® Herbicide

**FOR RESIDUAL AND/OR POSTEMERGENCE CONTROL OF CERTAIN WEEDS IN HEAD AND STEM BRASSICA, CANEBERRIES, CITRUS FRUIT, CLOVER, COTTON, FRUITING VEGETABLES, GARLIC, GRAPE, NUT TREES, ONION (BULB), PEANUT, POME FRUIT, SOYBEAN, STONE FRUIT, STRAWBERRY AND NON-BEARING FRUIT TREES AND TO MAINTAIN BARE GROUND ON NON-CROP AREAS OF FARMS, ORCHARDS AND VINEYARDS.**

| Active Ingredient | By Wt |
|-------------------|-------|
| *Flumioxazin ............................................................................................... | 41.5% |
| Other Ingredients ......................................................................................... | 58.5% |
| Total | 100.0% |

*2-[7-fluoro-3,4-dihydro-3-oxo-4-(2-propynyl)-2$H$-1,4-benzoxazin-6-yl]-4,5,6,7-tetrahydro-1$H$-isoindole-1,3(2$H$)-dione

Chateau® Herbicide contains 4 pounds flumioxazin per gallon.

**KEEP OUT OF REACH OF CHILDREN**

## CAUTION

**SEE NEXT PAGE FOR ADDITIONAL PRECAUTIONARY STATEMENTS.**

**NET CONTENT** _____

**ACCEPTED**

05/21/2020

Under the Federal Insecticide, Fungicide and Rodenticide Act as amended, for the pesticide registered under
EPA Reg. No. 71512-18

## ISK Flazasulfuron Herbicide

An herbicide for weed control in Citrus, Grapes, Sugarcane, Tree Nuts, Conifer Trees, Olives and Industrial Vegetation Management.

ACTIVE INGREDIENT:                              By Wt.
Flazasulfuron*: ...................................................... 25.0%
OTHER INGREDIENTS: ..................................... 75.0%
Total………………………………………………… 100.0%
* *N*-[[(4,6-dimethoxy-2-pyrimidinyl) amino]carbonyl]-3-(trifluoromethyl)-2-pyridinesulfonamide

Contains 0.25 pounds active ingredient per pound of formulated product.

### KEEP OUT OF REACH OF CHILDREN

### CAUTION

Si usted no entiende la etiqueta, busque a alguien para que se la explique a usted en detalle. (If you do not understand this label, find someone to explain it to you in detail.)

**SEE SIDE PANEL FOR FIRST AID AND ADDITIONAL PRECAUTIONARY STATEMENTS.**

**READ ENTIRE LABEL CAREFULLY AND USE ONLY AS DIRECTED.**

**EPA Reg. No. 71512-18**
**EPA Establishment No. 049036-JPN-001**

**Net Contents: 309 pounds (140 kilograms)**

**ISK Biosciences Corporation**
**7470 Auburn Road, Suite A**
**Concord, Ohio 44077**

1

[Master Label]

**Sale, use and distribution of this product in Nassau and Suffolk Counties in the State of New York is prohibited.**

**Not for use in the states of Hawaii or Alaska or in the U.S. territories (Puerto Rico, Guam, American Samoa, the U.S. Virgin Islands, and the North Mariana Islands).**

| SIMAZINE | GROUP **5** HERBICIDE |
|---|---|

**Princep® Caliber 90®**

[ABN: Princep® Caliber 90® CR]

**Herbicide**

For weed control in avocado, blueberry, caneberry, citrus fruit, grapes, olives, pome fruit, stone fruit, strawberry, tree nuts, corn (field, pop, sweet), Christmas trees, and nurseries

Active Ingredient:
Simazine:  2-chloro-4,6-bis(ethylamino)-*s*-triazine ................................................90.0%
Other Ingredients:                                                                         10.0%
Total:                                                                                    100.0%

Princep Caliber 90 is a water-dispersible granule that contains 90 lb of simazine per 100 lb of product.

**KEEP OUT OF REACH OF CHILDREN.**

# CAUTION

See additional precautionary statements and directions for use inside booklet.

EPA Reg. No. 100-603

EPA Est.

_____
Net Contents

[Batch Code:  _____ ] (*For nonrefillables only.*)

ACCEPTED

Dec 22, 2022

Under the Federal Insecticide, Fungicide
and Rodenticide Act as amended, for the
pesticide registered under
EPA Reg. No.   100-603



**ANNOTATED LABEL**

NOTIFICATION
61842-41
The applicant has certified that no changes, other than those reported to the Agency have been made to the labeling. The Agency acknowledges this notification by letter dated:
07/22/2015

(BOOKLET)



Herbicide

~~Solicam® DF Herbicide~~

For control of grass (monocotyledon) and broadleaf (dicotyledon) weeds in alfalfa, cotton, peanuts, soybeans, tree fruits and nuts, caneberries, grapes, hops, asparagus, and farmstead areas

Active Ingredient:
Norflurazon: 4-chloro-5-(methylamino)-2-[3-(trifluoromethyl)-phenyl]--3-(2*H*)-pyridazinone ................................................................................ 78.6%*
Other Ingredients: .................................................................. 21.4%
Total: ~~–~~ 100.0%

 *Technical ingredient analysis by isomer specific method AM-0864.
  Previously 80% by method T-4295.

**KEEP OUT OF REACH OF CHILDREN.**

# CAUTION

See additional precautionary statements and directions for use inside booklet.

~~10 pounds~~
Net Weight

~~1000 pounds~~
~~Net Weight~~

EPA Reg. No. ~~100-849~~ 61842-41                    EPA Est. No.:

~~EPA Est. 065387-AR-001^BPS [Product ID 17342]~~
~~EPA Est. 11773-IA-01 [Product ID 53971]~~

~~SCP 849A-L2H 0513 [10 pounds - Product ID 17342]~~
~~SCP 849A-L3A 0513   [Bulk - Product ID 53971]~~

NOTIFICATION

1381-146

The applicant has certified that no changes, other than those reported to the Agency have been made to the labeling. The Agency acknowledges this notification by letter dated:

05/26/2015

| GROUP | 3 | HERBICIDE |
|-------|---|-----------|

# Trust® Herbicide

***A selective herbicide for the preemergence control of
annual grasses and broadleaf weeds***

Active Ingredient:
   trifluralin:  α, α, α -trifluoro-2,6-dinitro-N, N-dipropyl-p-toluidine ................. 43%
Other Ingredients: ............................................................................................ 57%
Total ................................................................................................................ 100%
   Contains petroleum distillates.  Contains 4 pounds active ingredient per gallon.
   Manufactured using the processes of U.S. Patents 4,120,905 and 4,226,789.

## KEEP OUT OF REACH OF CHILDREN

## CAUTION

---

### FIRST AID

**IF IN EYES:**  Flush eyes with plenty of water. Call a physician if irritation persists.
**IF SWALLOWED:**  Immediately call a poison control center or doctor.  Do not induce vomiting  Do not give anything by mouth to an unconscious person.  Avoid alcohol.
**IF INHALED:**  Move person to fresh air.  If person is not breathing, call 911 or an ambulance; then give artificial respiration, preferably mouth-to-mouth if possible.  Get medical attention immediately.  May pose an aspiration pneumonia hazard.
**IF ON SKIN:**  Take off contaminated clothing.  Rinse skin immediately with plenty of water for 15-20 minutes. Get medical attention if irritation persists.

Have the product container or label with you when calling a poison control center or doctor or going for treatment.  For additional information in case of medical emergency call toll free 1-877-424-7452.

**NOTE TO PHYSICIAN:** This product contains an aromatic hydrocarbon and can be extremely harmful if swallowed. Aspiration of this product may produce a severe pneumonitis. Stomach lavage with a cuffed endotracheal tube in place and immediate administration of activated charcoal, 6 to 8 heaping teaspoonfuls with water, should be considered. Treatment is otherwise symptomatic and supportive.

---

SEE BOOKLET FOR ADDITIONAL PRECAUTIONARY STATEMENTS, COMPLETE DIRECTIONS FOR USE, WARRANTY DISCLAIMER AND LIMITATION OF LIABILITY.

**EPA Reg. No. 1381-146**                                    **EPA Est. No.**

Distributed By                                                      **NET CONTENTS:**
Winfield Solutions, LLC
P.O. Box 64589, St. Paul, MN 55164-0589               ~~1/1016/2~~  1/1216/4

**WINFIELD™**                                          

## Table of Contents

| | Page |
|---|---|
| Precautionary Statements | - |
|     Hazards to Humans and Domestic Animals | - |
|     Personal Protective Equipment | - |
|     User Safety Recommendations | - |
|     First Aid | - |
|     Environmental Hazards | - |
| Directions for Use | - |
|     Agricultural Use Requirements | - |
|     Storage and Disposal | - |
| **General Information** | - |
|     General Use Precautions | |
|     Resistance Management Recommendations | - |
|     Rotation Crop Restrictions | - |
|     Soil Texture Guide for Application Rates | - |
|     Mixing Directions | - |
|     Testing for Compatibility in Liquid Fertilizers | - |
|     Application Methods | - |
|         Ground Broadcast Application | - |
|         Aerial Broadcast Application | - |
|         Application with Dry Bulk Fertilizer | - |
|         Application by Chemigation | - |
|     Application Timing | - |
|         Spring Application | - |
|         Fall Application | - |
|         Preemergence Application Immediately After Planting | - |
|         Postemergence and Layby Application | - |
| Incorporation Directions | - |
|     Soil Preparation and Incorporation | - |
|     Incorporation Equipment | - |
| Weeds Controlled by TRUST HERBICIDE | - |
| Special Use Programs | - |
| **Crops** | - |
|     Alfalfa (Established) | |
|     Almond (See Tree and Vine Crops section) | - |
|     Apricot (See Tree and Vine Crops section) | - |
|     Asparagus (Established) | - |
|     Barley (See Small Grains section) | - |
|     Beans | - |
|     Beans - Guar and Mungbean | - |
|     Beans - Lima Bean and Snap Bean | - |
|     Broccoli (See Cole Crops section) | - |
|     Brussels Sprouts (See Cole Crops section) | - |
|     Cabbage (See Cole Crops section) | - |
|     Canola (see Rapeseed) | - |
|     Carrot | - |
|     Castor Beans | - |
|     Cauliflower (See Cole Crops section) | - |
|     Celery | - |
|     Chicory | - |
|     Cole Crops (Broccoli, Brussels Sprouts, Cabbage and Cauliflower) | - |
|     Collard (See Greens section) | - |
|     Corn (Field Corn Only) | - |

Cottonwood Trees Grown for Pulp - 
Cotton - 
Crambe (See Rapeseed) - 
Cucurbits - 
Durum (See Small Grains section) - 
Endive (See Chicory) - 
Flax (Fall Application Only) - 
Grain Sorghum (Milo) - 
Grape (See Tree and Vine Crops section) - 
Grapefruit (See Tree and Vine Crops section) - 
Greens: Collard, Kale, Mustard and Turnip - 
    (Fresh, for Processing or Grown for Seed) 
Guar (see Beans - Guar and Mungbean) - 
Hops - 
Kale (See Greens section) - 
Kenaf - 
Lemon (See Tree and Vine Crops section) - 
Milo (See Grain Sorghum) - 
Mustard (Grown for Seed or Processing for Food) - 
(Refer to Greens section) 
Nectarine (See Tree and Vine Crops section) - 
Okra - 
Onions (Dry Bulbs Only) - 
Orange (See Tree and Vine Crops section) - 
Peach (See Tree and Vine Crops section) - 
Peas (Dry and English Peas) - 
Peas (Southern Peas) - 
Peanuts - 
Pecan (See Tree and Vine Crops section) - 
Pepper (Transplant only) - 
Plum (See Tree and Vine Crops section) - 
Potatoes - 
Prune (See Tree and Vine Crops section) - 
Radish - 
Rapeseed (Canola) and Crambe - 
Safflower - 
Small Grains (Barley, Durum and Wheat) - 
    Barley, Spring Seeded - Spring Application Preplant 
        Incorporated for Foxtail (Pigeongrass) Control (For Use 
        in Minnesota, North Dakota and South Dakota) - 
    Barley, Spring Seeded - Spring Application Preplant 
        Incorporated for Foxtail (Pigeongrass) Control in Barley 
        Used as a Cover Crop or in the Conservation Reserve Program - 
    Winter Wheat - Preplant Incorporated for Control of Cheatgrass 
        and Other Annual Grasses and Broadleafs (For Use in 
        Idaho, Oregon and Washington) - 
    Winter Wheat - Post Plant Incorporated (For Use in Idaho, 
        Oregon and Washington) - 
    Winter Wheat - Fallow Soil Application Prior to Planting 
        (For Use in Idaho, Oregon and Washington) - 
    Wheat, Durum and Barley - Spring Seeded - Fall Applied Preplant 
        Soil Incorporated for Foxtail (Pigeongrass) Control (For Use 
        in Minnesota, North Dakota, and South Dakota) - 

Case 1:22-cv-00828-TDS-JEP   Document 123-3   Filed 03/03/23   Page 20 of 64

  Spring Wheat, Durum and Barley - Post Plant Incorporated
   for Foxtail (Pigeongrass) Control          -
 Sorghum (see Grain Sorghum)          -
 Soybeans          -
 Sugar Beets          -
 Sugarcane          -
 Sunflower          -
 Tangelo (See Tree and Vine Crops section)      -
 Tangerine (See Tree and Vine Crops section)     -
 Tomato          -
 Tree and Vine Crops - Citrus, Fruit and Nut Trees and Vineyards:
  New Plantings of Citrus Fruit and Nut Trees     -
  New Plantings of Vineyards        -
  Established Non-bearing and Bearing Citrus, Fruit and Nut Crops
   Trees and Vineyards         -
 Wheat (See Small Grains section)        -
 Walnut (See Tree and Vine Crops section)      -
Warranty Disclaimer          -
Inherent Risks of Use          -
Limitation of Remedies          -

Case 1:22-cv-00828-TDS-JEP Document 123-3 Filed 03/03/23 Page 21 of 64

ACCEPTED

9/13/2022

Under the Federal Insecticide, Fungicide
and Rodenticide Act as amended, for the
pesticide registered under
EPA Reg. No.
264-1106

| INDAZIFLAM | GROUP | 29 | HERBICIDE |

# Indaziflam 200SC Herbicide

## ABN: Alion® Herbicide

For Preemergent Weed Control in Blueberry (Highbush) and other Bushberry Subgroup Crops in 13-07B; Caneberry and other Caneberry Subgroup Crops in 13-07A; Citrus Groves; Coffee; Grasses Grown for Seed; Fruit, Small, Vine Climbing, Except Fuzzy Kiwifruit Subgroup 13-07F; Hops; Pome Fruit Crop Group 11-10; Stone Fruit Crop Group 12-12; Sugarcane; Tree Nuts Crop Group 14-12; Tropical and Subtropical, Edible Peel, Crop Group 23; Tropical and Subtropical, Inedible Peel, Crop Group 24; Ornamentals; Christmas Trees; and Conifer Plantations.

**ACTIVE INGREDIENT:**
Indaziflam*.................................................................................................................................…………19.05%

**OTHER INGREDIENTS:** .................................................................................................................. 80.95%
**TOTAL:**                                                                                                                                **100.00%**
 Contains 1.67 pounds of indaziflam per gallon.
 *(CAS No: 730979-19-8)

| EPA Reg. No.: 264-1106 | EPA Est. No |

# KEEP OUT OF REACH OF CHILDREN
## CAUTION

For **MEDICAL** and **TRANSPORTATION** Emergencies **ONLY** Call 24 Hours A Day 1-800-334-7577
For **PRODUCT** **USE** Information Call 1-866-99BAYER (1-866-992-2937)

See [Back][Side] Panel for First Aid Instructions and [Leaflet][Booklet] for Complete Precautionary Statements and Directions for Use.  (Note to reviewer:  Location of additional precautionary statements, directions for use will vary between those listed, depending on container type/size.)

[Net Contents:]

[Batch Code:]

PRODUCED FOR



**Bayer CropScience LP**
**800 N. Lindbergh Blvd.**
**St. Louis, MO 63167**
**1-866-99BAYER (1-866-992-2937)**

1

**NOTIFICATION**
92894-3-label

Page 1

The applicant has certified that no
changes, other than those reported to
the Agency have been made to the
labeling. The Agency acknowledges
this notification by letter dated:

08/14/2020

(Base label):

# GoalTender®
# HERBICIDE

**Use Directions For: artichokes (globe), broccoli/cabbage/cauliflower, cacao, citrus (nonbearing), coffee, conifer (seedbeds, transplants, container stock) and selected deciduous trees, corn, cotton, cottonwood, eucalyptus, fallow bed, (cotton/soybeans) fallow land, garbanzo beans, garlic, guava (Hawaii only), horseradish, jojoba, mint, onions, onions grown for seed, papaya (Hawaii only), soybeans, taro, treefruit/nut/vine**

Active Ingredient
oxyfluorfen: 2-chloro-1-(3-ethoxy-4-
    nitrophenoxy)4-(trifluoromethyl)benzene .........41%
Other Ingredients .......................................................59%
Total .........................................................................100%

Contains 4 pounds active ingredient per gallon

**Shake Well Before Using**

**Keep Out of Reach of Children**
# CAUTION

| Precautionary Statements |
| --- |
| Hazards to Humans and Domestic Animals |

**Avoid contact with skin or clothing.**

### Personal Protective Equipment (PPE):
Some materials that are chemical-resistant to this product are listed below.  If you want more options, follow the instructions for category A on an EPA chemical resistance category selection chart.

**Mixers, loaders and applicators using engineering controls (see Engineering Controls requirements below) must wear:**
- Long-sleeved shirt and long pants
- Shoes plus socks
- Chemical-resistant gloves such as Nitrile, Butyl, Neoprene, and/or Barrier Laminate) when mixing and loading
- Chemical-resistant apron when mixing and loading

**All other mixers, loaders, applicators and other handlers must wear:**
- Coveralls over long-sleeved shirt and long pants
- Chemical-resistant footwear plus socks
- Chemical-resistant gloves (such as Nitrile, Butyl, Neoprene, and/or Barrier Laminate)
- Protective eyewear (goggles of face shield)
- Chemical-resistant headgear for overhead exposure
- Chemical-resistant apron when exposed to the product concentrate

# EXHIBIT 3

---

# RESTRICTED USE PESTICIDE

Due to acute toxicity and toxicity to birds and mammals.
For retail sale to and use only by certified applicators or persons under their direct supervision and only for those uses covered by the certified applicator's certification.

---

| OXAMYL | GROUP | **1A** | INSECTICIDE |
|--------|-------|--------|-------------|

# DuPont™ Vydate® L

## INSECTICIDE/NEMATICIDE

**[Alternate Brand Name: Vydate® L]**

**Water Soluble Liquid**

### NOTIFICATION
352-372
The applicant has certified that no changes, other than those reported to the Agency have been made to the labeling. The Agency acknowledges this notification by letter dated:

07/17/2020

**1 GALLON CONTAINS 2 LBS. ACTIVE INGREDIENT**

| *Active Ingredient* | *By Weight* |
|---|---|
| Oxamyl | |
| [methyl N'N'-dimethyl-N-[(methylcarbamoyl)oxy]-1-thiooxamimidate] | 24.0% |
| *Other Ingredients* | 76.0% |
| TOTAL | 100% |

Contains Methanol

EPA Reg. No. 352-372                      EPA Est. No.: _____

{Note to Reviewer: The referral statement below is optional. Please also note that this Note to Reviewer appearing within braces will not appear on the final printed label.}

See back and side panels for additional precautionary statements.

**Nonrefillable Container**
Net: _____
  *OR*
**Refillable Container**
Net: _____

---

## KEEP OUT OF REACH OF CHILDREN

### DANGER
### PELIGRO



### POISON

Si usted no entiende la etiqueta, busque a alguien para que se la explique a usted en detalle. (If you do not understand this label, find someone to explain it to you in detail.)

### FIRST AID

**Contains an N-methyl carbamate that inhibits cholinesterase.**

**IF SWALLOWED:** Call a poison control center or doctor immediately for treatment advice. Drink 1 or 2 glasses of water and induce vomiting by touching back of throat with finger. Do not induce vomiting or give anything by mouth to an unconscious person.

**IF INHALED:** Move person to fresh air. If person is not breathing, call 911 or an ambulance, then give artificial respiration, preferably by mouth-to-mouth, if possible. Call a poison control center or doctor for further treatment advice.

# RESTRICTED USE PESTICIDE

Due to acute toxicity and toxicity to birds and mammals.
For retail sale to and use only by certified applicators or persons under their direct supervision and only for those uses covered by the certified applicator's certification.

| | GROUP | 1A | INSECTICIDE |
|---|---|---|---|

# DuPont™ Vydate® C-LV

**INSECTICIDE/NEMATICIDE**

[Alternate Brand Name: Vydate® C-LV]

**Water Soluble Liquid**

3.77 LBS. ACTIVE INGREDIENTS PER GALLON

**NOTIFICATION**

352-532
The applicant has certified that no changes, other than those reported to the Agency have been made to the labeling. The Agency acknowledges this notification by letter dated:

_____ 07/17/2020 _____

| **Active Ingredient** | **By Weight** |
|---|---|
| Oxamyl | |
| [methyl N'N- dimethyl-N-[(methylcarbamol)oxy]-1-thiooxamimidate ] | 42% |
| **Other ingredients** | 58% |
| TOTAL | 100% |

EPA Reg. No. 352-532                                    EPA Est. No.: _____

**Nonrefillable Container**
Net: _____
        *OR*
**Refillable Container**
Net: _____

[Note to Reviewer: The referral statement below is optional. Please also note that this Note to Reviewer appearing within brackets will not appear on the final printed label.]

See back and side panels for additional precautionary statements.

## KEEP OUT OF REACH OF CHILDREN

# DANGER        POISON
# PELIGRO

Si usted no entiende la etiqueta, busque a alguien para que se la explique a usted en detalle. (If you do not understand this label,   find someone to explain it to you in detail.)

## FIRST AID

**Contains an N-methyl carbamate that inhibits cholinesterase.**

**IF SWALLOWED:** Call a poison control center or doctor immediately for treatment advice. Drink 1 or 2 glasses of water and induce vomiting by touching the back of the throat with finger. Do not induce vomiting or give anything by mouth to an unconscious person.

**IF IN EYES:** Hold eye open and rinse slowly and gently with water for 15-20 minutes. Remove contact lenses, if present, after the first 5 minutes, then continue rinsing eye. Call a poison control center or doctor for treatment advice.

| FLUOPYRAM | GROUP | 7 | FUNGICIDE |
|---|---|---|---|

# LUNA® PRIVILEGE

## ABN: Velum® Prime, Velum® 500, Velum® One, FLUOPYRAM 500 ST; Velum®

**Broad-spectrum fungicide and nematicide for use as a foliar or soil treatment for suppression of listed crop diseases and suppression of plant pathogenic nematodes.**

**For uses on:** Artichoke, (Globe); Brassica Head and Stem Vegetables (Group 5-16); Brassica Leafy Greens (Subgroup 4-16B) (except watercress); Bulb vegetables (Group 3-07); Carrot; Celtuce; Cereals (Groups 15 and 16) (except rice); Citrus (Group 10-10); Coffee; Corn; Cotton (subgroup 20C); Cucurbits (Group 9); Fennel; Florence (fresh leaves and stalks); Fruiting Vegetables (Group 8-10); Ginseng; Grapes and Small vines (except fuzzy kiwifruit) (Subgroup 13-07F); Herb (Subgroup 19A); Hops; Kohlrabi; Leafy greens (Subgroup 4-16A); Leaf petiole vegetables (Subgroup 22B); Legume Vegetables (Group 6-22) (except Dried Shelled Pulse Pea Legume Vegetables subgroup 6-22F); Mint (spearmint and peppermint, fresh and dried leaves); Papaya; Peanut; Pome fruit (Group 11-10); Potato and other root, tuberous and corm vegetables (except sugarbeet) (Subgroups 1B and 1C); Rapeseed (Subgroup 20A); Small Berries (caneberries and bushberries) (Subgroups 13-07A and 13-07B); Sorghum; Soybean; Spice (Group 26); Stone Fruits (Group 12-12); Strawberry and other low-growing berries, except cranberry (Subgroup 13-07G); Sugarbeet; Sunflower (Subgroup 20B); Tobacco; Tree Nuts (Group 14-12).

**ACTIVE INGREDIENT:**

Fluopyram: *N*-[2-[3-chloro-5-(trifluoromethyl)-2-pyridinyl]ethyl]-2-(trifluoromethyl)benzamide*...............41.5%

**OTHER INGREDIENTS:**.................................................................................................................58.5%

**TOTAL:** **100.0%**

**Contains 4.16 lbs FLUOPYRAM per gallon**

*(CAS Number 658066-35-4)

**EPA Reg. No. 264-1078**  **EPA Est. No.**
SUSPENSION CONCENTRATE

## KEEP OUT OF REACH OF CHILDREN
## CAUTION

**[See additional precautionary statements and directions for use on label.]**

```
ACCEPTED
02/01/2023
Under the Federal Insecticide, Fungicide
and Rodenticide Act as amended, for the
pesticide registered under
EPA Reg. No.
           264-1078
```

1

| Restricted Use Pesticide. Due to toxicity to aquatic invertebrate animals. For retail sale to and use only by Certified Applicators, or persons under their direct supervision, and only for those uses covered by the Certified Applicator's certification. |
| --- |

| DIFLUBENZURON | GROUP | **15** | INSECTICIDE |
| --- | --- | --- | --- |

# *Dimilin® 25W*

**Insect Growth Regulator**
**Wettable Powder**
**For use on trees, shrubs, ornamentals, mushrooms, commercial fish production ponds and tanks, soybeans, cotton, pears, peppers, grassland and non-crop areas.**

**COMPOSITION**
**Active Ingredient:** (% by weight)
diflubenzuron
N-[[(4-Chlorophenyl)amino]carbonyl]-2,6-difluorobenzamide ........................................................................... 25%
Other Ingredients: .................................................................................................................................................. 75%
Total ...................................................................................................................................................................... 100%

U.S. Patent Numbers: 6,057,370; 6,376,430B1 and other patents pending.

## KEEP OUT OF REACH OF CHILDREN
# CAUTION

| FIRST AID | |
| --- | --- |
| **IF IN EYES** | • **Hold eye open and rinse slowly and gently with water for 15 to 20 minutes.**<br>• **Remove contact lenses, if present, after the first 5 minutes, then continue rinsing.**<br>• **Call a poison control center or doctor for treatment advice.** |
| **EMERGENCY ASSISTANCE:** Have the product container or label with you when calling a poison control center or doctor, or going for treatment:<br>**24 HOUR EMERGENCY PHONE 1-866-928-0789** | |
| FOR PRODUCT USE INFORMATION: Call 1-866-761-9397 | |

**Net Contents: 5 pounds**

EPA REG. NO. 400-465
EPA EST. NO.

Made in The Netherlands

Manufactured for:
MacDermid Agricultural Solutions, Inc.
C/O UPL NA Inc.
630 Freedom Business Center, Suite 402
King of Prussia, PA 19405

**ACCEPTED**

Apr 30, 2021

Under the Federal Insecticide, Fungicide and Rodenticide Act as amended, for the pesticide registered under
EPA Reg. No. 400-465

| GROUP | 23 | INSECTICIDE |
|---|---|---|

# MOVENTO®

**For Agricultural Use Only: For control of listed insects on certain field, tree, tropical fruits, vine, and vegetable crops.**

**ACTIVE INGREDIENT:**
Spirotetramat:  *cis*-3-(2,5-dimethlyphenyl)-8-methoxy-2-oxo-1-azaspiro[4.5]dec-3-en-4-yl-ethyl carbonate.................**22.40%**
**OTHER INGREDIENTS:** ........................................................................................................................**77.60%**
**TOTAL:**.........................................................................................................................................100.00%

MOVENTO contains 2.00 pounds spirotetramat per U.S. gallon (240 grams AI/liter)

**EPA Reg. No. 264-1050**                                                    **EPA Est.**

## KEEP OUT OF REACH OF CHILDREN
# CAUTION
**For MEDICAL And TRANSPORTATION Emergencies ONLY Call 24 Hours A Day 1-800-334-7577**
**For PRODUCT USE Information Call 1-866-99BAYER (1-866-922-2937)**

**Please refer to [back panel] [booklet] for additional precautionary statements and directions for use. [Note to reviewer: Location of additional precautionary statements and directions for use will vary between those listed, depending on container type/size.]**

**Net Contents: 32 fl oz; 128 fl oz**

**PRODUCED FOR**



Bayer CropScience LP
P.O. Box 12014, 2 T.W. Alexander Drive
Research Triangle Park, North Carolina   27709
1-866-99BAYER (1-866-992-2937)

**ACCEPTED**

Jun 28, 2017

Under the Federal Insecticide, Fungicide
and Rodenticide Act as amended, for the
pesticide registered under
EPA Reg. No. 264-1050

1

# MCW-2 15G

## [Alternate brand name NIMITZ® 15G Nematicide]

**For nematode control in Root Crops except sugar beet (Crop groups 1B) and Tuberous and Corm vegetables (Crop groups 1C), including carrot, radish, potato, and turnip.**

| | % BY WT. |
|---|---|
| **ACTIVE INGREDIENT:** | |
| Fluensulfone: 5-chloro-2 (3,4,4-trifluoro-but-3-ene-1-sulfonyl)-thiazole ............................................................ | 15% |
| **OTHER INGREDIENTS:** ............................................................................................................................ | 85% |
| **TOTAL:** | 100.0% |

## KEEP OUT OF REACH OF CHILDREN
## CAUTION/PRECAUCION

Si usted no entiende la etiqueta, busque a alguien para que se la explique a usted en detalle. (If you do not understand the label, find someone to explain it to you in detail.)

**Manufactured for:**
Makhteshim Agan of North America, Inc. (d/b/a ADAMA)
3120 Highwoods Blvd., Suite 100
Raleigh, NC 27604
**How can we help? 1-866-406- 6262**

**EPA Reg. No.** 66222-262

**EPA Est. No.** XXXXXXXX

## NET CONTENTS:_____LB(S)

| FIRST AID | |
|---|---|
| **IF SWALLOWED:** | Immediately call a poison control center or doctor. Do not induce vomiting unless told to by a poison control center or doctor. Do not give any liquid to the person. Do not give anything by mouth to an unconscious person. |
| **IF ON SKIN OR CLOTHING:** | Take off contaminated clothing. Rinse skin immediately with plenty of water for 15 to 20 minutes. Call a poison control center or doctor for treatment advice. |
| **IF IN EYES:** | Hold eye open and rinse slowly and gently with water for 15 to 20 minutes. Remove contact lenses, if present, after the first 5 minutes, then continue rinsing eye. Call a poison control center or doctor for treatment advice. |
| **IF INHALED:** | Move person to fresh air. If person is not breathing, call 911 or an ambulance, and then give artificial respiration, preferably mouth-to-mouth if possible. Call a poison control center or doctor for further treatment advice. |
| **Note to Physician:** Vomiting may cause aspiration pneumonia. Have the product container or label with you when calling a poison control center or doctor or going for treatment. You may also contact Prosar at 1-877-250-9291 for emergency medical treatment information. | |

In case of spills, fire, leaks or accidents call 1-800-535-5053.

**ACCEPTED**
08/08/2017
Under the Federal Insecticide, Fungicide and Rodenticide Act as amended, for the pesticide registered under
EPA Reg. No. 66222-262

1

*[Text in brackets indicates optional text– optional text may appear on final label]*
*[Text in braces denotes position of text on final label or Note to Reviewer}*
*{Note to Reviewer:  Signal Word and First Aid appear legibly on Front Panel of commercial product labeling}*
*{BOOKLET FRONT PANEL LANGUAGE}*

# RESTRICTED USE PESTICIDE
**DUE TO ACUTE ORAL, DERMAL, and INHALATIONTOXICITY and TO GROUND WATER CONTAMINATION**
For retail sale to and use only by Certified Applicators or persons under the direct supervision of a Certified Applicator, and only for those uses covered by the Certified Applicator's Certification.

| ALDICARB | GROUP | ◼ | INSECTICIDE |
|---|---|---|---|

# MEYMIK 15G

[Alternate brand name: AgLogic 15G]
[Alternate brand name: **AgLogic 15G Aldicarb Pesticide**]
[Alternate brand name: **AgLogic Brand 15G Aldicarb Pesticide**]

An Aldicarb Pesticide for Control of Certain Insects, Mites, and Nematodes

**ACTIVE INGREDIENT:**
Aldicarb [2-methyl-2-(methylthio) propionaldehyde O-(methylcarbamoyl) oxime]...............................15.0%
**OTHER INGREDIENTS:** ...................................................................................................................85.0%
**TOTAL:** ...................................................................................................................................100.0%

EPA Reg. No.  87895-1                                          EPA Est. No._____

## KEEP OUT OF REACH OF CHILDREN

# DANGER  <span style="color:red">POISON</span>
# PELIGRO

ACCEPTED
Nov 01, 2019
Under the Federal Insecticide, Fungicide and Rodenticide Act as amended, for the pesticide registered under
EPA Reg. No. 87895-1

Si usted no entiende la etiqueta, busque a alguien para que se la explique a usted en detalle.
(If you do not understand the label, find someone to explain it to you in detail.)

| FIRST AID | |
|---|---|
| **IF SWALLOWED:** | • Immediately call a poison control center or doctor for treatment advice.<br>• Do not induce vomiting unless told to do so by a poison control center or doctor.<br>• Have person sip a glass of water if able to swallow.<br>• Do not give anything by mouth to an unconscious person. |
| **IF IN EYES:** | • Hold eye open and rinse slowly and gently with warm water for 15-20 minutes.<br>• Remove contact lenses, if present, after the first 5 minutes, then continue rinsing.<br>• Call a poison control center or doctor for treatment advice. |
| **IF ON SKIN OR CLOTHING:** | • Take off contaminated clothing.<br>• Rinse skin immediately with plenty of water for 15-20 minutes.<br>• Call a poison control center or doctor for treatment advice. |
| **IF INHALED:** | • Move person to fresh air.<br>• If person is not breathing, call 911 or an ambulance, then give artificial respiration, preferably by mouth-to-mouth if possible.<br>• Call a poison control center or doctor for further treatment advice. |
| **HOT LINE NUMBER** | |
| Have the product container or label with you when calling a poison control center or doctor, or going for treatment.   You may also contact CHEMTREC at 1-800-424-9300 for emergency medical treatment information. | |

Aldicarb is an N-methyl carbamate that inhibits cholinesterase.
See inside label booklet for Precautionary Statements, Directions for Use and Storage and Disposal.

1

**RESTRICTED USE PESTICIDE**
DUE TO ACUTE DERMAL, PRIMARY DERMAL AND PRIMARY EYE TOXICITY
For retail sale to and use only by Certified Applicators or persons under the direct supervision of a
Certified Applicator, and only for those uses covered by the Certified Applicator's certification.

®

# MOCAP 15% Granular Nematicide-Insecticide

[Alternate Brand Name (for Lock'n Load packaging only): Mocap Nematicide-Insecticide Mocap 15% Granular Lock 'n Load Closed Loading System]

**ACTIVE INGREDIENT:**

| | |
|---|---|
| Ethoprop: (O-Ethyl Ester, S-Dipropyl Phosphorodithioate) | 15% |
| INERT INGREDIENTS | 85% |
| TOTAL | 100% |




## KEEP OUT OF REACH OF CHILDREN
## DANGER POISON
## PELIGRO

PRECAUCION AL USUARIO:  Si usted no lee ingles, no use este producto hasta que la etiqueta haya sido explicado ampliamente.
TRANSLATION TO THE USER:  If you cannot read English, do not use this product until the label has been fully explained to you.

*[Note to reviewer: the FIRST AID is on the front panel as required for all category I products. Also, the note to physician is part of the first aid and also needs to be on the front page of the label.]*

| FIRST AID | |
|---|---|
| **Ethoprop is an organophosphate.** | |
| **IF ON SKIN OR CLOTHING:** | • Take off contaminated clothing.<br>• Rinse skin immediately with plenty of water for 15-20 minutes.<br>• Call a poison control center or doctor for treatment advice |
| **IF IN EYES:** | • Hold eye open and rinse slowly and gently with water for 15-20 minutes.<br>• Remove contact lenses, if present, after the first 5 minutes, then continue rinsing.<br>• Call a poison control center or doctor for treatment advice. |
| **IF SWALLOWED:** | • Call a poison control center or doctor immediately for treatment advice.<br>• Do not induce vomiting unless told to by a poison control center or doctor.<br>• Have person sip a glass of water if able to swallow.<br>• Do not give anything to an unconscious person. |
| **IF INHALED:** | • Move person to fresh air.<br>• If person is not breathing, call 911 or an ambulance, then give artificial respiration, preferably mouth-to-mouth if possible.<br>• Call a poison control center or doctor for further treatment advice. |

| EMERGENCY INFORMATION |
|---|

Have the product container or label with you when calling a poison control center or doctor, or going for treatment.
FOR THE FOLLOWING EMERGENCIES, PHONE 24 HOURS A DAY:
For Medical Emergencies phone:.................................................................................................................................1-888-681-4261
For Transportation Emergencies, including spill, leak or fire, phone: CHEMTREC®..................................................1-800-424-9300
For Product Use Information phone: AMVAC®...........................................................................................................1-888-462-6822

NOTE TO PHYSICIAN:  This product is a cholinesterase inhibitor.  Severe symptoms and signs include diarrhea, pinpoint and non-reactive pupils, respiratory difficulty, pulmonary edema, cyanosis, loss of sphincter control, convulsions, and coma.  Support respiration as needed.  Measures should include removal of secretions, maintenance of a patient airway, and if necessary, artificial ventilation.

If cyanosis is absent, give ATROPINE 2-4 mg intravenously (0.05 mg/kg for children).  Repeat atropine at 5-10 minute intervals until atropinization occurs (dry, flushed skin, tachycardia, pupillary dilatation), and maintain for 48 hours.  If cyanotic, give initial atropine intramuscularly and start measures to improve ventilation.

Start 2-PAM (PROTOPAM, Ayerst) at the same time.  Give 1-2 grams PROTOPAM (20-40 mg/kg for children) in 100cc saline over 15-30 minutes.  If pulmonary edema is present, give intravenously slowly as a 5% solution in water over a period of at least 5 minutes.  A second dose may be given after one hour if muscle weakness persists.  Additional doses may be given cautiously for persistent muscle weakness.  May be given by intramuscular or subcutaneous routes if intravenous administration is not feasible.

In case of skin contact, wash patient with soap and water followed by wash with 95% ethyl alcohol.  Keep patient under constant observation for 24-36 hours.  Symptoms may persist for one month.

The use of theophylline, morphine, barbiturates, phenothiazines, reserpine, and succinyl choline is contraindicated.

EPA Reg. No. 5481-9040
NET CONTENTS: _____

EPA Est. No. _____

## AMVAC®

4100 E. Washington Blvd., Los Angeles, CA 90023 U.S.A.   1-888-462-6822

ACCEPTED
11/21/2017
Under the Federal Insecticide, Fungicide
and Rodenticide Act as amended, for the
pesticide registered under
EPA Reg. No.
5481-9040

**Sublabel A**

# MALATHION 8-E INSECTICIDE

Organophosphate Insecticide
AGRICULTURAL INSECTICIDE
EMULSIFIABLE LIQUID

---

**ACTIVE INGREDIENT:**                                                **% BY WT.**

Malathion (O,O-Dimethyl phosphorodithioate of diethyl
mercaptosuccinate)............................................................................................................................79.5%

**OTHER INGREDIENTS:**
.....................................................................................................................................20.5%

**TOTAL** .......................................................................................................................................100.0%

Contains 8 lbs. Malathion per gallon

### KEEP OUT OF REACH OF CHILDREN
## CAUTION
See Below For Additional Precautionary Statements.

**EPA Reg. No.: 34704-452**                                   **EPA Est. No.:**

**MANUFACTURED FOR:**
**LOVELAND PRODUCTS, INC.**
**P.O. BOX 1286**
**GREELEY, COLORADO 80632-1286**

**NET CONTENTS: ____GALLONS**

| FIRST AID | |
|---|---|
| **If swallowed:** | • Immediately call a poison control center or doctor.<br>• Do not induce vomiting unless told to do so by a poison control center or doctor.<br>• Do not give any liquid to the person.<br>• Do not give anything by mouth to an unconscious person. |
| **If inhaled:** | • Move person to fresh air.<br>• If person is not breathing, call 911 or an ambulance, then give artificial respiration, preferably mouth-to-mouth, if possible.<br>• Call a poison control center or doctor for further treatment advice. |
| **If on skin or clothing:** | • Take off contaminated clothing.<br>• Rinse skin immediately with plenty of water for 15-20 minutes.<br>• Call a poison control center or doctor for treatment advice. |
| **If in eyes:** | • Hold eye open and rinse slowly and gently with water for 15-20 minutes.<br>• Remove contact lenses, if present, after the first 5 minutes, then continue rinsing eye.<br>• Call a poison control center or doctor for treatment advice. |

**FOR A MEDICAL EMERGENCY INVOLVING THIS PRODUCT CALL: 1-866-944-8565.**
Have the product container or label with you when calling a poison control center or doctor, or going for treatment. Note to Physician: This material is a cholinesterase inhibitor. Treat symptomatically. Atropine is an antidote.

**ACCEPTED**

Feb 24, 2022

Under the Federal Insecticide, Fungicide and Rodenticide Act as amended, for the pesticide registered under
EPA Reg. No. 34704-452

1

# EXHIBIT 4



# ACETOCHLOR - GENERAL INFORMATION

Acetochlor is a herbicide widely used on corn in Minnesota, and its use has expanded to soybeans and sugar beets. Common trade names for acetochlor products include Harness, Keystone, SureStart, Surpass, Volley and Warrant*. In 2016, it was applied to 56% of Minnesota corn acres, making it the second-most-used corn herbicide in the state in terms of acres covered (see Pesticide Use in Minnesota (/pesticide-fertilizer/pesticide-use-sales-data)). Depending on the specific acetochlor product label, it is registered in Minnesota for use on field corn, popcorn, production seed corn, silage corn, sweet corn, soybeans, and sugar beets.



Controlling annual grasses, such as Giant Foxtail pictured above, is a strength of acetochlor. (Photo: Photobucket.com)

Acetochlor controls weeds by inhibiting growth of seedling shoots. It needs to be applied before weeds germinate to be effective; therefore, it is typically applied just before or after planting. Acetochlor provides good control of most annual grassy weeds and a number of annual broadleaf weeds. Its control of perennial weeds is limited to yellow nutsedge (2023 Weed Control Guide for Field Crops, Michigan State University (https://www.canr.msu.edu/resources/Weed_control_guide_for_field_crops_e0434)). It is often used in combination with other herbicides to obtain "broad-spectrum" weed control. Atrazine is the most common premix partner with acetochlor (Table 3 (/acetochlor-and-minnesotas-environment#Table%203)).

Other preemergence corn herbicides which provide weed control similar to acetochlor include dimethenamid-P (Outlook, Slider), S-metolachlor (Charger, Dual II Magnum, Cinch), and pendimethalin (Prowl)* and many others. (Trials comparing herbicide systems for weed control in field corn, University of Minnesota (https://appliedweeds.cfans.umn.edu/research-reports)).

Acetochlor is in the chloroacetanilide herbicide family which also includes the herbicides alachlor, dimethenamid, and metolachlor. It is in herbicide Site of Action Group 15, known as long-chain fatty acid inhibitors (Herbicide Classification Poster, Mode of Action, January 2017 - PDF) (https://iwilltakeaction.com/uploads/55620-1_TA_HRM_2017Poster.pdf), acetochlor had been found at concentrations of concern in south-central Minnesota streams. One water body, the Silver Creek located in central Minnesota, is on the state's impaired water list due to elevated concentrations of acetochlor.

Acetochlor is currently not a Restricted Use Pesticide (RUP); therefore, no special certification is needed for its use unless it is being applied for hire or if it is being used in combination with a Restricted Use Pesticide such as atrazine. If acetochlor is being applied for hire or used in combination with a Restricted Use Pesticide, pesticide applicators need to be licensed or certified by the MDA, a process which includes passing an exam on proper pesticide use. Please view Minnesota's pesticide applicator certification and licensing programs (/licensing/licensetypes/pesticidedealer/dlrbulkrupreqs) for more information.

# EXHIBIT 5

**United States
Department of
Agriculture**

Animal and
Plant Health
Inspection
Service

# Texas Southern Rolling Plains Boll Weevil Cooperative Eradication Program

## Environmental Assessment, Revised May 1996



Case 1:22-cv-00828-TDS-JEP   Document 123-3   Filed 03/03/23   Page 37 of 64

# Texas Southern Rolling Plains Boll Weevil Cooperative Eradication Program

**Env**
**Revised May 1996**

**Agency Contact:**

Deborah McPartlan
Program Co-Director
U.S. Department of Agriculture
Animal and Plant Health Inspection Service
Plant Protection and Quarantine
Texas Boll Weevil Eradication Program
P.O. Box 5089
Abilene, TX 79608-5089
(800) 687-1212

---

The U.S. Department of Agriculture (USDA) prohibits discrimination in its programs on the basis of race, color, national origin, sex, religion,age, disability, political beliefs, and marital or familial status. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (braille, large print, audiotape, etc.) should contact the USDA Office of Communications at (202) 720-2791.

---

Mention of companies or commercial products in this report does not imply recommendation or endorsement by the U.S. Department of Agriculture over others not mentioned. USDA neither guarantees nor warrants the standard of any product mentioned. Product names are mentioned solely to report factually on available data and to provide specific information.

---

This publication reports research involving pesticides. All uses of pesticides must be registered by appropriate State and/or Federal agencies before they can be recommended.

---

CAUTION: Pesticides can be injurious to humans, domestic animals, desirable plants, and fish or other wildlife—if they are not handled or applied properly. Use all pesticides selectively and carefully. Follow recommended practices for the disposal of surplus pesticides and pesticide containers.

# II. Need for the Proposed Action

APHIS is proposing to cooperate with other Federal and State agencies, grower groups, and growers in a program to eradicate the boll weevil from cotton fields in the Southern Rolling Plains of Texas. The proposed action is needed to (1) reduce agricultural losses suffered by growers as a result of continuous boll weevil infestation, (2) substantially reduce the amount of pesticides used by growers and the cost of applying those pesticides to control boll weevil and other cotton pests, (3) maintain the biological integrity and efficacy of the national program to eradicate the boll weevil, and (4) comply with relevant pest control statutes and regulations.

APHIS' authority for cooperation in this proposed program is based upon and complies with the Incipient and Emergency Control of Pests [Act] (1937), the Organic Act of the Department of Agriculture (1944), the Cooperation with State agencies in the Administration and Enforcement of Certain Federal Laws Act (1962), and the Food Security Act of 1985.

# III. Alternatives

The national program to eradicate the boll weevil employs a beltwide integrated control strategy. Integrated control, in this case, involves the selection of a particular control method or combination of methods for an individual site, based on factors including variations in boll weevil biology, availability of overwintering sites, environmental concerns, weather patterns, and crop production requirements. Consistent with the strategy used in the national program, integrated control considered as alternatives within this EA include (1) limited no action, (2) biological control, (3) chemical control (azinphos-methyl, diflubenzuron, endosulfan, malathion, methyl parathion, or oxamyl), (4) cultural control (use of short-season cotton varieties and/or mandatory stalk destruction), (5) mechanical control (mass trapping and bait tubes), and (6) sterile insect technique.

## A. Limited No Action

For the purposes of this proposed program, the limited no action alternative is defined as no cooperative control action in an individual site within the program's area of operation.[1] It is conceivable that, because of a site's special characteristics, no

---

[1] A variety of interpretations may exist for the no action alternative, including entirely (no program) or possibly no Federal involvement. However, the most probable result of implementing either of these other interpretations would be that the existing high pesticide use patterns would continue. Under those circumstances, the environmental effects of no action would be more severe than those that might be incurred in the implementation of the proposed action. In APHIS' judgment therefore, the public's interest is better served through analysis of a limited no action alternative.

Case 1:22-cv-00828-TDS-JEP   Document 123-3   Filed 03/03/23   Page 39 of 64

# EXHIBIT 6



**US Environmental Protection Agency**
**Office of Pesticide Programs**


**Registration Review**
**Conventional Case Schedule 2015 - 2017**




**May 2015**

EPA/OPP Conventional Pesticide Cases:
Registration Review Schedule

| (A) Reg Rev Case # | (B) Registration Review Case Name | (C) RED Case # | (D) PC Code | (E) CAS # | (F) Active Ingredient Name | (G) Chem Class | (I) Baseline Date | (J) First Registered | (K) RED Status | (L) RED Status Date | (M) Fiscal Yr Scheduled | (N) Docket Opened | (O) Final Work Plan | (P) Case Count | (Q) AI Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3114 | Piperalin | 3114 | 097003 | 3478-94-2 | Piperalin | | 09/01/94 | 09/01/64 | Completed | 09/01/94 | 2010 | 09/23/09 | 02/26/10 | 92 | 119 |
| 2555 | Propoxur | 2555 | 047802 | 114-26-1 | Propoxur | CA | 09/24/07 | 07/09/63 | Completed | 09/01/97 | 2010 | 12/18/09 | 06/17/10 | 93 | 120 |
| 2675 | Thiodicarb | 2675 | 114501 | 59669-26-0 | Thiodicarb | CA | 09/24/07 | 02/10/84 | Completed | 09/01/98 | 2010 | 12/18/09 | 05/07/10 | 94 | 121 |
| 7412 | Cyphenothrin | 7412 | 129013 | 39515-40-7 | Cyphenothrin | PPS | 10/04/91 | 10/04/91 | N/A | N/A | 2010 | 12/18/09 | 06/18/10 | 95 | 122 |
| 7406 | Esfenvalerate | 7406 | 109303 | 66230-04-4 | Esfenvalerate | PPS | 12/29/86 | 12/29/86 | N/A | N/A | 2010 | 12/18/09 | 06/23/10 | 96 | 123 |
| 288 | Diquat Dibromide | 288 | 032201 | 85-00-7 | 6,7-Dihydrodipyrido(1,2-a:2',1'-c)pyrazinediium dibromide | | 03/01/95 | 08/26/70 | Completed | 03/01/95 | 2010 | 12/18/09 | 05/13/10 | 97 | 124 |
| 245 | Vendex | 245 | 104601 | 13356-08-6 | Fenbutatin-oxide | | 09/01/94 | 04/14/81 | Completed | 09/01/94 | 2010 | 12/18/09 | 03/17/10 | 98 | 125 |
| 223 | Difenzoquat | 223 | 106401 | 43222-48-6 | Difenzoquat methyl sulfate | | 08/01/94 | 09/01/96 | Completed | 08/01/94 | 2010 | 12/18/09 | 02/26/10 | 99 | 126 |
| 81 | Metalaxyl | 81 | 113501 | 57837-19-1 | Metalaxyl | | 09/01/94 | 09/08/80 | Completed | 09/01/94 | 2010 | 12/18/09 | 05/17/10 | 100 | 127 |
| 81 | Metalaxyl | 81 | 113502 | 70630-17-0 | D-Alanine, N-(2,6-dimethylphenyl)-N-(methoxyacetyl)-, methyl ester | | 09/01/94 | 03/05/96 | N/A | N/A | 2010 | 12/18/09 | 05/17/10 | 100 | 128 |
| 7020 | Azoxystrobin | 7020 | 128810 | 131860-33-8 | Azoxystrobin | | 06/03/97 | 06/03/97 | N/A | N/A | 2010 | 12/18/09 | 11/15/10 | 101 | 129 |
| 7400 | Tralomethrin | 7400 | 121501 | 66841-25-6 | Tralomethrin | PPS | 09/06/85 | 09/06/85 | N/A | N/A | 2010 | 03/26/10 | 09/19/10 | 102 | 130 |

EPA/OPP Conventional Pesticide Cases: Registration Review Schedule

| (A) Reg Rev Case # | (B) Registration Review Case Name | (C) RED Case # | (D) PC Code | (E) CAS # | (F) Active Ingredient Name | (G) Chem Class | (I) Baseline Date | (J) First Registered | (K) RED Status | (L) RED Status Date | (M) Fiscal Yr Scheduled | (N) Docket Opened | (O) Final Work Plan | (P) Case Count | (Q) AI Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4076 | Polybutene resins | 4076 | 011402 | 9003-29-6 | Polybutene | | 12/01/94 | 02/25/64 | Completed | 12/01/94 | 2010 | 06/23/10 | 11/16/10 | 113 | 145 |
| 382 | Ethephon | 382 | 099801 | 16672-87-0 | Ethephon | | 12/01/94 | 05/13/71 | Completed | 12/01/94 | 2010 | 06/23/10 | 11/24/10 | 114 | 146 |
| 2355 | Fosamine ammonium | 2355 | 106701 | 25954-13-6 | Fosamine | | 12/01/94 | 11/13/75 | Completed | 12/01/94 | 2010 | 06/23/10 | 11/17/10 | 115 | 147 |
| 7419 | Chlorfenapyr | 7419 | 129093 | 122453-73-0 | 1H-Pyrrole-3-carbonitrile, 4-bromo-2-(4-chlorophenyl)-1-(ethoxymethyl)-5-(trifluoromethyl)- | | 01/18/95 | 01/18/95 | N/A | N/A | 2010 | 06/23/10 | 12/08/10 | 116 | 148 |
| 577 | Methiocarb | 577 | 100501 | 2032-65-7 | Methiocarb | CA | 09/24/07 | 04/22/72 | Completed | 03/01/94 | 2010 | 06/25/10 | 12/08/10 | 117 | 149 |
| 7402 | Bifenthrin | 7402 | 128825 | 82657-04-3 | Bifenthrin | PPS | 10/02/85 | 10/02/85 | N/A | N/A | 2010 | 06/25/10 | 12/27/10 | 118 | 150 |
| 80 | Carbaryl | 80 | 056801 | 63-25-2 | Carbaryl | CA | 09/24/07 | 12/22/47 | Completed | 09/24/07 | 2010 | 09/24/10 | 02/28/11 | 119 | 151 |
| 28 | Methomyl | 28 | 090301 | 16752-77-5 | Methomyl | CA | 09/24/07 | 10/01/68 | Completed | 03/01/98 | 2010 | 09/24/10 | 03/24/11 | 120 | 152 |
| 7405 | Cyfluthrins | 7405 | 128831 | 68359-37-5 | Cyfluthrin | PPS | 06/10/86 | 06/10/86 | N/A | N/A | 2010 | 09/24/10 | 03/09/11 | 121 | 153 |
| 7405 | Cyfluthrins | 7405 | 118831 | 68359-37-5 | beta-cyfluthrin | PPS | 06/10/86 | 05/26/95 | N/A | N/A | 2010 | 09/24/10 | 03/09/11 | 121 | 154 |
| 8002 | Sodium cyanide | 3086 | 074002 | 143-33-9 | Sodium cyanide | | 09/01/94 | 05/31/77 | Completed | 09/01/94 | 2010 | 09/24/10 | 03/24/11 | 122 | 155 |
| 3073 | Fluoroacetic acid derivs. | 3073 | 075002 | 640-19-7 | 2-Fluoroacetamide | | 06/01/95 | 11/18/83 | Completed | 06/01/95 | 2010 | 09/24/10 | 03/24/11 | 123 | 156 |

5/5/2015

EPA/OPP Conventional Pesticide Cases:
Registration Review Schedule

| (A) Reg Rev Case # | (B) Registration Review Case Name | (C) RED Case # | (D) PC Code | (E) CAS # | (F) Active Ingredient Name | (G) Chem Class | (I) Baseline Date | (J) First Registered | (K) RED Status | (L) RED Status Date | (M) Fiscal Yr Scheduled | (N) Docket Opened | (O) Final Work Plan | (P) Case Count | (Q) AI Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3073 | Fluoroacetic acid derivs. | 3073 | 075003 | 62-74-8 | Sodium fluoroacetate | | **06/01/95** | 01/08/82 | Completed | 06/01/95 | 2010 | 09/24/10 | 03/24/11 | 123 | 157 |
| 3083 | Limonene | 3083 | 079701 | 138-86-3 | Limonene | | **09/01/94** | 08/16/82 | Completed | 09/01/94 | 2010 | 09/24/10 | 01/24/11 | 124 | 158 |
| 7417 | Pyridaben | 7417 | 129105 | 96489-71-3 | 3(2H)-Pyridazinone, 4-chloro-2-(1,1-dimethylethyl)-5-((4-(1,1-dimethylethyl)phenyl)methyl)thio)- | | **10/17/94** | 10/17/94 | N/A | N/A | 2010 | 09/24/10 | 05/09/11 | 125 | 159 |
| 649 | Copper Compounds: Grp I | 649 | 008001 | 1332-40-7 | Basic copper chloride | CU | **07/11/06** | 06/03/87 | Completed | 07/11/06 | 2010 | 09/29/10 | 03/28/11 | 126 | 160 |
| 649 | Copper Compounds: Grp I | 649 | 022702 | 16828-95-8 | Copper(2+), tetraamine- | CU | **07/11/06** | 02/11/70 | Completed | 07/11/06 | 2010 | 09/29/10 | 03/28/11 | 126 | 161 |
| 649 | Copper Compounds: Grp I | 649 | 022703 | 33113-08-5 | Copper ammonium carbonate | CU | **07/11/06** | 06/30/69 | Completed | 07/11/06 | 2010 | 09/29/10 | 03/28/11 | 126 | 162 |
| 649 | Copper Compounds: Grp I | 649 | 022901 | 1184-64-1 | Copper carbonate | CU | **07/11/06** | 09/19/86 | Completed | 07/11/06 | 2010 | 09/29/10 | 03/28/11 | 126 | 163 |
| 649 | Copper Compounds: Grp I | 649 | 023401 | 20427-59-2 | Copper hydroxide | CU | **07/11/06** | 06/16/72 | Completed | 07/11/06 | 2010 | 09/29/10 | 03/28/11 | 126 | 164 |
| 649 | Copper Compounds: Grp I | 649 | 023501 | 1332-65-6 | Copper oxychloride (Cu2Cl(OH)3) | CU | **07/11/06** | 02/13/87 | Completed | 07/11/06 | 2010 | 09/29/10 | 03/28/11 | 126 | 165 |
| 649 | Copper Compounds: Grp I | 649 | 023503 | 8012-69-9 | Copper oxychloride sulfate | CU | **07/11/06** | 02/07/86 | Completed | 07/11/06 | 2010 | 09/29/10 | 03/28/11 | 126 | 166 |
| 649 | Copper Compounds: Grp I | 649 | 024405 | 10402-15-0 | Copper as metallic (in the form of chelates of copper citrate and copper | CU | **07/11/06** | 08/31/71 | Completed | 07/11/06 | 2010 | 09/29/10 | 03/28/11 | 126 | 167 |

EPA/OPP Conventional Pesticide Cases:
Registration Review Schedule

| (A) Reg Rev Case # | (B) Registration Review Case Name | (C) RED Case # | (D) PC Code | (E) CAS # | (F) Active Ingredient Name | (G) Chem Class | (I) Baseline Date | (J) First Registered | (K) RED Status | (L) RED Status Date | (M) Fiscal Yr Scheduled | (N) Docket Opened | (O) Final Work Plan | (P) First Case Count | (Q) AI Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4026 | Copper salts | 4026 | 023104 | 9007-39-0 | Copper salts of fatty and rosin acids | CU | 07/11/06 | 04/29/71 | Completed | 07/11/06 | 2010 | 09/29/10 | 03/28/11 | 127 | 168 |
| 4026 | Copper salts | 4026 | 023306 | 20543-04-8 | Octanoic acid, copper salt | CU | 07/11/06 | 06/29/97 | Completed | 07/11/06 | 2010 | 09/29/10 | 03/28/11 | 127 | 169 |
| 4026 | Copper salts | 4026 | 024002 | 10380-28-6 | Copper, bis(8-quinolinolato-N1,O8)-, (AD) | CU | 07/11/06 | 01/05/56 | Completed | 09/26/07 | 2010 | 09/29/10 | 03/28/11 | 127 | 170 |

| (A) Reg Rev Case # | (B) Registration Review Case Name | (C) RED Case # | (D) PC Code | (E) CAS # | (F) Active Ingredient Name | (G) Chem Class | (I) Baseline Date | (J) First Registered | (K) RED Status | (L) RED Status Date | (M) Fiscal Yr Scheduled | (N) Docket Opened | (O) Final Work Plan | (P) Case Count | (Q) AI Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4026 | Copper salts | 4026 | 024301 | 1344-72-5 | Copper silicate | CU | 07/11/06 | 03/10/03 | Completed | 07/11/06 | 2010 | 09/29/10 | 03/28/11 | 127 | 171 |
| 4026 | Copper salts | 4026 | 024403 | 82027-59-6 | Copper, ((2,2',2''-nitrilotris(ethanolato))(2-)-N,O,O',O'')- | CU | 07/11/06 | 06/08/65 | Completed | 07/11/06 | 2010 | 09/29/10 | 03/28/11 | 127 | 172 |
| 4026 | Copper salts | 4026 | 024407 | 13426-91-0 | Copper ethylene diamine complex | CU | 07/11/06 | 01/30/74 | Completed | 07/11/06 | 2010 | 09/29/10 | 03/28/11 | 127 | 173 |
| 4026 | Copper salts | 4026 | 024409 | 14215-52-2 | Copper ethanolamine complex | CU | 07/11/06 | 03/08/71 | Completed | 07/11/06 | 2010 | 09/29/10 | 03/28/11 | 127 | 174 |
| 4026 | Copper salts | 4026 | 025602 | 1111-67-7 | Copper thiocyanate | CU | 07/11/06 | 11/17/89 | Completed | 07/11/06 | 2010 | 09/29/10 | 03/28/11 | 127 | 175 |
| 636 | Copper Sulfate | 636 | 024401 | 7758-99-8 | Copper sulfate pentahydrate | CU | 07/11/06 | 06/19/48 | Completed | 07/11/06 | 2010 | 09/29/10 | 03/28/11 | 128 | 176 |
| 636 | Copper Sulfate | 636 | 008101 | 1344-73-6 | Sulfuric acid, copper(2+) salt, basic | CU | 07/11/06 | 12/22/47 | Completed | 07/11/06 | 2010 | 09/29/10 | 03/28/11 | 128 | 177 |
| 7624 | Aldoxycarb | 7624 | 110801 | 1646-88-4 | Aldoxycarb | CA | 01/23/86 | 01/23/86 | N/A | N/A | 2010 | N/A | N/A | 129 | 178 |
| 101 | Carbofuran | 101 | 090601 | 1563-66-2 | Carbofuran | CA | 09/24/07 | 02/12/69 | Completed, ineligible | 09/24/07 | 2010 | N/A | N/A | 130 | 179 |
| 253 | Oxamyl | 253 | 103801 | 23135-22-0 | Oxamyl | CA | 09/24/07 | 04/04/74 | Completed | 09/24/07 | 2010 | N/A | N/A | 131 | 180 |
| 7438 | Pirimicarb | 7438 | 106101 | 23103-98-2 | Pirimicarb | CA | 02/21/97 | 02/21/97 | N/A | N/A | 2010 | N/A | N/A | 132 | 181 |

EPA/OPP Conventional Pesticide Cases:
Registration Review Schedule

| (A) Reg Rev Case # | (B) Registration Review Case Name | (C) RED Case # | (D) PC Code | (E) CAS # | (F) Active Ingredient Name | (G) Chem Class | (I) Baseline Date | (J) First Registered | (K) RED Status | (L) RED Status Date | (M) Fiscal Yr Scheduled | (N) Docket Opened | (O) Final Work Plan | (P) Case Count | (Q) AI Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 91 | Formetanate HCl | 91 | 097301 | 23422-53-9 | Formetanate hydrochloride | CA | 09/24/07 | 09/24/80 | Completed | 09/24/07 | 2011 | 09/24/10 | 06/15/11 | 139 | 188 |
| 186 | Oryzalin | 186 | 104201 | 19044-88-3 | Oryzalin | DN | 09/01/94 | 11/26/80 | Completed | 09/01/94 | 2011 | 12/22/10 | 05/27/11 | 140 | 189 |
| 7201 | Prodiamine | 7201 | 110201 | 29091-21-2 | Prodiamine | DN | 02/07/92 | 02/07/92 | N/A | N/A | 2011 | 12/22/10 | 06/28/11 | 141 | 190 |
| 7437 | gamma Cyhalothrin | 7437 | 128807 | 76703-62-3 | Cyclopropanecarboxylic acid, 3-(2-chloro-3,3,3-trifluoro-1-propenyl)-2, 2-dimethyl-, cyano(3-phenoxyphenyl)methyl ester, [1R-[1 alpha(S*), 3 alpha(Z)]]- | PPS | 03/31/04 | 03/31/04 | N/A | N/A | 2011 | 12/22/10 | 06/14/11 | 142 | 191 |
| 7408 | lambda-Cyhalothrin | 7408 | 128897 | 91465-08-6 | lambda-Cyhalothrin | PPS | 05/13/88 | 05/13/88 | N/A | N/A | 2011 | 12/22/10 | 06/14/11 | 143 | 192 |
| 2525 | Piperonyl butoxide | 2525 | 067501 | 51-03-6 | Piperonyl butoxide | PPS | 06/14/06 | 07/22/48 | Completed | 06/14/06 | 2011 | 12/22/10 | 05/27/11 | 144 | 193 |
| 2295 | Tau-fluvalinate | 2295 | 109302 | 69409-94-5 | Fluvalinate | PPS | 09/28/05 | 05/20/80 | Completed | 09/28/05 | 2011 | 12/22/10 | 06/27/11 | 145 | 194 |
| 7403 | Chlorimuron | 7403 | 128901 | 90982-32-4 | Chlorimuron | SU | 04/04/86 | 04/04/86 | N/A | N/A | 2011 | 12/22/10 | 05/27/11 | 146 | 195 |
| 271 | Chlorpropham | 271 | 018301 | 101-21-3 | Chlorpropham | | 09/01/95 | 10/16/72 | Completed | 09/01/95 | 2011 | 12/22/10 | 05/27/11 | 147 | 196 |
| 7029 | PT807-HCl | 7029 | 069089 | #N/A | Diethyl-2-(4-methylbenzyloxy)ethylamine | | 12/30/99 | 12/30/99 | N/A | N/A | 2011 | 12/22/10 | N/A | 148 | 197 |
| 4029 | Dioctylsulfosuccinates | 4029 | 079027 | 577-11-7 | Butanedioic acid, sulfo-, 1,4-dioctyl ester, sodium salt | | 08/08/95 | 08/08/95 | N/A | N/A | 2011 | 12/22/10 | 05/03/11 | 149 | 198 |

EPA/OPP Conventional Pesticide Cases:
Registration Review Schedule

| (A) Reg Rev Case # | (B) Registration Review Case Name | (C) RED Case # | (D) PC Code | (E) CAS # | (F) Active Ingredient Name | (G) Chem Class | (I) Baseline Date | (J) First Registered | (K) RED Status | (L) RED Status Date | (M) Fiscal Yr Scheduled | (N) Docket Opened | (O) Final Work Plan | (P) Case Count | (Q) AI Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7243 | Cloransulam | 7243 | 129116 | 147150-35-4 | Benzoic acid, 3-chloro-2-[[(5-ethoxy-7-fluoro[1,2,4]triazolo[1,5-c]pyrimidin-2-yl)sulfonyl]amino]-, methyl ester | | 03/08/96 | 03/08/96 | N/A | N/A | 2011 | 12/22/10 | 06/02/11 | 150 | 199 |
| 315 | Lindane | 315 | 009001 | 58-89-9 | Lindane | | 09/01/02 | 09/02/52 | Completed | 09/01/02 | 2011 | 12/22/10 | N/A | 151 | 200 |
| 2260 | Ethalfluralin | 2260 | 113101 | 55283-68-6 | Ethalfluralin | DN | 12/01/94 | 04/13/83 | Completed | 12/01/94 | 2011 | 03/30/11 | 09/01/11 | 152 | 201 |
| 7206 | Thifensulfuron | 7206 | 128845 | 79277-27-3 | Thifensulfuron | SU | 04/25/86 | 04/25/86 | N/A | N/A | 2011 | 03/30/11 | 09/29/11 | 153 | 202 |
| 7217 | Tribenuron | 7217 | 128887 | 101200-48-0 | Tribenuron | SU | 05/22/89 | 05/22/89 | N/A | N/A | 2011 | 03/30/11 | 08/29/11 | 154 | 203 |
| 39 | Terbacil | 39 | 012701 | 5902-51-2 | Terbacil | | 09/01/97 | 08/31/92 | Completed | 09/01/97 | 2011 | 03/30/11 | 09/15/11 | 155 | 204 |
| 7018 | Cyclaniiide | 7018 | 026201 | 113136-77-9 | Cyclopropanecarboxylic acid, 1-((2,4-dichlorophenyl)amino)carbonyl)- | | 07/18/96 | 07/18/96 | N/A | N/A | 2011 | 03/30/11 | 09/01/11 | 156 | 205 |
| 7024 | Macleaya Extract | 7024 | 069095 | 112025-60-2 | [1,3]Benzodioxolo[5,6-c]-1,3-dioxolo[4,5-i]phenanthridinium, 13-methyl-, chloride, mixt. with 1,2-dimethoxy-12-methyl[1,3]benzodioxolo[5,6-c]phenanthridinium | | 03/12/98 | 03/12/98 | N/A | N/A | 2011 | 03/30/11 | 08/17/11 | 157 | 206 |
| 87 | Cryolite | 87 | 075101 | 15096-52-3 | Cryolite | | 06/01/96 | 07/16/59 | Completed | 06/01/96 | 2011 | 03/30/11 | 09/16/11 | 158 | 207 |

| (A) Reg Rev Case # | (B) Registration Review Case Name | (C) RED Case # | (D) PC Code | (E) CAS # | (F) Active Ingredient Name | (G) Chem Class | (I) Baseline Date | (J) First Registered | (K) RED Status | (L) RED Status Date | (M) Fiscal Yr Scheduled | (N) Docket Opened | (O) Final Work Plan | (P) Case Count | (Q) AI Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 265 | Asulam | 265 | 106902 | 2302-17-2 | Carbamic acid, ((4-aminophenyl)sulfonyl)-, methyl ester, monosodium salt | | 06/01/95 | 07/13/83 | Completed | 06/01/95 | 2011 | 03/30/11 | 10/20/11 | 159 | 208 |
| 7422 | Carfentrazone-ethyl | 7422 | 128712 | 128639-02-1 | Benzenepropanoic acid, alpha.-2-dichloro-5-[4-(difluoromethyl)-4,5-dihydro-3-methyl-5-oxo-1H-1,2,4-triazol-1-yl]-4-fluoro-, | | 08/02/95 | 08/02/95 | N/A | N/A | 2011 | 03/30/11 | 09/01/11 | 160 | 209 |
| 7245 | Flufenacet | 7245 | 121903 | 142459-58-3 | Acetamide, N-(4-fluorophenyl)-N-(1-methylethyl)-2-[(5-(trifluoromethyl)-1,3,4- | | 12/30/96 | 12/30/96 | N/A | N/A | 2011 | 03/30/11 | 09/12/11 | 161 | 210 |
| 2510 | Permethrin | 2510 | 109701 | 52645-53-1 | Permethrin | PPS | 04/06/06 | 02/25/79 | Completed | 04/06/06 | 2011 | 06/29/11 | 12/02/11 | 162 | 211 |
| 7247 | Sulfosulfuron | 7247 | 085601 | 141776-32-1 | Imidazo[1,2-a]pyridine-3-sulfonamide, N-[(4,6-dimethoxy-2-pyrimidinyl)amino]carbonyl]-2-(ethylsulfonyl)- | SU | 12/15/97 | 12/15/97 | N/A | N/A | 2011 | 06/29/11 | 11/17/11 | 163 | 212 |

| (A) Reg Rev Case # | (B) Registration Review Case Name | (C) RED Case # | (D) PC Code | (E) CAS # | (F) Active Ingredient Name | (G) Chem Class | (I) Baseline Date | (J) First Registered | (K) RED Status | (L) RED Status Date | (M) Fiscal Yr Scheduled | (N) Docket Opened | (O) Final Work Plan | (P) Case Count | (Q) AI Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7017 | Fludioxonil | 7017 | 071503 | 13134 1-86-1 | Fludioxonil | | 10/05/95 | 10/05/95 | N/A | N/A | 2011 | 06/29/11 | 12/19/11 | 164 | 213 |
| 270 | DCPA | 270 | 078701 | 1861-32-1 | DCPA (or chlorthal-dimethyl) | | 09/01/95 | 12/07/65 | Completed | 09/01/95 | 2011 | 06/29/11 | 11/20/11 | 165 | 214 |
| 2150 | Desmedipham | 2150 | 104801 | 13684-56-5 | Desmedipham | | 03/01/96 | 12/29/81 | Completed | 03/01/96 | 2011 | 06/29/11 | 12/22/11 | 166 | 215 |
| 3017 | Ancymidol | 3017 | 108601 | 12771-68-5 | Ancymidol | | 06/01/95 | 03/16/94 | N/A | N/A | 2011 | 06/29/11 | 12/20/11 | 167 | 216 |
| 7607 | Emamectin benzoate | 7607 | 122806 | 155569-91-8 | 4''Epimethylamino-4''-deoxyavermectin B1 a and B1b benzoates | | 02/07/96 | 02/07/96 | N/A | N/A | 2011 | 06/29/11 | 12/22/11 | 168 | 217 |
| 7242 | Isoxaflutole | 7242 | 123000 | 141112-29-0 | Methanone,(5-cyclopropyl-4-isoxazolyl)[2-(methylsulfonyl)-4... | | 12/15/95 | 12/15/95 | N/A | N/A | 2011 | 06/29/11 | 11/28/11 | 169 | 218 |
| 7244 | Flumioxazin | 7244 | 129034 | 103361-09-7 | Flumioxazin | | 08/01/96 | 08/01/96 | N/A | N/A | 2011 | 06/29/11 | 12/06/11 | 170 | 219 |
| 95 | Amitrole | 95 | 004401 | 61-82-5 | Amitrole | | 03/30/84 | 03/30/84 | Completed | 08/01/96 | 2011 | 06/29/11 | 12/14/11 | 171 | 220 |
| 7423 | Fipronil | 7423 | 129121 | 120068-37-3 | Fipronil | | 08/24/95 | 08/24/95 | | | 2011 | 06/29/11 | 11/11/11 | 172 | 221 |
| 7426 | Imiprothrin | 7426 | 004006 | 72963-72-5 | Imiprothrin | PPS | 03/31/98 | 03/31/98 | N/A | N/A | 2011 | 09/28/11 | 02/24/12 | 173 | 222 |
| 7216 | Bensulfuron | 7216 | 128820 | 83055-99-6 | Bensulfuron | SU | 02/17/89 | 02/17/89 | N/A | N/A | 2011 | 09/28/11 | 03/05/12 | 174 | 223 |
| 7205 | Metsulfuron | 7205 | 122010 | 74223-64-6 | Metsulfuron | SU | 03/28/86 | 03/28/86 | N/A | N/A | 2011 | 09/28/11 | 02/29/12 | 175 | 224 |

5/5/2015

EPA/OPP Conventional Pesticide Cases:
Registration Review Schedule

| (A) Reg Rev Case # | (B) Registration Review Case Name | (C) RED Case # | (D) PC Code | (E) CAS # | (F) Active Ingredient Name | (G) Chem Class | (I) Baseline Date | (J) First Registered | (K) RED Status | (L) RED Status Date | (M) Fiscal Yr Scheduled | (N) Docket Opened | (O) Final Work Plan | (P) Case Count | (Q) AI Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2030 | Benfluralin | 2030 | 084301 | 1861-40-1 | Benfluralin | DN | 07/30/04 | 03/20/69 | Completed | 07/30/04 | 2012 | 12/21/11 | 05/29/12 | 186 | 236 |
| 7620 | Clothianidin | | 044309 | 210880-92-5 | Guanidine, N-[(2-chloro-5-thiazolyl)methyl]-N'-methyl-N''-nitro-, [C(E)]- | NN | 06/19/03 | 06/19/03 | N/A | N/A | 2012 | 12/21/11 | 05/22/12 | 187 | 237 |
| 7441 | Dinotefuran | | 044312 | 165252-70-0 | Dinotefuran | NN | 09/17/04 | 09/17/04 | N/A | N/A | 2012 | 12/21/11 | 05/22/12 | 188 | 238 |
| 7614 | Thiamethoxam | 7614 | 060109 | 153719-23-4 | 4H-1,3,5-Oxadiazin-4-imine, 3-[(2-chloro-5-thiazolyl)methyl]tetrahydro-5-methyl-N-nitro- | NN | 12/04/00 | 12/04/00 | N/A | N/A | 2012 | 12/21/11 | 05/22/12 | 189 | 239 |
| 2580 | Pyrethrin, and derivs. | 2580 | 069001 | 8003-34-7 | Pyrethrins | PPS | 06/07/06 | 03/03/48 | Completed | 06/07/06 | 2012 | 12/21/11 | 05/22/12 | 190 | 240 |
| 2580 | Pyrethrin, and derivs. | 2580 | 069002 | 8003-34-7 | Pyrethrum powder other than pyrethrins | PPS | | 08/08/01 | Completed | 06/07/06 | 2012 | 12/21/11 | 05/22/12 | 190 | 241 |
| 2580 | Pyrethrin, and derivs. | 2580 | 069000 | 8003-34-7 | Pyrethrum | PPS | | 05/13/91 | Completed | 06/07/06 | 2012 | 12/21/11 | 05/22/12 | 190 | 242 |
| 426 | d-Phenothrin (Sumithrin) | 426 | 069005 | 26002-80-2 | Phenothrin | PPS | 09/25/08 | 01/05/70 | Completed | 09/25/08 | 2012 | 12/21/11 | 05/22/12 | 191 | 243 |
| 2660 | Tetramethrin | 2660 | 069003 | 7696-12-0 | Tetramethrin | PPS | 06/23/08 | 06/24/68 | Completed | 06/23/08 | 2012 | 12/21/11 | 05/11/12 | 192 | 244 |
| 7270 | Orthosulfamuron | | 108209 | 213464-77-8 | BENZAMIDE,2-[[[[(4,6-DIMETHOXY-2-PYRIMIDINYL)AMINO]CARBONYL]AMINO]SULFONYL]AMINO -N,N- | SU | 02/14/07 | 02/14/07 | N/A | N/A | 2012 | 12/21/11 | 05/22/12 | 193 | 245 |
| 262 | Paraquat Dichloride | 262 | 061601 | 1910-42-5 | 4,4'-Bipyridinium, 1,1'-dimethyl-, dichloride | PPS | 08/01/97 | 01/08/80 | Completed | 08/01/97 | 2012 | 12/21/11 | 05/22/12 | 194 | 246 |

| (A) Reg Rev Case # | (B) Registration Review Case Name | (C) RED Case # | (D) PC Code | (E) CAS # | (F) Active Ingredient Name | (G) Chem Class | (I) Baseline Date | (J) First Registered | (K) RED Status | (L) RED Status Date | (M) Fiscal Yr Scheduled | (N) Docket Opened | (O) Final Work Plan | (P) Case Count | (Q) AI Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 262 | Paraquat Dichloride | 262 | 061602 | 2074-50-2 | 1,1'-Dimethyl-4,4'-bipyridinium bis(methyl sulfate) | | 08/01/97 | 08/24/82 | Completed | 08/01/97 | 2012 | 12/21/11 | 05/22/12 | 194 | 247 |
| 2665 | Thiobencarb | 2665 | 108401 | 28249-77-6 | Thiobencarb | | 09/01/97 | 01/23/75 | Completed | 09/01/97 | 2012 | 12/21/11 | 05/22/12 | 195 | 248 |
| 4095 | Undecylenic acid | 4095 | 085501 | 112-38-9 | Undecylenic acid | | 08/08/95 | 08/08/95 | N/A | N/A | 2012 | 12/21/11 | 05/22/12 | 196 | 249 |
| 2130 | Cypermethrin | 2130 | 109702 | 52315-07-8 | Cypermethrin | PPS | 06/14/06 | 03/27/83 | Completed | 06/14/06 | 2012 | 03/28/12 | 09/12/12 | 197 | 250 |
| 2130 | Cypermethrin | 2130 | 129064 | 52315-07-8 | Zeta-Cypermethrin | PPS | 06/14/06 | 06/01/92 | Completed | 06/14/06 | 2012 | 03/28/12 | 09/12/12 | 197 | 251 |
| 7233 | Halosulfuron | 7233 | 128721 | 100784-20-1 | Halosulfuron | SU | 04/04/94 | 04/04/94 | N/A | N/A | 2012 | 03/28/12 | 08/25/12 | 198 | 252 |
| 7220 | Primisulfuron-methyl | 7220 | 128973 | 86209-51-0 | Primisulfuron-methyl | SU | 05/11/90 | 05/11/90 | N/A | N/A | 2012 | 03/28/12 | 08/25/12 | 199 | 253 |
| 7221 | Triasulfuron | 7221 | 128969 | 82097-50-5 | Triasulfuron | SU | 09/14/90 | 09/14/90 | N/A | N/A | 2012 | 03/28/12 | 08/25/12 | 200 | 254 |
| 21 | Dicofol | 21 | 010501 | 115-32-2 | Dicofol | | 09/01/98 | 01/30/84 | Completed | 09/01/98 | 2012 | 03/28/12 | 08/25/12 | 201 | 255 |
| 97 | Chlorothalonil | 97 | 081901 | 1897-45-6 | Chlorothalonil | | 09/01/98 | 02/08/74 | Completed | 09/01/98 | 2012 | 03/28/12 | 09/19/12 | 202 | 256 |
| 2375 | Mepiquat & Mepiquat chlor | 2375 | 109101 | 24307-26-4 | Mepiquat chloride | | 09/01/96 | 06/26/84 | Completed | 09/01/96 | 2012 | 03/28/12 | 08/25/12 | 203 | 257 |
| 2375 | Mepiquat & Mepiquat chlor | 2375 | 109105 | #N/A | N,N-Dimethylpiperidinium pentaborate | | 09/01/96 | 01/25/02 | N/A | N/A | 2012 | 03/28/12 | 08/25/12 | 203 | 258 |

| (A) Reg Rev Case # | (B) Registration Review Case Name | (C) RED Case # | (D) PC Code | (E) CAS # | (F) Active Ingredient Name | (G) Chem Class | (I) Baseline Date | (J) First Registered | (K) RED Status | (L) RED Status Date | (M) Fiscal Yr Scheduled | (N) Docket Opened | (O) Final Work Plan | (P) Case Count | (Q) AI Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7023 | Cymoxanil | | 129106 | 57966-95-7 | Cymoxanil | | 02/04/98 | 02/04/98 | N/A | N/A | 2012 | 03/28/12 | 08/25/12 | 205 | 260 |
| 2435 | Molinate | 2435 | 041402 | 2212-67-1 | Molinate | | 09/17/03 | 09/06/77 | Completed, phase out | 09/17/03 | 2012 | 03/28/12 | N/A | 206 | 261 |
| 213 | Nitrapyrin | 213 | 069203 | 1929-82-4 | Nitrapyrin | | 04/29/05 | 12/04/74 | Completed | 04/29/05 | 2012 | 03/28/12 | N/A | 207 | 262 |
| 7025 | Cyprodinil | | 288202 | 121552-61-2 | 2-Pyrimidinamine, 4-cyclopropyl-6-methyl-N-phenyl- | | 04/10/98 | 04/10/98 | N/A | N/A | 2012 | 03/28/12 | 08/25/12 | 208 | 263 |
| 41 | Bromacil | 41 | 012302 | 53404-19-6 | 5-Bromo-3-sec-butyl-6-methyluracil, lithium salt | | 09/01/96 | 01/13/70 | Completed | 09/01/96 | 2012 | 07/06/12 | 11/17/12 | 209 | 264 |
| 140 | Aldicarb | 140 | 098301 | 116-06-3 | Aldicarb | CA | 09/24/07 | 06/25/78 | Completed | 09/24/07 | 2012 | 07/06/12 | 11/17/12 | 210 | 265 |
| 2075 | Butralin | 2075 | 106501 | 33629-47-9 | Butralin | DN | 09/01/97 | 08/03/95 | Completed | 09/01/97 | 2012 | 07/06/12 | 11/17/12 | 211 | 266 |
| 179 | Trifluralin | 179 | 036101 | 1582-09-8 | Trifluralin | DN | 09/01/95 | 12/04/68 | Completed | 09/01/95 | 2012 | 07/06/12 | 11/17/12 | 212 | 267 |
| 2430 | MGK-264 (*) | 2430 | 057001 | 113-48-4 | 4,7-Methano-1H-isoindole-1,3(2H)-dione, 2-(2-ethylhexyl)-3a,4,7,7a-tetrahydro- | PPS | 06/26/06 | 03/15/50 | Completed | 06/26/06 | 2012 | 07/06/12 | | 213 | 268 |
| 7418 | Prallethrin | | 128722 | 23031-36-9 | Cyclopropanecarboxylic acid, 2,2-dimethyl-3-(2-methyl-1-propenyl)-, 2-methyl-4-oxo-3-(2-propynyl)-2-cyclopenten-1- | PPS | 12/23/94 | 12/23/94 | N/A | N/A | 2012 | 07/06/12 | 11/17/12 | 214 | 269 |
| 7271 | Flazasulfuron | | 119011 | 104040-78-0 | Flazasulfuron | SU | 05/14/07 | 05/14/07 | N/A | N/A | 2012 | 07/06/12 | 11/17/12 | 215 | 270 |

EPA/OPP Conventional Pesticide Cases:
Registration Review Schedule

| (A) Reg Rev Case # | (B) Registration Review Case Name | (C) RED Case # | (D) PC Code | (E) CAS # | (F) Active Ingredient Name | (G) Chem Class | (I) Baseline Date | (J) First Registered | (K) RED Status | (L) RED Status Date | (M) Fiscal Yr Scheduled | (N) Docket Opened | (O) Final Work Plan | (P) Final Case Count | (Q) AI Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7227 | Nicosulfuron | | 129008 | 11191-09-4 | Nicosulfuron | SU | 03/10/92 | 03/10/92 | N/A | N/A | 2012 | 07/06/12 | 11/17/12 | 216 | 271 |
| 7235 | Prosulfuron | | 129031 | 94125-34-5 | Prosulfuron | SU | 03/21/95 | 03/21/95 | N/A | N/A | 2012 | 07/06/12 | 11/17/12 | 217 | 272 |
| 7246 | Diflufenzopyr | | 005107 | 109293-98-3 | 3-Pyridinecarboxylic acid, 2-[1-[[(3,5-difluorophenyl)amino]carbonyl]hydrozono]ethyl]-, monosodium salt | | 10/30/97 | 10/30/97 | N/A | N/A | 2012 | 07/06/12 | 11/17/12 | 218 | 273 |
| 7246 | Diflufenzopyr | | 005108 | 109293-97-2 | 2-[1-[[(3,5-difluorophenyl)amino]carbonyl]hydrazono]ethyl]-3-pyridinecarboxylic acid | | 10/30/97 | 01/28/99 | N/A | N/A | 2012 | 07/06/12 | 11/17/12 | 218 | 274 |
| 263 | Dichlobenil | 263 | 027401 | 1194-65-6 | Dichlobenil | | 09/01/97 | 06/15/73 | Completed | 09/01/97 | 2012 | 07/06/12 | 11/17/12 | 219 | 275 |
| 7427 | Buprofazin | | 275100 | 69327-76-0 | 4H-1,3,5-Thiadiazin-4-one, 2-[(1,1-dimethylethyl)imino]tetrahydro-3-(1-methylethyl)-5-phenyl- | | 04/08/98 | 04/08/98 | N/A | N/A | 2012 | 07/06/12 | 11/17/12 | 220 | 276 |
| 187 | Pendimethalin | 187 | 108501 | 40487-42-1 | Pendimethalin | DN | 04/01/97 | 03/20/75 | Completed | 04/01/97 | 2012 | 09/26/12 | 02/16/13 | 221 | 277 |
| 7617 | Acetamiprid | | 099050 | 135410-20-7 | Acetamiprid | NN | 12/05/02 | 12/05/02 | N/A | N/A | 2012 | 09/26/12 | 02/16/13 | 222 | 278 |
| 7622 | Thiacloprid | | 014019 | 111988-49-9 | ?3-?[(6-Chloro-3-pyridinyl)methyl]-2-thiazolidinylidene]cyanamide | NN | 09/26/03 | 09/26/03 | N/A | N/A | 2012 | 09/26/12 | 02/16/13 | 223 | 279 |
| 7409 | Tefluthrin | | 128912 | 79538-32-2 | Tefluthrin | PPS | 01/13/89 | 01/13/89 | N/A | N/A | 2012 | 09/26/12 | 02/16/13 | 224 | 280 |

| (A) Reg Rev Case # | (B) Registration Review Case Name | (C) RED Case # | (D) PC Code | (E) CAS # | (F) Active Ingredient Name | (G) Chem Class | (I) Baseline Date | (J) First Registered | (K) RED Status | (L) RED Status Date | (M) Fiscal Yr Scheduled | (N) Docket Opened | (O) Final Work Plan | (P) Case Count | (Q) AI Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7218 | Rimsulfuron | | 129009 | 122931-48-0 | Rimsulfuron | SU | 09/20/89 | 09/20/89 | N/A | N/A | 2012 | 09/26/12 | 03/12/13 | 225 | 281 |
| 7236 | Triflusulfuron | | 129002 | 126535-15-7 | Triflusulfuron | SU | 03/24/95 | 03/24/95 | N/A | N/A | 2012 | 09/26/12 | 02/16/13 | 226 | 282 |
| 229 | Norflurazon | 229 | 105801 | 27314-13-2 | Norflurazon | | 06/01/96 | 11/09/77 | Completed | 06/01/96 | 2012 | 09/26/12 | 02/16/13 | 227 | 283 |
| 181 | Metribuzin | 181 | 101101 | 21087-64-9 | Metribuzin | | 06/01/97 | 06/25/76 | Completed | 06/01/97 | 2012 | 09/26/12 | 02/16/13 | 228 | 284 |
| 144 | Diflubenzuron | 144 | 108201 | 35367-38-5 | Diflubenzuron | | 06/01/97 | 10/31/89 | Completed | 06/01/97 | 2012 | 09/26/13 | 02/16/13 | 229 | 285 |
| 7425 | Halofenozide | | 121026 | 112226-61-6 | Benzoic acid, 4-chloro-, 2-benzoyl-2-(1,1-dimethylethyl)hydrazide | | 05/21/97 | 05/21/97 | N/A | N/A | 2012 | 09/26/12 | 02/16/13 | 230 | 286 |
| 8007 | Bitertanol | | 117801 | 55179-31-2 | beta-((1,1'-Biphenyl)-4-yloxy)-alpha-(1,1-dimethylethyl)-1H-1,2,4-triazole-1-... | | 11/30/05 | 03/19/99 | TRED, import only tolerance | 11/30/05 | 2012 | 09/26/12 | N/A | 231 | 287 |
| 8009 | Tridemorph | | 121401 | 24602-86-6 | Tridemorph | | 01/11/06 | N/A | TRED, import only tolerance | 01/11/06 | 2012 | 09/26/12 | N/A | 232 | 288 |
| 421 | Resmethrin | 421 | 097801 | 10453-86-8 | Resmethrin | PPS | 06/14/06 | 12/08/69 | Completed | 06/14/06 | 2012 | 06/20/12 | | 233 | 289 |
| 421 | Resmethrin | 421 | 097802 | 28434-01-7 | Bioresmethrin | PPS | 06/14/06 | 05/13/73 | Completed | 06/14/06 | 2012 | 06/20/12 | | 233 | 290 |
| 229 | Norflurazon | 229 | 105801 | 27314-13-2 | Norflurazon | | 06/01/96 | 11/09/77 | Completed | 06/01/96 | 2012 | 09/26/12 | | 233 | 291 |

| (A) Reg Rev Case # | (B) Registration Review Case Name | (C) RED Case # | (D) PC Code | (E) CAS # | (F) Active Ingredient Name | (G) Chem Class | (I) Baseline Date | (J) First Registered | (K) RED Status | (L) RED Status Date | (M) Fiscal Yr Scheduled | (N) Docket Opened | (O) Final Work Plan | (P) Case Count | (Q) AI Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7254 | Ethametsulfuron | | 129091 | 97780-06-8 | Ethametsulfuron | SU | 04/23/01 | 04/23/01 | N/A | N/A | 2013 | 03/20/12 | | 234 | 292 |
| 73 | 2,4-D | 73 | 030004 | 2702-72-9 | 2,4-D, sodium salt | PH | 06/21/05 | 03/22/57 | Completed | 06/21/05 | 2013 | 12/14/12 | | 235 | 293 |
| 73 | 2,4-D | 73 | 030016 | 5742-19-8 | 2,4-D, diethanolamine salt | PH | 06/21/05 | 12/20/84 | Completed | 06/21/05 | 2013 | 12/14/12 | | 235 | 294 |
| 73 | 2,4-D | 73 | 030019 | 2008-39-1 | 2,4-D, dimethylamine salt | PH | 06/21/05 | 01/20/48 | Completed | 06/21/05 | 2013 | 12/14/12 | | 235 | 295 |
| 73 | 2,4-D | 73 | 030025 | 5742-17-6 | 2,4-D, isopropylamine salt | PH | 06/21/05 | 03/28/85 | Completed | 06/21/05 | 2013 | 12/14/12 | | 235 | 296 |
| 73 | 2,4-D | 73 | 030035 | 32341-80-3 | 2,4-D, triisopropanolamine salt | PH | 06/21/05 | 10/01/68 | Completed | 06/21/05 | 2013 | 12/14/12 | | 235 | 297 |
| 73 | 2,4-D | 73 | 030053 | 1929-73-3 | 2,4-D, butoxyethyl ester | PH | 06/21/05 | 06/03/52 | Completed | 06/21/05 | 2013 | 12/14/12 | | 235 | 298 |
| 73 | 2,4-D | 73 | 030063 | 1928-43-4 | 2,4-D, 2-ethylhexyl ester | PH | 06/21/05 | 04/29/52 | Completed | 06/21/05 | 2013 | 12/14/12 | | 235 | 299 |
| 73 | 2,4-D | 73 | 030066 | 94-11-1 | 2,4-D, isopropyl ester | PH | 06/21/05 | 01/21/74 | Completed | 06/21/05 | 2013 | 12/14/12 | | 235 | 300 |
| 631 | Chlorsulfuron | 631 | 118601 | 64902-72-3 | Chlorsulfuron | SU | 05/20/05 | 07/23/82 | Completed | 05/20/05 | 2013 | 12/14/12 | | 236 | 301 |
| 7252 | Foramsulfuron | | 122020 | 173159-57-4 | N,N-Dimethyl-2-?3-(4,6-dimethoxypyrimidin-2-yl)ureidosulfonyl]-4-formylaminobenzamide | SU | 04/16/01 | 04/16/01 | N/A | N/A | 2013 | 12/14/12 | | 237 | 302 |
| 3136 | Sulfometuron methyl | 3136 | 122001 | 74222-97-2 | Sulfometuron | SU | 09/18/08 | 02/08/82 | Completed | 09/18/08 | 2013 | 12/14/12 | | 238 | 303 |

| (A) Reg Rev Case # | (B) Registration Review Case Name | (C) RED Case # | (D) PC Code | (E) CAS # | (F) Active Ingredient Name | (G) Chem Class | (I) Baseline Date | (J) First Registered | (K) RED Status | (L) RED Status Date | (M) Fiscal Yr Scheduled | (N) Docket Opened | (O) Final Work Plan | (P) Case Count | (Q) AI Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7253 | Iodosulfuron-methyl-sodiur | | 122021 | 144550-36-7 | 4-Iodo-2-(4-methoxy-6-methyl-1,3,5-triazin-2-yl-)aminoUcarbonyIUaminoU sulfonyIUbenzoic acid methyl ester, monosodium | SU | 04/16/01 | 04/16/01 | N/A | N/A | 2013 | 03/27/13 | | 247 | 312 |
| 7260 | Trifloxysulfuron-sodium | | 119009 | 290332-10-4 | 2-Pyridinesulfonamide, N-[[4,6-dimethoxy-2-pyrimidinyl)carbonyl]-3-(2,2,2-trifluoroethoxy)-, monosodium salt, monohydrate | SU | 09/29/03 | 09/29/03 | N/A | N/A | 2013 | 03/27/13 | | 248 | 313 |
| 2545 | Prometon | 2545 | 080804 | 1610-18-0 | Prometon | TR | 03/21/08 | 05/11/59 | Completed | 03/21/08 | 2013 | 03/27/13 | | 249 | 314 |
| 467 | Prometryn | 467 | 080805 | 7287-19-6 | Prometryn | TR | 09/01/95 | 08/19/74 | Completed | 09/01/95 | 2013 | 03/27/13 | | 250 | 315 |
| 2070 | Bromoxynil, and esters | 2070 | 035301 | 1689-84-5 | Bromoxynil | | 09/01/98 | 11/30/79 | Completed | 09/01/98 | 2013 | 03/27/13 | | 251 | 316 |
| 2070 | Bromoxynil, and esters | 2070 | 035302 | 1689-99-2 | Bromoxynil octanoate | | 09/01/98 | 04/25/88 | Completed | 09/01/98 | 2013 | 03/27/13 | | 251 | 317 |
| 2070 | Bromoxynil, and esters | 2070 | 035303 | 3861-41-4 | 3,5-Dibromo-4-hydroxybenzonitrile butyrate | | 09/01/98 | 08/21/03 | Completed | 09/01/98 | 2013 | 03/27/13 | | 251 | 318 |
| 2070 | Bromoxynil, and esters | 2070 | 128920 | 56634-95-8 | Heptanoic acid, 2,6-dibromo-4-cyanophenyl ester | | 09/01/98 | 06/01/92 | Completed | 09/01/98 | 2013 | 03/27/13 | | 251 | 319 |
| 64 | EPTC | 64 | 041401 | 759-94-4 | Carbamothioic acid, dipropyl-, S-ethyl ester | | 09/01/99 | 12/22/87 | Completed | 09/01/99 | 2013 | 03/27/13 | | 252 | 320 |
| 2455 | Niclosamide | 2455 | 077401 | 1420-04-8 | Niclosamide | | 09/01/99 | 07/18/90 | Completed | 09/01/99 | 2013 | 03/27/13 | | 253 | 321 |

| (A) Reg Rev Case # | (B) Registration Review Case Name | (C) RED Case # | (D) PC Code | (E) CAS # | (F) Active Ingredient Name | (G) Chem Class | (I) Baseline Date | (J) First Registered | (K) RED Status | (L) RED Status Date | (M) Fiscal Yr Scheduled | (N) Docket Opened | (O) Final Work Plan | (P) Case Count | (Q) AI Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3082 | TFM/Lamprecide (*) | 3082 | 036201 | 88-30-2 | Phenol, 4-nitro-3-(trifluoromethyl)- | | 09/01/99 | 08/21/64 | Completed | 09/01/99 | 2013 | 03/27/13 | | 254 | 322 |
| 7028 | Trifloxystrobin | 7028 | 129112 | 141517-21-7 | Benzeneacetic acid, alpha-(methoxyimino)-2-{[[1-(3-(trifluoromethyl)phenyl)ethylidene)amino]oxy]methyl]-, methyl ester, (E,E)- | | 09/20/99 | 09/20/99 | N/A | N/A | 2013 | 03/27/13 | | 255 | 323 |
| 2395 | Methanearsonic acid, salts | 2395 | 013802 | 144-21-8 | DSMA | | 07/31/06 | 04/18/56 | Completed, ineligible | 07/31/06 | 2013 | 03/27/13 | | 256 | 324 |
| 2395 | Methanearsonic acid, salts | 2395 | 013803 | 2163-80-6 | MSMA (and salts) | | 07/31/06 | 12/24/63 | Completed, ineligible | 07/31/06 | 2013 | 03/27/13 | | 256 | 325 |
| 2395 | Methanearsonic acid, salts | 2395 | 013806 | 5902-95-4 | MSMA, calcium salt | | 07/31/06 | 04/13/62 | Completed, ineligible | 07/31/06 | 2013 | 03/27/13 | | 256 | 326 |
| 7055 | Fluopicolide | 7055 | 027412 | 239110-15-7 | Fluopicolide | | 03/28/07 | 03/28/07 | N/A | N/A | 2013 | 03/27/13 | | 257 | 327 |
| 7021 | Dimethomorph | 7021 | 268800 | 110488-70-5 | Morpholine, 3-[3-(4-chlorophenyl)-3-(3,4-dimethoxyphenyl)-1-oxo-2- | | 06/10/97 | 06/10/97 | N/A | N/A | 2013 | 03/27/13 | | 258 | 328 |
| 7263 | Mesosulfuron-methyl | 7263 | 122009 | 208465-21-8 | Methyl 2-[3-(4,6-dimethoxypyrimidin-2-yl)ureidosulfonyl]-4-... | SU | 03/31/04 | 03/31/04 | N/A | N/A | 2013 | 06/26/13 | | 259 | 329 |
| 2010 | Ametryn | 2010 | 080801 | 834-12-8 | Ametryn | TR | 09/13/05 | 04/10/75 | Completed | 09/13/05 | 2013 | 06/26/13 | | 260 | 330 |
| 62 | Atrazine | 62 | 080803 | 1912-24-9 | Atrazine | TR | 04/06/06 | 11/24/61 | Completed | 04/06/06 | 2013 | 06/26/13 | | 261 | 331 |
| 230 | Propazine | 230 | 080808 | 139-40-2 | Propazine | TR | 09/29/98 | 09/29/98 | N/A | N/A | 2013 | 06/26/13 | | 262 | 332 |

| (A) Reg Rev Case # | (B) Registration Review Case Name | (C) RED Case # | (D) PC Code | (E) CAS # | (F) Active Ingredient Name | (G) Chem Class | (I) Baseline Date | (J) First Registered | (K) RED Status | (L) RED Status Date | (M) Fiscal Yr Scheduled | (N) Docket Opened | (O) Final Work Plan | (P) Case Count | (Q) AI Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 255 | Rotenone | 255 | 071004 | #N/A | Cube Resins other than rotenone | | 03/31/07 | 12/09/47 | Completed | 03/31/07 | 2015 | | | 374 | 488 |
| 255 | Rotenone | 255 | 071003 | 83-79-4 | (1)Benzopyrano(3,4-b)furo(2,3-h)(1)benzopyran-6(6aH)-one, 1,2,12,12a- ¨ | | 03/31/07 | 12/09/47 | Completed | 03/31/07 | 2015 | | | 374 | 489 |
| 4010 | Aquashade | 4010 | 110301 | 2650-18-2 | Acid Blue 9 ¨ ¨ ¨¨ | | 09/23/05 | 05/11/81 | Completed | 09/23/05 | 2015 | | | 375 | 490 |
| 4010 | Aquashade | 4010 | 110302 | 1934-21-0 | 1H-Pyrazole-3-carboxylic acid, 4,5-dihydro-5-oxo-1-(4-sulfophenyl)-4-((4-sulfophenyl)azo)-, trisodium salt | | 09/23/05 | 05/11/81 | Completed | 09/23/05 | 2015 | | | 375 | 491 |
| 4121 | Antimycin A | 4121 | 006314 | 1397-94-0 | Antimycin A | | 05/16/07 | 01/27/77 | Completed | 05/16/07 | 2015 | | | 376 | 492 |
| 2245 | Endothall, and salts | 2245 | 038901 | 145-73-3 | Endothall | | 09/30/05 | 06/17/63 | Completed | 09/30/05 | 2015 | | | 377 | 493 |
| 2245 | Endothall, and salts | 2245 | 038904 | 2164-07-0 | 7-Oxabicyclo(2.2.1)heptane-2,3-dicarboxylic acid, | | 09/30/05 | 03/05/63 | Completed | 09/30/05 | 2015 | | | 377 | 494 |
| 2245 | Endothall, and salts | 2245 | 038905 | 66330-88-9 | Hydrothol 191 " | | 09/30/05 | 01/25/62 | Completed | 09/30/05 | 2015 | | | 377 | 495 |
| 1 | Metolachlor & s-Metolachlor | 1 | 108800 | 87392-12-9 | (S)-2-Chloro-N-(2-ethyl-6-methylphenyl)-N-(2-methoxy-1-methylethyl) | CH | 12/01/94 | 03/14/97 | | | 2015 | 12/19/14 | | 378 | 496 |
| 1 | Metolachlor & s-Metolachlor | 1 | 108801 | 51218-45-2 | Metolachlor | CH | 12/01/94 | 05/18/83 | Completed | 12/01/94 | 2015 | 12/19/14 | | 378 | 497 |
| 2005 | Acrolein | 2005 | 000701 | 107-02-8 | Acrolein | | 09/24/08 | 11/26/75 | Completed | 09/24/08 | 2015 | | | 379 | 498 |

EPA/OPP Conventional Pesticide Cases:
Registration Review Schedule

| (A) Reg Rev Case # | (B) Registration Review Case Name | (C) RED Case # | (D) PC Code | (E) CAS # | (F) Active Ingredient Name | (G) Chem Class | (I) Baseline Date | (J) First Registered | (K) RED Status | (L) RED Status Date | (M) Fiscal Yr Scheduled | (N) Docket Opened | (O) Final Work Plan | (P) Case Count | (Q) AI Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | Warfarin & its Na salt | 11 | 086002 | 81-81-2 | Warfarin | RO | **06/01/91** | 10/10/50 | Completed | 06/01/91 | 2016 | | | 396 | 520 |
| 11 | Warfarin & its Na salt | 11 | 086003 | 129-06-6 | Warfarin, sodium salt | RO | **06/01/91** | 12/16/80 | Completed | 06/01/91 | 2016 | | | 396 | 521 |
| 7603 | Difethialone | | 128967 | 104653-34-1 | Difethialone | RO | **05/30/90** | 05/30/90 | | | 2016 | | | 397 | 522 |
| 7223 | Dimethenamid | | 120051 | 163515-14-8 | Acetamide,2-chloro-N-(2,4-dimethyl-3-thienyl)-N-(2-methoxy-1-methylethyl)- | CH | **05/02/91** | 05/10/99 | | | 2016 | | | 398 | 523 |
| 7223 | Dimethenamid | | 129051 | 87674-68-8 | Dimethenamid | CH | **05/02/91** | 05/02/91 | | | 2016 | | | 398 | 524 |
| 7600 | Cholecalciferol | | 202901 | 67-97-0 | 9,10-Seccocholesta-5,7,10(19)-trien-3-ol,(3.beta.,5Z,7E)- | RO | **11/09/84** | 11/09/84 | | | 2016 | | | 399 | 525 |
| 7230 | Acetochlor | | 121601 | 34256-82-1 | Acetochlor | CH | **02/04/93** | 02/04/93 | | | 2016 | | | 400 | 526 |
| 7011 | Cyproconazole | | 128993 | 94361-06-5 | Cyproconazole | TO | **05/10/93** | 05/10/93 | | | 2016 | | | 401 | 527 |

| (A) Reg Rev Case # | (B) Registration Review Case Name | (C) RED Case # | (D) PC Code | (E) CAS # | (F) Active Ingredient Name | (G) Chem Class | (I) Baseline Date | (J) First Registered | (K) RED Status | (L) RED Status Date | (M) Fiscal Yr Scheduled | (N) Docket Opened | (O) Final Work Plan | (P) Case Count | (Q) AI Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2205 | Diphacinone, and salts | 2205 | 067705 | 42721-99-3 | Diphacinone, sodium salt | RO | 09/30/97 | 05/23/74 | Completed | 09/30/97 | 2016 | | | 411 | 540 |
| 2760 | Bromadiolone | 2760 | 112001 | 28772-56-7 | Bromadiolone | RO | 09/30/97 | 01/08/82 | Completed | 09/30/97 | 2016 | | | 412 | 541 |
| 26 | Zinc Phosphide | 26 | 088601 | 1314-84-7 | Zinc phosphide (Zn3P2) | RO | 09/30/97 | 01/12/60 | Completed | 09/30/97 | 2016 | | | 413 | 542 |
| 2755 | Brodifacoum | 2755 | 112701 | 56073-10-0 | Brodifacoum | RO | 09/30/97 | 10/24/80 | Completed | 09/30/97 | 2016 | | | 414 | 543 |
| 2765 | Bromethalin | 2765 | 112802 | 63333-35-7 | Bromethalin | RO | 09/30/97 | 10/03/85 | Completed | 09/30/97 | 2016 | | | 415 | 544 |
| 177 | Propachlor | 177 | 019101 | 1918-16-7 | Propachlor | CH | 09/01/98 | 12/08/64 | Completed | 09/01/98 | 2016 | | | 416 | 545 |
| 63 | Alachlor | 63 | 090501 | 15972-60-8 | Alachlor | CH | 09/01/98 | 05/26/71 | Completed | 09/01/98 | 2016 | | | 417 | 546 |
| 2265 | Ethofumesate | 2265 | 110601 | 26225-79-6 | Ethofumesate | | 09/27/05 | 01/30/80 | Completed | 09/27/05 | 2016 | | | 418 | 547 |
| 49 | Fluometuron | 49 | 035503 | 2164-17-2 | Fluometuron | | 09/28/05 | 05/28/74 | Completed | 09/28/05 | 2016 | | | 419 | 548 |
| 4054 | Inorg. polysulfides | 4054 | 076702 | 1344-81-6 | Calcium polysulfide | | 09/30/05 | 03/24/48 | Completed | 09/30/05 | 2016 | | | 420 | 549 |

| (A) Reg Rev Case # | (B) Registration Review Case Name | (C) RED Case # | (D) PC Code | (E) CAS # | (F) Active Ingredient Name | (G) Chem Class | (I) Baseline Date | (J) First Registered | (K) RED Status | (L) RED Status Date | (M) Fiscal Yr Scheduled | (N) Docket Opened | (O) Final Work Plan | (P) Final Case Count | (Q) AI Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Chem Class/Group Code**

CA = Carbamate
CC = Chorine Compounds
CH = Chloroacetanilide (also see antimicrobials schedule)
CU = Coppers Group
DN = Dinitroaniline (also see antimicrobials schedule)
FUM = Soil Fumigant
IM = Imidazolinone

OP = Organophosphate
PPS = Pyrethroids, Pyrethrins & Synergists group
PH = Phenoxy
PY = Pyridine
RO = Rodenticide group
SU = Sulfonylurea
TO = Triazole

# EXHIBIT 7

W1947 (Revised January 2022)

# North Dakota Herbicide Chart

Repeated use of herbicides with the same site of action alone can result in the development of herbicide-resistant weed populations.

## By Mode of Action (effect on plant growth)

This chart groups herbicides by their modes of action to assist you in selecting **1)** to maintain greater diversity in herbicide use and **2)** to rotate among herbicides with different sites of action to delay the development of herbcide resistance.

The Site of Action Group is a classification system developed by the Weed Science Society of America and Herbicide

| Mode of Action | Site of Action Group | Site of Action | Number of resistant weed species in U.S. | Chemical Family | Active Ingredient | Product Examples Trade Name ® |
|---|---|---|---|---|---|---|
| Lipid Synthesis Inhibitors | 1 | **ACCase Inhibitors** (acetyl CoA carboxylase) | 15 | Aryloxyphenoxy propionate "Fop" | clodinafop-propargyl<br>fenoxaprop-P ethyl<br>fluazifop-P butyl<br>quizalofop-P ethyl | **Discover NG**<br>**Parity, Tacoma,** others<br>**Fusilade DX**<br>**Assure II, Targa** |
| | | | | Cyclohexanedione "Dim" | clethodim<br>sethoxydim | **Select Max, Arrow,** others<br>**Poast,** others |
| | | | | Phenylpyrazolin "Den" | pinoxaden | **Axial XL** |
| Amino Acid Synthesis Inhibitors | 2 | **ALS Inhibitors** (acetolactate synthase) | 51 | Imidazolinone "Imi" | imazamox<br>imazapic<br>imazethapyr | **Beyond, Raptor**<br>**Plateau**<br>**Pursuit** |
| | | | | Sulfonylurea "SU" | halosulfuron<br>mesosulfuron<br>metsulfuron-methyl<br>nicosulfuron<br>rimsulfuron<br>sulfosulfuron<br>thifensulfuron<br>tribenuron<br>triflusulfuron | **Permit,** others<br>**Osprey**<br>**Ally, Cimarron, Escort,** others<br>**Accent Q**<br>**Matrix, Resolve,** others<br>**Outrider**<br>**Harmony,** others<br>**Express,** others<br>**UpBeet** |
| | | | | Triazolopyrimidine "TPS" | cloransulam<br>florasulam<br>flumetsulam<br>pyroxsulam | **FirstRate**<br>component of several<br>**Python**<br>**PowerFlex, Teammate** |
| | | | | Triazolinones "SACT" | flucarbazone<br>propoxycarbazone<br>thiencarbazone | **Everest 3.0, Prepare,** others<br>**Olympus**<br>**Varrow** |
| | 9 | **EPSP Synthase Inhibitor** (5-enolpyruvyl-shikimate -3-phosphate) | 17 | Glycine | glyphosate | **Roundup, Durango,** others |
| Auxin Mimics (Growth Regulators) | 4 | **Synthetic Auxins TIR1, AFB5, and Specific Site Unknown** | 10 | Benzoic acid | dicamba | **Banvel, Clarity, Engenia, DiFlexx, Xtendimax,** others |
| | | | | Phenoxy | 2,4-D<br>MCPA | **2,4-D, Enlist One,** others<br>**MCPA,** others |
| | | | | Pyridine | clopyralid<br>halauxifen-methyl | **Stinger,** others<br>**Elevore** |
| | | | | Pyridyloxy | fluroxypyr | **Starane,** others |
| | | | | Quinoline | quinclorac | **Facet** |
| | 19 | **Auxin Transport Inhibitor** | 0 | Aryl carboxylate | diflufenzopyr | component of **Status** |
| Photosynthesis Inhibitors | 5 | **Photosystem II Inhibitors** Serine 264 binders | 28 | Phenyl-carbamate | desmedipham<br>phenmedipham | component of **Betamix**<br>component of **Betamix** |
| | | | | Triazine | atrazine | **AAtrex,** others |
| | | | | Triazinone<br>Ureas | metribuzin<br>linuron | **Metribuzin,** others<br>**Lorox,** others |
| | 6 | **Photosystem II Inhibitors** Histidine 215 binders | 1 | Benzothiadiazole | bentazon | **Basagran 5L,** others |
| | | | | Nitrile | bromoxynil | **Buctril,** others |
| | | | | Phenyl pyridazine | pyridate | **Tough** |
| Nitrogen Metabolism Inhibitor | 10 | **Glutamine Synthetase Inhibitor** | 2 | Phosphinic acid | glufosinate | **Liberty 280,** others |
| Pigment Inhibitors | 27 | **HPPD Inhibitors** | 2 | Isoxazole | isoxaflutole | **Balance Flexx** |
| | | | | Pyrazole | pyrasulfotole<br>topramezone | component of **Huskie**<br>**Armezon, Impact** |
| | | | | Triketone | mesotrione<br>tembotrione<br>bicyclopyrone | **Callisto**<br>**Laudis**<br>component of **Acuron** |
| | | | | Benzoylpyrazole | tolpyralate | **Shieldex** |
| Cell Membrane Disrupters | 14 | **PPO Inhibitors** | 4 | Diphenylether | acifluorfen<br>fomesafen<br>lactofen | **Ultra Blazer**<br>**Flexstar, Reflex,** others<br>**Cobra, Phoenix** |
| | | | | N-phenylimide | flumiclorac<br>flumioxazin<br>fluthiacet-methyl<br>saflufenacil<br>tiafenacil | **Resource**<br>**Valor EZ**<br>**Cadet**<br>**Sharpen**<br>**Reviton** |
| | | | | Phenylpyrazole | pyraflufen | **ET, Vida** |
| | | | | Triazolinone | carfentrazone<br>sulfentrazone | **Aim**<br>**Spartan** |
| | 22 | **Photosystem I Electron Diverter** | 6 | Bipyridilium | diquat<br>paraquat | **Reglone,** others<br>**Gramoxone,** others |
| Seedling Root Growth Inhibitors | 3 | **Microtubule Assembly Inhibitors** | 6 | Dinitroaniline | ethalfluralin<br>pendimethalin<br>trifluralin | **Sonalan**<br>**Prowl $H_2O$,** others<br>**Treflan,** others |
| Seedling Shoot Growth Inhibitors | 15 | **Very Long-Chain Fatty Acid Synthesis Inhibitor** | 8 | Acetamide | acetochlor<br>metolachlor<br>dimethenamid-P | **Harness, Surpass, Warrant**<br>**Dual,** others<br>**Outlook** |
| | | | | Benzofuran | ethofumesate | **Nortron,** others |
| | | | | Isoxazoline | pyroxasulfone | **Zidua SC** |
| | | | | Thiocarbomate | cycloate<br>EPTC<br>triallate | **Ro-Neet SB**<br>**Eptam,** others<br>**Far-Go, Avadex MA** |
| COLD HARD STEEL | 31 | | 0 | | | **Cultivator, Plow,** others |

* indicates product is not registered for use at the time of printing. Check for a label and MSDS at www.cdms.net to confirm status.

This chart lists premix herbicides alphabetically by their trade names so you can identify the premix's component herbicides and their respective site of action groups. Refer to the Mode of Action chart on the left for more information.

| Premix Trade Name ® | Component Trade Name ® | Component Active Ingredient | Site of Action Group |
|---|---|---|---|
| **Acuron** | **AAtrex** | atrazine | 5 |
| | **Dual II Magnum** | *s*-metolachlor | 15 |
| | **Callisto** | mesotrione | 27 |
| | -------- | bicyclopyrone | 27 |
| **Acuron Flexi** | **Dual II Magnum** | *s*-metolachlor | 15 |
| | **Callisto** | mesotrione | 27 |
| | -------- | bicyclopyrone | 27 |
| **Acuron GT** | **Roundup** | glyphosate | 9 |
| | **Dual II Magnum** | *s*-metolachlor | 15 |
| | **Callisto** | mesotrione | 27 |
| | -------- | bicyclopyrone | 27 |
| **Afforia** | **Resolve** | rimsulfuron | 2 |
| | **Harmony** | thifensulfuron | 2 |
| | **Valor** | flumioxazin | 14 |
| **Anthem Flex** | **Aim** | carfentrazone-ethyl | 14 |
| | **Zidua** | pyroxasulfone | 15 |
| **Armezon Pro** | **Outlook** | dimethenamid-P | 15 |
| | **Armezon** | topramezone | 27 |
| **Authority Assist** | **Pursuit** | imazethapyr | 2 |
| | **Spartan** | sulfentrazone | 14 |
| **Authority First or Sonic** | **FirstRate** | cloransulam | 2 |
| | **Spartan** | sulfentrazone | 14 |
| **Authority MTZ** | **Metribuzin** | metribuzin | 5 |
| | **Spartan** | sulfentrazone | 14 |
| **Authority Supreme or Authority Edge** | **Spartan** | sulfentrazone | 14 |
| | **Zidua** | pyroxasulfone | 15 |
| **Axial Bold** | **Tacoma** | fenoxaprop-P ethyl | 1 |
| | **Axial XL** | pinoxaden | 1 |
| **Axial Star** | **Tacoma** | fenoxaprop-P ethyl | 1 |
| | **Starane** | fluroxypyr | 4 |
| **Boundary** | **Metribuzin** | metribuzin | 5 |
| | **Dual Magnum** | *s*-metolachlor | 15 |
| **BroadAxe XC or Authority Elite** | **Spartan** | sulfentrazone | 14 |
| | **Dual Magnum** | *s*-metolachlor | 15 |
| **Bronate** | **Maestro** | bromoxynil | 6 |
| | **MCPA** | MCPA | 4 |
| **Callisto Xtra** | **Callisto** | mesotrione | 27 |
| | **AAtrex** | atrazine | 5 |
| **Capreno** | **Varro** | thiencarbazone | 2 |
| | **Laudis** | tembotrione | 27 |
| **Carnivore** | **MCPA** | MCPA | 4 |
| | **Stinger** | clopyralid | 4 |
| | **Maestro** | bromoxynil | 6 |
| **Colt + Salvo or (Trump Card)** | **2,4-D** | 2,4-D | 4 |
| | **Starane** | fluroxypyr | 4 |
| **Colt + Sword** | **MCPA** | MCPA | 4 |
| | **Starane** | fluroxypyr | 4 |
| **Corvus** | **Varro** | thiencarbazone | 2 |
| | **Balance Flexx** | isoxaflutole | 27 |
| **Curtail** | **Stinger** | clopyralid | 4 |
| | **2,4-D** | 2,4-D | 4 |
| **Curtail M** | **Stinger** | clopyralid | 4 |
| | **MCPA** | MCPA | 4 |
| **DiFlexx Duo** | **Clarity** | dicamba | 4 |
| | **Laudis** | tembotrione | 27 |
| **Enlist Duo** | **Enlist One** | 2,4-D | 4 |
| | **Durango** | glyphosate | 9 |
| **Extreme** | **Pursuit** | imazethapyr | 2 |
| | **Roundup** | glyphosate | 9 |
| **Fierce EZ** | **Valor** | flumioxazin | 14 |
| | **Zidua** | pyroxasulfone | 15 |
| **Fierce MTZ or Kyber** | **Valor** | flumioxazin | 14 |
| | **Zidua** | pyroxasulfone | 15 |
| | **Metribuzin** | metribuzin | 5 |
| **Flexstar GT** | **Roundup** | glyphosate | 9 |
| | **Flexstar** | fomesafen | 14 |
| **Halex GT** | **Roundup** | glyphosate | 9 |
| | **Dual II Magnum** | s-metolachlor | 15 |
| | **Callisto** | mesotrione | 27 |
| **Harness Max** | **Harness** | acetochlor | 15 |
| | **Callisto** | mesotrione | 27 |
| **Huskie** | **Buctril** | bromoxynil | 6 |
| | -------- | pyrasulfatole | 27 |
| **Huskie Complete** | **Varro** | thiencarbazone | 2 |
| | **Buctril** | bromoxynil | 6 |
| | -------- | pyrasulfatole | 27 |
| **Huskie FX** | **Varro** | thiencarbazone | 2 |
| | **Buctril** | bromoxynil | 6 |
| | **Starane** | fluroxypyr | 4 |
| **Impact CORE** | **Harness** | acetochlor | 15 |
| | **Impact** | topramezone | 27 |
| **ImpactZ** | **Aatrex** | atrazine | 5 |
| | **Impact** | topramezone | 27 |
| **Instigate or Realm Q** | **Resolve** | rimsulfuron | 2 |
| | **Callisto** | mesotrione | 27 |
| **Intermoc** | **Interline** | glufosinate | 10 |
| | **Dual Magnum** | *s*-metolachlor | 15 |
| **Keystone NXT or Keystone LA NXT** | **Surpass NXT** | acetochlor | 15 |
| | **Aatrex** | atrazine | 5 |
| **Kochiavore** | **2,4-D** | 2,4-D | 4 |
| | **Starane** | fluroxypyr | 4 |
| | **Maestro** | bromoxynil | 6 |
| **Lumax EZ** | **AAtrex** | atrazine | 5 |
| | **Dual II Magnum** | *s*-metolachlor | 15 |
| | **Callisto** | mesotrione | 27 |
| **Marvel** | **Flexstar** | fomesafen | 14 |
| | **Cadet** | fluthiacet-methyl | 14 |
| **OpenSky** | **Powerflex** | pyroxulam | 2 |
| | **Starane** | fluroxypyr | 4 |
| **Panoflex** | **Harmony** | thifensulfuron | 2 |
| | **Express** | tribenuron | 2 |
| **PerfectMatch** | **Powerflex** | pyroxulam | 2 |
| | **Stinger** | clopyralid | 4 |
| | **Starane** | fluroxypyr | 4 |
| **Perpetuo** | **Resource** | flumiclorac | 14 |
| | **Zidua** | pyroxasulfone | 15 |
| **Pixxaro EC** | **Elevore** | halauxifen-methyl | 4 |
| | **Starane** | fluroxypyr | 4 |
| **Prefix** | **Flexstar** | fomesafen | 14 |
| | **Dual Magnum** | *s*-metolachlor | 15 |
| **Quelex** | -------- | florasulam | 2 |
| | **Elevore** | halauxifen-methyl | 4 |
| **Resicore** | **Harness** | acetochlor | 15 |
| | **Callisto** | mesotrione | 27 |
| | **Stinger** | clopyralid | 4 |
| **Restraint** | **Harness** | acetochlor | 15 |
| | **Shieldex** | tolpyralate | 27 |
| **Revulin Q** | **Accent Q** | nicosulfuron | 2 |
| | **Callisto** | mesotrione | 27 |
| **Rezuvant** | **Elevore** | halauxifen-methyl | 4 |
| | **Starane** | fluroxypyr | 4 |
| | **Axial XL** | pinoxaden | 1 |
| **Sentrallas** | **Harmony** | thifensulfuron | 2 |
| | **Starane** | fluroxypyr | 4 |
| **Sequence** | **Dual Magnum** | *s*-metolachlor | 15 |
| | **Roundup** | glyphosate | 9 |
| **Sinate** | **Liberty** | glufosinate | 10 |
| | **Impact** | topramezone | 27 |
| **Spartan Charge** | **Spartan** | sulfentrazone | 14 |
| | **Aim** | carfentrazone | 14 |
| **Starane Flex** | -------- | florasulam | 2 |
| | **Starane** | fluroxypyr | 4 |
| **Starane NXT** | **Starane** | fluroxypyr | 4 |
| | **Buctril** | bromoxynil | 6 |
| **Status** | **Clarity** | dicamba | 4 |
| | -------- | diflufenzopyr | 19 |
| **Steadfast Q** | **Accent** | nicosulfuron | 2 |
| | **Resolve** | rimsulfuron | 2 |
| **Storm** | **Basagran** | bentazon | 6 |
| | **Ultra Blazer** | acifluorfen | 14 |
| **Supremacy** | **Harmony** | thifensulfuron | 2 |
| | **Express** | tribenuron | 2 |
| | **Starane** | fluroxypyr | 4 |
| **SureStart II or TripleFLEX II** | **Python** | flumetsulam | 2 |
| | **Stinger** | clopyralid | 4 |
| | **Harness** | acetochlor | 15 |
| **Surveil** | **FirstRate** | cloransulam | 2 |
| | **Valor** | flumioxazin | 14 |
| **Talinor** | **Buctril** | bromoxynil | 6 |
| | -------- | bicyclopyrone | 27 |
| **Tavium** | **Xtendimax** | dicamba | 4 |
| | **Dual Magnum** | *s*-metolachlor | 15 |
| **Varisto** | **Raptor** | imazamox | 2 |
| | **Basagran** | bentazon | 6 |
| **Verdict** | **Sharpen** | saflufenacil | 14 |
| | **Outlook** | dimethenamid-P | 15 |
| **Weld** | **MCPA** | MCPA | 4 |
| | **Starane** | fluroxypyr | 4 |
| | **Stinger** | clopyralid | 4 |
| **WideMatch** | **Stinger** | clopyralid | 4 |
| | **Starane** | fluroxypyr | 4 |
| **WideARMatch** | **Elevore** | halauxifen-methyl | 4 |
| | **Starane** | fluroxypyr | 4 |
| | **Stinger** | clopyralid | 4 |
| **Wolverine Advanced** | **Tacoma** | fenoxaprop-P ethyl | 1 |
| | **Buctril** | bromoxynil | 6 |
| | -------- | pyrasulfatole | 27 |
| **Zemax** | **Callisto** | mesotrione | 27 |
| | **Dual II Magnum** | *s*-metolachlor | 15 |
| **Zidua Pro** | **Zidua** | pyroxasulfone | 15 |
| | **Sharpen** | saflufenacil | 14 |
| | **Pursuit** | imazethapyr | 2 |
| **Zone Defense** | **Spartan** | sulfentrazone | 14 |
| | **Valor** | flumioxazin | 14 |

NDSU EXTENSION

OUR SOY CHECKOFF™

Financial support for printing provided by United Soybean Board

Development and format provided by **Joe Ikley** of North Dakota State University.

- The information in this chart was informed by Take Action's 2020 Herbicide Classification Chart, which was developed with funding from the soy checkoff. Christy Sprague, Ph.D., of Michigan State University led technical editing for the Take Action resource in partnership with other universities in the soybean-growing regions of the United States.

- The United Soybean Board and all Take Action partners neither recommend nor discourage the implementation of any advice contained herein, and are not liable for the use or misuse of the information provided.

**NDSU Extension does not endorse commercial products or companies even though reference may be made to tradenames, trademarks or service names.** NDSU encourages you to use and share this content, but please do so under the conditions of our Creative Commons license. You may copy, distribute, transmit and adapt this work as long as you give full attribution, don't use the work for commercial purposes and share your resulting work similarly. For more information, visit www.ag.ndsu.edu/agcomm/creative-commons.

**For more information on this and other topics, see www.ndsu.edu/extension**

County commissions, North Dakota State University and U.S. Department of Agriculture cooperating. NDSU does not discriminate in its programs and activities on the basis of age, color, gender expression/identity, genetic information, marital status, national origin, participation in lawful off-campus activity, physical or mental disability, pregnancy, public assistance status, race, religion, sex, sexual orientation, spousal relationship to current employee, or veteran status, as applicable. Direct inquiries to Vice Provost for Title IX/ADA Coordinator, Old Main 201, NDSU Main Campus, 701-231-7708, ndsu.eoaa@ndsu.edu. This publication will be made available in alternative formats for people with disabilities upon request, 701-231-7881. 2M-1-20, 3M-2-20, 1M-1-22

