UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>STATE OF CALIFORNIA,<br>STATE OF COLORADO,<br>STATE OF ILLINOIS,<br>STATE OF INDIANA,<br>STATE OF IOWA,<br>STATE OF MINNESOTA,<br>STATE OF NEBRASKA,<br>STATE OF OREGON,<br>STATE OF TENNESSEE,<br>STATE OF TEXAS,<br>STATE OF WASHINGTON,<br>    and<br>STATE OF WISCONSIN,<br><br>    Plaintiffs,<br><br>    v.<br><br>SYNGENTA CROP PROTECTION AG,<br>SYNGENTA CORPORATION,<br>SYNGENTA CROP PROTECTION, LLC,<br>    and<br>CORTEVA, INC.,<br><br>    Defendants. | Civil Action No. 22-CV-828 |

**SYNGENTA'S NOTICE OF FILING SYNGENTA'S [PROPOSED] REPLY BRIEF IN FURTHER SUPPORT OF ITS MOTION TO DISMISS THE AMENDED COMPLAINT**

Defendants Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC (collectively, "Syngenta"), by and through their undersigned attorneys, respectfully provide notice that attached as Exhibit A to this filing is Syngenta's [Proposed] Reply Brief in Further Support of Its Motion to Dismiss the

Amended Complaint. On March 2, 2023, Defendants filed a Joint Consent Motion to Extend the Word Limit for Defendants' Replies in Further Support of Their Motions to Dismiss Plaintiffs' Amended Complaint. (ECF No. 121). Defendants seek through that motion, with the consent of Plaintiffs, an increase of the presumptive word limit for reply briefs in Local Rule 7.3(d)(1) of 3,125 words to 4,000 words for each of Defendants' respective reply briefs in further support of their respective motions to dismiss. *Id.*

At the time of the filing of Syngenta's reply brief, that motion remains pending. Syngenta therefore submits to the Court its [Proposed] Reply Brief in Further Support of Its Motion to Dismiss the Amended Complaint, attached as Exhibit A, containing 3,994 words, counting those parts of the memorandum directed to be included by Local Rule 7.3(d)(1). This proposed reply brief is compliant with the relief requested by Defendants' Joint Consent Motion to Extend the Word Limit for Defendants' Replies, and subject to the granting of that relief by the Court, Syngenta will re-file this proposed reply brief on the Court's docket as a standalone docket entry.

Date: March 3, 2023

FOX ROTHSCHILD LLP

/s/ *Patrick M. Kane*
Patrick M. Kane
N.C. Bar No. 36861
pkane@foxrothschild.com
230 N. Elm Street, Suite 1200
PO Box 21927 (27420)
Greensboro, NC 27401
Telephone: (336) 378-5200
Facsimile: (336) 378-5400

Paul S. Mishkin*
paul.mishkin@davispolk.com
David B. Toscano*
david.toscano@davispolk.com
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone:  (212) 450-4292
Facsimile: (212) 701-5292

*Specially appearing under L.R. 83.1(d)

*Attorneys for Defendants Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC*