# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

|  |  |  |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| STATE OF CALIFORNIA, | ) | |
| STATE OF COLORADO, | ) | |
| STATE OF ILLINOIS, | ) | |
| STATE OF INDIANA, | ) | |
| STATE OF IOWA, | ) | |
| STATE OF MINNESOTA, | ) | |
| STATE OF NEBRASKA, | ) | |
| STATE OF OREGON, | ) | |
| STATE OF TENNESSEE, | ) | |
| STATE OF TEXAS, | ) | |
| STATE OF WASHINGTON, | ) | |
| and | ) | |
| STATE OF WISCONSIN, | ) | Civil Action No. 22-CV-828 |
|  | ) | |
| Plaintiffs, | ) | |
|  | ) | |
| v. | ) | |
|  | ) | |
| SYNGENTA CROP PROTECTION AG, | ) | |
| SYNGENTA CORPORATION, | ) | |
| SYNGENTA CROP PROTECTION, LLC, | ) | |
| and | ) | |
| CORTEVA, INC., | ) | |
|  | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER GRANTING SYNGENTA'S MOTION TO FILE
PORTIONS OF SYNGENTA'S [PROPOSED] REPLY BRIEF IN FURTHER
SUPPORT OF ITS MOTION TO DISMISS THE AMENDED COMPLAINT
UNDER SEAL**

THIS MATTER having come before the Court on the Syngenta's Motion to File

Portions of the [Proposed] Reply Brief In Further Support of Its Motion to Dismiss the

Amended Complaint Under Seal; the Court having reviewed the same and found good cause for the relief requested;

NOW, THEREFORE, IT IS ORDERED that Syngenta's Motion is GRANTED. The material that has been redacted in the publicly-filed version of Defendants Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC's proposed reply brief in further support of their Motion to Dismiss the Amended Complaint shall remain permanently under seal.

This __ day of March, 2023.

_____
JUDGE