IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC. <br><br> Defendants. | 1:22-CV-828 |

## **ORDER**

This matter having come before the court on the Joint Consent Motion to Extend the Word Limit for the Defendants' Replies in Further Support of Their Motions to Dismiss Plaintiffs' Amended Complaint (Doc. 121); the court having reviewed same and found good cause for the relief requested;

NOW, THEREFORE, IT IS ORDERED that the motion is GRANTED. Defendants Syngenta Crop Protection AG, Syngenta Corporation, Syngenta Crop Protection, LLC (together, "Syngenta") and Corteva, Inc. ("Corteva") shall file on the docket their replies in further support of their Motions to Dismiss containing no more than 4,000

words each (constituting one reply for Corteva and one combined reply for the three Syngenta entities).

                                      /s/   Thomas D. Schroeder
                                     United States District Judge

March 3, 2023