IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.<br><br>        Plaintiffs,<br><br>        v.<br><br>SYNGENTA CROP PROTECTION AG, et al.<br><br>        Defendants. | Case No. 1:22-cv-828 |

**[PROPOSED] ORDER GRANTING DEFENDANT CORTEVA, INC.'S MOTION TO FILE UNDER SEAL PORTIONS OF ITS REPLY MEMORANDUM IN FURTHER SUPPORT OF CORTEVA'S MOTION TO DISMISS**

THIS MATTER having come before the Court on Corteva, Inc.'s Motion to File Under Seal Portions of its Reply Memorandum in Further Support of Corteva's Motion to Dismiss; the Court having reviewed the same and found good cause for the relief requested;

NOW, THEREFORE, IT IS ORDERED that Corteva, Inc.'s Motion is GRANTED. The material that has been redacted in the publicly-filed version of Corteva's reply brief shall remain permanently under seal.

This the ___ day of March, 2023.

                                                                                        _____
                                                                                                 JUDGE