UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN, <br><br> Plaintiffs, <br><br> v. <br><br> SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC., <br><br> Defendants. | Case No. 1:22-cv-00828-TDS-JEP <br><br> **PLAINTIFFS' SUGGESTION OF SUBSEQUENTLY DECIDED AUTHORITY** |

Pursuant to LR 7.3(i), Plaintiffs Federal Trade Commission and States of California, Colorado, Illinois, Indiana, Iowa, Minnesota, Nebraska, Oregon, Tennessee, Texas, Washington, and Wisconsin hereby submit a suggestion of subsequently decided authority relevant to Plaintiffs' Motion to Set Initial Pretrial Conference (Doc. 82), filed on December 23, 2022.

The supplemental authorities are a Memorandum Opinion, Dkt. No. 60, *United States v. Google LLC*, Case No. 1:23-cv-108 (E.D. Va. Mar. 14, 2023), at 7-13, 18-19, and Order, Dkt. No. 61, *United States v. Google LLC*, Case No. 1:23-cv-108 (E.D. Va. Mar. 14, 2023), denying Defendant Google LLC's Motion to Transfer Venue Pursuant to

1

28 U.S.C. § 1404(a) and setting a deadline for a proposed discovery schedule, and are attached hereto as Exhibits A and B.

Dated: March 15, 2023        Respectfully submitted,

/s/ James H. Weingarten
JAMES H. WEINGARTEN (DC Bar No. 985070)
Deputy Chief Trial Counsel
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-3570
Email: jweingarten@ftc.gov

JOSEPH R. BAKER
ERIC BROOKS
WESLEY G. CARSON
ELIZABETH A. GILLEN
EDWARD H. TAKASHIMA

*Attorneys for Plaintiff Federal Trade Commission*

/s/ Nicole S. Gordon
NICOLE S. GORDON
California Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94610
Telephone: (415) 510-4400
Email: nicole.gordon@doj.ca.gov

*Attorney for Plaintiff State of California*

/s/ Carla J. Baumel
JAN M. ZAVISLAN
Senior Counsel
CARLA J. BAUMEL
CONOR J. MAY
Assistant Attorneys General
Colorado Department of Law
Office of the Attorney General
Ralph L. Carr Judicial Center
1300 Broadway, 7th Floor
Denver, CO 80203
Telephone: (720) 508-6000
Email: Jan.Zavislan@coag.gov
       Carla.Baumel@coag.gov
       Conor.May@coag.gov

*Attorneys for Plaintiff State of Colorado*

/s/ Paul J. Harper
PAUL J. HARPER
Assistant Attorney General, Antitrust
Office of the Illinois Attorney General
100 W. Randolph Street
Chicago, IL 60601
Telephone: (312) 814-3000
Email: paul.harper@ilag.gov

*Attorney for Plaintiff State of Illinois*

/s/ Matthew Michaloski
MATTHEW MICHALOSKI
Deputy Attorney General
SCOTT BARNHART
Chief Counsel and Director of Consumer Protection
Office of the Indiana Attorney General
Indiana Government Center South – 5th Fl.
302 W. Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 234-1479
Email: matthew.michaloski@atg.in.gov
       scott.barnhart@atg.in.gov

*Attorneys for Plaintiff State of Indiana*

/s/ Noah Goerlitz
NOAH GOERLITZ
Assistant Attorney General
Office of the Iowa Attorney General
1305 E. Walnut St.
Des Moines, IA 50319
Telephone: (515) 725-1018
Email: noah.goerlitz@ag.iowa.gov

*Attorney for Plaintiff State of Iowa*

/s/ Katherine Moerke
KATHERINE MOERKE
JASON PLEGGENKUHLE
ELIZABETH ODETTE
Assistant Attorneys General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Telephone: (651) 296-3353
Email: katherine.moerke@ag.state.mn.us
         jason.pleggenkuhle@ag.state.mn.us
         elizabeth.odette@ag.state.mn.us

*Attorneys for Plaintiff State of Minnesota*

/s/ Joseph M. Conrad
JOSEPH M. CONRAD
COLIN P. SNIDER
Office of the Attorney General of Nebraska
2115 State Capitol Building
Lincoln, NE 68509
Telephone: (402) 471-3840
Email: Joseph.Conrad@nebraska.gov
         Colin.Snider@nebraska.gov

*Attorneys for Plaintiff State of Nebraska*

/s/ Timothy D. Smith
TIMOTHY D. SMITH
Senior Assistant Attorney General
Antitrust and False Claims Unit
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 934-4400
Email: tim.smith@doj.state.or.us

*Attorney for Plaintiff State of Oregon*

| | |
|---|---|
| /s/ Hamilton Millwee<br>HAMILTON MILLWEE<br>Assistant Attorney General<br>TATE BALL<br>Assistant Attorney General<br>Office of the Attorney General of Tennessee<br>P.O. Box 20207<br>Nashville, TN 37202<br>Telephone: (615) 291-5922<br>Email: Hamilton.Millwee@ag.tn.gov<br>        Tate.Ball@ag.tn.gov<br><br>*Attorneys for Plaintiff State of Tennessee* | /s/ Margaret Sharp<br>BRENT WEBSTER<br>First Assistant Attorney General<br>GRANT DORFMAN<br>Deputy First Assistant Attorney General<br>SHAWN E. COWLES<br>Deputy Attorney General for Civil Litigation<br>JAMES LLOYD<br>Chief, Antitrust Division<br>TREVOR YOUNG<br>Deputy Chief, Antitrust Division<br>MARGARET SHARP<br>WILLIAM SHIEBER<br>Assistant Attorneys General<br>Office of the Attorney General, State of Texas<br>300 West 15th Street<br>Austin, TX 78701<br>Telephone: (512) 936-1674<br>Email: Margaret.Sharp@oag.texas.gov<br><br>*Attorneys for Plaintiff State of Texas* |
| /s/ Luminita Nodit<br>LUMINITA NODIT<br>Lumi.Nodit@atg.wa.gov<br>Assistant Attorney General,<br>Antitrust Division<br>Washington State Office<br>of the Attorney General<br>800 Fifth Ave., Suite 2000<br>Seattle, WA 98104<br>Tel: (206) 254-0568<br><br>*Attorney for Plaintiff State of Washington* | /s/ Laura E. McFarlane<br>LAURA E. MCFARLANE<br>Assistant Attorney General<br>Wisconsin Department of Justice<br>Post Office Box 7857<br>Madison, WI 53707-7857<br>Telephone: (608) 266-8911<br>Email: mcfarlanele@doj.state.wi.us<br><br>*Attorney for Plaintiff State of Wisconsin* |