# Exhibit B

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA, et al.,          )
                                           )
                    Plaintiffs,            )
                                           )
        v.                                 )          1:23-cv-108 (LMB/JFA)
                                           )
GOOGLE LLC,                                )
                                           )
                    Defendant.             )

ORDER

For the reasons stated in open court and as supplemented in the accompanying

Memorandum Opinion, Defendant Google LLC's Motion to Transfer Venue Pursuant to 28

U.S.C. § 1404(a) [Dkt. No. 44] is DENIED; and it is hereby

        ORDERED that the parties file their proposed discovery schedule within fourteen (14)

days of the date of this Order.

        The Clerk is directed to forward copies of this Order to counsel of record.

        Entered this 14 day of March, 2023.

Alexandria, Virginia

                                    _____/s/_____
                                    Leonie M. Brinkema
                                    United States District Judge