IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC <br><br> and <br><br> CORTEVA, INC., <br><br> Defendants. | CASE NO. 1:22-CV-828 |

## ORDER

This matter is before the court on the Motion of Defendant Corteva, Inc. ("Corteva") for Leave to Withdraw Katherine B. Forrest as Counsel for Defendant. The Court finds good cause to allow the request.

IT IS THEREFORE ORDERED that Corteva's Motion to Withdraw Katherine B. Forrest as counsel [Doc. #105] is granted. Ms. Forrest shall no longer serve as counsel for Corteva. Christine A. Varney, David R. Marriott, and Margaret T. Segall of Cravath, Swaine & Moore LLP, and Mark Anderson of McGuireWoods LLP, will remain as counsel for Corteva in this action.

This, the 28th day of March, 2023.

/s/ Joi Elizabeth Peake
United States Magistrate Judge