UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC<br><br>and<br><br>CORTEVA, INC.,<br><br>Defendants. | CASE NO. 1:22-CV-828-TDS-JEP |

**DEFENDANTS' MOTION FOR LEAVE TO FILE DOCUMENT IN SUPPORT OF MOTIONS TO DISMISS THE AMENDED COMPLAINT**

Defendants Syngenta Crop Protection AG, Syngenta Corporation, Syngenta Crop Protection, LLC (collectively, "Syngenta") and Corteva, Inc. ("Corteva") (collectively, "Defendants"), respectfully move for leave to file the attached amicus brief filed by Plaintiffs Indiana, Iowa and Nebraska on June 12, 2023, in the U.S. Court of Appeals for the Fifth Circuit, arguing that Plaintiff Federal Trade Commission's structure violates Article II of the U.S. Constitution. Plaintiffs Indiana, Iowa and Nebraska present the same constitutional challenges that Defendants present in their Motions to Dismiss the Amended Complaint in this Action. (Doc. 95 at 23-27; Doc. 99 at 3; Doc. 125 at 12-15.)

Respectfully submitted this 20th day of June, 2023.

                         MCGUIREWOODS LLP

                         /s/ *Mark E. Anderson*
                         Mark E. Anderson (Bar No. 15764)
                         manderson@mcguirewoods.com
                         501 Fayetteville Street, Suite 500
                         Raleigh, North Carolina 27601
                         Phone: 919.755.6600
                         Fax: 919.755.6699

                         David R. Marriott*
                         dmarriott@cravath.com
                         Margaret T. Segall*
                         msegall@cravath.com
                         CRAVATH, SWAINE & MOORE LLP
                         825 Eighth Avenue
                         New York, New York 10019
                         Telephone: (212) 474-1000
                         Facsimile: (212) 474-3700

                         *Specially appearing under L.R. 83.1(d)

                         *Attorneys for Defendant Corteva, Inc.*

FOX ROTHSCHILD LLP

 /s/ Patrick M. Kane
Patrick M. Kane (Bar No. 36861)
pkane@foxrothschild.com
230 N. Elm Street, Suite 1200
PO Box 21927 (27420)
Greensboro, NC 27401
Telephone:  (336) 378-5200
Facsimile:  (336) 378-5400

Paul S. Mishkin*
paul.mishkin@davispolk.com
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone:  (212) 450-4292
Facsimile:  (212) 701-5292

*Specially appearing under L.R. 83.1(d)

*Attorneys for Defendants Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC*