# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
### WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., <br><br>                 Plaintiffs, <br><br>           v. <br><br> SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC <br><br> and <br><br> CORTEVA, INC., <br><br>                Defendants. | CASE NO. 1:22-CV-828-TDS-JEP <br><br> **[PROPOSED] ORDER** |

Upon consideration of Defendants' Syngenta Crop Protection AG, Syngenta Corporation, Syngenta Crop Protection, LLC and Corteva, Inc.'s (collectively, "Defendants") Motion for Leave to File Document in Support of Motions to Dismiss the Amended Complaint, it is hereby ORDERED that the Motion is GRANTED and it is further ORDERED that Defendants shall file on the docket Exhibit A to the Motion as a supplement to their Motions to Dismiss the Amended Complaint.

SO ORDERED.

Dated:

_____
UNITED STATES DISTRICT JUDGE