## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF NORTH CAROLINA

FEDERAL TRADE COMMISSION,
STATE OF CALIFORNIA,
STATE OF COLORADO,
STATE OF ILLINOIS,
STATE OF INDIANA,
STATE OF IOWA,
STATE OF MINNESOTA,
STATE OF NEBRASKA,
STATE OF OREGON,
STATE OF TEXAS,
and
STATE OF WISCONSIN,

       Plaintiffs,

   v.

SYNGENTA CROP PROTECTION AG,
SYNGENTA CORPORATION,
SYNGENTA CROP PROTECTION, LLC,

    and

CORTEVA, INC.,

       Defendants.

Case No. 1:22-CV-828

**NOTICE OF WITHDRAWAL OF SPECIAL APPEARANCE OF COUNSEL**

Pursuant to Local Civil Rule 83.1(d), the undersigned, Carla J. Baumel, hereby submits her Withdrawal of Special Appearance for Plaintiff State of Colorado in the above-captioned matter. Jan Zavislan and Conor May of the Colorado Attorney General's Office will continue to represent Plaintiff State of Colorado, which will not be without representation in this matter.

1

DATED this 11th day of July 2023.

Respectfully submitted,

/s/ Carla J. Baumel
Carla J. Baumel (CO Bar No. 56003)
Assistant Attorney General, Antitrust
Office of the Colorado Attorney General
1300 Broadway, 7th Floor
Denver, CO 80203
Telephone: (720) 508-6000
Email: Carla.Baumel@coag.gov

## CERTIFICATE OF SERVICE

I, Carla J. Baumel, hereby certify that on July 11, 2023, I electronically filed the

foregoing NOTICE OF WITHDRAWAL OF SPECIAL APPEARANCE with the Clerk

of the Court using the CM/ECF system, and have verified that such filing was sent

electronically using the CM/ECF system to all parties who have appeared with an email

address of record.

/s/ Carla J. Baumel
Carla J. Baumel (CO Bar No. 56003)
Assistant Attorney General, Antitrust
Office of the Colorado Attorney General
1300 Broadway, 7th Floor
Denver, CO 80203
Telephone: (720) 508-6000
Email: Carla.Baumel@coag.gov