IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FEDERAL TRADE COMMISSION, et al.,

          Plaintiffs,

     v.

SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC
And CORTEVA, INC.,

          Defendants.

1:22-CV-828

## ORDER

Before the court is the Motion for Leave to File Document in Support of Motions to Dismiss the Amended Complaint by Defendants Syngenta Crop Protection AG, Syngenta Corporation, Syngenta Crop Protection, LLC and Corteva, Inc. (Doc. 141.)  No opposition has been filed.  For good cause shown,

IT IS HEREBY ORDERED that the motion is GRANTED and Defendants shall file Exhibit A to the motion as a supplement to their motions to dismiss the amended complaint.

                  /s/   Thomas D. Schroeder
                United States District Judge

August 24, 2023