# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

FEDERAL TRADE COMMISSION, et al,

    v.        Case No. 1:22CV828

SYNGENTA CROP PROTECTION AG, et al

# NOTICE OF HEARING

Take notice that a proceeding in this case has been **SET** as indicated below:

| | |
|---|---|
| **PLACE:** | Hiram H. Ward Bldg., 251 N. Main St., Winston-Salem, NC |
| **COURTROOM NO:** | 1 |
| **DATE & TIME:** | December 1, 2023 - 11:00 a.m. |
| **PROCEEDING:** | Oral Argument on the Pending Motions to Dismiss |

John S. Brubaker, Clerk

By: /s/ Keah Marsh, Operations Manager

Date: November 3, 2023

To: All Counsel and/or Parties of Record