UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TEXAS, and STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC,<br><br>and<br><br>CORTEVA, INC.,<br><br>Defendants. | Case No. 1:22-CV-828<br><br>**NOTICE OF SPECIAL APPEARANCE OF COUNSEL** |

Pursuant to Local Civil Rule 83.1(d), and Judge Peake's October 17, 2022 Order granting leave for Plaintiff States to enter Notices of Special Appearance in this case without association of local counsel [Docket no. 26], the following attorney hereby appears on behalf of Plaintiff State of Iowa and requests service of all communications, pleadings, and notices affecting this action:

William R. Pearson
Assistant Attorney General
Office of the Iowa Attorney General
1305 East Walnut St.
Des Moines, IA 50266
Telephone: (515) 242-6773
Email: william.pearson@ag.iowa.gov

I certify that I am an active member in good standing with the State of Iowa Bar and understand that, by entering an appearance, I submit to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-captioned civil action for which I am specially appearing, and I will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials, and other proceedings.

This is the 28th day of November, 2023

Respectfully submitted,

/s/ William R. Pearson_____
William R. Pearson (AT0012070)
Assistant Attorney General
Office of the Iowa Attorney General
1305 E. Walnut St.
Des Moines, IA 50319
Tel: (515) 242-6773
william.pearson@ag.iowa.gov

*Counsel for Plaintiff State of Iowa*
*Appearing pursuant to LR 83.1*

## CERTIFICATE OF SERVICE

I, William R. Pearson, hereby certify that on November 28, 202, I electronically filed the foregoing NOTICE OF SPECIAL APPEARANCE with the Clerk of the Court using the CM/ECF system, and I have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

/s/ William R. Pearson
William R. Pearson (AT0012070)
Assistant Attorney General
Office of the Iowa Attorney General
1305 E. Walnut St.
Des Moines, IA 50319
Tel: (515) 242-6773
william.pearson@ag.iowa.gov
