# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TEXAS, and<br><br>STATE OF WISCONSIN,<br><br>      Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC,<br><br>    and<br><br>CORTEVA, INC.,<br><br>      Defendants. | Case No. 1:22-CV-828-TDS-JEP<br><br>**NOTICE OF SPECIAL APPEARANCE OF COUNSEL** |

Pursuant to Local Civil Rule 83.1(d), and Magistrate Judge Peake's October 17, 2022 Order granting leave for Plaintiff States to enter Notices of Special Appearance in this case without association of local counsel [Doc. #26], the following attorney hereby appears on behalf of Plaintiff the State of California and requests service of all communications, pleadings, and notices affecting this action:

1

BRIAN WANG
Deputy Attorney General
Office of the California Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
Telephone: (415) 510-3487
Email: brian.wang@doj.ca.gov

Mr. Wang certifies that he is an active member in good standing of the California Bar, and further certifies that he understands that, by entering an appearance, he submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-captioned civil action for which he is specially appearing and that he will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials, and other proceedings.

The 28th day of November 2023,

Respectfully submitted,

ROB BONTA
Attorney General

/s Brian Wang
BRIAN WANG (CA Bar No. 284490)
Deputy Attorney General
Office of the California Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
Telephone: (415) 510-3487
Email: brian.wang@doj.ca.gov

*Counsel for Plaintiff State of California*
*Appearing pursuant to LR 83.1*

2

# CERTIFICATE OF SERVICE

I, Brian Wang, hereby certify that on November 28, 2023, I electronically filed the foregoing NOTICE OF SPECIAL APPEARANCE with the Clerk of the Court using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

/s Brian Wang
BRIAN WANG (CA Bar No. 284490)
Deputy Attorney General
Office of the California Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
Telephone: (415) 510-3487
Email: brian.wang@doj.ca.gov