IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:22-cv-828

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>STATE OF CALIFORNIA,<br>STATE OF COLORADO,<br>STATE OF ILLINOIS,<br>STATE OF INDIANA,<br>STATE OF IOWA,<br>STATE OF MINNESOTA,<br>STATE OF NEBRASKA,<br>STATE OF OREGON,<br>STATE OF TEXAS,<br>and<br>STATE OF WISCONSIN,<br><br>      Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION, AG,<br>SYNGENTA CORPORATION,<br>SYNGENTA CROP PROTECTION, LLC,<br><br>      Defendants. | **NOTICE OF SPECIAL APPEARANCE OF COUNSEL** |

Pursuant to Local Civil Rule 83.1(d), the following attorney hereby appears on behalf of Defendants Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC and requests service of all communications, pleadings, and notices affecting this action:

        Chui-Lai Cheung
        chui-lai.cheung@davispolk.com
        DAVIS POLK & WARDWELL LLP
        450 Lexington Avenue
        New York, NY 10017
        Telephone: 212-450-4000

In accordance with Local Rule 83.1(d)(1), this attorney appears in association with Patrick M. Kane, a member of the bar of this Court. This appearance is made without waiving any defenses that any of these Defendants may have, including but not limited to lack of personal jurisdiction.

This 30th day of November 2023.

    s/Chui-Lai Cheung
Chui-Lai Cheung
chui-lai.cheung@davispolk.com
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: 212.450.4000

    s/Patrick M. Kane
Patrick M. Kane
N.C. Bar No. 36861
pkane@foxrothschild.com
FOX ROTHSCHILD LLP
230 N. Elm Street, Suite 1200
PO Box 21927 (27420)
Greensboro, NC 27401
Telephone: 336.378.5200
Facsimile: 336.378.5400

*Attorneys for Defendants Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC*

2

Case 1:22-cv-00828-TDS-JEP   Document 155   Filed 11/30/23   Page 2 of 2