UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FEDERAL TRADE COMMISSION,

STATE OF CALIFORNIA,

STATE OF COLORADO,

STATE OF ILLINOIS,

STATE OF INDIANA,

STATE OF IOWA,

STATE OF MINNESOTA,

STATE OF NEBRASKA,

STATE OF OREGON,

STATE OF TEXAS,

and
STATE OF WISCONSIN,

        Plaintiffs,

v.

SYNGENTA CROP PROTECTION AG,
SYNGENTA CORPORATION,
SYNGENTA CROP PROTECTION, LLC,

and

CORTEVA, INC.,

        Defendants.

Case No. 22-cv-828

**NOTICE OF APPEARANCE OF ARMINA A. MANNING**

    Armina A. Manning, of the law firm McGuireWoods LLP, hereby provides notice to the

Court and all parties that she will appear as counsel in this action on behalf of Defendant Corteva,

Inc.  Please direct all future filings, correspondence, notices and other communication regarding this matter to Ms. Manning.

This is the 30th day of November 2023.

**MCGUIREWOODS LLP**

*/s/ Armina A. Manning*
Armina A. Manning (Bar No. 60436)
aamanning@mcguirewoods.com
Mark E. Anderson (Bar No. 15764)
manderson@mcguirewoods.com
501 Fayetteville Street, Suite 500
Raleigh, North Carolina 27601
Phone:  919.755.6600
Fax:  919.755.6699

*Attorneys for Defendant Corteva, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 30th of November 2023, the foregoing NOTICE OF APPEARANCE OF ARMINA A. MANNING with the Court using the CM/ECF system which will automatically serve all attorneys of record via the Courts CM/ECF System.

<u>*/s/ Armina A. Manning*</u>
Armina A. Manning (Bar No. 60436)