UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC.,<br><br>Defendants. | Case No. 1:22-cv-00828-TDS-JEP<br><br>**PLAINTIFF FEDERAL TRADE COMMISSION'S SUGGESTION OF SUBSEQUENTLY DECIDED AUTHORITY** |

Pursuant to Local Rule 7.3(i), Plaintiff Federal Trade Commission hereby submits a suggestion of subsequently decided authority relevant to Defendants' Motions to Dismiss the Amended Complaint (Docs. 94, 99) and Plaintiffs' Response in Opposition thereto (Doc. 110).

The subsequently decided authority is *Illumina, Inc. v. FTC*, No. 23-60167, 2023 WL 8664628, at *3, *16 (5th Cir. Dec. 15, 2023) (holding that removal protections for Federal Trade Commission commissioners are constitutional per binding Supreme Court precedent). It is attached hereto as Exhibit A.

Dated: December 19, 2023              Respectfully submitted,

  /s/ James H. Weingarten
JAMES H. WEINGARTEN (DC Bar No. 985070)
Deputy Chief Trial Counsel
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-3570
Email: jweingarten@ftc.gov

JOSEPH R. BAKER
WESLEY G. CARSON
ELIZABETH A. GILLEN
PHILIP J. KEHL
MICHAEL J. TURNER

*Attorneys for Plaintiff Federal Trade Commission*