IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN,<br><br>        Plaintiffs,<br><br>    v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and<br><br>CORTEVA, INC.,<br><br>        Defendants. | Civil Action No.: 1:22-cv-828 |

## DEFENDANTS' JOINT CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT

Defendants Syngenta Crop Protection AG, Syngenta Corporation, Syngenta Crop Protection, LLC (together "Syngenta") and Corteva, Inc. ("Corteva") (collectively "Defendants") by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), respectfully move the Court for a fourteen (14) day extension of time to respond to Plaintiffs' Amended Complaint in the above-referenced action to and including February 9, 2024.

In support of their motion, and as good cause, Defendants show the Court the following:

1. On January 12, 2024, the Court entered an Order denying Defendants' Motions to Dismiss Plaintiffs' Amended Complaint (Dkt. 160), making Defendants' Answers due on January 26, 2024, pursuant to Fed. R. Civ. P. 12(a)(4)(A).

2. Counsel for Defendants reasonably require additional time to prepare Answers on behalf of Defendants.

4. The undersigned counsel for Defendants consulted with Plaintiffs' counsel, and Plaintiffs' counsel has consented to a fourteen (14) day extension of time for Defendants to file their Answers through and including February 9, 2024.

WHEREFORE, Defendants Syngenta Crop Protection AG, Syngenta Corporation, Syngenta Crop Protection, LLC and Corteva, Inc. respectfully request that the Court enter an order extending their time to file Answers to Plaintiffs' Amended Complaint in the above-referenced action to and including February 9, 2024. A proposed order is submitted with this Motion.

This the 24th day of January 2024.

                    s/Patrick M. Kane
                    Patrick M. Kane
                    N.C. Bar No. 36861
                    pkane@foxrothschild.com
                    FOX ROTHSCHILD LLP
                    230 N. Elm Street, Suite 1200
                    PO Box 21927 (27420)
                    Greensboro, NC 27401
                    Telephone: 336.378.5200
                    Facsimile: 336.378.5400

                    Paul S. Mishkin*
                    paul.mishkin@davispolk.com
                    DAVIS POLK & WARDWELL LLP
                    450 Lexington Avenue
                    New York, NY 10017
                    Telephone: (212) 450-4292
                    Facsimile: (212) 701-5292

                    *Specially appearing under L.R. 83.1(d)

                    *Attorneys for Defendants Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC*

                    MCGUIREWOODS LLP
                    /s/ Mark E. Anderson
                    Mark E. Anderson (Bar No. 15764)
                    manderson@mcguirewoods.com
                    501 Fayetteville Street, Suite 500
                    Raleigh, North Carolina 27601
                    Phone: 919.755.6600
                    Fax: 919.755.6699

David R. Marriott**
dmarriott@cravath.com
Margaret T. Segall**
msegall@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

**Specially appearing under L.R. 83.1(d)

*Attorneys for Defendant Corteva, Inc*

4