IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN, <br><br> Plaintiffs, <br><br> v. <br><br> SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and <br><br> CORTEVA, INC., <br><br> Defendants. | Civil Action No.: 1:22-cv-828 |

## **ORDER**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for good cause shown, and with the consent of Plaintiffs, Defendants Syngenta Crop Protection AG, Syngenta Corporation, Syngenta Crop Protection, LLC and Corteva, Inc.'s ("Defendants") motion for an extension of time to respond to Plaintiffs' Amended Complaint is GRANTED;

IT IS, THEREFORE, HEREBY ORDERED that Defendants shall have a fourteen (14) day extension of time to and including February 9, 2024 within which to respond to Plaintiffs' Amended Complaint.

This \_\_\_\_ day of January 2024.

                                                                     UNITED STATES DISTRICT JUDGE