IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN, <br><br> Plaintiffs, <br><br> v. <br><br> SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC., <br><br> Defendants. | Civil Action No.: 1:22-cv-828 |

## ORDER

This matter is before the Court on Motion for Extension of Time pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, with the consent of Plaintiffs, filed by Defendants Syngenta Crop Protection AG, Syngenta Corporation, Syngenta Crop Protection, LLC and Corteva, Inc. ("Defendants"). The Court finds good cause to allow the requested extension by consent.

IT IS, THEREFORE, ORDERED that Motion for Extension of Time [Doc. #161] is GRANTED, and Defendants shall have a fourteen (14) day extension of time to and including February 9, 2024 within which to respond to Plaintiffs' Amended Complaint.

This 29th day of January 2024.

/s/ Joi Elizabeth Peake
United States Magistrate Judge