```
IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., | |
| Plaintiffs, | |
| v. | 1:22CV828 |
| SYNGENTA CROP PROTECTION AG, et al., | |
| Defendants. | |

## ORDER

This matter is before the court on Corteva, Inc.'s Motion to File Under Seal Portions of the Transcript of the Motion to Dismiss Hearing held on December 1, 2023. (Doc. 159.) The court having reviewed the same, and for good cause;

IT IS ORDERED that Corteva, Inc.'s motion is GRANTED and the bench conference portion of the transcript from the hearing held December 1, 2023, shall remain under SEAL pending further order of the court.

　　　　　　　　　　　　　　　　　　／s／　Thomas D. Schroeder
　　　　　　　　　　　　　　　　　United States District Judge

January 29, 2024