# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| FEDERAL TRADE COMMISSION, ET AL. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:22-cv-00828 |
| SYNGENTA CROP PROTECTION AG, ET AL. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Trade Commission.

Date: 02/20/2024

/s/ Allyson M. Maltas
*Attorney's signature*

Allyson M. Maltas (DC Bar - 494566)
*Printed name and bar number*

Federal Trade Commission
Bureau of Competition
400 7th Street, SW
Washington, DC 20024
*Address*

amaltas@ftc.gov
*E-mail address*

(202) 326-3646
*Telephone number*

(202) 326-3496
*FAX number*