# UNITED STATES DISTRICT COURT
## for the
Middle District of North Carolina

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ET AL. | ) |
| *Plaintiff* | ) |
| v. | )     Case No.     1:22-cv-00828 |
| SYNGENTA CROP PROTECTION AG, ET AL. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Trade Commission   .

Date:     02/20/2024                /s/ Karna Adam
                                            *Attorney's signature*

                                      Karna Adam (NY Bar - 6066575)
                                          *Printed name and bar number*

                                          Federal Trade Commission
                                          Bureau of Competition
                                          400 7th Street, SW
                                          Washington, DC 20024
                                          *Address*

                                          kadam@ftc.gov
                                          *E-mail address*

                                          (202) 326-3429
                                          *Telephone number*

                                          (202) 326-3496
                                          *FAX number*