UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SYNGENTA CROP PROTECTION AG; <br> SYNGENTA CORPORATION; <br> SYNGENTA CROP PROTECTION, LLC; <br><br> and <br><br> CORTEVA, INC., <br><br> Defendants. | CASE NO. 1:22-cv-00828-TDS-JEP <br><br> **DEMAND FOR JURY TRIAL** |

Defendant Corteva, Inc. ("Corteva") respectfully demands a trial by jury as provided by the Seventh Amendment to the United States Constitution and Rule 38 of the Federal Rules of Civil Procedure.

In support thereof, Corteva states as follows:

(1) Corteva has served upon Plaintiffs in writing an exact copy of this demand as verified in the following Certificate of Service.

(2) Corteva respectfully demands a trial by jury for all the issues so triable in Plaintiffs' Complaint.

(3) Corteva files this demand pursuant to Rule 5(d) of the Federal Rules of Civil Procedure.

Wherefore, Corteva prays this Court preserve its right to a trial by jury for all issues in this cause of action.

This 15th day of March, 2024.

Respectfully submitted,

/s/ *Mark E. Anderson*
Mark E. Anderson
N.C. State Bar No. 15764
manderson@mcguirewoods.com
MCGUIREWOODS LLP
501 Fayetteville Street, Suite 500
Raleigh, North Carolina 27601
Phone: 919.755.6600

David R. Marriott*
dmarriott@cravath.com
Margaret T. Segall*
msegall@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York
10019 Telephone: (212) 474-1000

*Specially appearing (L.R. 83.1(d)).
*Attorneys for Defendant Corteva, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of March, 2024, I caused the foregoing DEMAND FOR JURY TRIAL to be filed electronically with the Clerk of Court via the Court's CM/ECF system. Counsel for all parties in this case are registered CM/ECF users and will be served by the CM/ECF System.

    MCGUIREWOODS LLP

    /s/ *Mark E. Anderson*
    Mark E. Anderson
    N.C. State Bar No. 15764
    manderson@mcguirewoods.com
    MCGUIREWOODS LLP
    501 Fayetteville Street, Suite 500
    Raleigh, North Carolina 27601
    Phone: 919.755.6600

1