UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC.,<br><br>Defendants. | Case No. 1:22-cv-00828-TDS-JEP<br><br>**[PROPOSED] ORDER** |

Upon consideration of Plaintiffs' Motion to Strike as Untimely Defendant Corteva's Demand for Trial by Jury, and any other briefing or argument regarding the Motion, it is hereby ORDERED that the Motion is GRANTED and it is further ORDERED that Corteva's Demand for Jury Trial (Doc. 176) is stricken.

SO ORDERED.

Dated: _____

UNITED STATES DISTRICT JUDGE