UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN,<br><br>   Plaintiffs,<br><br>  v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC.,<br><br>   Defendants. | Case No. 1:22-cv-00828-TDS-JEP<br><br>**DECLARATION OF ALLYSON M. MALTAS IN SUPPORT OF PLAINTIFFS' RULE 26(F) REPORT** |

I, Allyson M. Maltas, do hereby declare and state as follows:

1. I am an active member in good standing of the bar of the District of Columbia. I am a Senior Trial Counsel in the Bureau of Competition of the Federal Trade Commission ("FTC"), an agency of the United States Government, and I am representing the FTC in the above-captioned action. I have personal knowledge of the matters set forth in this declaration.

2. I respectfully submit this Declaration in support of Plaintiffs' Rule 26(f) Report.

3. Attached as Exhibit 1 is a true and correct copy of a September 22, 2017 Discovery Coordination Order issued in *FTC v. Qualcomm Inc.*, No. 17-cv-00220 (N.D. Cal.).

4. Attached as Exhibit 2 is a true and correct copy of a June 5, 2023 Order Regarding Coordination of Discovery issued in *United States v. Google LLC*, No. 23-cv-00108 (E.D. Va.).

5. Attached as Exhibit 3 is a true and correct copy of a February 20, 2024 Order Regarding Deposition Limits issued in *FTC v. Amazon.com, Inc.*, No. 23-cv-01495 (W.D. Wash.).

6. Attached as Exhibit 4 is a true and correct copy of a March 3, 2022 Joint Scheduling Order issued in *FTC v. Meta Platforms, Inc.*, No. 20-cv-03590 (D.D.C.).

7. Attached as Exhibit 5 is a true and correct copy of a May 29, 2012 Case-Management Order issued in *United States v. Blue Cross Blue Shield of Mich.*, No. 10-cv-14155 (E.D. Mich.).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 15, 2024.

/s/ Allyson M. Maltas
Allyson M. Maltas