IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>STATE OF CALIFORNIA,<br>STATE OF COLORADO,<br>STATE OF ILLINOIS,<br>STATE OF INDIANA,<br>STATE OF IOWA,<br>STATE OF MINNESOTA,<br>STATE OF NEBRASKA,<br>STATE OF OREGON,<br>STATE OF TENNESSEE<br>STATE OF TEXAS,<br>STATE OF WASHINGTON<br>and<br>STATE OF WISCONSIN,<br><br>        Plaintiffs,<br>v.<br><br>SYNGENTA CROP PROTECTION, AG,<br>SYNGENTA CORPORATION,<br>SYNGENTA CROP PROTECTION, LLC,<br>and CORTEVA, INC.,<br><br>        Defendants. | Case No. 1:22-cv-828-TDS-JEP<br><br>**NOTICE OF SPECIAL APPEARANCE OF COUNSEL** |

Pursuant to Local Civil Rule 83.1(d), the following attorney hereby appears on behalf of Defendants Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC and requests service of all communications, pleadings, and notices affecting this action:

James I. McClammy
james.mcclammy@davispolk.com
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: 212-450-4584

In accordance with Local Rule 83.1(d)(1), this attorney appears in association with Patrick M. Kane, a member of the bar of this Court.

This 16th day of April 2024.

*/s/ James I. McClammy*
James I. McClammy
james.mcclammy@davispolk.com
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: 212-450-4584


*/s/ Patrick M. Kane*
Patrick M. Kane
N.C. Bar No. 36861
pkane@foxrothschild.com
FOX ROTHSCHILD LLP
230 N. Elm Street, Suite 1200
PO Box 21927 (27420)
Greensboro, NC 27401
Telephone: 336.378.5200
Facsimile: 336.378.5400

*Attorneys for Defendants Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC*