IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:22-cv-828

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and<br><br>CORTEVA, INC.,<br><br>Defendants. | **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Sean Thomas Placey of the firm of Fox Rothschild LLP hereby gives notice of appearance as counsel for Defendants Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC in the above captioned matter. Please direct all pleadings, notices, calendars or other documents to the attention of the undersigned counsel. The undersigned counsel certifies that he is admitted to practice before this Court.

This the 17th day of April 2024.

        <u>/s/ Sean Thomas Placey</u>
        Sean Thomas Placey
        N.C. Bar No. 56683
        splacey@foxrothschild.com
        FOX ROTHSCHILD LLP
        230 N. Elm Street, Suite 1200
        PO Box 21927 (27420)
        Greensboro, NC  27401
        Telephone:  336.378.5200
        Facsimile:  336.378.5400