# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE STATE OF TEXAS, STATE OF WASHINGTON and STATE OF WISCONSIN,<br><br>    Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION, AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC.,<br><br>    Defendants. | Case No. 1:22-cv-828-TDS-JEP<br><br>**NOTICE OF SPECIAL APPEARANCE OF MAXIMILIAN AUERBACH** |

Pursuant to Local Civil Rule 83.1(d), the following attorney provides notice to the Court and all parties that he will appear as counsel in this action behalf of Defendant Corteva, Inc.:

    Maximilian Auerbach
    Cravath, Swaine & Moore LLP
    825 Eighth Avenue
    New York, NY 10019
    Telephone: (212) 474-1000
    mauerbac@cravath.com

Please direct all future filings, correspondence, notices and other communication regarding this matter to this attorney.

In accordance with Local Rule 83.1(d)(1), this attorney appears in association with Mark E. Anderson, a member of the bar of this Court.

This 17th day of April 2024.

/s/ *Maximilian Auerbach*
Maximilian Auerbach
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
mauerbac@cravath.com

/s/ *Mark E. Anderson*
Mark E. Anderson (Bar No. 15764) McGuireWoods LLP
501 Fayetteville Street, Suite 500
Raleigh, NC 27601
Telephone: (919) 755-6600
Facsimile: (919) 755-6699
manderson@mcguirewoods.com

*Attorneys for Defendant Corteva, Inc.*