UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC.,<br><br>Defendants. | Case No. 1:22-cv-00828-TDS-JEP<br><br>[PROPOSED] ORDER |

Upon consideration of Plaintiffs' Consent Motion for an Extension of Time to File a Reply in support of Plaintiffs' Motion to Strike Jury Demand, it is hereby ORDERED that the Motion is GRANTED. Plaintiffs' time to file a Reply in support of their Motion to Strike shall be extended by seven (7) days, to and including May 8, 2024.

This \_\_\_\_ day of April 2024.

_____
UNITED STATES DISTRICT JUDGE