# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ET AL. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:22-cv-00828 |
| SYNGENTA CROP PROTECTION AG, ET AL. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Trade Commission.

Date: 04/25/2024

/s/ Robert Y. Chen
*Attorney's signature*

Robert Y. Chen (DC Bar - 1735519)
*Printed name and bar number*

Federal Trade Commission
Bureau of Competition
400 7th Street, SW
Washington, DC 20024
*Address*

rchen@ftc.gov
*E-mail address*

(202) 550-4520
*Telephone number*

(202) 326-3496
*FAX number*