IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN,

Plaintiffs,

v.

SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC.,

Defendants.

Case No. 1:22-cv-00828

## ORDER

This matter is before the Court on Plaintiffs' Consent Motion for an Extension of Time to File a Reply in support of Plaintiffs' Motion to Strike Jury Demand. The Court finds good cause to allow the request by consent.

IT IS HEREBY ORDERED that the Motion [Doc. #192] is GRANTED. Plaintiffs' time to file a Reply in support of their Motion to Strike shall be extended by seven (7) days, to and including May 8, 2024.

This 25th day of April 2024.

                                                     /s/ Joi Elizabeth Peake
                                                    United States Magistrate Judge