# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN, <br><br> Plaintiffs, <br><br> v. <br><br> SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC., <br><br> Defendants. | Case No. 1:22-cv-00828-TDS-JEP <br><br> **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

Pursuant to Local Civil Rule 83.1(e)(2), Plaintiff State of Nebraska respectfully submits this Notice of Withdrawal and Substitution of Counsel for **Joseph Conrad** in the above-captioned matter. Joseph Conrad hereby withdraws as attorney of record for Plaintiff State of Nebraska in the above-captioned matter. Plaintiff State of Nebraska will continue to be represented by Colin P. Snider and Justin Clifford McCully, who have previously entered appearances on behalf of Plaintiff State of Nebraska.

1

Date: April 26, 2024                           Respectfully Submitted,

                                               /s/ Joseph M. Conrad
                                               Joseph M. Conrad
                                               Nebraska Attorney General's Office
                                               2115 State Capitol Building
                                               Lincoln, NE 68509

                                               *Counsel for Plaintiff State of Nebraska*

2

Case 1:22-cv-00828-TDS-JEP   Document 196   Filed 04/26/24   Page 2 of 2