UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TEXAS, and STATE OF WISCONSIN,<br><br>  Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC,<br><br>  and<br><br>CORTEVA, INC.,<br><br>  Defendants. | Case No. 1:22-CV-828<br><br>**NOTICE OF SPECIAL APPEARANCE OF COUNSEL** |

Pursuant to Local Civil Rule 83.1(d), and Magistrate Judge Peake's October 17, 2022 Order granting leave for Plaintiff States to enter Notices of Special Appearance in this case without association of local counsel [Doc. #26], the following attorney hereby appears on behalf of Plaintiff State of Illinois and requests service of all communications, pleadings, and notices affecting this action:

ELIZABETH B. SCOTT
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
Telephone: (773) 758-4609
Email: Elizabeth.scott@ilag.gov

Ms. Scott certifies she is an active member in good standing of the State of Illinois Bar and further certifies that she understands that, by entering an appearance, she submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-captioned civil action for which she is specially appearing and that she will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials, and other proceedings.

This is the 30th day of April 2024      Respectfully submitted,

/s/ Elizabeth B. Scott
Elizabeth B. Scott (IL Bar - 6333329)
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
Telephone: (773) 758-4609
Email: Elizabeth.scott@ilag.gov

*Counsel for Plaintiff State of Illinois*
*Appearing pursuant to LR 83.1*

# CERTIFICATE OF SERVICE

I, Elizabeth B. Scott, hereby certify that on April 30, 2024, I electronically filed the foregoing NOTICE OF SPECIAL APPEARANCE with the Clerk of the Court using the CM/ECF system and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

/s/ Elizabeth B. Scott
Elizabeth B. Scott (IL Bar - 6333329)
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
Telephone: (773) 758-4609
Email: Elizabeth.scott@ilag.gov

*Counsel for Plaintiff State of Illinois*
*Appearing pursuant to LR 83.1*