# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN, <br><br> Plaintiffs, <br><br> v. <br><br> SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC., <br><br> Defendants. | Case No. 1:22-cv-00828-TDS-JEP <br><br> **JOINT CONSENT MOTION FOR ENTRY OF PROTECTIVE ORDER** |

Plaintiffs Federal Trade Commission and the states of California, Colorado, Illinois, Indiana, Iowa, Minnesota, Nebraska, Oregon, Tennessee, Texas, Washington, and Wisconsin, acting by and through their respective Attorneys General ("Plaintiffs"); and Defendants Syngenta Crop Protection AG, Syngenta Corporation, Syngenta Crop Protection, LLC (collectively, "Syngenta") and Corteva, Inc. (together with Plaintiffs and Syngenta, the "Parties") hereby jointly move the court to enter the attached Proposed Protective Order.

Dated: April 30, 2024				Respectfully submitted,

				 /s/ Allyson M. Maltas
				ALLYSON M. MALTAS
				Senior Trial Counsel
				Federal Trade Commission
				Bureau of Competition
				600 Pennsylvania Avenue, NW
				Washington, DC 20580
				Telephone: (202) 326-3646
				Email: amaltas@ftc.gov

				KARNA ADAM
				JOSEPH R. BAKER
				WESLEY G. CARSON
				ROBERT Y. CHEN
				ELIZABETH A. GILLEN
				PHILIP J. KEHL
				MICHAEL J. TURNER
				JAMES H. WEINGARTEN

				*Attorneys for Plaintiff Federal Trade Commission*


s/ Nicole S. Gordon                     /s/ Conor J. May
NICOLE S. GORDON                        JAN M. ZAVISLAN
Deputy Attorney General                 Senior Counsel
Office of the California Attorney General   CONOR J. MAY
455 Golden Gate Avenue, Suite 11000     Assistant Attorney General
San Francisco, CA 94610                 Colorado Department of Law
Telephone: (415) 510-4400               Office of the Attorney General
Email: nicole.gordon@doj.ca.gov         Ralph L. Carr Judicial Center
                                        1300 Broadway, 7th Floor
*Attorney for Plaintiff State of California*   Denver, CO 80203
                                        Telephone: (720) 508-6000
                                        Email: Jan.Zavislan@coag.gov
                                                Conor.May@coag.gov

                                        *Attorneys for Plaintiff State of Colorado*

/s/ Paul J. Harper
PAUL J. HARPER
Assistant Attorney General, Antitrust
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, IL 60603
Telephone: (312) 814-3000
Email: paul.harper@ilag.gov

*Attorney for Plaintiff State of Illinois*

/s/ Matthew Michaloski
MATTHEW MICHALOSKI
CHRISTI FOUST
Deputy Attorneys General
SCOTT BARNHART
Chief Counsel and Director of Consumer Protection
Office of the Indiana Attorney General
Indiana Government Center South – 5th Fl.
302 W. Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 234-1479
Email: matthew.michaloski@atg.in.gov
    christi.foust@atg.in.gov
    scott.barnhart@atg.in.gov

*Attorneys for Plaintiff State of Indiana*

/s/ Noah Goerlitz
NOAH GOERLITZ
Assistant Attorney General
Office of the Iowa Attorney General
1305 E. Walnut St.
Des Moines, IA 50319
Telephone: (515) 725-1018
Email: noah.goerlitz@ag.iowa.gov

*Attorney for Plaintiff State of Iowa*

/s/ Katherine Moerke
KATHERINE MOERKE
JASON PLEGGENKUHLE
ELIZABETH ODETTE
Assistant Attorneys General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Telephone: (651) 296-3353
Email: katherine.moerke@ag.state.mn.us
    jason.pleggenkuhle@ag.state.mn.us
    elizabeth.odette@ag.state.mn.us

*Attorneys for Plaintiff State of Minnesota*

/s/ Colin P. Snider
COLIN P. SNIDER
Office of the Attorney General of Nebraska
2115 State Capitol Building
Lincoln, NE 68509
Telephone: (402) 471-3840
Email: Colin.Snider@nebraska.gov

*Attorneys for Plaintiff State of Nebraska*

/s/ Hamilton Millwee
HAMILTON MILLWEE
Assistant Attorney General
TATE BALL
Assistant Attorney General
Office of the Attorney General of Tennessee
P.O. Box 20207
Nashville, TN 37202
Telephone: (615) 291-5922
Email: Hamilton.Millwee@ag.tn.gov
       Tate.Ball@ag.tn.gov

*Attorneys for Plaintiff State of Tennessee*

/s/ Luminita Nodit
LUMINITA NODIT
Assistant Attorney General,
Antitrust Division
Washington State Office
of the Attorney General
800 Fifth Ave., Suite 2000
Seattle, WA 98104
Telephone: (206) 254-0568
Email: Lumi.Nodit@atg.wa.gov

*Attorney for Plaintiff State of Washington*

/s/ Timothy D. Smith
TIMOTHY D. SMITH
Senior Assistant Attorney General
Antitrust and False Claims Unit
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 934-4400
Email: tim.smith@doj.state.or.us

*Attorney for Plaintiff State of Oregon*

/s/ William Shieber
JAMES LLOYD
Chief, Antitrust Division
TREVOR YOUNG
Deputy Chief, Antitrust Division
WILLIAM SHIEBER
Assistant Attorney General
Office of the Attorney General of Texas
300 West 15th Street
Austin, TX 78701
Telephone: (512) 936-1674
Email: William.Shieber@oag.texas.gov

*Attorneys for Plaintiff State of Texas*

/s/ Laura E. McFarlane
LAURA E. MCFARLANE
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 266-8911
Email: mcfarlanele@doj.state.wi.us

*Attorney for Plaintiff State of Wisconsin*

| | |
|---|---|
| */s/ Patrick M. Kane* | */s/ Mark E. Anderson* |
| Patrick M. Kane<br>N.C. Bar No. 36861<br>pkane@foxrothschild.com<br>FOX ROTHSCHILD LLP<br>230 N. Elm Street, Suite 1200<br>PO Box 21927 (27420)<br>Greensboro, NC  27401<br>Telephone:  336.378.5200<br>Facsimile:  336.378.5400<br><br>Paul S. Mishkin*<br>paul.mishkin@davispolk.com<br>David B. Toscano*<br>david.toscano@davispolk.com<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone: (212) 450-4292<br>Facsimile: (212) 701-5292<br><br>*Specially appearing under L.R. 83.1(d)<br><br>*Attorneys for Defendants Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC* | Mark E. Anderson<br>N.C. Bar No. 15764<br>manderson@mcguirewoods.com<br>MCGUIREWOODS LLP<br>501 Fayetteville Street, Suite 500<br>Raleigh, NC 27601<br>Telephone:  919.755.6600<br>Facsimile:  919.755.6699<br><br>David R. Marriott**<br>dmarriott@cravath.com<br>Margaret T. Segall**<br>msegall@cravath.com<br>CRAVATH, SWAINE & MOORE LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Telephone:  (212) 474-1000<br>Facsimile:  (212) 474-3700<br><br>** Specially appearing under L.R. 83.1(d)<br><br>*Attorneys for Defendant Corteva, Inc.* |