# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC.,<br><br>　　　　　Defendants. | Case No. 1:22-cv-00828-TDS-JEP<br><br>**DECLARATION OF ALLYSON M. MALTAS IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO CORTEVA'S CROSS-MOTION FOR JURY TRIAL AND PLAINTIFFS' REPLY TO CORTEVA'S OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE CORTEVA'S DEMAND FOR TRIAL BY JURY AS UNTIMELY** |

I, Allyson M. Maltas, do hereby declare and state as follows:

1. I am an active member in good standing of the bar of the District of Columbia. I am a Senior Trial Counsel in the Bureau of Competition of the Federal Trade Commission ("FTC"), an agency of the United States Government, and I am representing the FTC in the above-captioned action. I have personal knowledge of the matters set forth in this declaration.

2. I respectfully submit this Declaration in support of Plaintiffs' Response in Opposition to Corteva's Cross-Motion for Jury Trial and Plaintiffs' Reply to Corteva's

Opposition to Plaintiffs' Motion To Strike Corteva's Demand for Trial by Jury as Untimely.

3. Attached as Exhibit A is a true and correct copy of an April 22, 2021 Order for Bench Trial issued in *State of Minnesota v. Meldahl & S.J.M. Props.*, Court File No. 27-CV-19-16424 (Minn. D. Ct.).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 8, 2024.

                                            /s/ Allyson M. Maltas
                                            Allyson M. Maltas