UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SYNGENTA CROP PROTECTION AG; SYNGENTA CORPORATION; SYNGENTA CROP PROTECTION, LLC; <br><br> and <br><br> CORTEVA, INC., <br><br> Defendants. | CASE NO. 1:22-CV-828-TDS-JEP <br><br> **NOTICE OF CHANGE OF ADDRESS** |

PLEASE TAKE NOTICE that Cravath, Swaine & Moore LLP has relocated its New York office to the following as of May 1, 2024:

>Cravath, Swaine & Moore LLP
>Two Manhattan West
>375 Ninth Avenue
>New York, NY 10001

The firm's telephone, fax numbers, and email address remain unchanged. Please direct any hard copy service to us at our new address.

Dated: May 10, 2024
New York, New York

/s/ David R. Marriott
David R. Marriott
dmarriott@cravath.com
Margaret T. Segall
msegall@cravath.com
Cravath, Swaine & Moore LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10019
Telephone: (212) 474-1000
dmarriott@cravath.com


/s/ Mark E. Anderson
Mark E. Anderson (Bar No. 15764)
McGuireWoods LLP
501 Fayetteville Street, Suite 500
Raleigh, NC 27601
Telephone: (919) 755-6600
Facsimile: (919) 755-6699
manderson@mcguirewoods.com

*Attorneys for Defendant Corteva, Inc.*