UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN, <br><br>Plaintiffs, <br><br>v. <br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC., <br><br>Defendants. | Case No. 1:22-cv-00828-TDS-JEP <br><br>**JOINT CONSENT MOTION FOR EXTENSION OF TIME TO SELECT MEDIATOR BY AGREEMENT** |

Plaintiffs Federal Trade Commission and the states of California, Colorado, Illinois, Indiana, Iowa, Minnesota, Nebraska, Oregon, Tennessee, Texas, Washington, and Wisconsin, acting by and through their respective Attorneys General ("Plaintiffs"); and Defendants Syngenta Crop Protection AG, Syngenta Corporation, Syngenta Crop Protection, LLC (collectively, "Syngenta") and Corteva, Inc. (together with Plaintiffs and Syngenta, the "Parties") hereby jointly move the court to extend the time under Local Rule 83.9d(a) to select a mediator by agreement.

In the April 25, 2024, Scheduling Order the Court ordered the Parties to "engage in mediation to be concluded by October 2, 2025," and provided that "[i]f the Parties are

unable to agree on a mediator, the Court will appoint one." (Doc. 195 at 3.) Local Rule 83.9d further provides that the Parties should select a mediator within 21 days of the initial pretrial order, and that otherwise, the clerk shall appoint a mediator from the court's certified list. LR 83.9d. Accordingly, the Court has ordered the Parties to select a mediator by May 20, 2024. (April 29, 2024, Mediation Scheduling Order.)

The Parties intend to confer and would like the opportunity to attempt to jointly select a mediator, but respectfully request an extension of time until January 22, 2025, to do so. Although the local rules provide that Parties should select a mediator within 21 days of the initial pretrial order, here it is reasonable to afford additional time because the mediation process is scheduled to conclude by October 2025, more than 16 months from now. Extending the time for the Parties to select a mediator will be conducive to a productive mediation because it will provide more time for the Parties to confer and attempt to reach agreement on the mediator, and it will allow the Parties to do so with the benefit of information gained during discovery. This extension will not impede the progress of mediation because a mediator selected in January 2025 will have sufficient time to become familiar with the case and be ready to engage in a mediated settlement conference to be concluded by October 2, 2025.

Therefore, the Parties respectfully request an extension of time to agree on a mediator until January 22, 2025.

Dated: May 14, 2024	Respectfully submitted,

  /s/ Allyson M. Maltas
ALLYSON M. MALTAS
Senior Trial Counsel
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-3646
Email: amaltas@ftc.gov

KARNA ADAM
JOSEPH R. BAKER
WESLEY G. CARSON
ELIZABETH A. GILLEN
PHILIP J. KEHL
MICHAEL J. TURNER
JAMES H. WEINGARTEN

*Attorneys for Plaintiff Federal Trade Commission*

/s/ Nicole S. Gordon
NICOLE S. GORDON
Deputy Attorney General
Office of the California Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94610
Telephone: (415) 510-4400
Email: nicole.gordon@doj.ca.gov

*Attorney for Plaintiff State of California*

/s/ Conor J. May
JAN M. ZAVISLAN
Senior Counsel
CONOR J. MAY
Assistant Attorney General
Colorado Department of Law
Office of the Attorney General
Ralph L. Carr Judicial Center
1300 Broadway, 7th Floor
Denver, CO 80203
Telephone: (720) 508-6000
Email: Jan.Zavislan@coag.gov
       Conor.May@coag.gov

*Attorneys for Plaintiff State of Colorado*

/s/ Paul J. Harper
PAUL J. HARPER
Assistant Attorney General, Antitrust
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, IL 60603
Telephone: (312) 814-3000
Email: paul.harper@ilag.gov

*Attorney for Plaintiff State of Illinois*

/s/ Matthew Michaloski
MATTHEW MICHALOSKI
CHRISTI FOUST
Deputy Attorneys General
SCOTT BARNHART
Chief Counsel and Director of Consumer Protection
Office of the Indiana Attorney General
Indiana Government Center South – 5th Fl.
302 W. Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 234-1479
Email: matthew.michaloski@atg.in.gov
     christi.foust@atg.in.gov
     scott.barnhart@atg.in.gov

*Attorneys for Plaintiff State of Indiana*

/s/ Noah Goerlitz
NOAH GOERLITZ
Assistant Attorney General
Office of the Iowa Attorney General
1305 E. Walnut St.
Des Moines, IA 50319
Telephone: (515) 725-1018
Email: noah.goerlitz@ag.iowa.gov

*Attorney for Plaintiff State of Iowa*

/s/ Katherine Moerke
KATHERINE MOERKE
JASON PLEGGENKUHLE
ELIZABETH ODETTE
Assistant Attorneys General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Telephone: (651) 296-3353
Email: katherine.moerke@ag.state.mn.us
     jason.pleggenkuhle@ag.state.mn.us
     elizabeth.odette@ag.state.mn.us

*Attorneys for Plaintiff State of Minnesota*

/s/ Colin P. Snider
COLIN P. SNIDER
Office of the Attorney General of Nebraska
2115 State Capitol Building
Lincoln, NE 68509
Telephone: (402) 471-3840
Email: Colin.Snider@nebraska.gov

*Attorneys for Plaintiff State of Nebraska*

/s/ Hamilton Millwee
HAMILTON MILLWEE
Assistant Attorney General
TATE BALL
Assistant Attorney General
Office of the Attorney General of Tennessee
P.O. Box 20207
Nashville, TN 37202
Telephone: (615) 291-5922
Email: Hamilton.Millwee@ag.tn.gov
      Tate.Ball@ag.tn.gov

*Attorneys for Plaintiff State of Tennessee*

/s/ Luminita Nodit
LUMINITA NODIT
Assistant Attorney General,
Antitrust Division
Washington State Office
of the Attorney General
800 Fifth Ave., Suite 2000
Seattle, WA 98104
Telephone: (206) 254-0568
Email: Lumi.Nodit@atg.wa.gov

*Attorney for Plaintiff State of Washington*

/s/ Timothy D. Smith
TIMOTHY D. SMITH
Senior Assistant Attorney General
Antitrust and False Claims Unit
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 934-4400
Email: tim.smith@doj.state.or.us

*Attorney for Plaintiff State of Oregon*

/s/ William Shieber
JAMES LLOYD
Chief, Antitrust Division
TREVOR YOUNG
Deputy Chief, Antitrust Division
WILLIAM SHIEBER
Assistant Attorney General
Office of the Attorney General of Texas
300 West 15th Street
Austin, TX 78701
Telephone: (512) 936-1674
Email: William.Shieber@oag.texas.gov

*Attorneys for Plaintiff State of Texas*

/s/ Laura E. McFarlane
LAURA E. MCFARLANE
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 266-8911
Email: mcfarlanele@doj.state.wi.us

*Attorney for Plaintiff State of Wisconsin*

| | |
|---|---|
| */s/ Patrick M. Kane* | */s/ Mark E. Anderson* |
| Patrick M. Kane<br>N.C. Bar No. 36861<br>pkane@foxrothschild.com<br>FOX ROTHSCHILD LLP<br>230 N. Elm Street, Suite 1200<br>PO Box 21927 (27420)<br>Greensboro, NC 27401<br>Telephone: 336.378.5200<br>Facsimile: 336.378.5400<br><br>Paul S. Mishkin*<br>paul.mishkin@davispolk.com<br>David B. Toscano*<br>david.toscano@davispolk.com<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone: (212) 450-4292<br>Facsimile: (212) 701-5292<br><br>*Specially appearing under L.R. 83.1(d)<br><br>*Attorneys for Defendants Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC* | Mark E. Anderson<br>N.C. Bar No. 15764<br>manderson@mcguirewoods.com<br>MCGUIREWOODS LLP<br>501 Fayetteville Street, Suite 500<br>Raleigh, NC 27601<br>Telephone: 919.755.6600<br>Facsimile: 919.755.6699<br><br>David R. Marriott**<br>dmarriott@cravath.com<br>Margaret T. Segall**<br>msegall@cravath.com<br>CRAVATH, SWAINE & MOORE LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700<br><br>** Specially appearing under L.R. 83.1(d)<br><br>*Attorneys for Defendant Corteva, Inc.* |