UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN, <br><br> Plaintiffs, <br><br> v. <br><br> SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC., <br><br> Defendants. | Case No. 1:22-cv-00828-TDS-JEP <br><br> **[PROPOSED] ORDER** |

Upon consideration of the Parties' Joint Consent Motion for Extension of Time to Select Mediator by Agreement, it is hereby ORDERED that the Motion is GRANTED. The Parties' deadline to select a mediator by agreement pursuant to Local Rule 83.9d(a) is hereby extended to January 22, 2025.

Dated: May ___, 2024

_____
UNITED STATES DISTRICT JUDGE