IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN,<br>        Plaintiffs,<br>v.<br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC.,<br>        Defendants. | Case No. 1:22-cv-00828 |

## **ORDER**

This matter is before the Court on the Parties' Joint Consent Motion for Extension of Time to Select Mediator by Agreement. The Court finds good cause to allow the request.

IT IS THEREFORE ORDERED that the Joint Motion [Doc. #205] is GRANTED. The Parties' deadline to select a mediator by agreement pursuant to Local Rule 83.9d(a) is hereby extended to January 22, 2025.

This, the 17th day of May, 2024.

                                              /s/ Joi Elizabeth Peake
                                           United States Magistrate Judge