UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC.,<br><br>Defendants. | Case No. 1:22-cv-00828-TDS-JEP<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

Pursuant to Local Civil Rule 83.1(e)(2), the undersigned, **James H. Weingarten**, hereby submits his Withdrawal and Substitution of Counsel for Plaintiff Federal Trade Commission in the above-captioned matter. The Federal Trade Commission will continue to be represented by Allyson M. Maltas and other counsel of record.

Dated: June 12, 2024						Respectfully submitted,

							/s/ James H. Weingarten
							JAMES H. WEINGARTEN (DC Bar No. 985070)
							Chief Trial Counsel
							Federal Trade Commission
							Bureau of Competition
							600 Pennsylvania Avenue, NW
							Washington, DC 20580
							Telephone: (202) 326-3570
							Email: jweingarten@ftc.gov

							*Attorney for Plaintiff Federal Trade Commission*