# Exhibit C

# [PLACEHOLDER FOR DOCUMENT FILED UNDER SEAL]