# Exhibit D

**[PLACEHOLDER FOR DOCUMENT FILED UNDER SEAL]**