# Exhibit E

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

CITY OF GREENVILLE, ILLINOIS, )
et al.,                       )
                              )
        Plaintiffs,           )
                              ) Case No.
vs.                           ) 10-cv-188-JPG-PMF
                              )
SYNGENTA CROP PROTECTION, INC.,)
et al.,                       )
                              )
        Defendants.           )

C O N F I D E N T I A L

VIDEOTAPED DEPOSITION OF VERNON RICHARD HAWKINS

VOLUME I


Tuesday, November 9, 2010

At: 10:05 a.m.


Taken at:

Regus Business Centers

7800 Airport Center Drive

Suite 401

Greensboro, North Carolina




Reported in Stenotype by
V. Dario Stanziola, CSR, RPR, CRR

Hawkins, Vernon Richard    11-9-2010
Confidential - Pursuant to the Protective Order

### Page 2

```
 1              APPEARANCES
 2   ON BEHALF OF THE PLAINTIFFS:
 3       STEPHEN M. TILLERY, Esq.
         MICHAEL KLENOV, Esq.
 4       ROSEMARIE FIORILLO, Esq.
         JERRY BROWN, Esq.
 5       Korein Tillery, LLC
         505 N. 7th Street, Suite 3600
 6       St. Louis, Missouri 63101
         Phone: 314.241.4844  Fax: 314.241.3525
 7       E-mail: stillery@koreintillery.com
         E-mail: mklenov@koreintillery.com
 8
 9   ON BEHALF OF THE DEFENDANTS:
         MICHAEL A. POPE, Esq.
10       PETER SCHUTZEL, Esq.
         McDermott Will & Emery LLP
11       227 West Monroe Street
         Chicago, Illinois 60606
12       Phone: 312.372.2000  Fax: 312.984.7700
         E-mail: mpope@mwe.com
13       E-mail: pschutzel@mwe.com
14   Also Present:
15       ALAN NADEL, Esquire
         Syngenta Crop Protection, Inc.
16
         GARY TODD, CLVS, Videographer
17
18       VIDEOTAPED DEPOSITION OF VERNON RICHARD
19   HAWKINS, a witness called on behalf of the
20   Plaintiffs, before V. Dario Stanziola, CSR, RPR,
21   CRR, Notary Public, in and for the State of North
22   Carolina, held at the Regus Business Centers, 7800
23   Airport Center Drive, Suite 401, Greensboro, North
24   Carolina, on Tuesday, November 9, 2010, commencing
25   at 10:05 a.m.
```

### Page 3

```
 1              INDEX OF EXAMINATIONS
 2
 3
     By Mr Tillery              PAGE   7
 4
 5
 6              INDEX OF EXHIBITS
 7   NUMBER       EXHIBIT                MARKED
 8   Plaintiff's Exhibit Number 1: E-mail    73
     string with the top from Tobias Meili
 9   dated 6/27/08, Bates GRNVL0000085568 -
     5572
10
     Plaintiff's Exhibit 2: Syngenta document  119
11   entitled Summary Notes dated 6/26/09,
     Bates GRNVL0000080732 - 0737
12
     Plaintiff's Exhibit 3: An e-mail string   124
13   with the top from Brian Manley dated
     3/20/06, Bates SYN03444291
14
     Plaintiff's Exhibit 4: An e-mail string   128
15   with the top from Pat Stiner dated
     7/6/06, Bates GRNVL0000042011 - 2012
16
     Plaintiff's Exhibit 5: An e-mail string   131
17   with the top from Robert Wurz dated
     10/24/01, Bates SYN01791910
18
     Plaintiff's Exhibit 6: An e-mail string   136
19   with the top from Dan Campbell dated
     10/19/07, Bates SYN012751724 - 726
20
     Plaintiff's Exhibit 7: A document         140
21   entitled Review of Triazine Strategy
     from a Global Perspective March 22, 2005
22   Greensboro, Bates SYN02781983 - 2726
23   Plaintiff's Exhibit 8: An e-mail string   163
     with the top from Ayannah Chance, Bates
24   GRNVL0000064906 - 907
25
```

### Page 4

```
 1   Plaintiff's Exhibit 9: An e-mail string    168
     with the top from Ayannah Chance dated
 2   11/11/07, Bates GRNVL0000064902
 3   Plaintiff's Exhibit 10: An e-mail string   171
     with the top from Eileen Watson dated
 4   4/27/06, Bates GRNVL0000052306
 5   Plaintiff's Exhibit 11: An e-mail string   175
     with the top from John Abbott dated
 6   11/9/05, Bates SYN01190631 - 32
 7   Plaintiff's Exhibit 12: An e-mail string   177
     with the top from Rush Ducote dated
 8   12/7/04, Bates GRNVL0000064978
 9   Plaintiff's Exhibit 13: An e-mail          181
     document from Willy Maurer dated
10   11/4/05, Bates SYN02781966
11   Plaintiff's Exhibit 14: An e-mail string   185
     with the top from Scott Langkamp dated
12   3/22/06, Bates GRNVL0000065798 - 799
13   Plaintiff's Exhibit 15: An e-mail string   187
     with the top from Philippe Costrop dated
14   5/19/08, Bates SYN02768444 - 445
15   Plaintiff's Exhibit 16: An e-mail string   190
     with the top from Susan Morris dated
16   10/19/06, Bates GRNVL0000042446 - 448
17   Plaintiff's Exhibit 17: Syngenta           195
     Triazine Supply Chain Redesign July
18   2004, Bates SYN01146557 - 6607
19   Plaintiff's Exhibit 18: An e-mail string   204
     with the top from Scott Langkamp dated
20   6/13/07, Bates SYN03446466
21   Plaintiff's Exhibit 19: An e-mail string   208
     with the top from Jasper Barnes dated
22   6/10/09, Bates SYN03146593 - 6594
23   Plaintiff's Exhibit 20: An e-mail string   212
     with the top from Barbara Descenzo dated
24   11/21/07, Bates GRNVL0000065140 - 142
25
```

### Page 5

```
 1   Plaintiff's Exhibit 21: Syngenta Minutes   215
     dated 7/5/03, Bates SYN00756454 - 6477
 2
     Plaintiff's Exhibit 22: Syngenta           221
 3   document entitled Syngenta Production
     Strategies in the U.S. and Worldwide,
 4   Bates SYN01790993 - 994
 5   Plaintiff's Exhibit 23: An e-mail string   226
     with the top from Frank Knight dated
 6   12/7/06, Bates SYN02995494
```

2 (Pages 2 to 5)

Hawkins, Vernon Richard   11-9-2010
Confidential - Pursuant to the Protective Order

Page 6

1   THE VIDEOGRAPHER: Here begins the
2   videotaped deposition of Vernon Hawkins, tape
3   one, volume one in the matter of City of
4   Greenville, Illinois, et al. v. Syngenta Crop
5   Protection Incorporated, et al., Case Number
6   10-CV-188-JPG-PMF. Today's date is
7   November 9th, 2010. And the time on the video
8   monitor is 10 o'clock and five minutes.
9       The video operator today is Gary Todd of
10  TeleVisual representing WestLaw Deposition
11  Services. The court reporter is Dario
12  Stanziola of Huseby Incorporated, reporting on
13  behalf of WestLaw Deposition Services.
14      Today's deposition is being taken on
15  behalf of the plaintiff and is taking place at
16  7800 Airport Center Drive, Suite 401,
17  Greensboro, North Carolina.
18      Counsel, please introduce yourselves and
19  state whom you represent.
20      MR. TILLERY: For the plaintiffs, Steve
21  Tillery, Michael Klenov, Rosemarie Fiorillo
22  from the law firm of Korein Tillery in St.
23  Louis.
24      MR. POPE: For the defendant, Michael
25  Pope and Peter Schutzel from McDermott, Will &

Page 7

1   Emery in Chicago.
2       MR. NADEL: Alan Nadel, Syngenta Crop
3   Protection, Inc.
4       THE VIDEOGRAPHER: Others present.
5       MR. TILLERY: Others present is Jerry
6   Brown from Korein Tillery.
7       THE VIDEOGRAPHER: Would the court
8   reporter please swear in the witness.
9       (Witness Sworn.)
10      THE VIDEOGRAPHER: Please continue.
11      VERNON RICHARD HAWKINS,
12  having been duly sworn, was examined and testified
13  as follows:
14           EXAMINATION
15  BY MR. TILLERY:
16  Q.  Would you state your name for the record,
17  please.
18  A.  Vernon Richard Hawkins.
19
20      **REDACTED**
21
22
23  Q.  When and where were you born, sir?
24  A.  I was born in Kokomo, Indiana in 1963.
25  Q.  Have you ever had a deposition before?

Page 8

1   A.  I have, yes.
2   Q.  And how many?
3   A.  Three or four, I believe.
4   Q.  Okay. And how many times -- other times
5   have you testified besides depositions?
6   A.  I don't recall any other testimonies
7   other than the depositions.
8   Q.  Okay. And could you tell me what those
9   depositions involved?
10  A.  They were related to data compensation
11  via arbitration cases. I believe there was one
12  particular case related to a disagreement with the
13  EPA related to data comp as well.
14  Q.  Would you, for the record, explain what
15  data compensation means?
16  A.  Sure. Data compensation is when a
17  manufacturer, the proprietary company that invents
18  a product, has certain rights to the use of the
19  data if other people want to enter the market. And
20  so it's a legal process which the manufacturer can
21  ensure that they get paid the fair -- the fair
22  share of the data if somebody else chooses to use
23  it in the marketplace.
24  Q.  Why don't you give us an example of that.
25  A.  An example would be we sell a particular

Page 9

1   compound that we invented, and after the patent
2   fall, a company may choose to enter and they would
3   make a claim to pay, and then we would seek an
4   agreement on the payment amount. And if there is
5   an agreement on the payment amount, often
6   arbitration is how you settle what the value of the
7   data is worth. Meanwhile, the company that chooses
8   to enter is able to sell and the arbitration is
9   about what is the value that the company would owe
10  the proprietary inventor.
11  Q.  And you have testified in you think three
12  or four of those?
13  A.  I believe. I recall three or four, yes.
14  Q.  Did the -- did you testify by deposition or
15  at the arbitration?
16  A.  I believe I've done both.
17  Q.  But you don't know for certain?
18  A.  I do recall that they were different.
19  One I was in the arbitration recently in 2010. The
20  others were a few years ago. And one of those I
21  believe was a deposition.
22  Q.  Any of these involve atrazine?
23  A.  Yes.
24  Q.  All of them involve atrazine?
25  A.  No.

Hawkins, Vernon Richard    11-9-2010
Confidential - Pursuant to the Protective Order

Page 30

1   Q. Are there any other groups that report to
2   you besides Mexico and Canada?
3   A. No, there are not. Outside of the U.S.
4   Q. Now, in terms of functional reporting
5   relationships, are there people within the Syngenta
6   Crop Protection entity who have functional reporting
7   relationships outside of Syngenta Crop Protection,
8   Inc.?
9   A. Could you ask that question again,
10  please.
11  Q. Sure.
12      Are there people at Syngenta Crop
13  Protection, Inc. who have functional reporting
14  relationships with people outside of that company?
15  A. In terms of the dotted line definition?
16  Q. Yes.
17  A. I'm sure there are. I don't know exactly
18  who. But certainly in the course of global
19  strategy development, there are a number of
20  functional dotted line relationships to make the
21  best decision for the company.
22  Q. And those would be outside of the legal
23  entity of Syngenta Crop Protection, Inc., wouldn't
24  they?
25  A. Those being?

Page 31

1   Q. Those functional reporting relationships?
2   A. Where the dotted line connects to, yes.
3   Q. Yes.
4   A. Yes.
5   Q. And that would exist independent of the
6   corporate structure of the particular entities for
7   which the people were employed?
8       MR. POPE: When you say that, you're
9       referring to functional reporting
10      relationships?
11      MR. TILLERY: Correct.
12  A. So please restate the question.
13  Q. Well, that functional reporting
14  relationship would exist independent of the corporate
15  structure of the particular entities for which those
16  different people were employed?
17  A. Yeah, the way our company operates,
18  certainly we look for functional excellence we call
19  it. So it would make sense for the people in the
20  U.S. market and the European market to be talking
21  to the global functional head about best practice.
22  So in that sense, yes, they would communicate.
23  Q. A minute ago you used the term that using
24  functional reporting relationships would -- I'm
25  trying to get -- strike the question.

Page 32

1       You said using functional reporting
2   relationships is best for your company. What were
3   you referring to when you said the company?
4   A. Well, if I look at Syngenta from a global
5   standpoint, as I said, we have a global strategy
6   philosophy and we have a local implementation and
7   execution implementation plan. So Syngenta Crop
8   Protection, Inc. is accountable for the local
9   implementation. And the global strategy aspect is
10  about getting the best input from all parts of the
11  company to make the best decision, be efficient, be
12  effective. So that's really what I was trying to
13  convey there.
14  Q. When you started your job in January of
15  this year, was that a promotion?
16  A. It was, yes.
17  Q. And tell me how it was that you obtained
18  that job? Did you apply for it?
19  A. That particular job was -- became open
20  because my predecessor chose to leave the company.
21  Q. And who's your predecessor?
22  A. Valdemar Fischer was his name. And he
23  left the company. And so I received a call from
24  John Atkin seeking my interest in the role.
25  Q. When did he call you?

Page 33

1   A. Would have been over the Thanksgiving
2   holiday.
3   Q. Of 2009?
4   A. Of 2009.
5   Q. Did you speak to anybody else about the
6   job?
7   A. After I spoke with John, I did go have a
8   discussion with other members of the Syngenta
9   executive committee to better -- it was effectively
10  an interview. But it was mostly to understand
11  expectations of the role and vice versa, make sure
12  that I understood the role.
13  Q. Where did you have those interviews?
14  A. I would have traveled to Basel for those
15  discussions.
16  Q. And with whom did you meet?
17  A. I don't recall the whole list, but I
18  would have met with six or seven of the members of
19  the Syngenta executive committee.
20  Q. So did you meet with Mr. Mack?
21  A. I did meet with Mr. Mack, yes.
22  Q. Prior to your job as head of -- strike
23  that.
24      Prior to your job as president of Syngenta
25  Crop Protection, Inc., did you have a functional

9 (Pages 30 to 33)