# Exhibit G

**[PLACEHOLDER FOR DOCUMENT FILED UNDER SEAL]**