# Exhibit H

**[PLACEHOLDER FOR DOCUMENT FILED UNDER SEAL]**