# Exhibit I

**[PLACEHOLDER FOR DOCUMENT FILED UNDER SEAL]**