# Exhibit J

**[PLACEHOLDER FOR DOCUMENT FILED UNDER SEAL]**