# Exhibit K

**[PLACEHOLDER FOR DOCUMENT FILED UNDER SEAL]**