# Exhibit L

**[PLACEHOLDER FOR DOCUMENT FILED UNDER SEAL]**