# Exhibit O

# [PLACEHOLDER FOR DOCUMENT FILED UNDER SEAL]