# Exhibit Q

# [PLACEHOLDER FOR DOCUMENT FILED UNDER SEAL]