# Exhibit R

**[PLACEHOLDER FOR DOCUMENT FILED UNDER SEAL]**