# Exhibit S

**[PLACEHOLDER FOR DOCUMENT FILED UNDER SEAL]**