# Exhibit T

# [PLACEHOLDER FOR DOCUMENT FILED UNDER SEAL]