# Exhibit V

**[PLACEHOLDER FOR DOCUMENT FILED UNDER SEAL]**