# Exhibit W

# [PLACEHOLDER FOR DOCUMENT FILED UNDER SEAL]