# Exhibit X

**[PLACEHOLDER FOR DOCUMENT FILED UNDER SEAL]**