# Exhibit Y

```
 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
 2

 3  SYNGENTA CROP PROTECTION, LLC,      Civil Action
                                       No. 1:15CV274
 4          Plaintiff,
    vs.
 5
    WILLOWOOD, LLC, WILLOWOOD          Greensboro, North Carolina
 6  USA, LLC., WILLOWOOD              September 7, 2017
    AZOXYSTROBIN, LLC,  and
 7  WILLOWOOD LIMITED,

 8          Defendants.

 9  _____


10

11             TRANSCRIPT OF JURY TRIAL
         BEFORE THE HONORABLE CATHERINE C. EAGLES
12             UNITED STATES DISTRICT JUDGE

13  APPEARANCES:

14  For the Plaintiff:       HARI SANTHANAM, ESQUIRE
                             RUSSELL LEVINE, ESQUIRE
15                           KOURTNEY BALTZER, ESQUIRE
                             Kirkland & Ellis, LLP
16
                             Richard Coughlin, Esquire
17                           Smith Moore, LLP

18

19  For the Defendants:      STEVEN E. TILLER, ESQUIRE
                             BARRY S. NEUMAN, ESQUIRE
20                           PETER J. DAVIS, ESQUIRE
                             Whitefield Taylor & Preston
21
                             ALAN W. DUNCAN, ESQUIRE
22                           Mullins Duncan Harrell & Russell

23

24

25
```

Confidential Treatment Requested
Case 1:23-cv-00828-TDS-JEP   Document 219-26   Filed 06/28/24   Page 2 of 9
Syngenta_FTC_01025018

INDEX

WITNESSES FOR THE PLAINTIFF:                    PAGE

JEFF CECIL

    Cross-Examination By Mr. Tiller                    9
    Redirect Examination By Mr. Coughlin               51
    Voir Dire Examination By Mr. Coughlin             119

ROBERT ANDREW FISHER

    Direct Examination By Mr. Santhanam                77
    Cross-Examination By Mr. Tiller                   152
    Redirect Examination By Mr. Santhanam             189
    Recross-Examination By Mr. Tiller                 199

DR. REX WICHERT

    Direct Examination   By Mr. Santhanam             201
    Cross-Examination By Mr. Tiller                   241

EXHIBITS:                               RCVD

    DX-68      Syngenta Azoxystrobin Strategy Summary        6
    DX-80      2015 Syngenta Key Active Ingredient          13
               Commentary
    DX-86      2015 ArgoTrak Report                         40
    DX-88      Azoxystrobin Fungicide 2016 Pricing          15
    DX-94      North America 2016 Pricing Strategy          50
    DX-99      Aframe and Aframe Plus Presentation          10
    DX-107     Brand plan                                  176
    DX-108     2016-2021 Azoxystrobin US Marketing Plan     28
    DX-111     August 21 email chain:  Damages Caused      162
               to Syngenta by generic entry
    DX-160     PLFB 2016 PP Update                          49
    DX-211     Presentation Document                        11
    PX-213     Email from A. Fisher enclosing              109
               azoxystrobin generic 2/15 update
    PX-225A    Aframe/Aframe Plus AZT Fighting Brand       109
    PX-235     Row Crop Fungicides Price                   109
    PX-259     Second Amendment to AZ Millbase Supply      132
               Agreement
    PX-265     11/18/15 Email from A. Fisher to J.         186
               Cecil
    PX-276     First Amendment to AZ Millbase Supply       132
               Agreement
    PX-277     AZ Millbase Supply Agreement                132
    PX-500     SSJ Excerpted Deposition Transcript

Confidential Treatment Requested                                      Syngenta_FTC_01025019

| 1 | PX-501 | Mundhra Excerpted Deposition Transcript | 71 |

Confidential Treatment Requested

```
1   BY MR. TILLER:
2   Q.   Which means there was an impact, correct?
3   A.   Yes.
4           MR. TILLER:  Okay.  Nothing further.
5           THE COURT:  Anything else?
6           MR. COUGHLIN:  No, Your Honor.
7           THE COURT:  All right.  Thank you.  You can step
8   down.  You can just leave all the exhibits up there.
9           (At 11:32 a.m., witness excused.)
10          THE COURT:  You can call your next witness.
11          MR. SANTHANAM:  Your Honor, at this time we call
12  Andrew Fisher.  We're going bring him into the courtroom
13  shortly and, Your Honor, we have courtesy binders prepared as
14  well.
15          THE COURT:  Come on up, Mr. Fisher.  The clerk will
16  be -- just stand right there in the middle at that lecturn and
17  the clerk will be right there.
18          (At 11:34 a.m., witness sworn.)
19          THE COURT:  Go ahead.
20                    ROBERT ANDREW FISHER,
21            PLAINTIFF'S WITNESS, SWORN AT 11:34 a.m.
22                    DIRECT EXAMINATION
23  BY MR. SANTHANAM:
24  Q.   Mr. Fisher, would you please state your full name for the
25  Court.
```

Confidential Treatment Requested

1   A.    Yeah, it's Robert Andrew Fisher.

2   Q.    Where do you live?

3   A.    I live here in Greensboro, North Carolina, just north of

4   Lake Brandt.

5   Q.    Who do you work for?

6   A.    I work for Syngenta Crop Protection.

7   Q.    Where is your office located?

8   A.    You'll see a glass building off of I-40 just on the exit

9   up from Wendover.  That's my -- that's where my office is.

10  Q.    How long have you been with Syngenta?

11  A.    A little over 19 years.

12  Q.    What's your current role within Syngenta?

13  A.    My current role is digital ag solutions marketing manager.

14        THE COURT:  Digital what?

15        THE WITNESS:  I'm sorry, digital ag solutions

16  marketing manager.  It's a long title.

17  BY MR. SANTHANAM:

18  Q.    And I'll ask you to slow down, Mr. Fisher, just so the

19  court reporter can take down everything.

20  A.    Sorry, I've never -- yeah.

21  Q.    So you said your role is digital ag?

22  A.    Digital agricultural solutions marketing manager.

23  Q.    Do you also have any other interim roles that you're

24  currently serving in?

25  A.    Yeah, I just took this role about nine days ago, so I'm --

Confidential Treatment Requested   Case 1:27-cv-00828-TDS-JEP   Document 219-26   Filed 06/28/24   Page 2 of 9   Syngenta_FTC_01025095

1 my prior role was the product lead for azoxystrobin,

2 propiconazole, a few other active ingredient -- fungicide

3 active ingredients, and I'm still interim in that role as well.

4 Q.   Now, you use this term "product lead." Is that the same

5 thing as a brand manager within Syngenta?

6 A.   Yes. We used to call it brand manager, too. And majority

7 of the, you know, not competitors -- well, competitors, I've

8 got friends in banking industries, they still refer to it as a

9 brand manager role. You know, that's the title they use.

10 Q.   Now, how long have you been or were you a product lead or

11 brand manager?

12 A.   It was about five, five and a half years.

13 Q.   What are your responsibilities as a product lead or brand

14 manager?

15 A.   Well, you manage everything around the brand, from setting

16 the budget, setting pricing, volume, advertising and promotion,

17 you manage that. You -- life cycle management, so it would be

18 post-patent strategy, you'll manage that.

19 Q.   If you could speak up, Mr. Fisher.

20 A.   Oh, I'm sorry. So really everything that has to do --

21 pipeline, so new products that are coming down the pipeline.

22 I'll evaluate those with my technical product leads and

23 identify what benefits they will bring to farmers and all of

24 that. So everything really start to finish on the brand,

25 I'm -- you know, I may not be the expert, but I'm involved in

Confidential Treatment Requested
Syngenta_FTC_01025096

1    it with experts.

2    Q.   Are you involved in budgeting at all with respect to

3    azoxystrobin?

4    A.   Yes, I am.

5    Q.   Earlier today, right before you took the stand, we heard

6    from Jeff Cecil, Syngenta's head of crop protection marketing.

7    Where does your role as a product lead fall within -- you know,

8    fall in connection with his?

9    A.   So Jeff Cecil's the head of crop protection marketing, and

10   then there's a level of managers underneath Jeff, and so my

11   boss -- he would have been the fungicide and insecticide

12   product manager, and then under him would have been my role and

13   the other product leads, so I would be two roles below Jeff.

14   Q.   Now, you've mentioned you've been with Syngenta for 19

15   plus years?

16   A.   Yes.

17   Q.   Can you briefly tell us what other roles you've had within

18   the company?

19   A.   Yes.  I started as an intern with a legacy, a Syngenta

20   company called Novartis in the panhandle of Texas as a sales

21   intern.  After that, I moved to Billings, Montana where I was a

22   sales representative for crop-protection products.  There for

23   two years, and then I moved to Great Falls, Montana as a sales

24   rep.

25            After that I moved to Des Moines, Iowa, it was

Confidential Treatment Requested
Syngenta_FTC_01025097

1  actually west Des Moines, Iowa, as a marketing development

2  manager.  It's kind of a customer marketing role where I worked

3  across the midwest with our sales reps and retailers and things

4  of that nature doing marketing, various marketing activities.

5          After that I was promoted to district manager of crop

6  protection in Ohio, so I moved to Columbus, Ohio, and I managed

7  11 sales reps across Ohio and eastern Michigan, and then after

8  that, I had the opportunity to move to Greensboro, and I

9  started a product lead role here in Greensboro.

10  Q.   How long have you been in Greensboro?

11  A.   It was the fall of 2011 so is that five -- five and a half

12  years probably.

13  Q.   So over these number of roles that you've had within

14  Syngenta, have you had responsibility for azoxystrobin

15  products?

16  A.   Yeah.  I mean, it's always been in our crop protection

17  pipeline.  I suppose my internship I didn't have azoxystrobin

18  then for those three months as an intern, but after that it was

19  always in my sales territory, or I was representing it as a

20  brand and selling it and promoting it throughout my career.

21  Q.   Have you had any responsibility for herbicide products

22  like mesotrione?

23  A.   Yes.  Yes.

24  Q.   Mr. Fisher, do you have any college degrees?

25  A.   I have one.  I have an undergrad in agricultural economics

Confidential Treatment Requested
Syngenta_FTC_01025098