# Exhibit Z

**[PLACEHOLDER FOR DOCUMENT FILED UNDER SEAL]**