IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:22-cv-828

FEDERAL TRADE COMMISSION,
STATE OF CALIFORNIA, STATE OF
COLORADO, STATE OF ILLINOIS,
STATE OF INDIANA, STATE OF IOWA,
STATE OF MINNESOTA, STATE OF
NEBRASKA, STATE OF OREGON,
STATE OF TENNESSEE, STATE OF
TEXAS, STATE OF WASHINGTON, and
STATE OF WISCONSIN,

        Plaintiffs,

    v.

SYNGENTA CROP PROTECTION AG,
SYNGENTA CORPORATION,
SYNGENTA CROP PROTECTION, LLC,
and

CORTEVA, INC.,

        Defendants.

**[Proposed] ORDER**

Upon motion of Defendants Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC, and for good cause shown and with the consent of Plaintiffs, it is hereby ORDERED that Defendants Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC shall have an extension of time to file a Response to Plaintiff's Motion to Compel Discovery of Syngenta Defendants in this matter through and including July 16, 2024.

This the _____ day of July, 2024.

_____

Case 1:22-cv-00828-TDS-JEP   Document 220-1   Filed 07/01/24   Page 2 of 2