UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC.,<br><br>Defendants. | Case No. 1:22-cv-00828-TDS-JEP<br><br>**CONSENT MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS' MOTION TO COMPEL REPLY BRIEF** |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6.1(a), Plaintiffs Federal Trade Commission and the states of California, Colorado, Illinois, Indiana, Iowa, Minnesota, Nebraska, Oregon, Tennessee, Texas, Washington, and Wisconsin, acting by and through their respective Attorneys General ("Plaintiffs"), hereby move the Court for an order extending the time to file a reply brief in support of Plaintiffs' Motion to Compel Discovery of Syngenta Defendants[1] to fourteen (14) days after Syngenta files its response. Syngenta consents to this extension of time.

---

[1] Defendants Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC (collectively, "Syngenta" or the "Syngenta Defendants").

In support of this Motion, and showing good cause, Plaintiffs state the following:

1. On June 25, 2024, Plaintiffs filed a Motion to Compel Discovery of Syngenta Defendants (Doc. 217).

2. On June 27, counsel for Syngenta conferred with counsel for Plaintiffs regarding an extension of time for Syngenta Defendants to file a response to Plaintiffs' Motion to Compel, together with a reciprocal extension of time for Plaintiffs to file a reply to Syngenta's response. Plaintiffs consent to Syngenta's requested time extension of seven (7) days to file a response to Plaintiffs' Motion to Compel, and Syngenta consents to a seven (7) day extension of time for Plaintiffs to file a reply to Syngenta's response.

3. On July 1, 2024, Syngenta moved the Court for an extension of seven days for its response, through and including July 16, 2024.

Therefore, Plaintiffs respectfully move this Court to enter an Order granting Plaintiffs an extension of seven (7) days to reply to Syngenta's response (giving Plaintiffs fourteen (14) days to reply to Syngenta's response). Syngenta consents to this extension. The time for this reply has not expired, and this motion is made in good faith and not for the purpose of delay.

Dated: July 3, 2024					Respectfully submitted,

					 /s/ Allyson M. Maltas
					ALLYSON M. MALTAS
					Senior Trial Counsel
					Federal Trade Commission
					Bureau of Competition
					600 Pennsylvania Avenue, NW
					Washington, DC 20580
					Telephone: (202) 326-3646
					Email: amaltas@ftc.gov

					KARNA ADAM
					JOSEPH R. BAKER
					WESLEY G. CARSON
					ROBERT Y. CHEN
					ELIZABETH A. GILLEN
					PHILIP J. KEHL
					LAUREN B. PATTERSON
					MICHAEL J. TURNER

					*Attorneys for Plaintiff Federal Trade Commission*


/s/ Nicole S. Gordon					/s/ Conor J. May
NICOLE S. GORDON					JAN M. ZAVISLAN
Deputy Attorney General					Senior Counsel
Office of the California Attorney General		CONOR J. MAY
455 Golden Gate Avenue, Suite 11000			Assistant Attorney General
San Francisco, CA 94610					Colorado Department of Law
Telephone: (415) 510-4400				Office of the Attorney General
Email: nicole.gordon@doj.ca.gov				Ralph L. Carr Judicial Center
							1300 Broadway, 7th Floor
*Attorney for Plaintiff State of California*		Denver, CO 80203
							Telephone: (720) 508-6000
							Email: Jan.Zavislan@coag.gov
							       Conor.May@coag.gov

							*Attorneys for Plaintiff State of Colorado*

<div style="display: flex;">
<div style="flex: 1;">

/s/ Paul J. Harper
PAUL J. HARPER
Assistant Attorney General, Antitrust
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, IL 60603
Telephone: (312) 814-3000
Email: paul.harper@ilag.gov

*Attorney for Plaintiff State of Illinois*

/s/ Noah Goerlitz
NOAH GOERLITZ
Assistant Attorney General
Office of the Iowa Attorney General
1305 E. Walnut St.
Des Moines, IA 50319
Telephone: (515) 725-1018
Email: noah.goerlitz@ag.iowa.gov

*Attorney for Plaintiff State of Iowa*

</div>
<div style="flex: 1;">

/s/ Matthew Michaloski
MATTHEW MICHALOSKI
CHRISTI FOUST
Deputy Attorneys General
SCOTT BARNHART
Chief Counsel and Director of Consumer Protection
Office of the Indiana Attorney General
Indiana Government Center South – 5th Fl.
302 W. Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 234-1479
Email: matthew.michaloski@atg.in.gov
　　　　 christi.foust@atg.in.gov
　　　　 scott.barnhart@atg.in.gov

*Attorneys for Plaintiff State of Indiana*

/s/ Katherine Moerke
KATHERINE MOERKE
JASON PLEGGENKUHLE
ELIZABETH ODETTE
Assistant Attorneys General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Telephone: (651) 296-3353
Email: katherine.moerke@ag.state.mn.us
　　　　 jason.pleggenkuhle@ag.state.mn.us
　　　　 elizabeth.odette@ag.state.mn.us

*Attorneys for Plaintiff State of Minnesota*

</div>
</div>

/s/ Colin P. Snider
COLIN P. SNIDER
JUSTIN C. MCCULLY
Office of the Attorney General of Nebraska
2115 State Capitol Building
Lincoln, NE 68509
Telephone: (402) 471-3840
Email: Colin.Snider@nebraska.gov
       Justin.McCully@nebraska.gov

*Attorneys for Plaintiff State of Nebraska*

/s/ Hamilton Millwee
HAMILTON MILLWEE
Assistant Attorney General
TATE BALL
Assistant Attorney General
Office of the Attorney General of Tennessee
P.O. Box 20207
Nashville, TN 37202
Telephone: (615) 291-5922
Email: Hamilton.Millwee@ag.tn.gov
       Tate.Ball@ag.tn.gov

*Attorneys for Plaintiff State of Tennessee*

/s/ Luminita Nodit
LUMINITA NODIT
Assistant Attorney General,
Antitrust Division
Washington State Office
of the Attorney General
800 Fifth Ave., Suite 2000
Seattle, WA 98104
Telephone: (206) 254-0568
Email: Lumi.Nodit@atg.wa.gov

*Attorney for Plaintiff State of Washington*

/s/ Timothy D. Smith
TIMOTHY D. SMITH
Senior Assistant Attorney General
Antitrust and False Claims Unit
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 934-4400
Email: tim.smith@doj.state.or.us

*Attorney for Plaintiff State of Oregon*

/s/ William Shieber
JAMES LLOYD
Chief, Antitrust Division
TREVOR YOUNG
Deputy Chief, Antitrust Division
WILLIAM SHIEBER
Assistant Attorney General
Office of the Attorney General of Texas
300 West 15th Street
Austin, TX 78701
Telephone: (512) 936-1674
Email: William.Shieber@oag.texas.gov

*Attorneys for Plaintiff State of Texas*

/s/ Laura E. McFarlane
LAURA E. MCFARLANE
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 266-8911
Email: mcfarlanele@doj.state.wi.us

*Attorney for Plaintiff State of Wisconsin*