UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC.,<br><br>Defendants. | Case No. 1:22-cv-00828-TDS-JEP<br><br>**[PROPOSED] ORDER** |

Upon consideration of Plaintiffs' Consent Motion for Extension of Time for Plaintiffs' Motion to Compel Reply Brief, and for good cause shown and with the consent of the Syngenta Defendants, it is hereby ORDERED that Plaintiffs shall have fourteen (14) days to file a Reply to any Syngenta Response to Plaintiffs' Motion to Compel Discovery of Syngenta Defendants.

Dated: \_\_\_, 2024                                          _____