IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN,<br><br>    Plaintiffs,<br><br>    v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC.,<br><br>    Defendants. | Civil Action No.: 1:22-CV-828 |

## **ORDER**

This matter is before the Court on the Motion of Defendants Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC, for an extension of time to file a Response brief, and Plaintiffs' related request for extension of time to file a Reply Brief. The Court finds good cause to allow the requested extensions of time by consent.

IT IS HEREBY ORDERED that the Motions [Doc. #220, #221] are GRANTED, and Defendants Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC shall have an extension of time to file a Response to Plaintiff's Motion to Compel Discovery of Syngenta Defendants in this matter through and including July 16, 2024, and Plaintiffs shall have fourteen (14) days to file a Reply to any Syngenta Response to

Plaintiffs' Motion to Compel Discovery of Syngenta Defendants. If a hearing is required on the Motion to Compel [Doc. #217], it will be held on Thursday, August 15, 2024, at 9:30 a.m.

This the 5th day of July, 2024.

/s/ Joi Elizabeth Peake
United States Magistrate Judge
