UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN, <br><br> Plaintiffs, <br><br> v. <br><br> SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC., <br><br> Defendants. | Case No. 1:22-cv-00828-TDS-JEP <br><br> **[PROPOSED] ORDER** |

Upon consideration of Plaintiffs' Motion To Compel Discovery of Defendant Corteva, Inc. ("Corteva"), it is hereby ORDERED that the Motion is GRANTED. Corteva is hereby ordered to, with respect to RFPs 27–33, produce data related to Corteva products containing active ingredients, or active ingredients themselves, that are marketed or sold as herbicides, insecticides, or nematicides. For the active ingredient rimsulfuron, the time period of this production should run from January 1, 2010, to April 19, 2024. For all other active ingredients, the time period of production should run from January 1, 2012 to April 19, 2024.

Dated: ___, 2024                               _____