IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN,<br><br>    Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC.,<br><br>    Defendants. | Civil Action No.: 1:22-CV-828 |

## ORDER

This matter is before the Court on Plaintiff's Motion to Compel Discovery of Defendant Corteva Inc. The Response to the Motion is due July 26, the Reply is due August 2, and if a hearing is necessary it will be held on Thursday, August 15, 2024 at 9:30 a.m.

IT IS HEREBY ORDERED that the schedule noted above will apply, and that if a hearing is required on the Motion to Compel [Doc. #224], it will be held on Thursday, August 15, 2024, at 9:30 a.m.

This the 15th day of July, 2024.

                                                                     Joi Elizabeth Peake
                                                                United States Magistrate Judge