UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC.,<br><br>Defendants. | Case No. 1:22-cv-00828-TDS-JEP<br><br>**DECLARATION OF ALLYSON M. MALTAS IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY OF CORTEVA, INC.**<br><br>**[TEMPORARY PUBLIC REDACTED VERSION]** |

I, Allyson M. Maltas, do hereby declare and state as follows:

1. I am an active member in good standing of the bar of the District of Columbia. I am a Senior Trial Counsel in the Bureau of Competition of the Federal Trade Commission ("FTC"), an agency of the United States Government, and I am representing the FTC in the above-captioned action. I have personal knowledge of the matters set forth in this Declaration.

2. I respectfully submit this Declaration in support of Plaintiffs' Motion To Compel Discovery of Defendant Corteva, Inc.

3. Attached as Exhibit A is a true and correct copy of Plaintiffs' First Set of Requests For Production to Corteva, Inc., served on April 19, 2024.

4. Attached as Exhibit B is a true and correct copy of Defendant Corteva's Responses and Objections to Plaintiffs' First Set of Requests For Production of Documents, served on May 20, 2024.

5. Attached as Exhibit C is a true and correct copy of the July 8, 2024 email from Maximilian Auerbach to Wesley Carson regarding Plaintiffs' First Set of Requests For Production.

6. Attached as Exhibit D are true and correct excerpts from Corteva's economic white paper titled ▮▮▮▮▮▮▮▮ submitted by Corteva during the pre-complaint investigation on April 1, 2022.

7. Attached as Exhibit E are true and correct excerpts from the December 8, 2010 Dow AgroSciences presentation titled, ▮▮▮▮▮▮▮▮ produced to Plaintiffs by Corteva during the pre-complaint investigation as FTC-CTVA_00001306.

8. Attached as Exhibit F is a true and correct copy of the June 18, 2024 letter from Maximilian Auerbach to Wesley Carson regarding Plaintiffs' First Set of Requests For Production.

9. Attached as Exhibit G are true and correct excerpts from the August 17, 2017 Dow–DuPont document titled ▮▮▮▮▮▮▮▮

███████ produced to Plaintiffs by Corteva during the pre-complaint investigation as FTC-CTVA_00975810.

10. Attached as Exhibit H is a true and correct copy of the September 2014 ███████████████████████████████████ ███████████████████████ produced to Plaintiffs by Corteva during the pre-complaint investigation as CTVA-FTC-00002078.

11. Attached as Exhibit I are true and correct excerpts from the January 17, 2014 DuPont presentation titled, ███████████████████ produced to Plaintiffs by Corteva during the pre-complaint investigation as FTC-CTVA_00371800.

12. Attached as Exhibit J is a true and correct copy of the June 10, 2024 letter from Wesley Carson to Ben Bauer regarding Plaintiffs' First Set of Requests For Production.

13. Attached as Exhibit K is a true and correct copy of the June 21, 2024 letter from Wesley Carson to Ben Bauer and Maximilian Auerbach regarding Plaintiffs' First Set of Requests For Production.

Executed on July 12, 2024.

/s/ Allyson M. Maltas

ALLYSON M. MALTAS
Senior Trial Counsel
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-3646
Email: amaltas@ftc.gov