# Exhibit E

**[PLACEHOLDER FOR DOCUMENT FILED UNDER SEAL]**