# Exhibit F

**[PLACEHOLDER FOR DOCUMENT FILED UNDER SEAL]**