# EXHIBIT 2

# [PLACEHOLDER FOR DOCUMENT FILED UNDER SEAL]