# EXHIBIT 3

**[PLACEHOLDER FOR DOCUMENT FILED UNDER SEAL]**