# EXHIBIT 4

[PLACEHOLDER FOR DOCUMENT FILED UNDER SEAL]