# EXHIBIT 8

# [PLACEHOLDER FOR DOCUMENT FILED UNDER SEAL]