# EXHIBIT 9

# [PLACEHOLDER FOR DOCUMENT FILED UNDER SEAL]