# EXHIBIT 10

**[PLACEHOLDER FOR DOCUMENT FILED UNDER SEAL]**