# EXHIBIT 11

**Document Produced in Native Format**

Confidential Treatment Requested
HIGHLY CONFIDENTIAL Case 1:22-cv-00828-TDS-JEP   Document 232-11   Filed 07/19/24   Page 2 of 16
Syngenta_FTC_00129730
SYNG-FTC-LIT_00129860



# Acuron Yield Advantage

## Find 5-15 More Bushels An Acre Than With Any Other Herbicide



Classification: Public.

©2020 Syngenta. **Important: Always read and follow label instructions.** Some products may not be registered for sale or use in all states or counties. Please check with your local extension service to ensure registration status. **Acuron is a Restricted Use Pesticide.** Acuron®, the Alliance Frame, the Purpose Icon and the Syngenta logo are trademarks of a Syngenta Group Company.

Acuron yield advantage range based on 2016 Syngenta and university trials comparing Acuron to Corvus, Resicore, SureStart II and Verdict applied preemergence at full label rates. For more information on Acuron versus an individual product, ask your Syngenta representative.

SLC 1257015 03-2020

Case 1:22-cv-00828-TDS-JEP   Document 232-11   Filed 07/19/24   Page 3 of 16

# Acuron Outyields Competitors

Acuron® corn herbicide compared to competitive herbicides – head to head in replicated trials






Classification: Public. *Yield range based on 2016 Syngenta and university replicated trials comparing Acuron to Corvus, Resicore, SureStart II and Verdict applied preemergence at full label rates. Performance assessments are based on results or analysis of public information, field observations and/or internal Syngenta evaluations. Trials reflect treatment rates commonly recommended in the marketplace. ©2020 Syngenta. **Important: Always read and follow label instructions. Some products may not be registered for sale or use in all states or counties. Please check with your local extension service to ensure registration status. Acuron is a Restricted Use Pesticide.** Acuron® and the Syngenta logo are trademarks of a Syngenta Group Company. Corvus® is a trademark of Bayer. Resicore® and SureStart® are trademarks of Dow AgroSciences, LLC. Verdict® is a trademark of BASF Corporation.

# Residual Weed Control Translates to Yield
## Acuron herbicide compared to Resicore herbicide – head to head in 18 replicated trials



Data Source: 18 Syngenta/University Trials (2016)
1X rate applied per label use rate
Resicore = Resicore alone and Resicore + atrazine




# Residual Weed Control Translates to Yield
Acuron herbicide compared to Corvus herbicide – head to head in 18 replicated trials



Data Source: 18 Syngenta/University Trials (2016)
1X rate applied per label use rate
Corvus = Corvus alone and Corvus + atrazine

Classification: Public. Performance assessments are based on results or analysis of public information, field observations and/or internal Syngenta evaluations. Trials reflect treatment rates commonly recommended in the marketplace.

©2020 Syngenta. **Important: Always read and follow label instructions. Some products may not be registered for sale or use in all states or counties. Please check with your local extension service to ensure registration status. Acuron is a Restricted Use Pesticide.** Acuron® and the Syngenta logo are trademarks of a Syngenta Group Company. Corvus® is a trademark of Bayer.




Case 1:22-cv-00828-TDS-JEP   Document 232-11   Filed 07/19/24   Page 6 of 16

# Residual Weed Control Translates to Yield
Acuron herbicide compared to Verdict herbicide – head to head in 15 replicated trials



Data Source: 15 Syngenta/University Trials (2016)
1X rate applied per label use rate

Classification: Public. Performance assessments are based on results or analysis of public information, field observations and/or internal Syngenta evaluations. Trials reflect treatment rates commonly recommended in the marketplace.

©2020 Syngenta. **Important: Always read and follow label instructions. Some products may not be registered for sale or use in all states or counties. Please check with your local extension service to ensure registration status. Acuron is a Restricted Use Pesticide.** Acuron® and the Syngenta logo are trademarks of a Syngenta Group Company. Verdict® is a trademark of BASF Corporation.




# Residual Weed Control Translates to Yield
Acuron herbicide compared to SureStart II herbicide – head to head in 14 replicated trials



Classification: Public. Performance assessments are based on results or analysis of public information, field observations and/or internal Syngenta evaluations. Trials reflect treatment rates commonly recommended in the marketplace.

©2020 Syngenta. **Important:** Always read and follow label instructions. Some products may not be registered for sale or use in all states or counties. Please check with your local extension service to ensure registration status. Acuron is a Restricted Use Pesticide. Acuron® and the Syngenta logo are trademarks of a Syngenta Group Company. SureStart® is a trademark of Dow AgroSciences, LLC.




# How Does Acuron Outyield Other Herbicides?

**Answer:** Acuron® herbicide protects corn from tough, yield-robbing weeds with its powerful combination of weed control, long-lasting residual and proven crop safety. When weeds are not competing for sunlight and stealing nutrients like nitrogen and water, corn can reach its full yield potential.



## Powerful Weed Control

Acuron contains four active ingredients, including the unique component **bicyclopyrone**, which enable it to **protect corn from tough, yield-robbing weeds better and more consistently** than any other herbicide. And better weed control equals higher yield potential.



## Longest-lasting Residual

Acuron delivers unmatched burndown and residual control of more than 70 tough grass and broadleaf weeds until crop canopy and beyond. This season-long weed control **helps fully protect yield potential and minimize the weed seed bank for next year's crop.**



## Proven Crop Safety

Acuron has been **proven to provide excellent pre and post-emergence crop safety** across a wide range of soil types, weather conditions and plant genetics. Its crop safety enables application flexibility from 28 days preplant up to 12-inch corn.

Classification: Public.

©2020 Syngenta. **Important:** Always read and follow label instructions. Some products may not be registered for sale or use in all states or counties. Please check with your local extension service to ensure registration status. Acuron is a Restricted Use Pesticide. Acuron® and the Syngenta logo are trademarks of a Syngenta Group Company.




# How Does Acuron Outyield Other Herbicides?

**Answer:** Acuron® herbicide prevents early-season weeds from competing with corn for sunlight.

**


Corn detects reflected light from early-season weed competition and enacts a series of irreversible defensive measures.


Stalks grow taller and leaves grow wider to better compete for light and avoid being shaded out.


Taller stalks and wider leaves deplete nutrient resources needed for strong root development.


Underdeveloped roots hinder the plant's ability to uptake nutrients and navigate variable conditions, ultimately reducing yield potential.

Classification: Public.

©2020 Syngenta. **Important: Always read and follow label instructions. Some products may not be registered for sale or use in all states or counties. Please check with your local extension service to ensure registration status. Acuron is a Restricted Use Pesticide.** Acuron® and the Syngenta logo are trademarks of a Syngenta Group Company.

# How Does Acuron Outyield Other Herbicides?

**Answer:** Acuron® herbicide prevents early-season weeds from competing with corn for sunlight.




Agronomic Service Representative Brett Craigmyle explains how competition from early-season weeds changes the architecture of corn plants and negatively impacts yield potential.

Classification: Public.

©2020 Syngenta. **Important:** Always read and follow label instructions. Some products may not be registered for sale or use in all states or counties. Please check with your local extension service to ensure registration status. Acuron and Lexar EZ are Restricted Use Pesticides. Acuron®, Lexar®, Trivapro® and the Syngenta logo are trademarks of a Syngenta Group Company.

# How Does Acuron Outyield Other Herbicides?

**Answer:** Acuron® herbicide prevents weeds from stealing valuable nutrients like nitrogen and water.

- A 2006 Syngenta study found that 1" to 2" weeds contained over 9 lbs. of nitrogen per acre.***
- The 3:3:1 rule: In 3 days, 3" weeds can remove 1" of water from the soil.***



Photos taken Aug. 13, 2019, in Slater, IA.

Classification: Public. All photos are either the property of Syngenta or are used with permission. Performance assessments are based on results or analysis of public information, field observations and/or internal Syngenta evaluations. Trials reflect treatment rates commonly recommended in the marketplace.

©2020 Syngenta. **Important:** Always read and follow label instructions. Some products may not be registered for sale or use in all states or counties. Please check with your local extension service to ensure registration status. Acuron is a Restricted Use Pesticide. Acuron® and the Syngenta logo are trademarks of a Syngenta Group Company. Corvus® is a trademark of Bayer. Resicore® is a trademark of Dow AgroSciences LLC. Verdict® is a trademark of BASF Corporation.




# How Does Acuron Outyield Other Herbicides?

**Answer:** Acuron® herbicide provides excellent crop safety across a wide range of soil types, weather conditions and plant genetics.



Acuron® 3 qt/A



Harness® 2.26 pt/A + Callisto® 5.94 fl oz/A

Photos taken June 1, 2017; Dekalb, IL.

Classification: Public. All photos are either the property of Syngenta or are used with permission. Performance assessments are based on results or analysis of public information, field observations and/or internal Syngenta evaluations. Trials reflect treatment rates commonly recommended in the marketplace.

©2020 Syngenta. **Important:** Always read and follow label instructions. Some products may not be registered for sale or use in all states or counties. Please check with your local extension service to ensure registration status. **Acuron is a Restricted Use Pesticide.** Acuron®, Callisto® and the Syngenta logo are trademarks of a Syngenta Group Company. Harness® is a trademark of Bayer.




# How Does Acuron Outyield Other Herbicides?

**Answer:** Acuron® herbicide provides excellent crop safety across a wide range of soil types, weather conditions and plant genetics.



POST: Acuron® 1.75 qt/A + Roundup PowerMAX® 27 fl oz/A + AMS



POST: Resicore® 1.75 qt/A + Roundup PowerMAX 27 fl oz/A + AMS

Photos taken July 7, 2019; Brooklyn, WI.

Classification: Public. All photos are either the property of Syngenta or are used with permission. Performance assessments are based on results or analysis of public information, field observations and/or internal Syngenta evaluations. Trials reflect treatment rates commonly recommended in the marketplace.

©2020 Syngenta. **Important: Always read and follow label instructions. Some products may not be registered for sale or use in all states or counties. Please check with your local extension service to ensure registration status. Acuron is a Restricted Use Pesticide.** Acuron® and the Syngenta logo are trademarks of a Syngenta Group Company. Resicore® is a trademark of Dow AgroSciences, LLC. Roundup PowerMAX® is a trademark of Bayer.




# Are You Ready To Find More Bushels?



Classification: Public.

©2020 Syngenta. **Important: Always read and follow label instructions. Some products may not be registered for sale or use in all states or counties. Please check with your local extension service to ensure registration status. Acuron is a Restricted Use Pesticide.** Acuron® and the Syngenta logo are trademarks of a Syngenta Group Company.




Classification: Public

All photos are either the property of Syngenta or are used with permission.

Performance assessments are based on results or analysis of public information, field observations and/or internal Syngenta evaluations. Trials reflect treatment rates commonly recommended in the marketplace.

The calculator is provided for convenience only. Use of this calculator is expressly subject to and conditional upon the full terms and conditions of use. Syngenta has developed this calculator using formulas that should result in a reasonable approximation of the estimated potential revenue increase if based on the average yields described in the table. The calculator is being distributed to you for information purposes only and for your private use in preparing your own calculations. While reasonable efforts have been made to ensure the accuracy and reliability of the information and formulas, no guarantee is given or responsibility taken by Syngenta for the accuracy of the calculator or the applicability to your particular circumstances. Always read and follow the individual product labels for correct use rates. SYNGENTA PROVIDES THIS CALCULATOR AND ANY RESULT THEREFROM AS-IS, WHERE-IS, WITH ALL FAULTS AND WITH NO WARRANTY WHATSOEVER, EITHER EXPRESS OR IMPLIED, INCLUDING ANY WARRANTIES OF MERCHANTABILITY AND FITNESS FOR PARTICULAR PURPOSE. YOU ASSUME ANY AND ALL RISKS IN USING THE CALCULATOR AND RELYING ON THE INFORMATION CONTAINED HEREIN. IN NO CIRCUMSTANCES SHALL SYNGENTA BE LIABLE FOR ANY DAMAGES WHATSOEVER, INCLUDING BUT NOT LIMITED TO LOSS OF PROFIT, LOSS OF BUSINESS, LOSS OF SAVINGS OR CONSEQUENTIAL DAMAGES, EVEN IF SYNGENTA HAS BEEN NOTIFIED AS SUCH.

©2020 Syngenta. **Important: Always read and follow label instructions. Some products may not be registered for sale or use in all states or counties. Please check with your local extension service to ensure registration status. Acuron and Lexar EZ are Restricted Use Pesticides.** Acuron®, Callisto®, Lexar®, Trivapro® the Alliance Frame, the Purpose Icon and the Syngenta logo are trademarks of a Syngenta Group Company. Corvus®, Harness® and Roundup PowerMAX® are trademarks of Bayer. Resicore® and SureStart® are trademarks of Dow AgroSciences, LLC. Verdict® is a trademark of BASF Corporation.

*Acuron yield advantage range based on 2016 Syngenta and university replicated trials comparing Acuron to Corvus, Resicore, SureStart II and Verdict applied preemergence at full label rates. For more information on Acuron versus an individual product, ask your Syngenta representative.

**Based on shade avoidance research published in 2010 by Dr. Clarence Swanton, University of Guelph, Ontario, Canada.

***2006 Syngenta trial: York, NE.


