# EXHIBIT 12

# Status® Herbicide

Herbicide

**Grow Smart™ with BASF**

# Status® Herbicide Delivers the Strongest POST Corn Burndown on Large Weeds

## Benefits of Status Herbicide

- Superior weed control and corn crop safety compared to other dicamba and mesotrione containing products on the market because it has two active ingredients plus a safener
- Two sites of action give superior efficacy (Dicamba: group 4 and Diflufenzopyr: group 19)

## Status Herbicide vs. DiFlexx®

- Status herbicide contains TWO active ingredients, dicamba + diflufenzopyr (DFFP) plus a safener
- DiFlexx herbicide contains one active ingredient, dicamba, plus a safener (no weed efficacy)
- Status herbicide is fast acting, highly effective on a wide range of broadleaf weeds, and has excellent corn safety

## 2015 Replicated Research Trials: Status Herbicide vs. DiFlexx



| | % Green Snapped Plants | % Corn Yield Reduction |
|---|---|---|
| DiFlexx 16 fl oz/A | 37 | 33 |
| DiFlexx 12 fl oz/A | 30 | 26 |
| DiFlexx 8 fl oz/A | 19 | 15 |
| Status Herbicide 5 oz/A | 15 | 4 |
| Check | 6 | 0 |



**DiFlexx (8 fl oz/A)**



**Status Herbicide (5 oz/A)**

Agricultural Research of Wisconsin LLC, Purdue University, Story City, IA. BASF Research Farm, Warnke Research, Geneva, MN. The Status herbicide treatment included 0.25% v/v NIS + AMS, and DiFlexx treatments included 1% v/v COC + AMS. "Bar Test" was performed two days after application to 14" tall corn to induce green snap. BASF sponsored trials, 2015.

**Technical Information Bulletin**



We create chemistry

Case 1:22-cv-00828-TDS-JEP   Document 232-12   Filed 07/19/24   Page 2 of 3

## Product Label Comparison

| Product | Controls Weeds Bigger than 6 Inches* | Speed of Control** | Controls HPPD Resistant Weeds | Max. Crop Rotational Interval* | # Sites of Action |
|---|---|---|---|---|---|
| Status® Herbicide | Yes | Faster | Yes | 4 months | 2 |
| Callisto® | No | Slower | No | 18 months*** | 1 |
| Laudis® | No | Slower | No | 18 months† | 1 |

*Source: Product labels. **Relative to solo dicamba (e.g., DiFlexx). ***Includes dry beans, sugar beets and other rotational crops. †Includes some varieties of dry beans, sunflowers and other rotational crops (sugar beets and some dry beans have rainfall requirement).

## Differences in Weed Control for Status Herbicide, Callisto and Laudis

| Weeds | Status Herbicide | Callisto | Laudis |
|---|---|---|---|
| Common ragweed | E | F / G | E |
| Dandelion | G | F | P |
| Giant ragweed | E | F | G |
| Kochia | G / E | F | G / E |
| Morningglory | E | F | F |
| Velvetleaf | G | E | E |
| Wild buckwheat | E | F | F |

**Key:** E 91–100% control | G 81–90% control | F 65–80% control | P Less than 65% control

Source: Winfield 2017 Crop Protection Guide.

## Status Herbicide Burns Down Large Weeds



**Untreated** | **Status Herbicide (5 oz/A)‡**

Shelbina, MO. Untreated Photo: 5/20/15, Applied: 5/22/15, Final photo: 6/8/15. Primary weeds: waterhemp, marestail, giant ragweed, and cocklebur. ‡ Full treatment included: Aatrex 4L (1.5 lbs/A) + Glyphosate (32 floz/A) + Zidua® herbicide 2 oz/A + COC (1 pt./A) + AMS.

**To learn more about crop protection products from BASF, visit www.agproducts.basf.us**

**Generic Mesotrione 3 oz/A**

Grower application, Spring 2017, Williamson County, Texas. Photo taken March 23, 2017.





**Always read and follow label directions**
Grow Smart is a trademark and Status and Zidua are registered trademarks of BASF Corporation.
DiFlexx and Laudis are registered trademarks of Bayer CropScience. Callisto is a registered trademark of Syngenta.
©2017 BASF Corporation. All Rights Reserved. APN# 1704011 Status versus Callisto & Laudis-2017


We create chemistry