# EXHIBIT 13



# Aproach® Prima
## FUNGICIDE

## Stopping the clock
### on crop disease

DuPont™ Aproach® Prima fungicide combines multiple active ingredients to effectively stop pathogens and prevent the spread of disease. The result is a healthier corn crop that can deliver higher yield potential and increased revenue per acre.

### Key benefits
- **Better movement. Complete protection.** Aproach Prima fungicide quickly surrounds the surface of the plant, is rapidly absorbed and then moves throughout, providing full protection of each leaf and stem — even those that have yet to emerge. Aproach Prima fungicide also helps protect leaf surfaces near the soil to control diseases where many pathogens originate.
- **Faster uptake. Flexible application.** Uptake of Aproach Prima fungicide occurs on day one, nearly twice as fast as the next leading competitor. It's rainfast within an hour for a more flexible application.
- **More green leaf area. Improved quality.** Aproach Prima fungicide improves green leaf area and chlorophyll production late into the season for stronger, more productive plants.
- **Long-lasting residual. Extended disease control.** With differentiated modes of action, Aproach Prima helps stop the spread of infection, prevent new infection for up to 21 days after treatment and slow disease development.

### Restrictions
- **PHI:** grain and ear - 30 days | silage - 21 days
- **Minimum Treatment Interval:** 7 days
  » Do not exceed 6.8 fluid ounces of product per acre per year
- **Maximum Number of Applications:**
  » Do not exceed two applications of product per year

**Table 1.** Aproach® Prima fungicide for disease control in corn

| Disease Control | | Rate (fl oz/A) | Treatment Instructions |
|---|---|---|---|
| Anthracnose leaf blight | Northern cornleaf spot | 6.8 | Do not exceed 6.8 fl oz of product per acre per year |
| Anthracnose stalk rot | Physoderma brown spot | | |
| Eye spot | Common rust | | |
| Gray leaf spot | Southern rust | | |
| Leaf spots | Southern corn leaf blight | | |
| Northern corn leaf blight | Yellow leaf blight | | |

### Four Movement Properties
quickly surround, penetrate and protect leaves and stems



**Translaminar Movement**
Moves through the leaf surface to protect top and bottom of the leaf



**Xylem Systemic Activity**
Moves through plant tissues to distribute throughout the leaf



**Surface Redistribution**
Protective barrier moves over the leaf surface



**Wax Diffusion Activity**
More consistent coverage across leaf and stem surface



# Aproach® Prima

FUNGICIDE

## Control of Foliar Corn Diseases – 2018
Applied at VT-R3.



Data represent the average of 6 locations: AR, OH, MO, IL, KS

- DuPont™ Aproach® Prima 6.8 oz: 190
- Untreated check: 180.5

## Control of Foliar Corn Diseases – 2018
Applied at VT-R3.



Data represent the average of 4 locations: OH, MO, IL

- Aproach Prima 6.8 oz: 174.1
- Headline Amp 10 oz: 170.4
- Untreated check: 166.4

## Control of Foliar Corn Diseases – 2018
Applied at VT-R3.



Data represent the average of 6 locations: AR, OH, IL

- Aproach Prima 6.8 oz: 218.8
- Trivapro 13.7 oz: 219.7
- Headline Amp 10 oz: 214.2
- Untreated check: 212.3

Visit us at corteva.us

®,™Trademark of Dow AgroSciences, DuPont or Pioneer and their affiliated companies or respective owners. This reference guide is not intended as a substitute for the product label for the product(s) referenced herein. Product labels for the above product(s) contain important precautions, directions for use, and product warranty and liability limitations, which must be read before using the product(s). Applicators must be in possession of the product label(s) at the time of application. Always read and follow all label direction and precautions for use when using any pesticide alone or in tank-mix combinations. Aproach Prima is not registered for sale or use in all states. Contact your state pesticide regulatory agency to determine if a product is registered for sale or use in your state. Always read and follow label directions. ©2019 Corteva   CA01-601-028   COR (07/19)

CORTEVA agriscience™