# EXHIBIT 14

# AUTHORITY® ASSIST HERBICIDE
## BROADLEAF CONTROL WITH GRASS ASSIST
TECHNICAL BULLETIN | **SOYBEANS**

Group 2, 14 Herbicide

### APPLICATION GUIDELINES

| | |
|---|---|
| Application Timing | Apply preplant up to three days after planting. |
| Use Rates | 6 – 12 fl. oz./A. See label for specific soil, OM use rate recommendations. Use high rates for soils of pH less than 7.0 and lower rates for pH greater than 7.0 within the rate ranges. Do not apply more than 12.0 oz./A per year. |

### USE RATES BY SOIL TEXTURE – FL. OZ./A

| ORGANIC MATTER % | COARSE | MEDIUM | FINE |
|---|---|---|---|
| >1 – 2% | 6 – 8 | 8 – 10 | 10 – 12 |
| 2 - 4% | 8 – 10 | 10 – 12 | 12 |

### ROTATIONAL CROP GUIDELINES

| | |
|---|---|
| Wheat, Lima Beans | 4 months |
| Rye | 4 months<br>18 months (MN/ND north of Hwy #210) |
| Tobacco, Barley | 9.5 months |
| Corn, Field* and Seed | 10 months |
| Alfalfa | 12 months |
| Cotton, Sunflowers | 18 months |
| Sweet Corn, Sorghum | 18 months |

*IR, Clearfield® and IMR corn hybrids may be planted after four months where Authority Assist herbicide was applied at 4 oz. or less.

### BENEFITS

- Can be used on LibertyLink®, Roundup Ready®, Roundup Ready® 2 Xtend, or non-GMO soybeans.
- Can also be used in an Enlist Duo® herbicide system on Enlist E3™ soybeans.
- Excellent foundational broadleaf herbicide for unmatched residual control of small-seeded broadleaf weeds. Controls waterhemp, pigweed, nightshade, lambsquarters, kochia, morningglories, smartweed, velvetleaf, wild buckwheat and nutsedge.
- Provides excellent suppression of early-season grasses (foxtails, shattercane) to allow for reduced postemerge trips in-season.
- For resistant weed populations, use higher rate in recommended rate range from label for longer residual control.
- Tank mix with other herbicides for full-season grass control or use as part of a planned pre/post program.
- For no-till, add Aim® EC herbicide 0.75 fl. oz. + 2,4-D 1 pt./A + COC 1% or other appropriate burndown program.
- Active Ingredient: Imazethapyr, Sulfentrazone.


Untreated


Authority Assist herbicide 9 fl. oz./A SDSU.
Pictures 30 days after planting.



**SOYBEAN PREEMERGENCE COMPARISONS**
ISU trials 2012 (Ames & Nashua)

% Control

| Product | Lambsquarters | Velvetleaf |
|---|---|---|
| Authority® Assist herbicide 12 fl. oz. | 99 | 81 |
| Valor® herbicide 3 fl. oz. | 70 | 35 |
| Fierce® herbicide 3 fl. oz. | 84 | 54 |
| Prefix® herbicide 2 pt. | 87 | 12 |

**Engenia herbicide is a Restricted Use Pesticide.** Always read and follow all label directions, precautions and restrictions for use. Some products may not be registered for sale or use in all states. FMC, the FMC logo, Aim and Authority are trademarks of FMC Corporation or an affiliate. LibertyLink, Clearfield and Engenia are trademarks of BASF. Roundup Ready is a trademark of Monsanto Technology LLC. Valor and Fierce are trademarks of Valent USA. Prefix is a trademark of Syngenta Group Company. Enlist One and Enlist E3 are trademarks of Dow AgroSciences LLC. Enlist One is the only 2,4-D product authorized for use with Enlist crops. ©2019 FMC Corporation. All rights reserved. 18-FMC-2251 09/19



