# EXHIBIT 15

# [PLACEHOLDER FOR DOCUMENT FILED UNDER SEAL]