UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>STATE OF CALIFORNIA,<br>STATE OF COLORADO,<br>STATE OF ILLINOIS,<br>STATE OF INDIANA,<br>STATE OF IOWA,<br>STATE OF MINNESOTA,<br>STATE OF NEBRASKA,<br>STATE OF OREGON,<br>STATE OF TEXAS,<br>and<br>STATE OF WISCONSIN,<br><br>        Plaintiffs,<br><br>   v.<br><br>SYNGENTA CROP PROTECTION AG,<br>SYNGENTA CORPORATION,<br>SYNGENTA CROP PROTECTION, LLC,<br><br>   and<br><br>CORTEVA, INC.,<br><br>        Defendants. | Case No. 1:22-CV-828<br><br>**NOTICE OF SPECIAL APPEARANCE OF COUNSEL** |

Pursuant to Local Civil Rule 83.1(d), and Magistrate Judge Peake's October 17, 2022 Order granting leave for Plaintiff States to enter Notices of Special Appearance in this case without association of local counsel [Doc. #26], the following attorney hereby appears on behalf of Plaintiff State of Indiana and requests service of all communications, pleadings, and notices affecting this action:

Jennifer Linsey
Deputy Attorney General
Office of the Indiana Attorney General
302 W. Washington St., IGCS 5th Floor
Indianapolis, IN 46204
Telephone: (463) 261-7401
Email: jennifer.linsey@atg.in.gov

Ms. Linsey certifies she is an active member in good standing of the State of Indiana Bar and further certifies that he understands that, by entering an appearance, she submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-captioned civil action for which she is specially appearing and that she will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials, and other proceedings.

This is the 23rd day of July, 2024.        Respectfully submitted,

       */s/ Jennifer Linsey*
       Jennifer Linsey
       (IN Bar – 38253-15)
       Deputy Attorney General
       Office of the Indiana Attorney General
       302 W. Washington St., IGCS 5th Floor
       Indianapolis, IN 46204
       Telephone: (463) 261-7401
       Email: Jennifer.linsey@atg.in.gov

       *Counsel for Plaintiff State of Indiana*
       *Appearing pursuant to LR 83.1*

## CERTIFICATE OF SERVICE

    I, Matthew Michaloski, hereby certify that on July 23, 2024, I electronically filed the foregoing NOTICE OF SPECIAL APPEARANCE with the Clerk of the Court using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

    */s/ Jennifer Linsey*
Jennifer Linsey
Deputy Attorney General
Office of the Indiana Attorney General
302 W. Washington St., IGCS 5th Floor
Indianapolis, IN 46204
Telephone: (463) 261-7401
Email: jennifer.linsey@atg.in.gov