# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SYNGENTA CROP PROTECTION AG, et al., <br><br> Defendants. | CASE NO. 1:22-CV-828-TDS-JEP <br><br> **DECLARATION OF MAXIMILIAN AUERBACH IN SUPPORT OF DEFENDANT CORTEVA INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY** |

I, Maximilian Auerbach, declare as follows:

1. I am an associate of the law firm of Cravath, Swaine & Moore LLP. I am counsel for Defendant Corteva, Inc. ("Corteva") in the above- titled action. I am a member in good standing of the bar of the State of New York.

2. I submit this declaration in support of Defendant Corteva, Inc.'s Opposition to Plaintiffs' Motion to Compel Discovery.

3. A true and correct copy of excerpts from the Economic White Paper Regarding Corteva's Loyalty Programs, dated April 1, 2022, is attached hereto as Exhibit 1.

4. A true and correct copy of the Letter from M. Segall to M. Turner Regarding Specification 18, dated October 2, 2020, is attached hereto as Exhibit 2.

5. A true and correct copy of the Letter from M. Segall to M. Turner Regarding Cost Margin Data, dated October 14, 2020, is attached hereto as Exhibit 3.

6. A true and correct copy of the Letter from M. Turner to N. Peles Regarding Corteva's Data Call, dated August 4, 2020, is attached hereto as Exhibit 4.

I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on July 26, 2024 in New York, New York.

*/s/ Maximilian Auerbach*
Maximilian Auerbach