# Exhibit 5

**[PLACEHOLDER FOR DOCUMENT FILED UNDER SEAL]**