# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN,<br><br>    Plaintiffs,<br><br>    v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC.,<br><br>    Defendants. | Case No. 1:22-cv-00828-TDS-JEP<br><br>**REPLY DECLARATION OF ALLYSON M. MALTAS IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY OF SYNGENTA DEFENDANTS**<br><br>**[PUBLIC VERSION]** |

I, Allyson M. Maltas, do hereby declare and state as follows:

1. I am an active member in good standing of the bar of the District of Columbia. I am a Senior Trial Counsel in the Bureau of Competition of the Federal Trade Commission ("FTC"), an agency of the United States Government, and I am representing the FTC in the above-captioned action. I have personal knowledge of the matters set forth in this Declaration.

2. I respectfully submit this Reply Declaration In Support of Plaintiffs' Motion To Compel Discovery of Syngenta Defendants.

3. Attached as Exhibit AB is a true and correct copy of *The Public Institution for Social Security v. Al Wazzan*, [2023] EWHC 1065 (Comm), obtained from https://www.bailii.org/ew/cases/EWHC/Comm/2023/1065.html.

4. Attached as Exhibit AC is a true and correct copy of the Swiss Federal Supreme Court's decision in the *Swisspartners* case, 6B_216/2020 (Nov. 1, 2021), obtained from https://www.bger.ch/ext/eurospider/live/de/php/aza/http/index.php?highlight_docid=aza%3A%2F%2Faza://01-11-2021-6B_216-2020&lang=de&zoom=&type=show_document.

Executed on July 29, 2024.

                               /s/ Allyson M. Maltas

                               ALLYSON M. MALTAS
                               Senior Trial Counsel
                               Federal Trade Commission
                               Bureau of Competition
                               600 Pennsylvania Avenue, NW
                               Washington, DC 20580
                               Telephone: (202) 326-3646
                               Email: amaltas@ftc.gov