IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN,<br><br>    Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION, AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC.,<br><br>    Defendants. | CASE NO. 1:22-CV-828-TDS-JEP<br><br>**NOTICE OF SPECIAL APPEARANCE OF THOMAS W. HAZLETT** |

Pursuant to Local Rule of Civil Practice 83.1(d), the following attorney provides notice to the Court and all parties that they will appear as counsel in this action on behalf of defendant Corteva, Inc.:

    Thomas W. Hazlett
    BALLARD SPAHR LLP
    1735 Market Street, 51st Floor
    Philadelphia, Pennsylvania 19103-7599
    Telephone: (215) 665-8500
    HazlettT@ballardspahr.com

DMFIRM #413252959 v1

Case 1:22-cv-00828-TDS-JEP   Document 241   Filed 08/01/24   Page 1 of 2

Please direct all future filings, correspondence, notices, and other communication regarding this matter to this attorney.

In accordance with Local Civil Rule 83.1(d)(1), this attorney appears in association with Mark E. Anderson, a member of the bar of this Court.

    /s/ *Thomas W. Hazlett*
Thomas W. Hazlett
 hazlettt@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103-7599
Telephone: 215.665.8500

    /s/ *Mark E. Anderson*
Mark E. Anderson (Bar No. 15764)
 manderson@mcguirewoods.com
MCGUIREWOODS LLP
501 Fayetteville Street, Suite 500
Raleigh, North Carolina 27601
Telephone: (919) 755-6600
Facsimile: (919) 755-6699

*Attorneys for Defendant Corteva, Inc.*

Date: August 1, 2024