IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE STATE OF TEXAS, STATE OF WASHINGTON and STATE OF WISCONSIN, <br><br>Plaintiffs, <br><br>v. <br><br>SYNGENTA CROP PROTECTION, AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC., <br><br>Defendants. | CASE NO. 1:22-CV-828-TDS-JEP <br><br>**NOTICE OF SPECIAL APPEARANCE OF JASON A. LECKERMAN** |

Pursuant to Local Rule of Civil Practice 83.1(d), the following attorney provides notice to the Court and all parties that they will appear as counsel in this action on behalf of defendant Corteva, Inc.:

> Jason A. Leckerman
> Ballard Spahr LLP
> 1735 Market Street, 51st Floor
> Philadelphia, PA 19103
> Telephone: (215) 665-8500
> leckermanj@ballardspahr.com

DMFIRM #413293878 v1

Please direct all future filings, correspondence, notices, and other communication regarding this matter to this attorney.

In accordance with Local Civil Rule 83.1(d)(1), this attorney appears in association with Mark E. Anderson, a member of the bar of this Court.

/s/ *Jason A. Leckerman*
Jason A. Leckerman
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: (215) 665-8500
leckermanj@ballardspahr.com

/s/ *Mark E. Anderson*
Mark E. Anderson (Bar No. 15764)
 manderson@mcguirewoods.com
MCGUIREWOODS LLP
501 Fayetteville Street, Suite 500
Raleigh, North Carolina 27601
Telephone: (919) 755-6600
Facsimile: (919) 755-6699

*Attorneys for Defendant Corteva, Inc.*

Date: August 1, 2024