UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE STATE OF TEXAS, STATE OF WASHINGTON and STATE OF WISCONSIN, <br><br> Plaintiffs, <br><br> v. <br><br> SYNGENTA CROP PROTECTION, AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC., <br><br> Defendants. | Case No. 1:22-cv-828-TDS-JEP <br><br> **NOTICE OF SPECIAL APPEARANCE OF EMILIA MCKEE VASSALLO** |

Pursuant to Local Civil Rule 83.1(d), the following attorney provides notice to the Court and all parties that she will appear as counsel in this action behalf of defendant Corteva, Inc.:

> Emilia McKee Vassallo
> Ballard Spahr LLP
> 1735 Market Street, 51st Floor
> Philadelphia, PA 19103
> Telephone: (215) 665-8500
> mckeevassalloe@ballardspahr.com

Please direct all future filings, correspondence, notices and other communication regarding this matter to this attorney.

In accordance with Local Rule 83.1(d)(1), this attorney appears in association with Mark E. Anderson, a member of the bar of this Court.

This 6th day of August 2024.

/s/ Emilia McKee Vassallo
Emilia McKee Vassallo
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103 Telephone:
(215) 665-8500
mckeevassalloe@ballardspahr.com

/s/ Mark E. Anderson
Mark E. Anderson (Bar No. 15764)
McGuireWoods LLP 501 Fayetteville Street, Suite 500 Raleigh, NC 27601
Telephone: (919) 755-6600
Facsimile: (919) 755-6699
manderson@mcguirewoods.com

*Attorneys for Defendant Corteva, Inc.*