IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG, et al.,<br><br>Defendants. | Case No. 1:22-cv-00828-TDS-JEP<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

Pursuant to Local Civil Rule 83.1(e)(2), Plaintiff State of Indiana respectfully submits this Notice of Withdrawal and Substitution of Counsel for Matthew Michaloski in the above-captioned matter. Matthew Michaloski hereby withdraws as attorney of record the Plaintiff State of Indiana in the above-captioned matter. Plaintiff State of Indiana will continue to be represented by Christi Foust, Scott Barnhart, Jennifer Linsey and Jesse Moore, who have previously entered appearances on behalf of Plaintiff State of Indiana.

Dated: September 24, 2024

        Respectfully submitted,

        By: */s/ Matthew Michaloski*
        Matthew Michaloski
        Deputy Attorney General
        Attorney Reg. No. 35313-49
        Office of Indiana Attorney General Todd Rokita
        Indiana Government Center South
        302 W. Washington Street 5th Floor
        Indianapolis, IN 46204
        Telephone: 317-234-1479
        Matthew.Michaloski@atg.in.gov

# CERTIFICATE OF SERVICE

     I hereby certify that on September 24, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of the filing will be sent to the following counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                    */s/Matthew Michaloski*
                    Matthew Michaloski
                    Deputy Attorney General
                    Office of Indiana Attorney General Todd Rokita
                    Indiana Government Center South
                    302 W. Washington Street 5th Floor
                    Indianapolis, IN 46204
                    Telephone: 317-234-1479
                    Matthew.Michaloski@atg.in.gov