UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC.,<br><br>Defendants. | Case No. 1:22-cv-00828-TDS-JEP |
| IN RE CROP PROTECTION PRODUCTS LOYALTY PROGRAM ANTITRUST LITIGATION | Case No: 1:23-md-3062-TDS-JEP |

**JOINT CONSENT MOTION FOR ENTRY OF
SUPPLEMENTAL SCHEDULING ORDER FOR THIRD PARTY SUBPOENAS**

Pursuant to this Court's October 24, 2024 direction (Minute Entry 10/24/2024), all Plaintiffs and Defendants in the above-captioned actions, (together, the "Parties"), by and through their undersigned attorneys, respectfully submit this Joint Motion for Entry of Supplemental Scheduling Order for Third Party Subpoenas. The Parties certify that,

consistent with Local Rule 37.1(a), they have conferred with opposing counsel in both above-captioned cases on the content of the Supplemental Scheduling Order as directed by this Court and have agreed that the Supplemental Scheduling Order reflects this Court's direction and is otherwise agreeable to the Parties.

Dated: October 29, 2024 Respectfully submitted,

/s/ Allyson M. Maltas
ALLYSON M. MALTAS
Senior Trial Counsel
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-3646
Email: amaltas@ftc.gov

KARNA ADAM
JOSEPH R. BAKER
WESLEY G. CARSON
ROBERT Y. CHEN
ELIZABETH A. GILLEN
PHILIP J. KEHL
LAUREN B. PATTERSON
MICHAEL J. TURNER

*Attorneys for Plaintiff Federal Trade Commission*

s/ Nicole S. Gordon
NICOLE S. GORDON
Deputy Attorney General
Office of the California Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94610
Telephone: (415) 510-4400
Email: nicole.gordon@doj.ca.gov

*Attorney for Plaintiff State of California*

/s/ Conor J. May
JAN M. ZAVISLAN
Senior Counsel
CONOR J. MAY
Assistant Attorney General
Colorado Department of Law
Office of the Attorney General
Ralph L. Carr Judicial Center
1300 Broadway, 7th Floor
Denver, CO 80203
Telephone: (720) 508-6000
Email: Jan.Zavislan@coag.gov
       Conor.May@coag.gov

*Attorneys for Plaintiff State of Colorado*

/s/ Paul J. Harper
PAUL J. HARPER
Assistant Attorney General, Antitrust
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, IL 60603
Telephone: (312) 814-3000
Email: paul.harper@ilag.gov

*Attorney for Plaintiff State of Illinois*

/s/ Noah Goerlitz
NOAH GOERLITZ
Assistant Attorney General
Office of the Iowa Attorney General
1305 E. Walnut St.
Des Moines, IA 50319
Telephone: (515) 725-1018
Email: noah.goerlitz@ag.iowa.gov

*Attorney for Plaintiff State of Iowa*

/s/ Christi Foust
CHRISTI FOUST
Deputy Attorney General
SCOTT BARNHART
Chief Counsel and Director of Consumer Protection
Office of the Indiana Attorney General
Indiana Government Center South – 5th Fl.
302 W. Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 234-1479
Email:
    christi.foust@atg.in.gov
    scott.barnhart@atg.in.gov

*Attorneys for Plaintiff State of Indiana*

/s/ Katherine Moerke
KATHERINE MOERKE
JASON PLEGGENKUHLE
ELIZABETH ODETTE
Assistant Attorneys General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Telephone: (651) 296-3353
Email: katherine.moerke@ag.state.mn.us
    jason.pleggenkuhle@ag.state.mn.us
    elizabeth.odette@ag.state.mn.us

*Attorneys for Plaintiff State of Minnesota*

4

/s/ Colin P. Snider
COLIN P. SNIDER
Office of the Attorney General of Nebraska
2115 State Capitol Building
Lincoln, NE 68509
Telephone: (402) 471-3840
Email: Colin.Snider@nebraska.gov

*Attorneys for Plaintiff State of Nebraska*

/s/ Hamilton Millwee
HAMILTON MILLWEE
Assistant Attorney General
Office of the Attorney General of Tennessee
P.O. Box 20207
Nashville, TN 37202
Telephone: (615) 291-5922
Email: Hamilton.Millwee@ag.tn.gov
        Tate.Ball@ag.tn.gov

*Attorneys for Plaintiff State of Tennessee*

/s/ Luminita Nodit
LUMINITA NODIT
Assistant Attorney General,
Antitrust Division
Washington State Office
of the Attorney General
800 Fifth Ave., Suite 2000
Seattle, WA 98104
Telephone: (206) 254-0568
Email: Lumi.Nodit@atg.wa.gov

*Attorney for Plaintiff State of Washington*

/s/ Timothy D. Smith
TIMOTHY D. SMITH
Senior Assistant Attorney General
Antitrust and False Claims Unit
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 934-4400
Email: tim.smith@doj.state.or.us

*Attorney for Plaintiff State of Oregon*

/s/ William Shieber
JAMES LLOYD
Chief, Antitrust Division
TREVOR YOUNG
Deputy Chief, Antitrust Division
WILLIAM SHIEBER
Assistant Attorney General
Office of the Attorney General of Texas
300 West 15th Street
Austin, TX 78701
Telephone: (512) 936-1674
Email: William.Shieber@oag.texas.gov

*Attorneys for Plaintiff State of Texas*

/s/ Laura E. McFarlane
LAURA E. MCFARLANE
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 266-8911
Email: mcfarlanele@doj.state.wi.us

*Attorney for Plaintiff State of Wisconsin*

| | |
|---|---|
| */s/ Daniel L. Brockett*  <br>Daniel L. Brockett (pro hac vice)  <br>QUINN EMANUEL URQUHART &  <br>SULLIVAN, LLP  <br>51 Madison Avenue, 22nd Floor  <br>New York, New York 10010  <br>Tel. (212) 849-7345  <br>Facsimile (212) 849-7100  <br>danbrockett@quinnemanuel.com  <br>*Interim Class Counsel* | */s/ Jay J. Chaudhuri*  <br>Jay J. Chaudhuri  <br>N.C. State Bar No. 27747  <br>COHEN MILSTEIN SELLERS & TOLL PLLC  <br>50 Fayetteville St., Suite 980  <br>Raleigh, NC 27601  <br>Telephone (919) 890-0560  <br>Facsimile (919) 890-0567  <br>jchaudhuri@cohenmilstein.com  <br>*Interim Class Counsel* |
| Steig D. Olson (pro hac vice)  <br>QUINN EMANUEL URQUHART &  <br>SULLIVAN, LLP  <br>51 Madison Avenue  <br>New York, New York 10010  <br>Phone (212) 849-7231  <br>Fax (212) 849-7100  <br>steigolson@quinnemanuel.com  <br>*Interim Class Counsel* | Michael B. Eisenkraft (pro hac vice)  <br>COHEN MILSTEIN SELLERS & TOLL PLLC  <br>88 Pine Street, 14th Floor  <br>New York, New York 10005  <br>Telephone (212) 838-7797  <br>Facsimile (212) 838-7745  <br>meisenkraft@cohenmilstein.com  <br>*Interim Class Counsel* |
| Sami H. Rashid (pro hac vice)  <br>QUINN EMANUEL URQUHART &  <br>SULLIVAN, LLP  <br>51 Madison Avenue, 22nd Floor  <br>New York, New York 10010  <br>Tel. (212) 849-7237  <br>Facsimile (212) 849-7100  <br>samirashid@quinnemanuel.com  <br>*Interim Class Counsel* | Nina Jaffe-Geffner (pro hac vice)  <br>COHEN MILSTEIN SELLERS & TOLL PLLC  <br>1100 New York Avenue, Suite 500, NW  <br>Washington D.C. 20005  <br>Tel: (202) 408-4600  <br>Njaffegeffner@cohenmilstein.com  <br>*Interim Class Counsel* |

Jeremy Andersen (pro hac vice)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Tel. (213) 443-3685
Facsimile (213) 443-3100
jeremyandersen@quinnemanuel.com
*Interim Class Counsel*

/s/ Vincent Briganti
LOWEY DANNENBERG, PC
Vincent Briganti (pro hac vice)
Christian Levis (pro hac vice)
Margaret MacLean (pro hac vice)
Roland R. St. Louis, III (pro hac vice)
44 South Broadway, Suite 1100
White Plains, New York 10601
Tel. (914) 997-0500
Fax: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
rstlouis@lowey.com
*Interim Class Counsel*

/s/ Lyn K. Broom
Richard L. Pinto N.C. State Bar No. 9412
Kenneth Kyre, Jr. N.C. State Bar No. 7848
Lyn K. Broom N.C. State Bar No. 17674
PINTO COATES KYRE & BOWERS,
PLLC
3202 Brassfield Road
Greensboro, NC 27410
Tel: (336) 282-8848
Facsimile: (336) 282-8409
rpinto@pckb-law.com
kkyre@pckb-law.com
lbroom@pckb-law.com
*Liaison Counsel*

/s/ Christopher M. Burke
Christopher M. Burke
Walter Noss
Yifan (Kate) Lv
KOREIN TILLERY PC
707 Broadway, Suite 1410
San Diego, CA 92101
Tel: (619) 625-5621
cburke@koreintillery.com
wnoss@koreintillery.com
klv@koreintillery.com
*Interim Class Counsel*

| | |
|---|---|
| */s/ Patrick M. Kane* | */s/ Mark E. Anderson* |

| | |
|---|---|
| Patrick M. Kane<br>N.C. Bar No. 36861<br>pkane@foxrothschild.com<br>FOX ROTHSCHILD LLP<br>230 N. Elm Street, Suite 1200<br>PO Box 21927 (27420)<br>Greensboro, NC  27401<br>Telephone:  336.378.5200<br>Facsimile:  336.378.5400<br><br>Paul S. Mishkin*<br>paul.mishkin@davispolk.com<br>David B. Toscano*<br>david.toscano@davispolk.com<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone: (212) 450-4292<br>Facsimile: (212) 701-5292<br><br>*Specially appearing under L.R. 83.1(d)<br><br>*Attorneys for Defendants Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC* | Mark E. Anderson<br>N.C. Bar No. 15764<br>manderson@mcguirewoods.com<br>MCGUIREWOODS LLP<br>501 Fayetteville Street, Suite 500<br>Raleigh, NC 27601<br>Telephone:  919.755.6600<br>Facsimile:  919.755.6699<br><br>David R. Marriott**<br>dmarriott@cravath.com<br>Margaret T. Segall**<br>msegall@cravath.com<br>Jesse M. Weiss**<br>jweiss@cravath.com<br>CRAVATH, SWAINE & MOORE LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Telephone:  (212) 474-1000<br>Facsimile:  (212) 474-3700<br><br>Jason A. Leckerman**<br>LeckermanJ@ballardspahr.com<br>Thomas W. Hazlett**<br>HazlettT@ballardspahr.com<br>Emilia McKee Vassallo**<br>McKeeVassalloE@ballardspahr.com<br>Elizabeth P. Weissert**<br>WeissertE@ballardspahr.com<br>BALLARD SPAHR LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, Pennsylvania 19103-7599<br>Telephone: 215.665.8500<br><br>** Specially appearing under L.R. 83.1(d)<br><br>*Attorneys for Defendant Corteva, Inc.* |