UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC.,<br><br>Defendants. | Case No. 1:22-cv-00828-TDS-JEP |
| IN RE CROP PROTECTION PRODUCTS LOYALTY PROGRAM ANTITRUST LITIGATION | Case No: 1:23-md-3062-TDS-JEP |

**[PROPOSED] STIPULATED SUPPLEMENTAL SCHEDULING ORDER
FOR THIRD PARTY SUBPOENAS**

Following a conference held on October 24, 2024, the Court hereby sets the following deadlines solely with respect to third parties who have, as of October 24, 2024, been served with a subpoena *duces tecum* by plaintiffs in the Government Action ("Covered Third Parties"):

- **October 28, 2024:** Deadline for plaintiffs in the Government Action (Case No. 1:22-cv-00828-TDS-JEP) to (1) provide notice of the identities of the Covered Third Parties, and (2) to notice additional subpoenas *duces tecum*, if any, to those Covered Third Parties under Federal Rule of Civil Procedure 45(a)(4).

- **November 1, 2024:** Deadline for defendants in the above-captioned actions to notice additional subpoenas *duces tecum* to Covered Third Parties under Federal Rule of Civil Procedure 45(a)(4).

- **November 15, 2024:** Deadline for plaintiffs in the MDL Action (Case No: 1:23-md-3062-TDS-JEP) to notice additional subpoenas *duces tecum* to Covered Third Parties under Federal Rule of Civil Procedure 45(a)(4).

- **December 2, 2024:** Deadline for the parties in the above-captioned actions to conclude negotiations with Covered Third Parties regarding subpoenas *duces tecum*.

For good cause shown, the Parties may serve additional subpoenas *duces tecum* on Covered Third Parties, and may continue negotiations with Covered Third Parties, after the deadlines set forth herein.

SO ORDERED.

Dated: _____
UNITED STATES DISTRICT JUDGE