# EXHIBIT E

- File an Annual Report/Amend an Annual Report • Upload a PDF Filing • Order a Document Online • Add Entity to My Email Notification List • View Filings • Print a Pre-Populated Annual Report form • Print an Amended a Annual Report form

# Limited Liability Company

**Legal Name**
Atticus, LLC
**Prev Legal Name**
SynTelus, LLC

# Information

**SosId:** 1402036
**Status:** Current-Active ⓘ
**Date Formed:** 9/22/2014
**Citizenship:** Domestic
**Annual Report Due Date:** April 15th
    Current**Annual Report Status:**
        **Registered Agent:** Canady, Randall V.

# Addresses

**Mailing**
940 NW Cary Parkway, Suite 200
Cary, NC 27513

**Principal Office**
940 NW Cary Parkway, Suite 200
Cary, NC 27513

**Reg Office**
940 NW Cary Parkway, Suite 200
Cary, NC 27513

**Reg Mailing**
940 NW Cary Parkway, Suite 200
Cary, NC 27513

# Company Officials

All LLCs are managed by their managers pursuant to N.C.G.S. 57D-3-20.

**Manager**
Randall Vann Canady
940 NW Cary Parkway, Suite 200

**Manager**
Shanna Marie Waddleton
940 NW Cary Parkway, Suite 200

Cary NC 27513  Cary NC 27513