# EXHIBIT F

| From: | O'Toole, Daniel |
|---|---|
| Sent: | Monday, October 28, 2024 1:47 PM |
| To: | egee@dowdscheffel.com |
| Cc: | mdowd@dowdscheffel.com; English, Melissa; Miller, Benjamin M.; Thomson, Daniel J.; McClammy, James I. |
| Subject: | RE: Syngenta Litigations / Non-Party Discovery - Atticus |

Matt, Elliot,

We are following up on the messages below regarding Syngenta's subpoena. In addition to the several emails below, we have attempted to call you but were unable to reach you or to leave a voicemail.

Atticus states in its R&Os that it is willing to meet and confer regarding the scope of its responses to Syngenta's subpoena, but we have received no response to our outreach over the past month. Please let us know your availability to meet and confer this week.

If we are not able to meet and confer this week and if Atticus continues to avoid engaging in good faith negotiations over Syngenta's subpoena, Syngenta reserves all rights available to it under the Federal Rules.

Best,
Dan

**Daniel O'Toole**

**Davis Polk & Wardwell** LLP
+1 202 962 7166 office
+1 203 883 1123 mobile
daniel.otoole@davispolk.com

---

**From:** O'Toole, Daniel
**Sent:** Thursday, October 17, 2024 4:17 PM
**To:** 'egee@dowdscheffel.com' <egee@dowdscheffel.com>
**Cc:** 'mdowd@dowdscheffel.com' <mdowd@dowdscheffel.com>; English, Melissa <melissa.english@davispolk.com>; Miller, Benjamin M. <benjamin.miller@davispolk.com>; Thomson, Daniel J. <daniel.thomson@davispolk.com>; McClammy, James I. <james.mcclammy@davispolk.com>
**Subject:** RE: Syngenta Litigations / Non-Party Discovery - Atticus

Elliot, Matt,

Following up on the below, can you let us know your availability next week to discuss Atticus's R&O and next steps regarding subpoena compliance?

Best,
Dan

**Daniel O'Toole**

**Davis Polk & Wardwell** LLP
+1 202 962 7166 office
+1 203 883 1123 mobile

[daniel.otoole@davispolk.com](mailto:daniel.otoole@davispolk.com)

---

**From:** O'Toole, Daniel
**Sent:** Monday, September 30, 2024 6:43 PM
**To:** 'egee@dowdscheffel.com' <[egee@dowdscheffel.com](mailto:egee@dowdscheffel.com)>
**Cc:** 'mdowd@dowdscheffel.com' <[mdowd@dowdscheffel.com](mailto:mdowd@dowdscheffel.com)>; English, Melissa <[melissa.english@davispolk.com](mailto:melissa.english@davispolk.com)>; Miller, Benjamin M. <[benjamin.miller@davispolk.com](mailto:benjamin.miller@davispolk.com)>; Thomson, Daniel J. <[daniel.thomson@davispolk.com](mailto:daniel.thomson@davispolk.com)>; McClammy, James I. <[james.mcclammy@davispolk.com](mailto:james.mcclammy@davispolk.com)>
**Subject:** RE: Syngenta Litigations / Non-Party Discovery - Atticus

Elliot, Matt,

Following up on the below, can you let us know your availability to discuss Atticus's R&O and next steps regarding subpoena compliance? We are currently available at the below times this week:

- Wednesday, October 2: 1-2pm; 3:30-4:30pm
- Thursday, October 3: 2-3pm; 3:30-4:30pm
- Friday, October 4: 12:30-2:00pm

Thanks,
Dan


**Daniel O'Toole**

**Davis Polk & Wardwell** LLP
+1 202 962 7166 office
+1 203 883 1123 mobile
[daniel.otoole@davispolk.com](mailto:daniel.otoole@davispolk.com)

---

**From:** O'Toole, Daniel
**Sent:** Thursday, September 19, 2024 2:17 PM
**To:** 'egee@dowdscheffel.com' <[egee@dowdscheffel.com](mailto:egee@dowdscheffel.com)>
**Cc:** 'mdowd@dowdscheffel.com' <[mdowd@dowdscheffel.com](mailto:mdowd@dowdscheffel.com)>; Donald, Cody <[cody.donald@davispolk.com](mailto:cody.donald@davispolk.com)>; English, Melissa <[melissa.english@davispolk.com](mailto:melissa.english@davispolk.com)>; Miller, Benjamin M. <[benjamin.miller@davispolk.com](mailto:benjamin.miller@davispolk.com)>; Thomson, Daniel J. <[daniel.thomson@davispolk.com](mailto:daniel.thomson@davispolk.com)>; McClammy, James I. <[james.mcclammy@davispolk.com](mailto:james.mcclammy@davispolk.com)>
**Subject:** RE: Syngenta Litigations / Non-Party Discovery - Atticus

Elliot, Matt,

Thank you for sending Atticus's R&Os. Would you have availability early next week to discuss? We can be available 2-4 ET on Monday, 10:30-12 ET on Tuesday, or 10-12:30 ET on Wednesday. Please let us know if any of those times work on your end.

Best,
Dan


**Daniel O'Toole**

**Davis Polk & Wardwell** LLP
+1 202 962 7166 office
+1 203 883 1123 mobile
[daniel.otoole@davispolk.com](mailto:daniel.otoole@davispolk.com)

**From:** Elliot Gee <egee@dowdscheffel.com>
**Date:** September 3, 2024 at 9:07:23 PM EDT
**To:** "Miller, Benjamin M." <benjamin.miller@davispolk.com>, "Thomson, Daniel J." <daniel.thomson@davispolk.com>
**Cc:** Matthew Dowd <mdowd@dowdscheffel.com>, "McClammy, James I." <james.mcclammy@davispolk.com>, "Donald, Cody" <cody.donald@davispolk.com>
**Subject: RE: Syngenta Litigations / Non-Party Discovery**


Benjamin,

Please find attached Atticus, LLC's Responses and Objections to Syngenta's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action.

Sincerely,

Elliot Gee
Associate,

1717 Pennsylvania Avenue, NW, Suite 1025 | Washington, DC 20006
Office: 202.559.9175 | Direct: 650.534.5302
http://www.dowdscheffel.com


---

**From:** "Miller, Benjamin M." <benjamin.miller@davispolk.com>
**Date:** Wednesday, August 14, 2024 at 6:41 PM
**To:** Matthew Dowd <mdowd@dowdscheffel.com>, "Thomson, Daniel J." <daniel.thomson@davispolk.com>
**Cc:** "McClammy, James I." <james.mcclammy@davispolk.com>, "Donald, Cody" <cody.donald@davispolk.com>
**Subject:** RE: Syngenta Litigations / Non-Party Discovery

Hi Matt,

Syngenta does not object to a 14-day extension on the R&Os.

Thanks,
Ben

**Benjamin M. Miller**

**Davis Polk & Wardwell** LLP
+1 202 962 7133 office
+1 646 659 5875 mobile
benjamin.miller@davispolk.com

---

**From:** Matthew Dowd <mdowd@dowdscheffel.com>
**Sent:** Wednesday, August 14, 2024 5:18 PM
**To:** Thomson, Daniel J. <daniel.thomson@davispolk.com>; Miller, Benjamin M. <benjamin.miller@davispolk.com>
**Cc:** McClammy, James I. <james.mcclammy@davispolk.com>
**Subject:** Re: Syngenta Litigations / Non-Party Discovery

Benjamin and Dan,

Please confirm that your client does not object to a fourteen-day extension for Atticus to serve its responses and objections to the subpoena. We are in the process of collecting and reviewing responsive documents subject to Atticus's forthcoming responses and objections.

Please let me know if you would like to discuss anything, and I can be available at your convenience.

Best,
Matt

---

**From:** "Thomson, Daniel J." <daniel.thomson@davispolk.com>
**Date:** Tuesday, August 6, 2024 at 8:28 PM
**To:** Matthew Dowd <mdowd@dowdscheffel.com>, "Miller, Benjamin M." <benjamin.miller@davispolk.com>
**Cc:** "McClammy, James I." <james.mcclammy@davispolk.com>
**Subject:** RE: Syngenta Litigations / Non-Party Discovery

Matt,

Please see attached.

Best,
Dan

**Daniel J. Thomson**

+1 212 450 3227 office
+1 347 843 9055 mobile
daniel.thomson@davispolk.com

---

**Davis Polk & Wardwell** LLP
Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's privacy notice for important information on how we process personal data. Our website is at davispolk.com.

---

**From:** Matthew Dowd <mdowd@dowdscheffel.com>
**Sent:** Monday, August 5, 2024 2:58 PM
**To:** Miller, Benjamin M. <benjamin.miller@davispolk.com>
**Cc:** McClammy, James I. <james.mcclammy@davispolk.com>; Thomson, Daniel J. <daniel.thomson@davispolk.com>
**Subject:** Re: Syngenta Litigations / Non-Party Discovery

Ben,

Thank you for the email. We will accept service of the non-party subpoena.

Best,
Matt

Matthew J. Dowd
Dowd Scheffel PLLC

1717 Pennsylvania Avenue, NW
Suite 1025
Washington, D.C. 20006
Direct: (202) 573-3853
Office: (202) 559-9175
[mdowd@dowdscheffel.com](mdowd@dowdscheffel.com)
[http://www.dowdscheffel.com](http://www.dowdscheffel.com)
[http://www.linkedin.com/in/matthewdowd](http://www.linkedin.com/in/matthewdowd)

---

**From:** "Miller, Benjamin M." <[benjamin.miller@davispolk.com](benjamin.miller@davispolk.com)>
**Date:** Friday, August 2, 2024 at 3:55 PM
**To:** Matthew Dowd <[mdowd@dowdscheffel.com](mdowd@dowdscheffel.com)>
**Cc:** "McClammy, James I." <[james.mcclammy@davispolk.com](james.mcclammy@davispolk.com)>, "Thomson, Daniel J."
<[daniel.thomson@davispolk.com](daniel.thomson@davispolk.com)>
**Subject:** Syngenta Litigations / Non-Party Discovery

Matthew,

I am counsel of record to Syngenta in connection with the following cases:  FTC, et al. v.
Syngenta Crop Protection AG, et al., No. 1:22-cv-828-TDS-JEP (M.D.N.C.); In re Crop
Protection Products Loyalty Antitrust Litigation, 1:23-md-3062-TDS-JEP (M.D.N.C.); and State
of Arkansas v. Syngenta Crop Protection AG et al, No. 4:22-cv-1287-BSM (E.D. Ark.).  In
connection with certain of these cases, Syngenta intends to serve a non-party subpoena on
Atticus.

Do you agree to accept service on behalf of Atticus?  Please let us know by the end of Monday.

Thanks,
Ben


**Benjamin M. Miller**

+1 202 962 7133 office
+1 646 659 5875 mobile
[benjamin.miller@davispolk.com](benjamin.miller@davispolk.com)

---

**Davis Polk & Wardwell** LLP

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's privacy notice for important information on how we process personal data. Our website is at davispolk.com.