# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ET AL. )<br>*Plaintiff* )<br>v. ) Case No. 1:22-cv-00828<br>SYNGENTA CROP PROTECTION AG, ET AL. )<br>*Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Trade Commission.

Date: 11/22/2024

/s/ Kristen Van Tine
*Attorney's signature*

Kristen Van Tine (DC Bar - 90027192)
*Printed name and bar number*

Federal Trade Commission
Bureau of Competition
400 7th Street, SW
Washington, DC 20024
*Address*

kvantine@ftc.gov
*E-mail address*

(202) 326-2946
*Telephone number*

(202) 326-3496
*FAX number*