# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### WINSTON-SALEM DIVISION

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN, | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:22-cv-00828-TDS-JEP |
| *Plaintiffs,* | ) ) |
| SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC., | ) ) ) ) ) |
| *Defendants.* | ) ) |
| IN RE CROP PROTECTION PRODUCTS LOYALTY PROGRAM ANTITRUST LITIGATION | ) Case No 1:23-md-3062-TDS-JEP ) ) ) |

## NOTICE OF APPEARANCE OF ROBERT J. MORRIS

Robert J. Morris, a partner in the Raleigh, North Carolina law firm of Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, LLP, hereby gives notice of his appearance as counsel in these actions for non-party Atticus, LLC. Mr. Morris is a member in good standing of the North Carolina State Bar (N.C. State Bar No. 15981) and is

1

admitted to practice before this Court.  Mr. Morris' complete contact information is set forth below.

This the 2nd day of December, 2024.

/s/ Robert J. Morris
Robert J. Morris
N.C. State Bar No. 15981
SMITH, ANDERSON, BLOUNT, DORSETT,
MITCHELL & JERNIGAN, LLP
150 Fayetteville Street
Suite 2300
Raleigh, North Carolina 27601
Telephone: (919) 821-1220
Facsimile: (919) 821-6800
Email: jmorris@smithlaw.com

Attorneys for Atticus, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 2nd day of December, 2024, the foregoing Notice of Appearance of Robert J. Morris was filed with the Clerk using the CM/ECF system, which will send notice hereof to all counsel of record in the above-captioned actions.

This the 2nd day of December, 2024.

/s/ Robert J. Morris
Robert J. Morris
N.C. State Bar No. 15981
SMITH, ANDERSON, BLOUNT, DORSETT,
MITCHELL & JERNIGAN, LLP
150 Fayetteville Street
Suite 2300
Raleigh, North Carolina 27601
Telephone: (919) 821-1220
Facsimile: (919) 821-6800
Email: jmorris@smithlaw.com