IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN, <br><br> *Plaintiffs,* <br><br> SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC., <br><br> *Defendants.* | Case No. 1:22-cv-00828-TDS-JEP |
| IN RE CROP PROTECTION PRODUCTS LOYALTY PROGRAM ANTITRUST LITIGATION | Case No 1:23-md-3062-TDS-JEP |

**NOTICE OF SPECIAL APPEARANCE BY MATTHEW J. DOWD**

Pursuant to Local Civil Rule 83.1(d), Matthew J. Dowd of the Washington D.C. law firm Dowd Scheffel PLLC hereby gives notice of his appearance as counsel in these actions for non-party Atticus, LLC. Mr. Dowd is a member in good standing of the District of Columbia and New York bars. Mr. Dowd appears in association with local counsel Robert

1

J. Morris of Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, LLP of Raleigh, North Carolina.  Mr. Dowd's complete contact information is set forth below.

This the 3rd day of December, 2024.

/s/ Matthew J. Dowd
Matthew J. Dowd
DOWD SCHEFFEL PLLC
1717 Pennsylvania Avenue, NW
Suite 1025
Washington, D.C.  20006
Telephone: (202) 559-9175
Email: mdowd@dowdscheffel.com


/s/ Robert J. Morris
Robert J. Morris
N.C. State Bar No. 15981
SMITH, ANDERSON, BLOUNT, DORSETT,
MITCHELL & JERNIGAN, LLP
150 Fayetteville Street
Suite 2300
Raleigh, North Carolina 27601
Telephone: (919) 821-1220
Facsimile: (919) 821-6800
Email: jmorris@smithlaw.com

Attorneys for Atticus, LLC

2

## CERTIFICATE OF SERVICE

      I hereby certify that, on the 3rd day of December, 2024, the foregoing Notice of Special Appearance of Matthew J. Dowd was filed with the Clerk using the CM/ECF system, which will send notice hereof to all counsel of record in the above-captioned actions.

      /s/ Matthew J. Dowd
Matthew J. Dowd
DOWD SCHEFFEL PLLC
1717 Pennsylvania Avenue, NW
Suite 1025
Washington, D.C. 20006
Telephone: (202) 559-9175
Email: mdowd@dowdscheffel.com