UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> SYNGENTA CROP PROTECTION AG, *et al.*, <br><br> *Defendants.* | Case No. 1:22-cv-828-TDS-JEP |

**NOTICE OF SUBSTITUTION OF COUNCIL**

Pursuant to LR 83.1(e)(1), notice is hereby given that Justin C. McCully substitutes as counsel of record in place of Colin P. Snider for the Plaintiff State of Nebraska. Mr. Snider is leaving the Nebraska Department of Justice effective December 6, 2024. Mr. McCully has already entered an appearance in this case and will continue to represent the State of Nebraska.

**DATED: December 5, 2024**                Respectfully Submitted,

*/s/ Colin P. Snider*

Colin P. Snider
Justin C. McCully
Assistant Attorneys General
**NEBRASKA DEPARTMENT OF JUSTICE**
2115 State Capitol Building
Lincoln, NE 68509
T: (402) 471-7759
E: colin.snider@nebraska.gov
E: justin.mccully@nebraska.gov

*Attorneys for the Plaintiff State of Nebraska*

## CERTIFICATE OF SERVICE

This will certify that on December 5, 2024, I electronically filed the foregoing Notice of Substitution of Counsel using the Court's CM/ECF system, which caused service upon all counsel of record in the above-captioned matter.

/s/ *Colin P. Snider*
Colin P. Snider

*Attorney for the Plaintiff State of Nebraska*