UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN,<br><br>        Plaintiffs,<br><br>        v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC.,<br><br>        Defendants. | Case No. 1:22-cv-00828-TDS-JEP |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Maximilian Auerbach will no longer be associated with Cravath, Swaine & Moore LLP after January 6, 2025 and respectfully requests that Mr. Auerbach's appearance as counsel for Defendant Corteva Inc. be withdrawn. David R. Marriott and the other noticed attorneys of Cravath, Swaine and Moore LLP will continue to serve as counsel for Defendant Corteva, Inc. in the above-referenced action.

January 6, 2025

                                                        */s/ Maximilian Auerbach*
                                                        Maximilian Auerbach
                                                        **Cravath, Swaine & Moore LLP**

Two Manhattan West
375 Ninth Avenue
New York, New York 10001
Tel: (212) 371-1119
mauerbac@cravath.com