# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## WINSTON-SALEM DIVISION

FEDERAL TRADE COMMISSION,
STATE OF CALIFORNIA, STATE OF
COLORADO, STATE OF ILLINOIS,
STATE OF INDIANA, STATE OF IOWA,
STATE OF MINNESOTA, STATE OF
NEBRASKA, STATE OF OREGON,
STATE OF TENNESSEE, STATE OF
TEXAS, STATE OF WASHINGTON, and
STATE OF WISCONSIN,

     Plaintiffs,

v.

Syngenta CROP PROTECTION AG,
SYNGENTA CORPORATION, Syngenta
Crop Protection, LLC, and Corteva, Inc.,

     Defendants.

Case No. 1:22-cv-00828-TDS-JEP

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion To Compel Discovery of Atticus, LLC ("Atticus"), it is hereby ORDERED that the Motion is GRANTED. Atticus is hereby ordered to do the following:

1.     Produce data responsive to Request Nos. 3 and 6 of Plaintiffs' April 29, 2024, Subpoena no later than January 22, 2025;

2.     Propose a search methodology and production schedule for the remaining requests of Plaintiffs' April 29, 2024, Subpoena within forty-eight (48) hours of entry of this Order; and

3.     Substantially comply with Plaintiffs' April 29, 2024, subpoena by February

28, 2025.

Dated: ___, 2025                    _____