# Exhibit E

| | |
|---|---|
| **From:** | Turner, Michael |
| **Sent:** | Monday, September 30, 2024 3:56 PM |
| **To:** | Elliot Gee; Patterson, Lauren; Kendall, Sandra; Chen, Robert |
| **Cc:** | Matthew Dowd |
| **Subject:** | RE: FTC v. Syngenta, 22-cv-00828 (M.D.N.C.): Atticus, LLC First Production |
| **Attachments:** | RE: FTC v. Syngenta, 22-cv-00828 (M.D.N.C.): Subpoena to Atticus, LLC |

Matt and Elliot,

Do you have any updates regarding Atticus' expected production schedule or any response to my request for a description of Atticus' process to collection, review, and produce documents (see attached email)? Also, we have reviewed your data production, and it appears to be comprised of import data. When can we expect sales and other data responsive to requests 3–7 of the Subpoena?

Best,

Mike Turner
Federal Trade Commission
202.326.3649

---

**From:** Elliot Gee egee@dowdscheffel.com
**Sent:** Monday, September 16, 2024 10:03 PM
**To:** Turner, Michael mturner@ftc.gov; Patterson, Lauren lpatterson@ftc.gov; Kendall, Sandra skendall@ftc.gov; Chen, Robert rchen@ftc.gov
**Cc:** Matthew Dowd mdowd@dowdscheffel.com
**Subject:** FTC v. Syngenta, 22-cv-00828 (M.D.N.C.): Atticus, LLC First Production

Dear Michael,

Attached, please find a letter regarding Atticus, LLC's First Production, responsive to the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action served on April 29, 2024. The link to the production is below.

📁 2024-09-16 Production

For security purposes, the corresponding password will be sent under separate cover. The link will expire on September 30, 2024.

Sincerely,

Elliot Gee
Associate,

**DOWD SCHEFFEL PLLC**

1717 Pennsylvania Avenue, NW, Suite 1025 | Washington, DC 20006
Office: 202.559.9175 | Direct: 650.534.5302

1

http://www.dowdscheffel.com