# Exhibit H



# LIMITED LIABILITY COMPANY ANNUAL REPORT

1/6/2022

NAME OF LIMITED LIABILITY COMPANY:  Atticus, LLC

SECRETARY OF STATE ID NUMBER: 1402036        STATE OF FORMATION: NC

REPORT FOR THE CALENDAR YEAR:  2024

Filing Office Use Only
E - Filed Annual Report
1402036
CA202410115634
4/10/2024 10:00

☐ Changes

## SECTION A: REGISTERED AGENT'S INFORMATION

**1.** NAME OF REGISTERED AGENT:  Canady, Randall V.

**2.** SIGNATURE OF THE NEW REGISTERED AGENT: _____

SIGNATURE CONSTITUTES CONSENT TO THE APPOINTMENT

**3.** REGISTERED AGENT OFFICE STREET ADDRESS **& COUNTY**    **4.** REGISTERED AGENT OFFICE MAILING ADDRESS

940 NW Cary Parkway, Suite 200                    940 NW Cary Parkway, Suite 200

Cary, NC 27513 Wake County                        Cary, NC 27513

## SECTION B: PRINCIPAL OFFICE INFORMATION

**1. DESCRIPTION OF NATURE OF BUSINESS:**  Pest control

**2. PRINCIPAL OFFICE PHONE NUMBER:** (984) 465-4754    **3. PRINCIPAL OFFICE EMAIL:** Privacy Redaction

**4.** PRINCIPAL OFFICE STREET ADDRESS                    **5.** PRINCIPAL OFFICE MAILING ADDRESS

940 NW Cary Parkway, Suite 200                    940 NW Cary Parkway, Suite 200

Cary, NC 27513                                    Cary, NC 27513

**6. Select one of the following if applicable. (Optional see instructions)**

☐ The company is a veteran-owned small business

☐ The company is a service-disabled veteran-owned small business

## SECTION C: COMPANY OFFICIALS (Enter additional company officials in Section E.)

| NAME: Randall Vann Canady | NAME: Shanna Marie Waddleton | NAME: |
|---|---|---|
| TITLE: Manager | TITLE: Manager | TITLE: |
| ADDRESS: | ADDRESS: | ADDRESS: |
| 940 NW Cary Parkway, Suite 200 | 940 NW Cary Parkway, Suite 200 | |
| Cary, NC 27513 | Cary, NC 27513 | |

## SECTION D: CERTIFICATION OF ANNUAL REPORT. Section D must be completed in its entirety by a person/business entity.

Randall Vann Canady                                    4/10/2024
_____                            _____
SIGNATURE                                            DATE
Form must be signed by a Company Official listed under Section C of This form.

Randall Vann Canady                                    Manager
_____                            _____
Print or Type Name of Company Official                Print or Type Title of Company Official

## This Annual Report has been filed electronically.

MAIL TO: Secretary of State, Business Registration Division, Post Office Box 29525, Raleigh, NC 27626-0525