UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TEXAS, and STATE OF WISCONSIN, <br><br>　　　　Plaintiffs, <br><br>　v. <br><br> SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, <br><br>　　and <br><br> CORTEVA, INC., <br><br>　　　　Defendants. | Case No. 1:22-CV-828 <br><br> **NOTICE OF SPECIAL APPEARANCE OF COUNSEL** |

Pursuant to Local Civil Rule 83.1(d), and Magistrate Judge Peake's October 17, 2022 Order granting leave for Plaintiff States to enter Notices of Special Appearance in this case without association of local counsel [Doc. #26], the following attorney hereby appears on behalf of Plaintiff State of Colorado and requests service of all communications, pleadings, and notices affecting this action:

ARIC J. SMITH
Assistant Attorney General, Antitrust
Office of the Colorado Attorney General
1300 Broadway, 9th Floor
Denver, CO 80203
Telephone: (720) 508-6000
Email: Aric.Smith@coag.gov

Mr. Smith certifies he is an active member in good standing of the State of Colorado Bar and further certifies that he understands that, by entering an appearance, he submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-captioned civil action for which he is specially appearing and that he will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials, and other proceedings.

DATED this 9th day of January 2025.

Respectfully submitted,

/s/ *Aric J. Smith*
ARIC J. SMITH (CO Bar No. 57461)
Assistant Attorney General, Antitrust
Office of the Colorado Attorney General
1300 Broadway, 9th Floor
Denver, CO 80203
Telephone: (720) 508-6000
Email: Aric.Smith@coag.gov

*Counsel for Plaintiff State of Colorado*
*Appearing pursuant to LR 83.1*

## CERTIFICATE OF SERVICE

I, Aric Smith, hereby certify that on January 9, 2025, I electronically filed the foregoing NOTICE OF SPECIAL APPEARANCE OF COUNSEL with the Clerk of the Court using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

/s/ *Aric J. Smith*
ARIC J. SMITH (CO Bar No. 57461)
Assistant Attorney General, Antitrust
Office of the Colorado Attorney General
1300 Broadway, 9th Floor
Denver, CO 80203
Telephone: (720) 508-6000
Email: Aric.Smith@coag.gov

Counsel for Plaintiff State of Colorado