# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>STATE OF CALIFORNIA,<br>STATE OF COLORADO,<br>STATE OF ILLINOIS,<br>STATE OF INDIANA,<br>STATE OF IOWA,<br>STATE OF MINNESOTA,<br>STATE OF NEBRASKA,<br>STATE OF OREGON,<br>STATE OF TENNESSEE,<br>STATE OF TEXAS,<br>STATE OF WASHINGTON,<br>and<br>STATE OF WISCONSIN,<br><br>    Plaintiffs,<br> v.<br><br>SYNGENTA CROP PROTECTION, AG,<br>SYNGENTA CORPORATION,<br>SYNGENTA CROP PROTECTION, LLC,<br><br>  and<br><br>CORTEVA, INC.,<br><br>    Defendants. | Case No. 1:22-cv-828-TDS-JEP<br><br>**NOTICE OF SPECIAL APPEARANCE OF SHARONMOYEE GOSWAMI** |

  Pursuant to Local Civil Rule 83.1(d), the following attorney provides notice to the Court and all parties that she will appear as counsel in this action on behalf of Defendant Corteva, Inc.:

    Sharonmoyee Goswami
    Cravath, Swaine & Moore LLP
    375 Ninth Avenue
    New York, NY 10001
    Telephone: (212) 474-1000
    sgoswami@cravath.com

Please direct all future filings, correspondence, notices and other communication regarding this matter to this attorney.

In accordance with Local Rule 83.1(d)(1), this attorney appears in association with Mark E. Anderson, a member of the bar of this Court.

This 13th day of January 2025.

*/s/* Sharonmoyee Goswami
Sharonmoyee Goswami
Cravath, Swaine & Moore LLP
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 474-1000
sgoswami@cravath.com


*/s/* Mark E. Anderson
Mark E. Anderson (Bar No. 15764)
McGuireWoods LLP
501 Fayetteville Street, Suite 500
Raleigh, NC 27601
Telephone: (919) 755-6600
Facsimile: (919) 755-6699
manderson@mcguirewoods.com

*Attorneys for Defendant Corteva, Inc.*