# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC.,<br><br>Defendants. | Case No. 1:22-cv-00828-TDS-JEP |
| IN RE CROP PROTECTION PRODUCTS LOYALTY PROGRAM ANTITRUST LITIGATION | Case No: 1:23-md-3062-TDS-JEP |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that Davis Polk & Wardwell LLP has relocated its Washington, DC office to the following as of January 1, 2025:

>Davis Polk & Wardwell LLP
>1050 17th Street, NW
>Washington, DC 20036

The firm's telephone, fax numbers, and email address remain unchanged. Please direct any hard copy service to the new address.

This the 14th day of January 2025.

>*s/Benjamin M. Miller*
>Benjamin M. Miller*
>benjamin.miller@davispolk.com
>DAVIS POLK & WARDWELL LLP
>1050 17th Street, NW
>Washington, DC 20036
>Telephone: (202) 962-7133
>Facsimile: (202) 962-7196
>*Specially appearing under L.R. 83.1(d)
>
>*s/Patrick M. Kane*
>Patrick M. Kane
>N.C. Bar No. 36861
>pkane@foxrothschild.com
>FOX ROTHSCHILD LLP
>230 N. Elm Street, Suite 1200
>PO Box 21927 (27420)
>Greensboro, NC 27401
>Telephone: (336) 378-5200
>Facsimile: (336) 378-5400
>
>*Attorneys for Defendants Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC*