IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:22-cv-828

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG, et al.,<br><br>Defendants. | **NOTICE OF SPECIAL APPEARANCE OF COUNSEL** |

Pursuant to Local Civil Rule 83.1(d), the following attorney hereby appears on behalf of Defendants Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC and requests service of all communications, pleadings, and notices affecting this action:

> Melissa English
> melissa.english@davispolk.com
> DAVIS POLK & WARDWELL LLP
> 450 Lexington Avenue
> New York, NY 10017
> Telephone: 212.450.3434

In accordance with Local Rule 83.1(d)(1), this attorney appears in association with Patrick M. Kane, a member of the bar of this Court.

This the 21st day of January 2025.

    *s/Melissa English*
Melissa English
melissa.english@davispolk.com
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: 212.450.3434


*s/Patrick M. Kane*
Patrick M. Kane
N.C. Bar No. 36861
pkane@foxrothschild.com
FOX ROTHSCHILD LLP
230 N. Elm Street, Suite 1200
PO Box 21927 (27420)
Greensboro, NC  27401
Telephone: 336.378.5200
Facsimile: 336.378.5400

*Attorneys for Defendants Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC*