MDNC (4/3/2024)

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

FEDERAL TRADE COMMISSION, )
et al., )
    Plaintiff(s), )
)  **Case No.:** 1:22-cv-00828-TDS-JEP
v. )
)
SYNGENTA CROP PROTECTION )
AG, et. al., )
    Defendant(s). )

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATION, PARTNERSHIP, TRUST, LIMITED LIABILITY COMPANY, OR OTHER SIMILAR ENTITY THAT IS A PARTY TO, OR THAT APPEARS IN, AN ACTION OR PROCEEDING IN THIS COURT. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

Atticus, LLC    who is Non-Party,
(Name of Party)      (Plaintiff/Moving Party or Defendant)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

   ( ) Yes      (✔) No

2. Does party have any parent entities?

   (✔) Yes      ( ) No

   If yes, identify all parent entities including grandparent, great-grandparent, etc.:
   CSE Life Science Holdings, LLC; SuCitta Stealth, Inc.

3. Does party have any subsidiary or other affiliate entities (corporate or otherwise) that might be affected by the proceeding?

   ( ) Yes       (✔) No

   If yes, identify all subsidiary or other affiliate entities (corporate or otherwise) that might be affected by the proceeding: _____
   _____
   _____

4. Is 10% or more of the stock of the party owned by a publicly held corporation or other publicly held entity?

   ( ) Yes       (✔) No

   If yes, identify all such owners: _____
   _____
   _____

5. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

   ( ) Yes       (✔) No

   If yes, identify entity and nature of interest: _____
   _____
   _____

6. In all cases, pursuant to Fed.R.Civ.P.7.1(a)(2) and Local Rule 7.7(a)(2), the following is a list of all members or partners of __Atticus LLC__ and, in diversity cases, their states of citizenship:
   (name of LLC or LP party)

   | (name of member or partner) | (state of citizenship) |
   |---|---|
   | CSE Life Science Holdings, LLC | |
   | SuCitta Stealth, Inc. | |
   | N/A | |
   | N/A | |

Note: If there are additional members or partners, provide their names, and in diversity cases states of citizenship, on a separate page. If any of the members or partners are an LLC or LP, provide the names, and in diversity cases states of citizenship, of the members or partners on a separate page, using the same method to identify the citizenship of members or partners through any layered entities, traced back to corporations or individuals. *See Capps v. Newmark Southern Region, LLC*, No. 21-1196 (4th Cir. Nov. 16, 2022).

| | |
|---|---|
| /s/ Robert J. Morris | January 22, 2025 |
| (Signature) | (Date) |

## CERTIFICATE OF SERVICE

I hereby certify that, on the 22nd day of January, 2025, the foregoing Disclosure of Corporate Affiliations and Other Entities With a Direct Financial Interest in Litigation was filed with the Clerk using the CM/ECF system, which will send notice hereof to all counsel of record in the above-captioned actions.

This the 22nd day of January, 2025.

/s/ Robert J. Morris
Robert J. Morris
N.C. State Bar No. 15981
SMITH, ANDERSON, BLOUNT, DORSETT,
MITCHELL & JERNIGAN, LLP
150 Fayetteville Street
Suite 2300
Raleigh, North Carolina 27601
Telephone: (919) 821-1220
Facsimile: (919) 821-6800
Email: jmorris@smithlaw.com

4

Case 1:22-cv-00828-TDS-JEP    Document 294    Filed 01/22/25    Page 4 of 4