IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN | ) ) ) ) ) ) ) ) ) ) ) | |
| v. | ) ) ) | 1:22-CV-828 |
| SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC. | ) ) ) ) | |

## **ORDER**

It appearing that the parties have selected, by agreement, JIMMY D. COOLEY, as mediator in this case, *see* Local Rule 83.9d(a), it is therefore:

ORDERED that JIMMY D. COOLEY is appointed mediator in the above-entitled action. *See* Local Rule 83.9d(a). The mediator shall confer with the parties regarding scheduling of the mediated settlement conference, determine the place and time of the conference, and give notice to the parties. *See* Local Rule 83.9e(b). When the mediated settlement conference is completed, the mediator shall submit the required report to the Clerk. *See* Local Rule 83.9f.

This the 24th day of January, 2025.

/s/ Melisa Bond for
LAWRENCE H. CUNNINGHAM
Clerk of Court