IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN,<br><br>*Plaintiffs*<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC.,<br><br>*Defendants.* | Case No. 1:22-cv-00828-TDS-JEP |
| IN RE CROP PROTECTION PRODUCTS LOYALTY PROGRAM ANTITRUST LITIGATION | Case No. 1:23-md-3062-TDS-JEP |

**NON-PARTY ATTICUS, LLC'S NOTICE REGARDING SEALED FILINGS**

Pursuant to the Court's Minute Entry of January 23, 2024 instructing the parties to file motions to seal by January 30, 2025, Non-Party Atticus, LLC ("Atticus") hereby provides notice to the Court that it does not object to the following filings being unsealed and filed by the Clerk on the public docket in their respective proceeding.

These filings were initially filed under seal to allow Atticus time to review the confidentiality of any Atticus information. After further review, Atticus has determined that the Atticus information in these filings does not necessitate filing under seal or redaction.

I. *FTC v. Syngenta Crop Protection AG*, **No. 1:22-cv-00828-TDS-JEP**

1. Dkt. No. 284: Exhibit A to the Joint Status Report;
2. Dkt. No. 292: Non-Party Atticus, LLC's Opposition to Plaintiffs' Motion to Compel Discovery of Non-Party Atticus, LLC; and
3. Dkt. Nos. 292-1, 292-2, 292-3, and 292-4: Exhibits 1-4 to Non-Party Atticus, LLC's Opposition to Plaintiffs' Motion to Compel Discovery.

II. *In re Crop Protection Prods. Loyalty Program Antitrust Litig.*, **No. 1:23-md-3062**

1. Dkt. No. 189: Exhibit A to the Joint Status Report.

Atticus has notified the FTC and the Syngenta Defendants of its intent to withdraw these confidentiality designations and is not aware of any opposition by any party.

Dated: January 30, 2025

Respectfully submitted,

/s/ Robert J. Morris
Robert J. Morris
N.C. State Bar No. 15981
Smith, Anderson, Blount, Dorsett,
Mitchell & Jernigan, LLP
150 Fayetteville Street, Suite 2300
Raleigh, NC 27601
Tel: (919) 821-1220
Facsimile: (919) 821-6800
jmorris@smithlaw.com

Matthew J. Dowd (D.C. Bar No. 998373)*
Robert J. Scheffel (D.C. Bar No. 489490)*
Elliot A. Gee (D.C. Bar No. 90001700)*
Dowd Scheffel PLLC
1717 Pennsylvania Avenue, NW
Suite 1025
Washington, D.C. 20006
Tel: (202) 559-9175
mdowd@dowdscheffel.com
rscheffel@dowdscheffel.com
egee@dowdscheffel.com

* Specially appearing under L.R. 83.1(d)

*Attorneys for Non-Party
Atticus, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 30, 2025, the following was filed with the Court and served on Plaintiffs and Defendants via the Court's electronic filing system:

1. Non-Party Atticus, LLC's Notice Regarding Sealed Filings.

/s/ Robert J. Morris
Robert J. Morris
N.C. State Bar No. 15981
Smith, Anderson, Blount, Dorsett,
Mitchell & Jernigan, LLP
150 Fayetteville Street, Suite 2300
Raleigh, NC 27601
Tel: (919) 821-1220
Facsimile: (919) 821-6800
jmorris@smithlaw.com

*Attorney for Non-Party Atticus, LLC*