# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

FEDERAL TRADE COMMISSION, et al.

    v.

SYNGENTA CROP PROTECTION AG, et al.

Case Number: 1:22CV828

# NOTICE OF HEARING

Take notice that a proceeding in this case has been **SET** as indicated below:

| | |
|---|---|
| PLACE: | Hiram H. Ward Bldg., 251 N. Main St., Winston-Salem, NC |
| COURTROOM NO: | 1 |
| DATE & TIME: | February 28, 2025-10:00 a.m. |
| PROCEEDING: | Hearing on motion to strike jury demand and cross-motion for jury trial |

___

Lawrence H. Cunningham, Clerk

By: /s/ Anita Engle, Deputy Clerk

Date: February 7, 2025

TO: All Counsel and/or Parties of Record