# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC <br><br> and <br><br> CORTEVA, INC., <br><br> Defendants. | CASE NO. 1:22-CV-828-TDS-JEP |

## DEFENDANT CORTEVA'S UNOPPOSED MOTION
## TO CONTINUE HEARING TIME

Defendant Corteva, Inc., by and through its undersigned attorneys and pursuant to Local Rules 6.1(b) & 7.3(j)(3), respectfully moves for a continuance of the hearing on motion to strike jury demand and cross-motion for jury trial currently noticed for February 28, 2025, at 10:00 a.m. (the "Hearing"). Doc. 305. Corteva, Inc. seeks a one-hour continuance of the Hearing until 11:00 a.m. on the same date.

In support of this Motion, Corteva, Inc. states as follows:

(1) Defendant Corteva, Inc. has retained counsel based in New York, NY, and counsel based in Raleigh, NC.

1

(2) Defendant Corteva, Inc. plans to have its New York based counsel undertake the greater share of argument during the Hearing.

(3) Corteva, Inc.'s New York based counsel will be flying into Charlotte the morning of February 28, 2025.

(4) There are no flights that would accommodate timely arrival for a 10:00 a.m. hearing on February 28, 2025.

(5) Corteva, Inc. respectfully requests a short continuance of one hour to allow additional time for its counsel to arrive timely and provide oral advocacy.

(6) Corteva, Inc. makes this request reasonably in advance of the hearing date, as required by Local Rule 6.1(b).

(7) The requested continuance does not affect any other scheduled dates or deadlines.

(8) This Motion is made in good faith and not for the purpose of delay, no party to this proceeding will be prejudiced, and good cause exits for granting this Motion.

(9) Pursuant to LR 6.1(b), undersigned counsel for Corteva, Inc. has consulted with counsel for Plaintiffs, the Federal Trade Commission, and Plaintiffs do not oppose the continuance requested in this Motion.

(10) A proposed Order is submitted herewith.

**WHEREFORE**, Corteva, Inc. respectfully requests that this Court enter an Order granting a one-hour continuance, causing the date and time for the Hearing to become February 28, 2025, at 11:00 a.m.

Respectfully submitted this 13th day of February, 2025.

                        **MCGUIREWOODS LLP**

By:   */s/ Mark E. Anderson*
       Mark E. Anderson (Bar No. 15764)
       manderson@mcguirewoods.com
       501 Fayetteville Street, Suite 500
       Raleigh, North Carolina 27601
       Phone: 919.755.6600
       Fax: 919.755.6699

       *Attorney for Corteva, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of February, 2025, I caused the foregoing UNOPPOSED MOTION TO CONTINUE HEARING TIME, and all attachments thereto, to be filed electronically with the Clerk of Court via the Court's CM/ECF system. Counsel for all parties in this case are registered CM/ECF users and will be served by the CM/ECF System.

    */s/ Mark E. Anderson*
Mark E. Anderson (Bar No. 15764)
manderson@mcguirewoods.com
501 Fayetteville Street, Suite 500
Raleigh, North Carolina 27601
Phone: 919.755.6600
Fax: 919.755.6699