IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC.,<br><br>Defendants. | Case No. 1:22-cv-00828-TDS-JEP |
| IN RE CROP PROTECTION PRODUCTS LOYALTY PROGRAM ANTITRUST LITIGATION | Case No. 1:23-md-3062-TDS-JEP |

## SYNGENTA'S NOTICE
## OF WITHDRAWAL OF MOTION TO COMPEL DISCOVERY OF ATTICUS, LLC

Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC (collectively "Syngenta") hereby give notice of the withdrawal, without prejudice, of their Motion To Compel Non-Party Atticus,

LLC's Subpoena Response under Federal Rules of Civil Procedure 34(c) and 45(d)(2)(B)(i) (Case No. 1:22-cv-00828 Dkt. 265; Case No. 1:23-md-3062 Dkt. 166). In support of this withdrawal, Syngenta states as follows:

1. Syngenta served Atticus a Rule 45 subpoena on August 6, 2024. (*See* Case No. 1:22-cv-00828 Dkt. 265-1; Case No. 1:23-md-3062 Dkt. 166-1).

2. On November 18, 2024, pursuant to Rule 45(d)(2)(B)(i), Syngenta moved for an order compelling Atticus's compliance with the subpoena with respect to documents and data (Case No. 1:22-cv-00828 Dkt. 265; Case No. 1:23-md-3062 Dkt. 166).

3. On January 23, 2025, the Court ordered the Parties to meet and confer on a weekly basis through February 28, 2025, to try to reach an agreement regarding a document collection, review, and production plan for Atticus to substantially complete its production of documents by March 28, 2025. (*See* Case No. 1:22-cv-00828 Minute Entry for 1/23/2025 Proceedings; Case No. 1:23-md-3062 Minute Entry for 1/23/2025 Proceedings).

4. On February 27, 2025, after weekly meet and confers, Syngenta and Atticus agreed on the contours of a plan for Atticus to substantially complete its production of documents in response to both Syngenta's subpoenas and co-Defendant Corteva's subpoenas by March 28, 2025, and therefore resolved the motion to compel dispute.

5.. Syngenta thus withdraws its pending motions to compel without prejudice to re-filing these motions to compel if Atticus does not substantially complete its production of documents by March 28, 2025, or otherwise does not follow the document and data collection, review, and production plan agreed upon between Syngenta and Corteva, on the one hand, and Atticus, on the other hand.

March 11, 2025.

*s/Patrick M. Kane*
Patrick M. Kane
N.C. Bar No. 36861
pkane@foxrothschild.com
Sean T. Placey
N.C. Bar No. 56683
splacey@foxrothschild.com

FOX ROTHSCHILD LLP

230 N. Elm Street, Suite 1200
PO Box 21927 (27420)
Greensboro, NC 27401
Telephone: (336) 378-5200
Facsimile: (336) 378-5400

Charles S. Duggan*
charles.duggan@davispolk.com
James I. McClammy*
james.mcclammy@davispolk.com
Daniel J. Thomson*
daniel.thomson@davispolk.com

DAVIS POLK & WARDWELL LLP

450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4292
Facsimile: (212) 701-5292

Benjamin M. Miller*
benjamin.miller@davispolk.com

DAVIS POLK & WARDWELL LLP

1050 17th Street, NW
Washington DC 20036
Telephone: (202) 962-7133
Facsimile: (202) 962-7196

*Specially appearing under L.R. 83.1(d)

*Attorneys for Defendants Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC*

4