UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN,**<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>**Syngenta CROP PROTECTION AG, SYNGENTA CORPORATION, Syngenta Crop Protection, LLC, and Corteva, Inc.,**<br><br>　　　　　　Defendants. | Case No. 1:22-cv-00828-TDS-JEP |
| **IN RE CROP PROTECTION PRODUCTS LOYALTY PROGRAM ANTITRUST LITIGATION** | Case No: 1:23-md-3062-TDS-JEP |

**JOINT STATUS REPORT REGARDING DISCOVERY DISPUTES**

Pursuant to the Court's March 17, 2025 minute order and January 23, 2025 motion hearing, Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC (collectively, "Syngenta"), Corteva, Inc. ("Corteva," and, together with

Syngenta, "Defendants"), the Plaintiffs in 1:22-cv-00828-TDS-JEP ("Government Plaintiffs"), the Plaintiffs in 1:23-md-3062-TDS-JEP ("MDL Plaintiffs") (together with Government Plaintiffs and Defendants, the "Parties"), and Atticus LLC ("Atticus") hereby submit this Joint Status Report regarding the status of disputes concerning document discovery.

The Parties and Atticus do not believe that there are any discovery disputes presently ripe to raise with the Court and believe that the April 4, 2025 status conference should be cancelled.

## DISPUTES AS TO ATTICUS

**A. Joint Statement of the Parties and Atticus**

The Parties and Atticus do not believe there are any discovery disputes presently ripe to raise with the Court as to Atticus. Syngenta and Government Plaintiffs filed motions to compel discovery from Atticus (Dkt. 166, 280 (1:22-cv-00828-TDS-JEP); Dkt. 265 (1:23-md-3062-TDS-JEP)). This Court addressed the motions to compel on January 23, 2025. The Parties have reached separate agreements with Atticus on the scope of Atticus's document discovery.[1] On March 7, 2025, and March 11, 2025, Government Plaintiffs and Syngenta respectively withdrew their motions to compel based upon those agreements (Dkt. 310, 311 (1:22-cv-00828-TDS-JEP); Dkt. 223 (1:23-md-3062-TDS-JEP)). Based on

---

[1] Although Corteva did not file a motion to compel against Atticus, it participated in the Court-ordered meet and confers regarding the scope of Defendants' subpoenas and together with Syngenta, negotiated the parameters for Atticus's response. Therefore, while Corteva did not previously engage in motions practice, it reserves the right to seek relief should Atticus' production not comply with the agreed-upon parameters.

representations from Atticus's counsel, the Parties believe that Atticus has now satisfactorily complied with the respective agreements reached. On March 28, 2025, Atticus made a document production that Atticus represented reflects substantially complete production of the agreed-upon document production scope. To the extent that Atticus's March 28, 2025 document production does not satisfy Atticus's obligations under its respective agreements with the Parties or is otherwise deficient (e.g., contains technical defects) based upon the Parties' further review, the Parties reserve the right to request that Atticus promptly supplement its document production accordingly and/or to seek further relief from this Court. Counsel for Atticus has indicated that Atticus will continue to work in good faith with the Parties to address any further issues that may arise regarding its production.

### B. Atticus Reservation of Rights

As explained in its letters accompanying the document production on March 28, 2025, Atticus reserves its rights under each applicable Protective Order to (1) clawback any inadvertently produced privileged material, and (2) receive advance notice of the Parties' intent to use Atticus's documents or information in any hearing or pre-trial proceeding. *See* Dkt. No. 202, §§ 8(d), 17 (1:22-cv-00828-TDS-JEP); Dkt. No. 165, §§ 8(d), 14 (1:23-md-3062-TDS-JEP). Atticus also reserves the right to provide replacement documents that redact plainly non-responsive information in Atticus's production. Atticus has also requested that the Parties provide Atticus with same-day notice when any Atticus documents or information are filed with the Court and that the Government Plaintiffs do

not disclose Atticus's documents and information to any "law clerks" or "interns" as presently contemplated by the definition of "Enforcement Personnel." *See* Dkt. No. 202, § 1(g) (1:22-cv-00828-TDS-JEP). Atticus reserves its right to seek a modification of the Protective Order, if necessary.

Additionally, Atticus reserves its right to seek reimbursement from the Parties for its significant costs and expenses incurred in responding to the multiple subpoenas, pursuant to Federal Rule of Civil Procedure 45(d)(2)(B)(ii). *See, e.g.*, Dkt. No. 270, at 16-17 (1:22-cv-00828-TDS-JEP); Dkt. No. 292, at 20-21 (1:22-cv-00828-TDS-JEP); Dkt. No. 296, 113:14–21 (1:22-cv-00828-TDS-JEP); Dkt. No. 171, at 16-17 (1:23-md-3062-TDS-JEP); Dkt. No. 214, 113:14–21 (1:23-md-3062-TDS-JEP).

## DISPUTES AS TO PARTY DISCOVERY

The Parties do not believe there are any party discovery disputes presently ripe to raise with the Court.

Government and MDL Plaintiffs are in the process of analyzing and reviewing Defendants' document productions and responses to Plaintiffs' written discovery requests, and intend to meet and confer with Defendants concerning any deficiencies with respect thereto in the near future. As such, there are no discovery disputes presently ripe to raise with the Court.

Defendants do not believe there are any party discovery disputes presently ripe to raise with the Court.

This, the 31st day of March, 2025   Respectfully submitted,

/s/Patrick M. Kane
Patrick M. Kane
N.C. Bar No. 36861
pkane@foxrothschild.com
Sean T. Placey
N.C. Bar No. 56683
splacey@foxrothschild.com
FOX ROTHSCHILD LLP
230 N. Elm Street, Suite 1200
PO Box 21927 (27420)
Greensboro, NC 27401
Telephone: 336.378.5200
Facsimile: 336.378.5400

Charles S. Duggan*
charles.duggan@davispolk.com
James I. McClammy*
james.mcclammy@davispolk.com
Daniel J. Thomson*
daniel.thomson@davispolk.com
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: 212.450.4292
Facsimile: 212.701.5292

Benjamin M. Miller*
benjamin.miller@davispolk.com
1050 17th Street, NW
Washington, DC 20036
DAVIS POLK & WARDWELL LLP
Telephone: 202.962.7133
Facsimile: 202.962.7196

*Specially appearing under Local Rule 83.1(e)

*Attorneys for Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC.*

/s/ David R. Marriott
David R. Marriott
dmarriott@cravath.com
Margaret T. Segall**
msegall@cravath.com
Jesse M. Weiss**
jweiss@cravath.com
CRAVATH, SWAINE & MOORE LLP
375 Ninth Avenue New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

** Specially appearing under L.R. 83.1(d)

*Attorneys for Corteva, Inc.*


/s/ Michael J. Turner
MICHAEL J. TURNER
Attorney
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-3649
Email: mturner@ftc.gov

JOSEPH R. BAKER
ROBERT Y. CHEN
ALLYSON M. MALTAS
KRISTEN VAN TINE

*Attorneys for Plaintiff Federal Trade Commission*

/s/ Nicole S. Gordon
NICOLE S. GORDON
Deputy Attorney General
Office of the California Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94610
Telephone: (415) 510-4400
Email: nicole.gordon@doj.ca.gov

*Attorney for Plaintiff State of California*


/s/Paul J. Harper
PAUL J. HARPER
Assistant Attorney General, Antitrust
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, IL 60603
Telephone: (312) 814-3000
Email: paul.harper@ilag.gov

*Attorney for Plaintiff State of Illinois*


/s/Noah Goerlitz
NOAH GOERLITZ
Assistant Attorney General
Office of the Iowa Attorney General
1305 E. Walnut St.
Des Moines, IA 50319
Telephone: (515) 725-1018
Email: noah.goerlitz@ag.iowa.gov

*Attorney for Plaintiff State of Iowa*


/s/Aric J. Smith
ARIC J. SMITH
CONOR J. MAY
Assistant Attorneys General
Colorado Department of Law
Office of the Attorney General
Ralph L. Carr Judicial Center
1300 Broadway, 9th Floor
Denver, CO 80203
Telephone: (720) 508-6000
Email: Aric.Smith@coag.gov
          Conor.May@coag.gov

*Attorneys for Plaintiff State of Colorado*


/s/Christi Foust
CHRISTI FOUST
JESSE MOORE
Deputy Attorneys General
SCOTT BARNHART
Chief Counsel and Director of Consumer Protection
Office of the Indiana Attorney General
Indiana Government Center South – 5th Fl.
302 W. Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 233-9923
Email: christi.foust@atg.in.gov
          jesse.moore@atg.in.gov
          scott.barnhart@atg.in.gov

*Attorneys for Plaintiff State of Indiana*

/s/Justin McCully  
JUSTIN MCCULLY  
Office of the Attorney General of Nebraska  
2115 State Capitol Building  
Lincoln, NE 68509  
Telephone: (402) 471-9305  
Email: Justin.McCully@nebraska.gov  

*Attorneys for Plaintiff State of Nebraska*

/s/ Hamilton Millwee  
HAMILTON MILLWEE  
Assistant Attorney General  
Office of the Attorney General of Tennessee  
P.O. Box 20207  
Nashville, TN 37202  
Telephone: (615) 291-5922  
Email: Hamilton.Millwee@ag.tn.gov  

*Attorneys for Plaintiff State of Tennessee*

/s/Luminita Nodit  
LUMINITA NODIT  
Assistant Attorney General,  
Antitrust Division  
Washington State Office  
of the Attorney General  
800 Fifth Ave., Suite 2000  
Seattle, WA 98104  
Telephone: (206) 254-0568  
Email: Lumi.Nodit@atg.wa.gov  

*Attorney for Plaintiff State of Washington*

/s/Katherine Moerke  
KATHERINE MOERKE  
JASON PLEGGENKUHLE  
ELIZABETH ODETTE  
Assistant Attorneys General  
Office of the Minnesota Attorney General  
445 Minnesota Street, Suite 1200  
St. Paul, MN 55101-2130  
Telephone: (651) 296-3353  
Email: katherine.moerke@ag.state.mn.us  
jason.pleggenkuhle@ag.state.mn.us  
elizabeth.odette@ag.state.mn.us  

*Attorneys for Plaintiff State of Minnesota*

/s/Timothy D. Smith  
TIMOTHY D. SMITH  
Attorney-in-Charge  
Antitrust, False Claims, & Privacy Section  
Oregon Department of Justice  
100 SW Market St  
Portland, OR 97201  
Telephone: (503) 798-3297  
Email: tim.smith@doj.oregon.gov  

*Attorney for Plaintiff State of Oregon*

/s/Caitlin M. Madden
CAITLIN M. MADDEN
LAURA E. MCFARLANE
Assistant Attorneys General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 267-1311
Email: maddencm@doj.state.wi.us

*Attorneys for Plaintiff State of Wisconsin*

/s/William Shieber
Austin Kinghorn
Deputy Attorney General for Civil Litigation
WILLIAM SHIEBER
Senior Staff Attorney, Antitrust Division
PAIGE ETHERINGTON
Assistant Attorney General
Office of the Attorney General of Texas
300 West 15th Street, 7th Floor
Austin, TX 78701
Telephone: (512) 463-1710
Email: William.Shieber@oag.texas.gov

*Attorneys for Plaintiff State of Texas*

*/s/* Robert Morris
Robert J. Morris
N.C. State Bar No. 15981
jmorris@smithlaw.com
Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, LLP
150 Fayetteville Street, Suite 2300
Raleigh, NC 27601
Telephone: (919) 821-1220

Matthew J. Dowd*
mdowd@dowdscheffel.com
Robert J. Scheffel*
rscheffel@dowdscheffel.com
Elliot A. Gee*
egee@dowdscheffel.com
Dowd Scheffel PLLC
1717 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: (202) 559-9175

*Specially appearing under Local Rule 83.1(e)

*Attorney for Non-Party Atticus LLC*