IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN,<br><br>    Plaintiffs,<br>  v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC.,<br><br>    Defendants. | Case No. 1:22-cv-00828-TDS-JEP |
| IN RE CROP PROTECTION PRODUCTS LOYALTY PROGRAM ANTITRUST LITIGATION | Case No: 1:23-md-3062-TDS-JEP |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that Melissa English will be leaving the firm of Davis, Polk & Wardwell LLP, effective April 25, 2025, and respectfully requests that her Local Rule 83.1 special appearance as counsel for Defendants Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC ("Syngenta Defendants") in these matters be withdrawn. Charles S. Duggan, James I. McClammy, Benjamin M. Miller, and Daniel J. Thomson of Davis, Polk &

Wardwell LLP, and Patrick M. Kane and Sean T. Placey of Fox Rothschild LLP will continue to serve as counsel for Syngenta Defendants in the above-captioned actions.

This the 21st day of April 2025.

*s/Melissa English*
Melissa English
melissa.english@davispolk.com
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: 212.450.3434


*s/Patrick M. Kane*
Patrick M. Kane
N.C. Bar No. 36861
pkane@foxrothschild.com
FOX ROTHSCHILD LLP
230 N. Elm Street, Suite 1200
PO Box 21927 (27420)
Greensboro, NC  27401
Telephone:  336.378.5200
Facsimile:  336.378.5400

2