UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC.,<br><br>Defendants. | Case No. 1:22-cv-00828-TDS-JEP<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's June 20, 2025 order, Plaintiffs Federal Trade Commission and the states of California, Colorado, Illinois, Indiana, Iowa, Minnesota, Nebraska, Oregon, Tennessee, Texas, Washington, and Wisconsin, acting by and through their respective Attorneys General ("Plaintiffs"); Defendants Syngenta Crop Protection AG, Syngenta Corporation, Syngenta Crop Protection, LLC (collectively, "Syngenta"); and Defendant Corteva, Inc. (together with Plaintiffs and Syngenta, the "Parties") have met and conferred and hereby submit this Joint Status Report in advance of the July 16, 2025 hearing.

**Motion To Compel.** On July 7, 2025, Plaintiffs and Syngenta discussed via videoconference the three requests for admission at issue in Plaintiffs' motion to compel (Doc. 322). Plaintiffs asked whether Syngenta would amend its responses to those requests to provide partial admissions, partial denials, and qualifications in the manner Plaintiffs described in their reply brief. *See* Doc. 330 at 5–6. On July 8, Syngenta informed Plaintiffs that it would not do so. Syngenta indicated that it disagrees with Plaintiffs' apparent interpretation of Federal Rule of Civil Procedure 36. In Syngenta's view, Plaintiffs' standard seemingly requires a party to respond not to the request as written, but to the request as it may be interpreted in any manner to arrive at something that may be admitted. Plaintiffs and Syngenta remain at impasse with respect to the requests for admission at issue.

Dated: July 14, 2025						Respectfully submitted,

   /s/ Allyson M. Maltas
ALLYSON M. MALTAS
Senior Trial Counsel
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-3646
Email: amaltas@ftc.gov

JOSEPH R. BAKER
ROBERT Y. CHEN
ELIZABETH A. GILLEN
MICHAEL J. TURNER

*Attorneys for Plaintiff Federal Trade Commission*


/s/ Nicole S. Gordon								/s/ Aric J. Smith
NICOLE S. GORDON							ARIC J. SMITH
Deputy Attorney General						CONOR J. MAY
Office of the California Attorney General		Assistant Attorneys General
455 Golden Gate Avenue, Suite 11000			Colorado Department of Law
San Francisco, CA 94610						Office of the Attorney General
Telephone: (415) 510-4400						Ralph L. Carr Judicial Center
Email: nicole.gordon@doj.ca.gov				1300 Broadway, 9th Floor
												Denver, CO 80203
*Attorney for Plaintiff State of California*		Telephone: (720) 508-6000
												Email: Aric.Smith@coag.gov
												       Conor.May@coag.gov

												*Attorneys for Plaintiff State of Colorado*

/s/ Paul J. Harper
PAUL J. HARPER
Assistant Attorney General, Antitrust
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, IL 60603
Telephone: (312) 814-3000
Email: paul.harper@ilag.gov

*Attorney for Plaintiff State of Illinois*

/s/ Noah Goerlitz
NOAH GOERLITZ
Assistant Attorney General
Office of the Iowa Attorney General
1305 E. Walnut St.
Des Moines, IA 50319
Telephone: (515) 725-1018
Email: noah.goerlitz@ag.iowa.gov

*Attorney for Plaintiff State of Iowa*

/s/ Justin McCully
JUSTIN MCCULLY
Office of the Attorney General of Nebraska
2115 State Capitol Building
Lincoln, NE 68509
Telephone: (402) 471-9305
Email: Justin.McCully@nebraska.gov

*Attorneys for Plaintiff State of Nebraska*

/s/ Christi Foust
CHRISTI FOUST
JESSE MOORE
Deputy Attorneys General
SCOTT BARNHART
Chief Counsel and Director of Consumer Protection
Office of the Indiana Attorney General
Indiana Government Center South – 5th Fl.
302 W. Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 233-9923
Email: christi.foust@atg.in.gov
   jesse.moore@atg.in.gov
   scott.barnhart@atg.in.gov

*Attorneys for Plaintiff State of Indiana*

/s/ Katherine Moerke
KATHERINE MOERKE
JASON PLEGGENKUHLE
ELIZABETH ODETTE
Assistant Attorneys General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Telephone: (651) 296-3353
Email: katherine.moerke@ag.state.mn.us
   jason.pleggenkuhle@ag.state.mn.us
   elizabeth.odette@ag.state.mn.us

*Attorneys for Plaintiff State of Minnesota*

3

/s/ Hamilton Millwee
HAMILTON MILLWEE
Assistant Attorney General
Office of the Attorney General of Tennessee
P.O. Box 20207
Nashville, TN 37202
Telephone: (615) 291-5922
Email: Hamilton.Millwee@ag.tn.gov

*Attorneys for Plaintiff State of Tennessee*

/s/ Luminita Nodit
LUMINITA NODIT
Assistant Attorney General,
Antitrust Division
Washington State Office
of the Attorney General
800 Fifth Ave., Suite 2000
Seattle, WA 98104
Telephone: (206) 254-0568
Email: Lumi.Nodit@atg.wa.gov

*Attorney for Plaintiff State of Washington*

/s/ Caitlin M. Madden
CAITLIN M. MADDEN
LAURA E. MCFARLANE
Assistant Attorneys General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 267-1311
Email: caitlin.madden@wisdoj.gov

*Attorneys for Plaintiff State of Wisconsin*

/s/ Rachel K. Sowray
RACHEL K. SOWRAY
Senior Assistant Attorney General
Antitrust, False Claims, & Privacy Section
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 689-0249
Email: Rachel.Sowray@doj.oregon.gov

*Attorney for Plaintiff State of Oregon*

/s/ William Shieber
Austin Kinghorn
Deputy Attorney General for Civil Litigation
WILLIAM SHIEBER
Senior Staff Attorney, Antitrust Division
PAIGE ETHERINGTON
Assistant Attorney General
Office of the Attorney General of Texas
300 West 15th Street, 7th Floor
Austin, TX 78701
Telephone: (512) 463-1710
Email: William.Shieber@oag.texas.gov

*Attorneys for Plaintiff State of Texas*

| | |
|---|---|
| */s/ Patrick M. Kane* | */s/ Mark E. Anderson* |
| Patrick M. Kane | Mark E. Anderson |
| N.C. Bar No. 36861 | N.C. Bar No. 15764 |
| pkane@foxrothschild.com | manderson@mcguirewoods.com |
| Sean T. Placey | MCGUIREWOODS LLP |
| N.C. Bar No. 56683 | 501 Fayetteville Street, Suite 500 |
| splacey@foxrothschild.com | Raleigh, NC 27601 |
| FOX ROTHSCHILD LLP | Telephone: (919) 755-6600 |
| 230 N. Elm Street, Suite 1200 | Facsimile: (919) 755-6699 |
| PO Box 21927 (27420) | |
| Greensboro, NC 27401 | David R. Marriott** |
| Telephone: 336.378.5200 | dmarriott@cravath.com |
| Facsimile: 336.378.5400 | Margaret T. Segall** |
| | msegall@cravath.com |
| Charles S. Duggan* | CRAVATH, SWAINE & MOORE LLP |
| charles.duggan@davispolk.com | 825 Eighth Avenue |
| James I. McClammy* | New York, NY 10019 |
| james.mcclammy@davispolk.com | Telephone: (212) 474-1000 |
| Daniel J. Thomson* | Facsimile: (212) 474-3700 |
| daniel.thomson@davispolk.com | |
| DAVIS POLK & WARDWELL LLP | ** Specially appearing under L.R. 83.1(d) |
| 450 Lexington Avenue | |
| New York, NY 10017 | *Attorneys for Defendant Corteva, Inc.* |
| Telephone: (212) 450-4292 | |
| Facsimile: (212) 701-5292 | |
| | |
| Benjamin M. Miller* | |
| benjamin.miller@davispolk.com | |
| 1050 17th Street, NW | |
| Washington, DC 20036 | |
| DAVIS POLK & WARDWELL LLP | |
| Telephone: (202) 962-7133 | |
| | |
| *Specially appearing under L.R. 83.1(d) | |
| | |
| *Attorneys for Defendants Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC* | |