# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON and STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v. SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC.,<br><br>Defendants. | Case No: 1:22-cv-00828-TDS-JEP |
| IN RE CROP PROTECTION PRODUCTS LOYALTY PROGRAM ANTITRUST LITIGATION<br><br>This document relates to: ALL ACTIONS | Case No: 1:23-md-3062-TDS-JEP |

**JOINT MOTION OF ALL PARTIES FOR MODIFICATION
OF THE DEADLINE TO COMPLETE MEDIATION**

Plaintiffs Federal Trade Commission and the states of California, Colorado, Illinois, Indiana, Iowa, Minnesota, Nebraska, Oregon, Tennessee, Texas, Washington, and Wisconsin ("Government Plaintiffs"); MDL Plaintiffs, Defendants Syngenta Crop Protection AG, Syngenta Corporation, Syngenta Crop Protection, LLC (collectively,

1

"Syngenta") and Corteva, Inc. (collectively the "Parties"), by and through counsel, respectfully hereby jointly move the Court pursuant to LR 7.3 and 26.1(d) to modify the mediation deadlines in the applicable Scheduling Orders in each case. [1:22-cv-828 "the Government Action" Doc. 195 and 1:23-md-3062 "the MDL Action" Doc. 133] The Parties request entry of the proposed order submitted contemporaneously herewith, which extends the mediation deadline in both actions to April 30, 2026. In support thereof, the Parties respectfully show unto the Court the following:

1. All parties in the Government Action and the MDL Action agreed upon and the Court appointed Jim D. Cooley as the mediator in both actions. [22-cv-828 Doc. 295; 23-md-3062 Doc. 213]

2. The current mediation deadline in the Government Action and the MDL Action is October 2, 2025. [Docs, 195 and 133, respectively]

3. Pursuant to the Court's instruction at the July 16, 2025, hearing and status conference [1:23-md-3062 Transcript Doc. #267, pp. 36-37] on September 2, 2025, Jim Cooley, the mediator, requested a conference with available counsel to be held on September 16, 2025, via zoom.

4. Available counsel for the Parties, including counsel for the FTC, the states of California, Colorado, Illinois, Indiana, Iowa, Minnesota, Nebraska Tennessee, Texas, and Washington[1], MDL Plaintiffs, Syngenta and Corteva ("participating

---

[1] Counsel for a few of the state parties were unavailable due to unavoidable conflicts.

Parties") met and conferred with the mediator, Jim Cooley, on September 16, 2025.

5. After extensive discussion with all participating Parties, the Parties and the mediator agreed that neither case was in a position to be meaningfully mediated prior to the current mediation deadline of October 2, 2025.

6. As discussed with the Court during the July 16, 2025, status conference, based upon the foregoing and with the agreement of the mediator, the Parties determined that a request to extend the current October 2, 2025, deadline is necessary.

7. Based upon further discussion concerning several factors including the other relevant deadlines in their respective cases, the participating Parties and the mediator agreed that a joint motion by all Parties to extend the mediation deadline in each case to April 30, 2026, was appropriate.

8. Therefore, the Parties in the Government Action and the MDL Action respectfully request that the mediation deadline in each action be extended to April 30, 2026.

9. This extension will not affect any other deadlines currently set in the Government Action or the MDL Action.

10. The Parties are scheduled to be before the Court on October 3, 2025, for a Status Conference in both matters and counsel for the Parties will be prepared to address this request further on behalf of their respective parties at the Court's request.

11. This Motion is made in good faith and not for the purposes of delay.

Wherefore, the Parties pray this Court enter an Order in the Government Action and in the MDL Action extending the mediation deadline in both cases to April 30, 2026.

Respectfully submitted this the 29th day of September, 2025.

/s/ Allyson M. Maltas
ALLYSON M. MALTAS
Senior Trial Counsel
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-3646
Email: amaltas@ftc.gov

JOSEPH R. BAKER
WESLEY G. CARSON
ELIZABETH A. GILLEN
MICHAEL J. TURNER

*Attorneys for Plaintiff Federal Trade Commission*

/s/ Nicole S. Gordon
NICOLE S. GORDON
Deputy Attorney General
Office of the California Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94610
Telephone: (415) 510-4400
Email: nicole.gordon@doj.ca.gov

*Attorney for Plaintiff State of California*

/s/ Paul J. Harper
PAUL J. HARPER
Assistant Attorney General, Antitrust

/s/ Aric J. Smith
ARIC J. SMITH
CONOR J. MAY
Assistant Attorneys General
Colorado Department of Law
Office of the Attorney General
Ralph L. Carr Judicial Center
1300 Broadway, 9th Floor
Denver, CO 80203
Telephone: (720) 508-6000
Email: Aric.Smith@coag.gov
           Conor.May@coag.gov

*Attorneys for Plaintiff State of Colorado*

/s/ Jennifer Linsey
JENNIFER LINSEY
CHRISTI FOUST

Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, IL 60603
Telephone: (312) 814-3000
Email: paul.harper@ilag.gov

*Attorney for Plaintiff State of Illinois*

/s/ Noah Goerlitz
NOAH GOERLITZ
Assistant Attorney General
Office of the Iowa Attorney General
1305 E. Walnut St.
Des Moines, IA 50319
Telephone: (515) 725-1018
Email: noah.goerlitz@ag.iowa.gov

*Attorney for Plaintiff State of Iowa*

/s/ Justin McCully
JUSTIN MCCULLY
Office of the Attorney General of Nebraska
2115 State Capitol Building
Lincoln, NE 68509
Telephone: (402) 471-9305
Email: Justin.McCully@nebraska.gov

*Attorneys for Plaintiff State of Nebraska*

/s/ Hamilton Millwee
HAMILTON MILLWEE
Assistant Attorney General
Office of the Attorney General of Tennessee
P.O. Box 20207
Nashville, TN 37202
Telephone: (615) 291-5922
Email: Hamilton.Millwee@ag.tn.gov

*Attorneys for Plaintiff State of Tennessee*

JESSE MOORE
Deputy Attorneys General
SCOTT BARNHART
Chief Counsel and Director of Consumer Protection
Office of the Indiana Attorney General
Indiana Government Center South – 5th Fl.
302 W. Washington Street
Indianapolis, IN 46204-2770
Telephone: (463) 261-7401
Email: jennifer.linsey@atg.in.gov
　　　　christi.foust@atg.in.gov
　　　　jesse.moore@atg.in.gov
　　　　scott.barnhart@atg.in.gov

*Attorneys for Plaintiff State of Indiana*

/s/ Katherine Moerke
KATHERINE MOERKE
JASON PLEGGENKUHLE
ELIZABETH ODETTE
Assistant Attorneys General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Telephone: (651) 296-3353
Email: katherine.moerke@ag.state.mn.us
　　　　jason.pleggenkuhle@ag.state.mn.us
　　　　elizabeth.odette@ag.state.mn.us

*Attorneys for Plaintiff State of Minnesota*

/s/ Rachel K. Sowray
RACHEL K. SOWRAY
Senior Assistant Attorney General
Antitrust, False Claims, & Privacy Section
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 689-0249
Email: Rachel.Sowray@doj.oregon.gov

*Attorney for Plaintiff State of Oregon*

/s/ Luminita Nodit  
LUMINITA NODIT  
Assistant Attorney General,  
Antitrust Division  
Washington State Office  
of the Attorney General  
800 Fifth Ave., Suite 2000  
Seattle, WA 98104  
Telephone: (206) 254-0568  
Email: Lumi.Nodit@atg.wa.gov  

*Attorney for Plaintiff State  
of Washington*

/s/ Caitlin M. Madden  
CAITLIN M. MADDEN  
LAURA E. MCFARLANE  
Assistant Attorneys General  
Wisconsin Department of Justice  
Post Office Box 7857  
Madison, WI 53707-7857  
Telephone: (608) 267-1311  
Email: caitlin.madden@wisdoj.gov  

*Attorneys for Plaintiff State of Wisconsin*

/s/ William Shieber  
Austin Kinghorn  
Deputy Attorney General for Civil Litigation  
WILLIAM SHIEBER  
Senior Staff Attorney, Antitrust Division  
PAIGE ETHERINGTON  
Assistant Attorney General  
Office of the Attorney General of Texas  
300 West 15th Street, 7th Floor  
Austin, TX 78701  
Telephone: (512) 463-1710  
Email: William.Shieber@oag.texas.gov  

*Attorneys for Plaintiff State of Texas*

*/s/ Daniel L. Brockett*  
Daniel L. Brockett (*pro hac vice*)  
QUINN EMANUEL URQUHART &  
SULLIVAN, LLP  
51 Madison Avenue, 22nd Floor  
New York, New York 10010  
Tel. (212) 849-7345  
Facsimile (212) 849-7100  
danbrockett@quinnemanuel.com  

Jeremy Andersen (*pro hac vice*)  
QUINN EMANUEL URQUHART &  
SULLIVAN, LLP  
865 South Figueroa Street, 10th Floor  

*/s/ Jay J. Chaudhuri*  
Jay J. Chaudhuri  
N.C. State Bar No. 27747  
Cohen Milstein Sellers & Toll PLLC  
50 Fayetteville St., Suite 980  
Raleigh, NC 27601  
Telephone (919) 890-0560  
Facsimile (919) 890-0567  
jchaudhuri@cohenmilstein.com  

Michael B. Eisenkraft (*pro hac vice*)  
COHEN MILSTEIN SELLERS & TOLL  
PLLC  
88 Pine Street, 14th Floor  

6

Los Angeles, CA 90017-2543
Tel. (213) 443-3685
Facsimile (213) 443-3100
jeremyandersen@quinnemanuel.com

*/s/ Vincent Briganti*
LOWEY DANNENBERG, P.C.
Vincent Briganti (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Nicole A. Veno (*pro hac vice*)
44 South Broadway, Suite 1100
White Plains, New York 10601
Tel. (914) 997-0500
Fax: (914) 997-0035
vbriganti@lowey.com
mmaclean@lowey.com
nveno@lowey.com

*Interim Class Counsel*

*/s/ Lyn K. Broom*
Richard L. Pinto N.C. State Bar No. 9412
Kenneth Kyre, Jr. N.C. State Bar No 7848
Lyn K. Broom N.C. State Bar No. 17674
PINTO COATES KYRE & BOWERS, PLLC
3203 Brassfield Road
Greensboro, NC 27410
Tel: (336) 282-8848
Facsimile: (336) 282-8409
rpinto@pckb-law.com
kkyre@pckb-law.com
lbroom@pckb-law.com

*Liaison Counsel*

New York, New York 10005
Telephone (212) 838-7797
Facsimile (212) 838-7745
meisenkraft@cohenmilstein.com

Zachary R. Glubiak (*pro hac vice*)
Nina Jaffe-Geffner (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, Suite 800,
NW Washington D.C. 20005
Telephone (202) 408-4600
zglubiak@cohenmilstein.com
njaffegeffner@cohenmilstein.com

*/s/ Carol O'Keefe*
Carol O'Keefe
Rosemarie Fiorillo
Ian Moody
KOREIN TILLERY LLC
505 N 7th St #3600,
St. Louis, MO 63101
Tel: (314) 241-4844
cokeefe@koreintillery.com
rfiorillo@koreintillery.com
imoody@koreintillery.com

George Zelcs
Randall P. Ewing, Jr.
Chad E. Bell
Labeat Rrahmani
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Tel: (312) 641-9750
gzelcs@koreintillery.com
rewing@koreintillery.com
cbell@koreintillery.com
lrrahmani@koreintillery.com

*Interim Class Counsel*

| | |
|---|---|
| /s/ *Mark E. Anderson* | /s/ *Partick M. Kane* |
| **MCGUIREWOODS LLP** | **FOX ROTHSCHILD LLP** |
| Mark E. Anderson (NC Bar No. 15764) | Patrick M. Kane (NC Bar No. 36861) |
| Armina A. Manning (NC Bar No. 60436) | pkane@foxrothschild.com |
| manderson@mcguirewoods.com | 230 N. Elm Street, Suite 1200 |
| aamanning@mcguirewoods.com | PO Box 21927 (27420) |
| 501 Fayetteville Street, Suite 500 | Greensboro, NC 27401 |
| Raleigh, North Carolina 27601 | Telephone: 336.378.5200 |
| Telephone: (919) 755-6600 | Facsimile: 336.378.5400 |
| Fax: (919) 755-6699 | |
| | |
| **CRAVATH, SWAINE & MOORE LLP** | **DAVIS POLK & WARDWELL LLP** |
| Wes Earnhardt * | Charles S. Duggan * |
| Jesse Weiss * | charles.duggan@davispolk.com |
| Margaret T. Segall * | James I. McClammy * |
| Two Manhattan West | james.mcclammy@davispolk.com |
| 375 Ninth Ave | Alison B. Miller |
| New York, New York 10001 | alison.miller@davispolk.com |
| Telephone: (212) 474-1000 | Daniel J. Thomson * |
| wearnhardt@cravath.com | daniel.thomson@davispolk.com |
| jweiss@cravath.com | 450 Lexington Avenue |
| msegall@cravath.com | New York, New York 10017 |
| | Telephone: 212.450.4292 |
| **BALLARD SPAHR LLP** | Facsimile: 212.701.5292 |
| Jason A. Leckerman * | |
| Emilia McKee Vassallo * | |
| Thomas W. Hazlett * | **DAVIS POLK & WARDWELL LLP** |
| Elizabeth P. Weissert * | Benjamin M. Miller * |
| 1735 Market Street, 51st Floor | benjamin.miller@davispolk.com |
| Philadelphia, Pennsylvania 19103 | 1050 17th Street, NW |
| Telephone: (215) 665-8500 | Washington, DC 20036 |
| LeckermanJ@ballardspahr.com | Telephone: 202.962.7133 |
| McKeeVassalloE@ballardspahr.com | Facsimile: 202.962.7196 |
| HazlettT@ballardspahr.com | |
| WeissertE@ballardspahr.com | *Attorneys for Defendants* |
| | *Syngenta Crop Protection AG,* |
| *Attorneys for Defendant Corteva, Inc.* | *Syngenta Corporation, and* |
| | *Syngenta Crop Protection, LLC* |
| | |
| | *Specially appearing under L.R. 83.1(d)* |