UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, AND CORTEVA, INC.,<br><br>Defendants. | Case No. 1:22-cv-00828-TDS-JEP<br><br>**PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION TO STAY PROCEEDINGS IN LIGHT OF LAPSE OF APPROPRIATIONS** |

Plaintiff Federal Trade Commission ("FTC") hereby moves the Court for an order staying proceedings and deadlines in this action during the present United States government lapse of appropriations. In support of that motion, the FTC states as follows:

1. At the end of the day on September 30, 2025, the continuing resolution that had been funding the FTC expired, and appropriations to the FTC lapsed. The FTC currently lacks appropriated funds to continue operating, and does not know when Congress will restore the agency's funding.

2. Absent an appropriation, FTC attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. Accordingly, the FTC's policy is to seek a stay of all pending litigation, as it has done in response to previous lapses of federal appropriations.

3. On October 1, 2025, the FTC filed a Motion to Stay (Doc. 345) based on the lapse of appropriations. On October 2, 2025, the Court denied the motion, finding that a stay would significantly upset the discovery schedule and would cause additional unwarranted delay in this action and in the related MDL Action. The Court issued the denial of the motion to stay without prejudice to re-filing after October 10, 2025, if the lapse of appropriations was still continuing at that time. As of October 10, 2025, the FTC's funding has not yet been restored.

4. Pursuant to the Court's Stipulated Order in this matter (Doc. 315), expert reply reports are due no later than October 31, 2025, and expert discovery closes November 21, 2025. FTC attorneys will continue working toward compliance with these deadlines while this motion is pending.

5. If this motion is granted, the FTC will notify Defendants, the other Plaintiffs, and the Court promptly after Congress has appropriated funds for the FTC. The FTC requests that the Court order the parties to meet and confer as soon as practicable after the FTC resumes normal operations regarding appropriate new deadlines

based on the duration of the lapse of appropriations and to provide the Court with a revised proposed scheduling order establishing a schedule for this matter.

6. Denial of this motion by the Court would constitute express legal authorization for FTC attorneys to continue work. In the event of a denial of this motion, the FTC will continue to comply with the case deadlines in effect in this action.

7. Counsel for the states of California, Colorado, Illinois, Indiana, Iowa, Minnesota, Nebraska, Oregon, Tennessee, Texas, Washington, and Wisconsin (together, "Plaintiff States") have authorized counsel for the FTC to state that the Plaintiff States take no position on the FTC's motion to stay proceedings. Counsel for Defendants have authorized counsel for the FTC to state that "Defendants take no position, but note that the schedules in this action and the MDL were set by the Court to avoid conflicting deadlines, so if this action is stayed that may very well require adjustments to the MDL schedule."

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the FTC hereby moves the Court for an Order staying all proceedings and deadlines in this action until Congress appropriates funds permitting the FTC to resume normal operations. A proposed order is filed herewith.

3

Dated: October 10, 2025	Respectfully submitted,

   */s/ Allyson M. Maltas*
ALLYSON M. MALTAS
Attorney
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-3646
Email: amaltas@ftc.gov

JOSEPH R. BAKER
WESLEY G. CARSON
ELIZABETH A. GILLEN
MICHAEL J. TURNER

*Attorneys for Plaintiff Federal Trade Commission*