UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC.,<br><br>Defendants. | Case No. 1:22-cv-00828-TDS-JEP |

**PARTIES' JOINT MOTION FOR EXTENSION OF EXPERT DISCOVERY DEADLINE**

Plaintiffs and Defendants, by and through their undersigned attorneys, pursuant to LR 7.3 and 26.1(d) jointly move the Court for an extension of the close of expert discovery, currently set for November 21, 2025, through and including December 5, 2025, for the purpose of conducting expert depositions.

In support thereof, the Parties state as follows:

1. Expert discovery in this matter is currently set to close on November 21, 2025 [Dkt. 335].

2. The Parties' respective expert witness reply reports are to be served by October 31, 2025. [Dkt. 335].

1

3. After reply reports are served, under the expert discovery schedule as currently set, the Parties will have a total of 14 business days to conduct depositions of the Parties' disclosed expert witnesses (with November 11 being a federal holiday).

4. The Parties have disclosed a total of eight (8) testifying experts who will need to be deposed in various locations around the country, with two of those witnesses needing to be deposed across two days. Thus, the Parties need at least ten (10) deposition days to complete these depositions.

5. The Parties have been diligently working to schedule these depositions within the period available to them, coordinating the schedules of the witnesses and counsel for the Parties. Most of the depositions have been scheduled and confirmed.

6. However, the availability of the witnesses and counsel is such that it has become apparent that it will be extremely difficult, if not impossible, to schedule and complete all of these depositions prior to the close of expert discovery on November 21, 2025. Specifically, the Parties have been unable to workably schedule the depositions of two experts—one expert of Plaintiffs and one expert of Syngenta—within the current period for expert discovery.

7. The Parties therefore request that the close of expert discovery be extended by two weeks to December 5, 2025 so that the Parties may take depositions of certain expert witnesses during the week of December 1, 2025 (avoiding the need for depositions during the Thanksgiving holiday week).

8. All Parties consent to this request and agree that no other deadlines will be

impacted by this extension.

Wherefore, for good cause shown, the Parties respectfully request that this Court enter an order extending the deadline for the close of expert discovery in this matter to December 5, 2025.

Dated: October 30, 2025              Respectfully submitted,

*Government Action Plaintiffs*

        /s/ Allyson M. Maltas
ALLYSON M. MALTAS
Senior Trial Counsel
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-3646
Email: amaltas@ftc.gov

JOSEPH R. BAKER
WESLEY G. CARSON
ELIZABETH A. GILLEN
MICHAEL J. TURNER

*Attorneys for Plaintiff Federal Trade Commission*

| | |
|---|---|
| /s/ Nicole S. Gordon | /s/ Aric J. Smith |
| NICOLE S. GORDON | ARIC J. SMITH |
| Deputy Attorney General | CONOR J. MAY |
| Office of the California Attorney General | Assistant Attorneys General |
| 455 Golden Gate Avenue, Suite 11000 | Colorado Department of Law |
| San Francisco, CA 94610 | Office of the Attorney General |
| Telephone: (415) 510-4400 | Ralph L. Carr Judicial Center |
| Email: nicole.gordon@doj.ca.gov | 1300 Broadway, 9th Floor |
| | Denver, CO 80203 |
| *Attorney for Plaintiff State of California* | Telephone: (720) 508-6000 |
| | Email: Aric.Smith@coag.gov |
| |       Conor.May@coag.gov |
| | |
| | *Attorneys for Plaintiff State of Colorado* |

3

/s/ Paul J. Harper
PAUL J. HARPER
Assistant Attorney General, Antitrust
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, IL 60603
Telephone: (312) 814-3000
Email: paul.harper@ilag.gov

*Attorney for Plaintiff State of Illinois*

/s/ Noah Goerlitz
NOAH GOERLITZ
Assistant Attorney General
Office of the Iowa Attorney General
1305 E. Walnut St.
Des Moines, IA 50319
Telephone: (515) 725-1018
Email: noah.goerlitz@ag.iowa.gov

*Attorney for Plaintiff State of Iowa*

/s/ Justin McCully
JUSTIN MCCULLY
Office of the Attorney General of Nebraska
2115 State Capitol Building
Lincoln, NE 68509
Telephone: (402) 471-9305
Email: Justin.McCully@nebraska.gov

*Attorneys for Plaintiff State of Nebraska*

/s/ Jennifer Linsey
JENNIFER LINSEY
CHRISTI FOUST
JESSE MOORE
Deputy Attorneys General
SCOTT BARNHART
Chief Counsel and Director of Consumer Protection
Office of the Indiana Attorney General
Indiana Government Center South – 5th Fl.
302 W. Washington Street
Indianapolis, IN 46204-2770
Telephone: (463) 261-7401
Email: jennifer.linsey@atg.in.gov
christi.foust@atg.in.gov
jesse.moore@atg.in.gov
scott.barnhart@atg.in.gov

*Attorneys for Plaintiff State of Indiana*

/s/ Katherine Moerke
KATHERINE MOERKE
JASON PLEGGENKUHLE
ELIZABETH ODETTE
Assistant Attorneys General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Telephone: (651) 296-3353
Email: katherine.moerke@ag.state.mn.us
jason.pleggenkuhle@ag.state.mn.us
elizabeth.odette@ag.state.mn.us

*Attorneys for Plaintiff State of Minnesota*

/s/ Hamilton Millwee
HAMILTON MILLWEE
Assistant Attorney General
Office of the Attorney General of Tennessee
P.O. Box 20207
Nashville, TN 37202
Telephone: (615) 291-5922
Email: Hamilton.Millwee@ag.tn.gov

*Attorneys for Plaintiff State of Tennessee*

/s/ Luminita Nodit
LUMINITA NODIT
Assistant Attorney General,
Antitrust Division
Washington State Office
of the Attorney General
800 Fifth Ave., Suite 2000
Seattle, WA 98104
Telephone: (206) 254-0568
Email: Lumi.Nodit@atg.wa.gov

*Attorney for Plaintiff State
of Washington*

/s/ Caitlin M. Madden
CAITLIN M. MADDEN
LAURA E. MCFARLANE
Assistant Attorneys General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 267-1311
Email: caitlin.madden@wisdoj.gov

*Attorneys for Plaintiff State of Wisconsin*

/s/ Rachel K. Sowray
RACHEL K. SOWRAY
Senior Assistant Attorney General
Antitrust, False Claims, & Privacy Section
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 689-0249
Email: Rachel.Sowray@doj.oregon.gov

*Attorney for Plaintiff State of Oregon*

/s/ William Shieber
Austin Kinghorn
Deputy Attorney General for Civil Litigation
WILLIAM SHIEBER
Senior Staff Attorney, Antitrust Division
PAIGE ETHERINGTON
Assistant Attorney General
Office of the Attorney General of Texas
300 West 15th Street, 7th Floor
Austin, TX 78701
Telephone: (512) 463-1710
Email: William.Shieber@oag.texas.gov

*Attorneys for Plaintiff State of Texas*

5

| /s/ Patrick M. Kane | /s/ Mark E. Anderson |
|---|---|
| Patrick M. Kane<br>N.C. Bar No. 36861<br>pkane@foxrothschild.com<br>Sean T. Placey<br>N.C. Bar No. 56683<br>splacey@foxrothschild.com<br>FOX ROTHSCHILD LLP<br>230 N. Elm Street, Suite 1200<br>PO Box 21927 (27420)<br>Greensboro, NC 27401<br>Telephone: 336.378.5200<br>Facsimile: 336.378.5400<br><br>Charles S. Duggan*<br>charles.duggan@davispolk.com<br>James I. McClammy*<br>james.mcclammy@davispolk.com<br>Alison B. Miller*<br>alison.miller@davispolk.com<br>Daniel J. Thomson*<br>daniel.thomson@davispolk.com<br>David B. Toscano*<br>david.toscano@davispolk.com<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone: (212) 450-4292<br>Facsimile: (212) 701-5292<br><br>Benjamin M. Miller*<br>benjamin.miller@davispolk.com<br>Jesse Solomon*<br>jesse.solomon@davispolk.com<br>1050 17th Street, NW<br>Washington, DC 20036<br>DAVIS POLK & WARDWELL LLP<br>Telephone: (202) 962-7133<br><br>*Specially appearing under L.R. 83.1(d)<br><br>*Attorneys for Defendants Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC* | Mark E. Anderson<br>N.C. Bar No. 15764<br>manderson@mcguirewoods.com<br>MCGUIREWOODS LLP<br>501 Fayetteville Street, Suite 500<br>Raleigh, NC 27601<br>Telephone: (919) 755-6600<br>Facsimile: (919) 755-6699<br><br>Wes Earnhardt*<br>Jesse Weiss*<br>Margaret T. Segall*<br>CRAVATH, SWAINE & MOORE LLP<br>Two Manhattan West<br>735 Ninth Avenue<br>New York, NY 10001<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700<br>wearnhardt@cravath.com<br>jweiss@cravath.com<br>msegall@cravath.com<br><br>Jason A. Leckerman*<br>Emilia McKee Vassallo*<br>Thomas W. Hazlett*<br>Elizabeth P. Weissert*<br>BALLARD SPAHR LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>Telephone: (215) 665-8500<br>LeckermanJ@ballardspahr.com<br>McKeeVassalloE@ballardspahr.com<br>HazlettT@ballardspahr.com<br>WeissertE@ballardspahr.com<br><br>* Specially appearing under L.R. 83.1(d)<br><br>*Attorneys for Defendant Corteva, Inc.* |