IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FEDERAL TRADE COMMISSION,
STATE OF CALIFORNIA, STATE OF
COLORADO, STATE OF ILLINOIS,
STATE OF INDIANA, STATE OF
IOWA, STATE OF MINNESOTA,
STATE OF NEBRASKA, STATE OF
OREGON, STATE OF TENNESSEE,
STATE OF TEXAS, STATE OF
WASHINGTON, and STATE OF
WISCONSIN,

        Plaintiffs,

      v.

SYNGENTA CROP PROTECTION AG,
SYNGENTA CORPORATION,
SYNGENTA CROP PROTECTION,
LLC, and CORTEVA, INC.,

        Defendants.

1:22-cv-00828

# ORDER

This matter is before the Court on the Parties' Joint Motion for Extension of Expert Discovery Deadline. Based on the information set out in the Joint Motion, the Court finds good cause to allow extension of the time for taking expert depositions, but all other deadlines remain as previously set.

IT IS THEREFORE ORDERED that the Joint Motion [Doc. #355] is GRANTED, and the Parties shall be allowed an extension of the close of expert

discovery, through and including December 5, 2025, for the purpose of conducting expert depositions. All other deadlines remain as previously set.

This, the 3rd day of November, 2025.

_____
Joi Elizabeth Peake
United States Magistrate Judge

2