# Exhibit C

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

CENTRAL DIVISION

| | | |
|---|---|---|
| STATE OF ARKANSAS, *ex rel.* TIM GRIFFIN, ATTORNEY GENERAL,<br><br>           Plaintiff,<br><br>vs.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC.,<br><br>           Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 4:22-cv-01287-BSM<br><br>ORDER GRANTING JOINT MOTION FOR ENTRY OF STIPULATED MODIFICATION OF SCHEDULING ORDER |

Having considered the parties' Joint Motion for Entry of Stipulated Modification of Scheduling Order ("Motion") [ECF No. 242], and good cause appearing therefore, the Court hereby GRANTS the Motion and sets the following new deadlines:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Close of Fact Discovery[1] | N/A | December 19, 2025 |
| Expert Reports | October 17, 2025 | March 6, 2026 |
| Rebuttal Expert Reports | December 17, 2025 | April 17, 2026 |
| Reply Expert Reports | January 23, 2026 | May 15, 2026 |
| Close of Expert Discovery | March 13, 2026 | June 30, 2026 |
| Status Report | January 6, 2026 | January 6, 2026 |
| Status Report | March 27, 2026 | March 27, 2026 |

---

[1] Additional discovery will be limited around the AIs added to the case in the Second Amended Complaint. Specifically, Plaintiff will be entitled to seek additional sales, market data, and patent information regarding these AIs only from Defendants as requested in Plaintiff's Fifth Request for Production of Documents to Defendants dated July 17, 2025, and Plaintiff's Second Set of Interrogatories to Syngenta and Third Set of Interrogatories to Corteva dated July 17, 2025. Defendants will be entitled to seek discovery, including third-party discovery, regarding the newly-added AIs and appropriate comparator AIs to the newly-added AIs.

4918-6057-5346

| Status Report | N/A | May 22, 2026 |
|---|---|---|
| Summary Judgment Motions | 30 days following summary judgment decision in *FTC* Action; provided that motions in Arkansas Action shall be filed no later than June 26, 2026, absent leave of Court | October 30, 2026, or 45 days after summary judgment decision in *FTC* Action, whichever is later |
| Summary Judgment Oppositions | 60 days following deadline for summary judgment motions | 60 days following deadline for summary judgment motions |
| Summary Judgment Replies | 30 days following deadline for summary judgment oppositions | 30 days following deadline for summary judgment oppositions |
| Pretrial Disclosures | 5 weeks before trial | 5 weeks before trial |
| Motions in Limine | 14 days before trial | 14 days before trial |
| Responses to Motions in Limine |  | 7 days after motions in limine are filed |
| Jury Trial | TBD | TBD |

In doing so, the Court further Orders that any non-expired deadlines from ECF Nos. 80, 113, and 143 be considered superseded and moot, while any passed deadlines shall be considered to remain in effect.

IT IS SO ORDERED this 15th day of October, 2025.

_____
THE HONORABLE BRIAN S. MILLER
UNITED STATES DISTRICT JUDGE

2

4918-6057-5346