UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN,<br><br>   Plaintiffs,<br><br>  v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC.,<br><br>   Defendants. | Case No. 1:22-cv-00828-TDS-JEP<br><br>**JOINT STATUS REPORT** |

Plaintiffs Federal Trade Commission and the states of California, Colorado, Illinois, Indiana, Iowa, Minnesota, Nebraska, Oregon, Tennessee, Texas, Washington, and Wisconsin, acting by and through their respective Attorneys General ("Plaintiffs"); Defendants Syngenta Crop Protection AG, Syngenta Corporation, Syngenta Crop Protection, LLC (collectively, "Syngenta"); and Defendant Corteva, Inc. (together with Plaintiffs and Syngenta, the "Parties") hereby submit this Joint Status Report in advance of the February 6, 2026 status conference.

**Joint Motion to Extend Deadline to File.** The Parties submitted a Joint Motion for Extension of Time to File Public Versions of the Parties' Summary Judgment and *Daubert* Motion Filings and to File Motions to Seal on December 18, 2025. (Dkt No. 373.) Defendants filed their summary judgment motion and *Daubert* motion filings provisionally under seal. (Dkt No. 182 at 7.) Under the Parties' Joint Local Rule 5.5 Report and Alternative Sealing Proposal, the public redacted version of these filings would be due three days after each sealed filing, and the accompanying motion to seal would be due April 3, 2026. (*Id.* at 7-8.) Consistent with Local Rule 5.4, the Parties jointly request that deadlines to file the public redacted versions and motion to seal be extended to April 10, 2026, three weeks after the close of all summary judgment and *Daubert* motions briefing for the Parties. This proposal will allow the Parties to address all non-party confidential information at one time with each affected non-party, as opposed to having to engage with each non-party three separate times to determine precisely what information that non-party desires to be kept under seal (after each round of briefing). The one-week extension of the deadline for motions to seal will allow the Parties to work closely with all affected non-

1

parties to agree on the necessary redactions for all briefing and to confer on motions to seal. Allowing the impacted third-party to meet and confer once with the Parties and file one comprehensive motion to seal will also greatly reduce the burden on third parties in this action.

Syngenta will also soon be filing a consent motion to extend the time to file public versions and motions to seal in connection with Syngenta's motion to strike Plaintiffs' expert reply report. That motion will request that deadlines for motions to seal for the filings related to the motion to strike also be extended to April 10, 2026.

The Parties also request that each Party and each third party be allowed to file one motion to seal per action related to the pending motions relevant to the April 10 deadline, rather than per motion.

**Third Party Notification Procedures.** The Parties are coordinating on a uniform outreach plan to affected non-parties to inform them that their documents and/or deposition testimony have been cited in filings related to Corteva or Syngenta's summary judgment or *Daubert* motions and for scheduling meet and confers with the Parties and each non-party per Local Rule 5.4.

**Motion to Strike Expert Reply Report.** Syngenta has submitted a motion to strike an expert reply report submitted by Plaintiffs on November 10, 2025. (Dkt. No. 358.) Plaintiffs filed a response to Syngenta's motion on November 20, 2025 (Dkt No. 366), and Syngenta filed a reply on December 4, 2025 (Dkt. No. 369).

**Motion to Set a Trial Date.** Pursuant to the guidance provided by the Court at the parties' October 3, 2025 status conference, Plaintiffs submitted a Motion to Set a Trial Date

2

on December 23, 2025 (Dkt. No. 400). Defendants filed responses to Plaintiffs' Motion on January 13, 2026 (Dkt. Nos. 403, 404). Plaintiffs filed a reply on January 27, 2026 (Dkt. No. 405). The motion is fully briefed and has been submitted to Judge Schroeder.

**Request for 9:30 a.m. Start Time.** Finally, Government Plaintiffs are aware that the MDL Plaintiffs and Defendants have requested that the February 6, 2026 Status Conference begin at 9:30 a.m., should the Court be able to accommodate an earlier start time. Government Plaintiffs have no objection to a 9:30 a.m. start time.

Dated: February 3, 2026　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Allyson M. Maltas
　　　　　　　　　　　　　　　　　　ALLYSON M. MALTAS
　　　　　　　　　　　　　　　　　　Senior Trial Counsel
　　　　　　　　　　　　　　　　　　Federal Trade Commission
　　　　　　　　　　　　　　　　　　Bureau of Competition
　　　　　　　　　　　　　　　　　　600 Pennsylvania Avenue, NW
　　　　　　　　　　　　　　　　　　Washington, DC 20580
　　　　　　　　　　　　　　　　　　Telephone: (202) 326-3646
　　　　　　　　　　　　　　　　　　Email: amaltas@ftc.gov

　　　　　　　　　　　　　　　　　　JOSEPH R. BAKER
　　　　　　　　　　　　　　　　　　WESLEY G. CARSON
　　　　　　　　　　　　　　　　　　ELIZABETH A. GILLEN
　　　　　　　　　　　　　　　　　　MICHAEL J. TURNER

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Federal Trade Commission*


/s/ Nicole S. Gordon　　　　　　　　　/s/ Conor J. May
NICOLE S. GORDON　　　　　　　　　ARIC J. SMITH
Deputy Attorney General　　　　　　　CONOR J. MAY
Office of the California Attorney General　Assistant Attorneys General
455 Golden Gate Avenue, Suite 11000　Colorado Department of Law
San Francisco, CA 94610　　　　　　　Office of the Attorney General
Telephone: (415) 510-4400　　　　　　Ralph L. Carr Judicial Center
Email: nicole.gordon@doj.ca.gov　　　1300 Broadway, 9th Floor
　　　　　　　　　　　　　　　　　　Denver, CO 80203
*Attorney for Plaintiff State of California*　Telephone: (720) 508-6000
　　　　　　　　　　　　　　　　　　Email: Aric.Smith@coag.gov
　　　　　　　　　　　　　　　　　　　　　　Conor.May@coag.gov

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff State of Colorado*

4

/s/ Paul J. Harper
PAUL J. HARPER
Assistant Attorney General, Antitrust
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, IL 60603
Telephone: (312) 814-3000
Email: paul.harper@ilag.gov

ALEX KAPLAN
RYAN CAUGHEY
ADAM CARLIS
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Email: akaplan@susmangodfrey.com
rcaughey@susmangodfrey.com
acarlis@susmangodfrey.com

BETSY ARONSON
REBEKAH G.S. GREENE
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, New York 10001
Telephone: (212) 336-8330
Email: baronson@susmangodfrey.com
rgreene@susmangodfrey.com

*Attorneys for Plaintiff State of Illinois*

/s/ Noah Goerlitz
NOAH GOERLITZ
Assistant Attorney General
Office of the Iowa Attorney General
1305 E. Walnut St.
Des Moines, IA 50319
Telephone: (515) 725-1018
Email: noah.goerlitz@ag.iowa.gov

*Attorney for Plaintiff State of Iowa*

/s/ Jennifer Lindsey
JENNIFER LINSEY
CHRISTI FOUST
JESSE MOORE
Deputy Attorneys General
SCOTT BARNHART
Chief Counsel and Director of Consumer Protection
Office of the Indiana Attorney General
Indiana Government Center South – 5th Fl.
302 W. Washington Street
Indianapolis, IN 46204-2770
Telephone: (463) 261-7401
Email: jennifer.linsey@atg.in.gov
christi.foust@atg.in.gov
jesse.moore@atg.in.gov
scott.barnhart@atg.in.gov

*Attorneys for Plaintiff State of Indiana*

/s/ Katherine Moerke
KATHERINE MOERKE
JASON PLEGGENKUHLE
ELIZABETH ODETTE
Assistant Attorneys General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Telephone: (651) 296-3353
Email: katherine.moerke@ag.state.mn.us
jason.pleggenkuhle@ag.state.mn.us
elizabeth.odette@ag.state.mn.us

*Attorneys for Plaintiff State of Minnesota*

/s/ Justin McCully
JUSTIN MCCULLY
Office of the Attorney General of Nebraska
2115 State Capitol Building
Lincoln, NE 68509
Telephone: (402) 471-9305
Email: Justin.McCully@nebraska.gov

ALEX KAPLAN
RYAN CAUGHEY
ADAM CARLIS
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Email: akaplan@susmangodfrey.com
      rcaughey@susmangodfrey.com
      acarlis@susmangodfrey.com

BETSY ARONSON
REBEKAH G.S. GREENE
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, New York 10001
Telephone: (212) 336-8330
Email: baronson@susmangodfrey.com
      rgreene@susmangodfrey.com

*Attorneys for Plaintiff State of Nebraska*

/s/ Rachel K. Sowray
RACHEL K. SOWRAY
Senior Assistant Attorney General
Antitrust, False Claims, & Privacy Section
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 689-0249
Email: Rachel.Sowray@doj.oregon.gov

*Attorney for Plaintiff State of Oregon*

/s/ William Shieber
Austin Kinghorn
Deputy Attorney General for Civil Litigation
WILLIAM SHIEBER
Senior Staff Attorney, Antitrust Division
PAIGE ETHERINGTON
Assistant Attorney General
Office of the Attorney General of Texas
300 West 15th Street, 7th Floor
Austin, TX 78701
Telephone: (512) 463-1710
Email: William.Shieber@oag.texas.gov

*Attorneys for Plaintiff State of Texas*

6

Case 1:22-cv-00828-TDS-JEP    Document 407    Filed 02/03/26    Page 7 of 9

/s/ Hamilton Millwee
HAMILTON MILLWEE
Assistant Attorney General
Office of the Attorney General of
Tennessee
P.O. Box 20207
Nashville, TN 37202
Telephone: (615) 291-5922
Email: Hamilton.Millwee@ag.tn.gov

*Attorneys for Plaintiff State of Tennessee*

/s/ Luminita Nodit
LUMINITA NODIT
Assistant Attorney General,
Antitrust Division
Washington State Office
of the Attorney General
800 Fifth Ave., Suite 2000
Seattle, WA 98104
Telephone: (206) 254-0568
Email: Lumi.Nodit@atg.wa.gov

*Attorney for Plaintiff State
of Washington*

/s/ Caitlin M. Madden
CAITLIN M. MADDEN
LAURA E. MCFARLANE
Assistant Attorneys General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 267-1311
Email: caitlin.madden@wisdoj.gov

*Attorneys for Plaintiff State of Wisconsin*

| | |
|---|---|
| /s/ Patrick M. Kane | /s/ Mark E. Anderson |
| Patrick M. Kane | Mark E. Anderson |
| N.C. Bar No. 36861 | N.C. Bar No. 15764 |
| pkane@foxrothschild.com | manderson@mcguirewoods.com |
| Sean T. Placey | MCGUIREWOODS LLP |
| N.C. Bar No. 56683 | 501 Fayetteville Street, Suite 500 |
| splacey@foxrothschild.com | Raleigh, NC 27601 |
| FOX ROTHSCHILD LLP | Telephone: (919) 755-6600 |
| 230 N. Elm Street, Suite 1200 | Facsimile: (919) 755-6699 |
| PO Box 21927 (27420) | |
| Greensboro, NC 27401 | Wes Earnhardt* |
| Telephone: 336.378.5200 | Jesse Weiss* |
| Facsimile: 336.378.5400 | Margaret T. Segall* |
| | CRAVATH, SWAINE & MOORE LLP |
| Charles S. Duggan* | Two Manhattan West |
| charles.duggan@davispolk.com | 375 Ninth Ave |
| James I. McClammy* | New York, New York 10001 |
| james.mcclammy@davispolk.com | Telephone: (212) 474-1000 |
| Daniel J. Thomson* | Fax: (212) 474-3700 |
| daniel.thomson@davispolk.com | wearnhardt@cravath.com |
| DAVIS POLK & WARDWELL LLP | jweiss@cravath.com |
| 450 Lexington Avenue | msegall@cravath.com |
| New York, NY 10017 | |
| Telephone: (212) 450-4292 | *Specially appearing under L.R. 83.1(d) |
| Facsimile: (212) 701-5292 | |
| | *Attorneys for Defendant Corteva, Inc.* |
| Benjamin M. Miller* | |
| benjamin.miller@davispolk.com | |
| 1050 17th Street, NW | |
| Washington, DC 20036 | |
| DAVIS POLK & WARDWELL LLP | |
| Telephone: (202) 962-7133 | |

*Specially appearing under L.R. 83.1(d)

*Attorneys for Defendants Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC*