# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN, <br><br> Plaintiffs, <br> vs. <br><br> SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC., <br><br> Defendants. | Case No. 1:22-cv-00828-TDS-JEP |
| IN RE: CROP PROTECTION PRODUCTS LOYALTY PROGRAM ANTITRUST LITIGATION <br><br><br> This document relates to: All actions. | Case No. 1:23-MD-03062-TDS-JEP |

## JOINT MOTION OF ALL PARTIES TO SET TELEPHONIC STATUS CONFERENCE

Plaintiffs Federal Trade Commission and the States of California, Colorado, Illinois,

Indiana, Iowa, Minnesota, Nebraska, Oregon, Tennessee, Texas, Washington, and

Wisconsin ("Government Plaintiffs"); MDL Plaintiffs; and Defendants Syngenta Crop

Protection AG, Syngenta Corporation, Syngenta Crop Protection, LLC, and Corteva, Inc. (collectively, the "Parties"), by and through their undersigned counsel, respectfully move the Court to set a telephonic status conference regarding the sealing procedures for certain documents to be filed and respectfully request that the status conference be held telephonically or otherwise remotely. In support of their motion, the Parties show the Court the following:

1.  On February 18, 2026, the Court established, by Order in each above captioned action, sealing procedures controlling the filing of sealed and redacted materials stemming from the Parties' briefing and supporting exhibits related to certain of the Parties' pending motions. (Case No. 22-cv-00828 ("Government Action") D.E. 415; Case No. 23-MD-03062 ("MDL Action") D.E. 345).

2.  Pursuant to those procedures, the Parties have been reviewing to-be-sealed and/or redacted confidential materials and meeting and conferring with one another and with third-parties regarding the information that will need to be redacted from the Motion materials.

3.  Through this process, one category of materials that designating parties identified as including a substantial amount of information that the Court will be asked to keep under seal is the Parties' respective expert reports and supporting materials (together, the "Expert Reports").

4.  The Parties have appended several Expert Reports or excerpts thereof to the class certification briefing in the MDL Action and Rule 702, motion to strike, and summary judgment briefing in the Government Action.

5. These Expert Reports, of which there are 18 in total that have been served and will be filed beginning on April 13 across both actions, contain extensive information designated as confidential and, in fact, many of these Expert Reports contain substantial portions that are exclusively (or almost exclusively) designated as confidential.

6. The Parties therefore request a telephonic (or otherwise fully remote) status conference with the Court in order to discuss with and seek the Court's guidance and direction regarding possible ways to alleviate some of the forthcoming burden on the Court and non-parties resulting from the Joint Motions to Seal in each action pursuant to the February 18, 2026 sealing procedures.

7. In furtherance of that request, and to give the Court a tangible appreciation of the volume of information designated as confidential contained in the Expert Reports, upon the filing of this Motion the Parties will be submitting for the Court's *in camera*[1] review Dr. Abrantes-Metz's opening report from the MDL Action and Dr. Scott Hemphill's opening report from the Government Action. Each report has been highlighted to show the extent of the volume of information Parties and non-parties are expected to designate for sealing.

8. Because the Parties' deadline to begin the process of filing the pending motions in public redacted form and under seal with desired redactions highlighted, and thereafter the joint motions to seal, is rapidly approaching (April 13), the Parties would

---

[1] The Parties are submitting these reports to the Court via the Clerk of Court, pursuant to instruction from court personnel. The versions of these reports are not final. Meet and confers are still ongoing, and the redactions reflected may be narrowed thereafter.

request that this conference take place as soon as practicable for the Court. Counsel for all Parties can and will make themselves available at any time on Friday, April 3, or Monday, April 6.

WHEREFORE, Plaintiffs Federal Trade Commission and the states of California, Colorado, Illinois, Indiana, Iowa, Minnesota, Nebraska, Oregon, Tennessee, Texas, Washington, and Wisconsin; MDL Plaintiffs; and Defendants Syngenta Crop Protection AG, Syngenta Corporation, Syngenta Crop Protection, LLC, and Corteva, Inc., respectfully request that the Court set a status conference regarding the sealing procedures for certain documents to be filed and that status conference be held telephonically or otherwise remotely.

Dated: April 2, 2026                Respectfully submitted,

                                 /s/ Elizabeth A. Gillen
ELIZABETH A. GILLEN
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-3364
Email: egillen@ftc.gov
JOSEPH R. BAKER
ROBERT Y. CHEN
MICHAEL J. TURNER

*Attorneys for Plaintiff Federal Trade Commission*

| | |
|---|---|
| /s/ Nicole S. Gordon | /s/ Conor J. May |
| NICOLE S. GORDON | ARIC J. SMITH |
| Deputy Attorney General | CONOR J. MAY |
| Office of the California Attorney General | Assistant Attorneys General |
| 455 Golden Gate Avenue, Suite 11000 | Colorado Department of Law |
| San Francisco, CA 94610 | Office of the Attorney General |

4

Telephone: (415) 510-4400
Email: nicole.gordon@doj.ca.gov
*Attorney for Plaintiff State of California*

/s/ Paul J. Harper
PAUL J. HARPER
Assistant Attorney General, Antitrust
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, IL 60603
Telephone: (312) 814-3000
Email: paul.harper@ilag.gov

ALEX KAPLAN
RYAN CAUGHEY
ADAM CARLIS
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Email: akaplan@susmangodfrey.com
         rcaughey@susmangodfrey.com
         acarlis@susmangodfrey.com

BETSY ARONSON
REBEKAH G.S. GREENE
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, New York 10001
Telephone: (212) 336-8330
Email: baronson@susmangodfrey.com
         rgreene@susmangodfrey.com

*Attorneys for Plaintiff State of Illinois*

/s/ Noah Goerlitz
NOAH GOERLITZ
Assistant Attorney General
Office of the Iowa Attorney General
1305 E. Walnut St.
Des Moines, IA 50319
Telephone: (515) 725-1018
Email: noah.goerlitz@ag.iowa.gov

Ralph L. Carr Judicial Center
1300 Broadway, 9th Floor
Denver, CO 80203
Telephone: (720) 508-6000
Email: Aric.Smith@coag.gov
         Conor.May@coag.gov

*Attorneys for Plaintiff State of Colorado*

/s/ Jennifer Linsey
JENNIFER LINSEY
CHRISTI FOUST
JESSE MOORE
Deputy Attorneys General
SCOTT BARNHART
Chief Counsel and Director of Consumer Protection
Office of the Indiana Attorney General
Indiana Government Center South – 5th Fl.
302 W. Washington Street
Indianapolis, IN 46204-2770
Telephone: (463) 261-7401
Email: jennifer.linsey@atg.in.gov
         christi.foust@atg.in.gov
         jesse.moore@atg.in.gov
         scott.barnhart@atg.in.gov

*Attorneys for Plaintiff State of Indiana*

/s/ Katherine Moerke
KATHERINE MOERKE
ELIZABETH ODETTE
Assistant Attorneys General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Telephone: (651) 296-3353
Email: katherine.moerke@ag.state.mn.us
         elizabeth.odette@ag.state.mn.us

*Attorneys for Plaintiff State of Minnesota*

*Attorney for Plaintiff State of Iowa*

/s/ Justin McCully
JUSTIN MCCULLY
Assistant Attorney General
Office of the Attorney General of
Nebraska
2115 State Capitol Building
Lincoln, NE 68509
Telephone: (402) 471-9305
Email: Justin.McCully@nebraska.gov

ALEX KAPLAN
RYAN CAUGHEY
ADAM CARLIS
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Email: akaplan@susmangodfrey.com
        rcaughey@susmangodfrey.com
        acarlis@susmangodfrey.com

BETSY ARONSON
REBEKAH G.S. GREENE
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, New York 10001
Telephone: (212) 336-8330
Email: baronson@susmangodfrey.com
        rgreene@susmangodfrey.com

*Attorneys for Plaintiff State of Nebraska*

/s/ Hamilton Millwee
HAMILTON MILLWEE
Assistant Attorney General
Office of the Attorney General of
Tennessee
P.O. Box 20207
Nashville, TN 37202
Telephone: (615) 291-5922
Email: Hamilton.Millwee@ag.tn.gov

/s/ Rachel K. Sowray
RACHEL K. SOWRAY
Senior Assistant Attorney General
Economic Justice Section
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 689-0249
Email: Rachel.Sowray@doj.oregon.gov

*Attorney for Plaintiff State of Oregon*

/s/ William Shieber
Austin Kinghorn
Deputy Attorney General for Civil Litigation
WILLIAM SHIEBER
Senior Staff Attorney, Antitrust Division
PAIGE ETHERINGTON
Assistant Attorney General
Office of the Attorney General of Texas
300 West 15th Street, 7th Floor
Austin, TX 78701
Telephone: (512) 463-1710
Email: William.Shieber@oag.texas.gov

*Attorneys for Plaintiff State of Texas*

/s/ Caitlin M. Madden
CAITLIN M. MADDEN
LAURA E. MCFARLANE
Assistant Attorneys General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 267-1311
Email: caitlin.madden@wisdoj.gov

*Attorneys for Plaintiff State of Wisconsin*

6

*Attorneys for Plaintiff State of Tennessee*

/s/ Luminita Nodit
LUMINITA NODIT
Assistant Attorney General,
Antitrust Division
Washington State Office
of the Attorney General
800 Fifth Ave., Suite 2000
Seattle, WA 98104
Telephone: (206) 254-0568
Email: Lumi.Nodit@atg.wa.gov

*Attorney for Plaintiff State
of Washington*

/s/ Daniel L. Brockett
Daniel L. Brockett (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel. (212) 849-7345
Facsimile (212) 849-7100
danbrockett@quinnemanuel.com

Jeremy Andersen (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Tel. (213) 443-3685
Facsimile (213) 443-3100
jeremyandersen@quinnemanuel.com

/s/ Vincent Briganti
LOWEY DANNENBERG, PC
Vincent Briganti (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Nicole Veno (*pro hac vice*)
44 South Broadway, Suite 1100

/s/ Jay J. Chaudhuri
Jay J. Chaudhuri
N.C. State Bar No. 27747
Cohen Milstein Sellers & Toll PLLC
50 Fayetteville St., Suite 980
Raleigh, NC 27601
Telephone (919) 890-0560
Facsimile (919) 890-0567
jchaudhuri@cohenmilstein.com

Michael B. Eisenkraft (*pro hac vice*)
Cohen Milstein Sellers & Toll PLLC
88 Pine Street, 14th Floor
New York, New York 10005
Telephone (212) 838-7797
Facsimile (212) 838-7745
meisenkraft@cohenmilstein.com

/s/ Carol O'Keefe
Carol O'Keefe
Rosemarie Fiorillo
Ian Moody
KOREIN TILLERY LLC
505 N 7th St #3600,
St. Louis, MO 63101

7

White Plains, New York 10601  
Tel. (914) 997-0500  
Fax: (914) 997-0035  
vbriganti@lowey.com  
clevis@lowey.com  
mmaclean@lowey.com  
rstlouis@lowey.com  

*Interim Class Counsel*

Tel: (314) 241-4844  
cokeefe@koreintillery.com  
rfiorillo@koreintillery.com  
imoody@koreintillery.com  

George Zelcs  
Randall P. Ewing, Jr.  
Chad E. Bell  
Labeat Rrahmani  
KOREIN TILLERY LLC  
205 North Michigan Avenue, Suite 1950  
Chicago, IL 60601  
Tel: (312) 641-9750  
gzelcs@koreintillery.com  
rewing@koreintillery.com  
cbell@koreintillery.com  
lrrahmani@koreintillery.com  

<u>*/s/ Lyn K. Broom*</u>  
Richard L. Pinto N.C. State Bar No. 9412  
Kenneth Kyre, Jr. N.C. State Bar No. 7848  
Lyn K. Broom N.C. State Bar No. 17674  
PINTO COATES KYRE & BOWERS, PLLC  
3203 Brassfield Road Greensboro, NC 27410  
Tel: (336) 282-8848  
Facsimile: (336) 282-8409  
rpinto@pckb-law.com  
kkyre@pckb-law.com  
lbroom@pckb-law.com  

*Liaison Counsel*

<u>/s/Patrick M. Kane</u>  
Patrick M. Kane  
N.C. Bar No. 36861  
<u>pkane@foxrothschild.com</u>  
Sean T. Placey  
N.C. Bar No. 56683  
<u>splacey@foxrothschild.com</u>  
FOX ROTHSCHILD LLP  
230 N. Elm Street, Suite 1200

PO Box 21927 (27420)
Greensboro, NC 27401
Telephone:  336.378.5200
Facsimile:  336.378.5400

Charles S. Duggan* charles.duggan@davispolk.com
James I. McClammy* james.mcclammy@davispolk.com
Michael Scheinkman*
michael.scheinkman@davispolk.com
David B. Toscano*
david.toscano@davispolk.com
Alison B. Miller*
alison.miller@davispolk.com
Daniel J. Thomson* daniel.thomson@davispolk.com
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4292
Facsimile: (212) 701-5292

Benjamin M. Miller* benjamin.miller@davispolk.com
DAVIS POLK & WARDWELL LLP
1050 17th Street, NW
Washington, DC 20036
Telephone: (202) 962-7133

Jesse Solomon*
jsolomon@paulweiss.com
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7312

*Specially appearing under L.R. 83.1(d)

*Attorneys for Defendants Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC*

*s/ Mark E. Anderson*

**MCGUIREWOODS LLP**

9

Mark E. Anderson (NC Bar No. 15764)
Armina A. Manning (NC Bar No. 60436)
manderson@mcguirewoods.com
aamanning@mcguirewoods.com
501 Fayetteville Street, Suite 500
Raleigh, North Carolina 27601
Telephone: (919) 755-6600
Fax: (919) 755-6699

**BALLARD SPAHR LLP**
Jason A. Leckerman*
Emilia McKee Vassallo*
Thomas W. Hazlett*
Elizabeth P. Weissert*
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 665-8500
Fax: (215) 864-8999
LeckermanJ@ballardspahr.com
McKeeVassalloE@ballardspahr.com
HazlettT@ballardspahr.com
WeissertE@ballardspahr.com

**CRAVATH, SWAINE & MOORE LLP**
Wes Earnhardt *
Jesse Weiss*
Margaret T. Segall *
Two Manhattan West
375 Ninth Ave
New York, New York 10001
Telephone: (212) 474-1000
Fax: (212) 474-3700
wearnhardt@cravath.com
jweiss@cravath.com
msegall@cravath.com

*Specially appearing under L.R. 83.1(d)

*Attorneys for Defendant Corteva, Inc.*

10