# Exhibit 4

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ET AL.,<br><br>*Plaintiff,*<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG,<br>SYNGENTA CORPORATION,<br>SYNGENTA CROP PROTECTION, LLC,<br>and<br>CORTEVA, INC.,<br><br>*Defendants.* | Case No. 22-cv-828 |

**EXPERT REPORT OF NICHOLAS HILL**

**3 OCTOBER 2025**

***

**Figure 7. Shares of Bayer acetochlor and other acetochlor sales on corn by mix, 2020–2024**

[redacted]

Source: FarmTrak.
Notes:
[1] Other acetochlor includes all non-Corteva- and non-Bayer-branded acetochlor products, such as generic and private label products sourced from a basic or generic manufacturer.

(64) [redacted]

- [redacted]
- [redacted]
- [redacted]

### 5.1.3. Pests targeted

(65) In this section I analyze the use of acetochlor products to target pests. Figure 8 depicts the share of expenditures on acetochlor products for use on corn by pest type from 2020 to 2024. The inner ring of the chart divides the weeds targeted by growers using acetochlor products on corn into two broad categories: (1) broadleaf (blue) and (2) grass (green). This inner ring of the figure shows that

acetochlor products are primarily used on corn to combat broadleaf weeds, which accounted for 70 percent of all expenditures from 2020 to 2024, but that they are also used to target grasses.

(66) The outer ring of the chart presents acetochlor use on corn by the names of specific targeted weeds. The names of weeds that account for 5 percent or more are individually listed in the figure. I group weeds that are targeted less frequently into a single category by weed category (i.e., broadleaf or grass) and list them at the end of each broad category.

**Figure 8. Share of acetochlor expenditures on corn by treated pest, 2020–2024**




Source: FarmTrak.
Notes:
[1] Growers may target multiple pests with a single application. Applications targeting multiple pests have their expenditures split evenly by pest.
[2] “Other grass” and “Other broadleaf” capture weeds accounting for less than 5 percent of acetochlor expenditures on corn as well as instances in which the grower only reports the general weed category (i.e. “Grass” or “Broadleaf”).
[3] Weeds that are not categorized as a broadleaf or a grass are excluded. The excluded weeds account for approximately 3 percent of total observations of acetochlor used on corn. Of these, approximately 87 percent are instances where the grower reports targeting “No answer weed.”

(67) The use of acetochlor products by pest type varies by supplier. Figure 9 displays the weeds targeted by growers using Corteva acetochlor products and Bayer acetochlor products. [redacted]

**Figure 9. Shares of Corteva acetochlor and Bayer acetochlor expenditures on corn by treated pest, 2020–2024**

[redacted]

Source: FarmTrak.
Notes:
[1] Growers may target multiple pests with a single application. Applications targeting multiple pests have their expenditures split evenly by pest.
[2] “Other grass” and “Other broadleaf” capture weeds accounting for less than 5 percent of Corteva acetochlor or Bayer acetochlor expenditures on corn as well as instances in which the grower only reports the general weed category (i.e. “Grass” or “Broadleaf”).
[3] Weeds that are not categorized as a broadleaf or a grass are excluded. The excluded weeds account for approximately 3 percent of total observations of Corteva acetochlor used on corn. Of these, approximately 92 percent are instances where the grower reports targeting “No answer weed.” The excluded weeds account for approximately 3 percent of total observations of Bayer acetochlor used on corn. Of these, approximately 82 percent are instances where the grower reports targeting “No answer weed.”

(68) [redacted]

**Figure 10. Shares of Corteva acetochlor and other acetochlor expenditures on corn by treated pest, 2020–2024**

[redacted]

Source: FarmTrak.
Notes:
[1] Growers may target multiple pests with a single application. Applications targeting multiple pests have their expenditures split evenly by pest.
[2] "Other grass" and "Other broadleaf" capture weeds accounting for less than 5 percent of Corteva acetochlor or other acetochlor expenditures on corn as well as instances in which the grower only reports the general weed category (i.e. "grass" or "broadleaf").
[3] Weeds that are not categorized as a broadleaf or a grass are excluded. The excluded weeds account for approximately 3 percent of total observations of Corteva acetochlor used on corn. Of these, approximately 92 percent are instances where the grower reports "No answer weed." The excluded weeds account for approximately 3 percent of total observations of other acetochlor used on corn. Of these, approximately 83 percent are instances where the grower reports targeting "No answer weed."
[4] Other acetochlor includes all non-Corteva- and non-Bayer-branded acetochlor products, such as generic and private label products sourced from a basic or generic manufacturer.

(69) Figure 11 compares weeds targeted by growers using acetochlor and metolachlor on corn from 2020 to 2024.[65] The figure shows that metolachlor and acetochlor are used to treat similar pests.[66] Indeed, their inner rings—i.e., pest category treated—are strikingly similar.

[65] In my analyses below, metolachlor includes S-metolachlor unless otherwise stated. One pound of racemic metolachlor ("old metolachlor") is treated as equivalent to two-thirds of a pound of S-metolachlor. *See* Hemphill Report, Appendix C ¶ 27.

[66] Figure 60 displays the same comparison for Corteva's acetochlor and Syngenta's metolachlor.

**Figure 11. Shares of acetochlor and metolachlor expenditures on corn by treated pest, 2020–2024**

[redacted]




Source: FarmTrak.
Notes:
[1] Growers may target multiple pests with a single application. Applications targeting multiple pests have their expenditures split evenly by pest.
[3] "Other grass" and "Other broadleaf" capture weeds accounting for less than 5 percent of acetochlor or metolachlor expenditures on corn as well as instances in which the grower only reports the general weed category (i.e. "Grass" or "Broadleaf").
[4] Weeds that are not categorized as a broadleaf or a grass are excluded. The excluded weeds account for approximately 3 percent of total acetochlor corn observations. Of these, approximately 87 percent are instances where the grower reports targeting "No answer weed." The excluded weeds account for approximately 4 percent of total metolachlor corn observations. Of these, approximately 80 percent are instances where the grower reports targeting "No answer weed."

(70) Figure 12 compares weeds targeted by Corteva acetochlor and dimethenamid on corn according to data from FarmTrak for 2020 to 2024.[67] [redacted]

[67] Throughout this report, dimethenamid includes dimethenamid-P unless otherwise stated.

**Figure 12. Shares of Corteva acetochlor and all dimethenamid expenditures on corn by treated pest, 2020–2024**

[redacted]




Source: FarmTrak.
Notes:
[1] Growers may target multiple pests with a single application. Applications targeting multiple pests have their expenditures split evenly by pest.
[3] “Other grass” and “Other broadleaf” capture weeds accounting for less than less than 5 percent of Corteva acetochlor or dimethenamid expenditures on corn as well as instances in which the grower only reports the general weed category (i.e. “Grass” or “Broadleaf”).
[4] Weeds that are not categorized as a broadleaf or a grass are excluded. The excluded weeds account for approximately 3 percent of total Corteva acetochlor expenditures. Of these, approximately 92 percent are instances where the grower reports targeting “No answer weed.” The excluded weeds account for approximately 3 percent of total dimethenamid expenditures. Of these, approximately 89 percent are instances where the grower reports targeting “No answer weed.”

(71) The similarities in the preceding figures suggest that growers are using acetochlor, metolachlor, and dimethenamid products to treat corn weeds in similar ways. This does not imply that the products are necessarily close substitutes, but it does show that growers report using these products to solve similar problems.

## 5.2. Dr. Hemphill’s purported acetochlor market is unreliable

(72) In this section I analyze Dr. Hemphill’s assertion that there is an acetochlor-only market.[68] Dr. Hemphill asserts that the following arguments support his acetochlor-only market:

---

[68] Dr. Hemphill claims there are two relevant markets for each active ingredient: (1) a market consisting of all crop protection products containing the active ingredient and (2) a market for the active ingredient included as a component

- Corteva has a loyalty program that [redacted].[69]
- There are Corteva documents that discuss competition between Corteva acetochlor products and acetochlor products sold by other firms.[70]
- Dr. Hemphill asserts that when the production of Bayer and Corteva acetochlor was constrained beginning in Spring 2021, the prices of acetochlor products increased more rapidly than did the prices of metolachlor products.[71]

(73) I find that the results of his arguments are not a reliable basis for an acetochlor-only market. I explain my findings in the following subsections.

### 5.2.1. The design of Corteva's acetochlor loyalty program does not establish an acetochlor-only market

(74) Dr. Hemphill asserts that the design of Corteva's acetochlor loyalty program is consistent with an acetochlor-only market. In particular, he asserts that:

> "Targeted exclusion of a particular set of products suggests that the targets are an unusually potent competitive threat and that the incumbent and targets, taken together, are capable of exercising market power. Here, the scope of each loyalty program focuses on branded products containing a particular AI [active ingredient] by targeting generic products containing that AI."[72]

(75) The design of Corteva's loyalty program is of limited use because market definition is focused on customer preferences.[73] The goal is to identify products that customers view as being close substitutes for one another. Dr. Hemphill, however, seeks to support his market definition using the design of a supplier's loyalty program.

(76) This is improper because a supplier's design of a loyalty program may be based on factors that are independent of customer demand.[74] For example, limiting a loyalty program to products containing the same active ingredient may also be more feasible (e.g., by reducing the cost of administering the

of finished crop protection products. *See* Hemphill Report, §§3.2 and 3.3.

69 *See* Hemphill Report, §3.2.1.

70 Hemphill Report, ¶ 160.

71 *See* Hemphill Report, §3.2.5.

72 Hemphill Report, ¶ 133.

73 *See,* for example, 2023 Merger Guidelines, §4.3 ("The outer boundaries of a relevant product market are determined by the 'reasonable interchangeability of use or the cross-elasticity of demand between the product itself and substitutes for it'" [citing *Brown Shoe*]). Dr. Hemphill himself acknowledges the importance of consumer preferences stating that "[m]arket definition is focused on demand substitution." Hemphill Report, ¶ 120.

74 I understand other experts have submitted a report with a more fulsome discussion of the design of loyalty programs.

***

**Figure 13. Reproduction of Dr. Hemphill's Figure 17**

[redacted]

Source: Hemphill Report Figure 17.

(84) Conceptually, using price correlations to define markets is often misguided.[95] This is because the prices of two products may be highly correlated, even if they are not substitutes, while the prices of two other products that are close substitutes may move independently.[96,97] Drawing conclusions about substitution based on price correlations can therefore result in inaccurate and misleading results.

95 Jonathan B. Baker, "Why Price Correlations Do Not Define Antitrust Markets: On Econometric Algorithms for Market Definition" (Federal Trade Commission Working Paper No. 149, 1987), 10 ("The main conclusion from this comparison is that price correlation tests contain little or no information relevant to the issue of antitrust market definition."); Phillip E. Areeda and Herbert Hovenkamp, *Antitrust Law: An Analysis of Antitrust Principles and Their Application* (The Netherlands: Wolters Kluwer, 2025), ¶ 534c ("[R]ather than high cross-elasticity of demand, correlated price movements might reflect the similar responses of different markets to similar changes, as when all prices move up in response to changes in common costs or when geographically separate markets in a given product experience similar demand or supply changes.").

96 For example, a substitute with relatively elastic supply will have less correlated prices with a focal product even if the cross-price elasticity of demand is substantial. *See* Gregory J. Werden and Luke Froeb, "Correlation, Causality, and All That Jazz: The Inherent Shortcomings of Price Tests for Antitrust Market Delineation," *Review of Industrial Organization*, 8 (1993): 334 ("The price correlation will tend to be much lower with elastic supply because less price variation is induced. Indeed, with perfectly elastic supply, the correlation would be zero. However, the more elastic the supply for the substitute, the less is the market power in the candidate market, and the more likely it is that the substitute is in the relevant market.").

97 An example of two purported substitutes with prices that move in opposite directions can be seen in Dr. Hemphill's Figure 17 (reproduced as Figure 13 in this report), in which the price of Warrant moves in a different direction in 2024 than the other acetochlor products. Hemphill Report, Figure 17.

(85) Challenges in using price correlations to define markets arise because a firm's price for a product will typically depend on several factors, including, but not necessarily limited to, its costs and the demand for its product. If these factors move independently for two products, then the prices of close substitutes may diverge.[98] Conversely, products with similar demands and inputs—like hamburger and hot dog buns—may have highly correlated prices while being only distant substitutes for one another.[99] For these reasons, it is common practice to examine the substitution between two products instead of examining the correlations between their prices when defining markets. I do so for acetochlor in Section 5.3.

(86) Setting aside conceptual challenges, Dr. Hemphill's assertions also suffer from a significant empirical problem. Dr. Hemphill's analysis, which purports to show that the prices of acetochlor and metolachlor are not correlated, is heavily dependent upon the set of products he compares. In particular, Dr. Hemphill restricts his comparison to straight acetochlor products and simple mixes with atrazine alone.[100] Despite Dr. Hemphill's assertion that he is comparing leading products, the products that he depicts in his Figure 17 account for only 30 percent of the total volume of acetochlor and 13 percent of the total volume of metolachlor used on corn from 2020 to 2024 (see Figure 14). Because Corteva's acetochlor products are primarily used on corn, I limit the analyses below to products used on corn.

---

98 For example, an increase in production costs for Tylenol will likely lead to an increase in its price but may not materially affect the prices of Advil or Aleve if their production costs do not change.

99 *See*, for example, Nicholas Hill, Dominic Vote, and Nathan E. Wilson, "Four Key Aspects of the *Tronox/Cristal* Litigation," *Antitrust Source*, 4 October 2019 ("[S]uch co-movement analyses address whether or not a statistical relationship exists between two products' prices. Such evidence is insufficient for market definition because there may be both demand-side (e.g., if both products have seasonal demand) and supply-side (e.g., if the two products have common inputs) reasons that different price series might be statistically related while still being in different antitrust markets.").

100 *See* Hemphill Report, ¶ 197 ("Figure 17 reports year-on-year changes in the farmgate price of four leading Corteva and Bayer acetochlor products from 2022 to 2024."). *See also* Hemphill Report, n. 229 ("In this analysis, I focus on two acetochlor chemistries with substantial sales where acetochlor predominates in the value of the finished product, namely the straight product and the atrazine premix.").

**Figure 14. Shares of pounds of acetochlor and metolachlor used on corn for products in Dr. Hemphill's Figure 17, 2020–2024**




Source: FarmTrak.

(87) To remedy this problem, I expand Dr. Hemphill's price comparison in several ways. I begin by summarizing price changes for acetochlor and metolachlor over time. Figure 15 depicts the average prices of all products containing acetochlor and metolachlor from 2018 to 2024.[101,102] The prices in the figure are calculated with respect to the average price of products containing each active ingredient in 2018. A value of 100 for acetochlor products in a particular year would indicate that their aggregate price in that year was equal to their aggregate price in 2018. For example, if the value is 100 in 2023, that means the aggregate prices of acetochlor products were the same in 2018 and 2023. A value above 100 in a particular year indicates that the aggregate price has increased relative to 2018, while a value below 100 indicates that the aggregate price has decreased.

(88) Figure 15 shows that, in aggregate, the prices of acetochlor products and metolachlor products prices move in concert with one another. This is true in general and also in 2022 and 2023, when Dr. Hemphill asserts that the prices move differently. The figure also shows that between 2021 and 2022, the aggregate price of metolachlor products increased more in percentage terms than did the

---

[101] I calculate the acetochlor and metolachlor prices using a widely used economic technique known as a Fisher price index. The Fisher price index can be used to combine the prices of a group of products consistently into a single price. *See*, "PCE Price Index Details," Federal Reserve Bank of Cleveland, accessed 2 October 2025, https://www.clevelandfed.org/-/media/project/clevelandfedtenant/clevelandfedsite/center-for-inflation-research/consumer-price-data/slideshow-pce.pdf.

[102] Figure 72 and Figure 73 repeat this comparison excluding products containing atrazine, the price of which increased significantly from 2022 to 2024. Dr. Hemphill includes products containing atrazine in his comparisons. *See* Hemphill Report, Figure 17 and ¶ 198.

aggregate price of acetochlor products. This is contrary to the results in Dr. Hemphill's Figure 17, which shows that the prices of his selected acetochlor products increased more than did the prices of his selected metolachlor products. Figure 15 further shows the average price of metolachlor products increased between 2022 and 2023, while the prices of the metolachlor products selected by Dr. Hemphill decreased in price.

**Figure 15. Prices of acetochlor products and metolachlor products used on corn, 2018–2024**

[redacted]

Source: FarmTrak.
Notes:
[1] Data are limited to acetochlor and metolachlor used on corn.
[2] Price indices are calculated as chained Fisher indices of all products containing acetochlor and all products containing metolachlor.
[3] Price indices are based on nominal prices. Indices based on prices adjusted for inflation using the pesticides PPI are included in Figure 64.
[4] Price indices that omit products that include atrazine are also included in Appendix D.1.

(89) Figure 16 repeats the comparison above except it compares the price of Corteva's acetochlor products to the price of other acetochlor products and to Syngenta's metolachlor products. It shows that the aggregate prices of Corteva's acetochlor products appear to track Syngenta's metolachlor prices more closely than they do the prices of other acetochlor products. Under Dr. Hemphill's logic, this differential price pattern would show that Syngenta's metolachlor products and Bayer's acetochlor products are closer substitutes for Corteva's acetochlor products than are other acetochlor products.

**Figure 16. Prices of Corteva acetochlor, Bayer acetochlor, other acetochlor, and Syngenta metolachlor products used on corn, 2018–2024**

[redacted]

Source: FarmTrak.
Notes:
[1] Data are limited to acetochlor and metolachlor used on corn.
[2] Price indices are calculated as chained Fisher indices of all products containing acetochlor and all products containing metolachlor.
[3] Price indices are based on nominal prices. Indices based on prices adjusted for inflation using the Pesticides PPI are included in Figure 65.
[4] Other acetochlor includes all non-Corteva- and non-Bayer-branded acetochlor products, such as generic and private label products sourced from a basic or generic manufacturer.

## 5.3. Grower substitution patterns are inconsistent with an acetochlor-only market

(90) In this section I analyze data on grower substitution to evaluate which products are close substitutes for Corteva's acetochlor products on corn. I begin by presenting analyses showing that acetochlor products and identified potential substitutes are commonly used on corn and are rarely used together, which is consistent with them being substitutes for each other.

(91) I then analyze which products growers begin using when they stop or reduce their use of Corteva's acetochlor products. I find that the highest substitution from Corteva's acetochlor products is to Bayer's acetochlor products and metolachlor products. I also find material substitution to other acetochlor products and dimethenamid products. I conclude that an acetochlor-only market is not a properly defined antitrust market because such a market would improperly exclude products that

compete more closely with Corteva's acetochlor products than do other acetochlor products. That is, I find that any market defined around Corteva's acetochlor products should include products that do not include acetochlor if it is to include other acetochlor products.

### 5.3.1. Products containing acetochlor and substitute active ingredients are widely used on corn

(92) Results in the previous section identified metolachlor and dimethenamid as substitutes for acetochlor. In this section, I present results showing that acetochlor and these substitutes are commonly used by corn growers.

(93) Figure 17 depicts the share of treatments on corn that used acetochlor, metolachlor, or dimethenamid from 2020 to 2024.[103] The first bar shows for 2020–2024 the proportion of corn treatments that used a product containing metolachlor, the second bar shows the proportion of corn treatments that used a product containing acetochlor, and the third bar shows the proportion of corn treatments that used a product containing dimethenamid. Figure 17 shows that products containing these three active ingredients are widely used by corn growers. Indeed, from 2020 to 2024, 69 percent of all treatments on corn used a product that included one of these active ingredients. Consequently, the figure also implies that growers rarely use these products in combination with one another.[104]

---

[103] In my analyses, I define a treatment as a combination of grower identifier (*respid* in FarmTrak and g*rower_id* in PUR), state, county, and year.

[104] If 69 percent of corn treatments are using at least one product containing one of the three active ingredients, and the sum of the use of products containing the three active ingredients is equal to 73 percent, it must be the case that growers are rarely using these products in combination.

**Figure 17. Share of treatments using acetochlor, metolachlor, and dimethenamid on corn by active ingredient, 2020–2024**

[redacted]

Source: FarmTrak.
Notes:
[1] Data includes all herbicide treatments on corn from 2020 to 2024.

### 5.3.2. Growers substitute non-acetochlor products for Corteva's acetochlor products

(94) In this section, I identify close substitutes for Corteva's acetochlor products by examining the products that growers use when they stop using Corteva's acetochlor products. In particular, I calculate what economists refer to as diversion ratios to evaluate which products are close substitutes for Corteva's acetochlor products. A diversion ratio from one product to another estimates how much growers would increase their use of the second product after they stopped using the first.

(95) For example, suppose that a grower stopped using Corteva's acetochlor products and increased their use of metolachlor and Bayer's acetochlor products in equal proportions. Then the diversion ratio from Corteva's acetochlor products to metolachlor products and Bayer acetochlor products for that grower is 50 percent for each.

(96) Economists often use diversion ratios to evaluate the closeness of substitution between products. Conceptually, diversion ratios measure which products (i.e., herbicides) consumers would use more of if they reduced their use of a focal product or group of products (i.e., Corteva's acetochlor

products). A material diversion ratio from one product to another is generally taken to mean that the second product competes closely with the first. Diversion ratios are frequently used in market definition, with material diversion ratios between two products often indicating that those two products belong in the same market.

(97) In this section, I estimate grower diversions from Corteva's acetochlor products. I do so by calculating how often growers who reduced their use of Corteva's acetochlor products increased their use of potential substitutes. I do this using FarmTrak data on growers' use of acetochlor, metolachlor, and dimethenamid products over time.

(98) I estimate grower diversions using two groups of switchers: (1) growers who stopped using Corteva's acetochlor products entirely (stoppers) and (2) growers who reduced their use of Corteva's acetochlor products (reducers).[105] In what follows, I discuss each of these methodologies in turn.

#### 5.3.2.a. The stopper methodology

(99) To implement the stopper methodology, I begin by identifying corn growers who used Corteva's acetochlor products in one year (year 1) and then did not use them in the next year (year 2). I then calculate the increase, if any, in each such grower's use on corn of the following substitutes in year 2: Bayer acetochlor, other acetochlor, Syngenta metolachlor, other metolachlor, and dimethenamid.[106] Using the observed increases in use of these potential substitutes, I calculate diversion ratios for each product in this group. Specifically, each potential substitute that saw an increase in its use is assigned a diversion ratio that represents its increase in use relative to the increase in use of all potential substitutes.

(100) For example, suppose that a grower used a Corteva acetochlor product on corn in 2021 but not in 2022. Suppose also that the same grower began using dimethenamid and metolachlor products on corn in 2022 and used three times as much dimethenamid as metolachlor. This grower would be said to have a diversion ratio of 75 percent to dimethenamid products and 25 percent to metolachlor products. I then aggregate the diversions across all growers who stopped using Corteva acetochlor products on corn across years to get stopper diversions for 2021 to 2022.

(101) Figure 18 depicts stopper diversions from Corteva's acetochlor products to substitutes using data from 2019 to 2023. [redacted]

[105] The stopper methodology is the more straightforward methodology of the two for identifying switching, since it involves the grower no longer using Corteva's acetochlor. The reducer methodology includes more nuanced switches and expands the sample size.

[106] Because the amount of corn herbicides a grower requires each year may change drastically due to factors unrelated to substitution between acetochlor and substitutes, I measure each grower's changes in product use by their change in share of product use among acetochlor and selected substitutes metolachlor and dimethenamid. This approach is conservative in that it ignores substitution to other potential substitutes, which would lower overall substitution to the included products. While it is likely to underestimate aggregate substitution, it can be used to measure relative substitution between substitutes.



Case 1:22-cv-00828-TDS-JEP Document 453-5 Filed 04/24/26 Page 19 of 62

[redacted]

**Figure 18. Stopper diversions from Corteva acetochlor products to substitutes, 2019–2024**

[redacted]

Source: FarmTrak.
Notes:
[1] Data are limited to products containing acetochlor, metolachlor, and dimethenamid. Data are limited to applications on corn between 2019 and 2024.
[2] A sample is defined as an individual grower using pesticides on the same crop in two adjacent years. The samples are limited to growers who use Corteva acetochlor in year 1 and at least one of the selected alternatives in year 2. The samples are further limited to those whose share of Corteva acetochlor among the selected alternatives fell by at least 5 percentage points. The samples are further restricted to those who ceased use of Corteva acetochlor in year 2.
[3] Product applications are restricted to those targeting at least one main Corteva acetochlor pest: common waterhemp, foxtail, lambsquarters, giant ragweed, and redroot pigweed.
[4] "Other metolachlor" includes all non-Syngenta branded products containing metolachlor and "Other acetochlor" includes all non-Corteva and non-Bayer branded products containing acetochlor. These may include generic and private label products.
[5] See Appendix F for a more detailed explanation of my methodology.

(102) Figure 18 is consistent with Bayer's acetochlor products and metolachlor products being the closest substitutes for Corteva's acetochlor products. The next closest set of substitutes includes other acetochlor products and dimethenamid products.

#### 5.3.2.b. The reducer methodology

(103) For the reducer methodology, I begin by identifying corn growers who materially reduced their use of Corteva's acetochlor products in a year compared to the previous year.[107] Next, I calculate the change in each such grower's use on corn of the following products: Bayer acetochlor, other acetochlor, metolachlor, and dimethenamid. I then assign the decrease in use of Corteva's acetochlor products on corn proportionally to the substitutes that saw increased use on corn.

(104) For example, suppose that a grower reduced use of Corteva's acetochlor products on corn by 20 percentage points from 2021 to 2022. Suppose also that from 2021 to 2022 the grower increased use of Bayer's acetochlor products on corn by 15 percentage points, increased use of dimethenamid products on corn by 5 percentage points, and otherwise did not change its use of the other substitutes. This grower would be said to have a diversion ratio of 75 percent to Bayer's acetochlor products and 25 percent to dimethenamid. I then take the average of such diversions across all growers who decreased their use of Corteva acetochlor products on corn to get reducer diversions.

(105) Figure 19 depicts reducer diversions from Corteva's acetochlor products to potential substitutes. [redacted]

(106) The results in Figure 19 are consistent with Bayer's acetochlor products and metolachlor products being the closest substitutes for Corteva's acetochlor products. The next closest substitutes are other acetochlor products and dimethenamid products.

[107] I define a material reduction in use to be at least a 5 percentage point reduction in use of Corteva's acetochlor products on corn compared to the previous year's use of Corteva's acetochlor products on corn.

**Figure 19. Reducer diversions from Corteva acetochlor products to substitutes, 2019–2024**

[redacted]

Source: FarmTrak.
Notes:
[1] Data are limited to products containing acetochlor, metolachlor, or dimethenamid. Data are limited to applications on corn between 2019 and 2024.
[2] A sample is defined as an individual grower using pesticides on the same crop in two adjacent years. The samples are limited to growers who use Corteva acetochlor in year 1 and at least one of the selected alternatives in year 2. The samples are further limited to those whose share of Corteva among the selected alternatives fell by at least 5 percentage points.
[3] Product applications are restricted to those targeting at least one main Corteva acetochlor pest: common waterhemp, foxtail, lambsquarters, giant ragweed, and redroot pigweed.
[4] “Other metolachlor” includes all non-Syngenta branded products containing metolachlor and “Other acetochlor” includes all non-Corteva and non-Bayer branded products containing acetochlor. These may include generic and private label products.
[5] See Appendix F for a more detailed explanation of the methodology.

## 5.4. Dr. Hemphill’s overly narrow acetochlor-only market is not a reliable basis for analyzing market power or competitive effects

(107) The results of the analyses presented above are consistent with Bayer’s acetochlor products and metolachlor products being particularly close substitutes for Corteva’s acetochlor products. These active ingredients have similar modes of action to Corteva’s acetochlor products, are widely used by growers, and capture significant diversion from Corteva’s acetochlor products. Any market defined around Corteva’s acetochlor products should therefore include at least these products.

(108) Figure 20 depicts Corteva’s share of a candidate market defined around Corteva’s acetochlor products that also includes Bayer’s acetochlor products, metolachlor products, and other acetochlor products.

The figure shows that Corteva's acetochlor products accounted for roughly [redacted] of total sales from 2020–2024. This rises to [redacted] if one includes private label acetochlor products supplied by Corteva, and [redacted] if one includes metolachlor products supplied by Corteva.

**Figure 20. Share of expenditures in a candidate market comprising Corteva acetochlor, metolachlor, Bayer acetochlor, and other acetochlor products on corn by product, 2020–2024**

[redacted]

Source: FarmTrak.
Notes:
[1] Market shares are calculated using product expenditures.
[2] "Other metolachlor" includes all non-Syngenta branded products containing metolachlor and "Other acetochlor" includes all non-Corteva and non-Bayer branded products containing acetochlor. These may include generic and private label products.

(109) Dimethenamid products are likely the next closest substitutes for Corteva acetochlor products. Figure 21 depicts Corteva's share of a candidate market defined around Corteva's acetochlor products that includes Corteva's acetochlor, Bayer's acetochlor, other acetochlor, metolachlor, and dimethenamid products. The figure shows that Corteva's acetochlor products accounted for roughly [redacted] of total sales from 2020 to 2024. This percentage rises to [redacted] if one includes private label acetochlor products supplied by Corteva, and [redacted] if one includes metolachlor products supplied by Corteva.

**Figure 21. Share of sales in a candidate market comprising Corteva acetochlor, metolachlor, Bayer acetochlor, other acetochlor, and dimethenamid products on corn by product, 2020–2024**

[redacted]

Source: FarmTrak.
Notes:
[1] Market shares are calculated using product expenditures.
[2] Other metolachlor" includes all non-Syngenta branded products containing metolachlor and "Other acetochlor" includes all non-Corteva and non-Bayer branded products containing acetochlor. These may include generic and private label products.

(110) Figure 20 and Figure 21 collectively are consistent with Corteva having a modest share of candidate markets defined around Corteva's acetochlor products.[108] Corteva's modest share demonstrates that close substitutes are available for its acetochlor products beyond other acetochlor products. This means that to accurately assess the likely competitive impact of Corteva's acetochlor loyalty program on competition, one needs to evaluate substitution to products beyond other acetochlor products.

(111) For example, a loyalty program that hypothetically impeded competition and resulted in higher prices for Corteva's acetochlor products would likely lead to material lost sales to Bayer acetochlor products, metolachlor products, and dimethenamid products (in addition to other acetochlor products). When evaluating whether creating a program of this type would be profitable for Corteva, these potential lost sales need to be considered. But Dr. Hemphill's overly narrow acetochlor-only market would exclude such lost sales. Any competitive effects analysis based on Dr. Hemphill's overly narrow market is unlikely to be reliable.

[108] In Appendix D.1 I present market shares treating all crops defined around Corteva's acetochlor products.

# 6. Matrix

(112) In this section, I evaluate Dr. Hemphill's assertion that there is a market that includes Corteva's Matrix product (active ingredient, rimsulfuron) and generic products akin to Matrix, which I call "generic Matrix products."[109,110] I find that Dr. Hemphill's assertion is not reliable. Instead, I present results that are consistent with needing to include at least some products that do not include rimsulfuron in any market seeking to evaluate the impact of Corteva's Matrix loyalty program on competition.[111]

(113) I begin my analysis by providing some background on Matrix, including the states in which it is most commonly used. I find that a large majority of its use occurs in California. I next examine the crops on which Matrix is used. I find that it is predominantly used on specialty crops, particularly tree nuts (e.g., almonds) and citrus fruits (e.g., oranges).[112] I then summarize the pests that Matrix is typically used to treat. Unlike for acetochlor products, I do not discuss product mixes in any detail, as the only active ingredient in Matrix is rimsulfuron.

(114) Having provided background on Matrix, I next analyze Dr. Hemphill's assertion that there is a market that contains only Matrix and generic Matrix products. In particular, Dr. Hemphill asserts that the price of Matrix fell in response to entry by generic Matrix products in 2016. I find that Dr. Hemphill's assertion is not reliable for several reasons. First, I show that generic Matrix products first entered in 2010, not 2016. I next show that Matrix's price did not notably decline in 2017 or 2018 compared to 2016. Finally, I show that the prices of Matrix and other products that growers substitute for Matrix follow similar patterns over time and that these patterns can be explained in part by other forces, such as the prices of the crops treated. For these reasons, I find that Dr. Hemphill's results are not sufficient to define his purported market of Matrix and generic Matrix products.

(115) Next, I analyze grower substitution to identify close substitutes for Matrix. I find that more growers who stop using Matrix switch to Goal/Goaltender (active ingredient, oxyfluorfen), Alion (indaziflam), and Chateau (flumioxazin) than switch to generic Matrix products.[113,114] I find similar results when

---

109 Dr. Hemphill refers to the Matrix brand as a "straight product labeled for specialty crops." Hemphill Report, §C.4.

110 I define generic Matrix products as products that have the same active ingredient (rimsulfuron) for use specialty crops. All but one of these products has the same concentration of rimsulfuron (25 percent) as Matrix. Alternative brands include Adama Pruvin, Nufarm Grapple, Albaugh (formerly Rotam) Hinge, and FMC Solida. Unless otherwise noted, I treat Helena Centrus, a premix of rimsulfuron and indaziflam as a generic Matrix product. See Figure 91 for a table of these generic Matrix products, along with other products discussed below.

111 I use the term Matrix loyalty program as shorthand to refer to the Matrix component of the Specialty Herbicide Offer within Corteva's Crops, Range & Pasture, and Industrial Vegetation Management (CRP-IVM) loyalty program.

112 I use "specialty crops" to refer to any crop on which Matrix is used. Note that Matrix does infrequently treat some non-specialty crops. See Figure 23 for shares of Matrix use by crop. I exclude from my analyses any crop on which Matrix is not approved for use per its product label.

113 I find similar results for growers who stop using generic Matrix products.

114 Goal XL and GoalTender are products supplied by Nufarm—formerly supplied by Corteva—that both contain straight oxyfluorfen concentrations of 22.3 percent and 41 percent, respectively. I refer to these products collectively as

looking at reducer switching. These results are consistent with Goal/Goaltender, Alion, and Chateau being as close or closer substitutes for Matrix as are generic Matrix products. This implies that any market defined around Matrix should also include Goal/Goaltender, Alion, and Chateau. These findings are inconsistent with Dr. Hemphill's proposed market containing only Matrix and generic Matrix products and they show that it is too narrow and improperly defined.

## 6.1. Background on Corteva's Matrix product

(116) Matrix is a small product: its net revenue (i.e., gross revenue minus rebates) in 2023 was only [redacted].[115] It is used on a range of specialty crops, including tree nuts, grapes, stone fruits, citrus fruits, potatoes, and tomatoes. It is used to treat a variety of grasses and broadleaf weeds. Matrix is approved for use in all 50 states and can be used to treat weeds pre-emergence and post-emergence. It is a systemic herbicide that provides residual control of covered weeds.[116] The active ingredient in Matrix is rimsulfuron, a Group 2 herbicide (acetolactate synthase inhibitor) belonging to the sulfonylureas chemical class.[117]

(117) Matrix contains no active ingredient other than rimsulfuron. Since Matrix contains only rimsulfuron, I do not summarize other active ingredients as I did for Corteva's acetochlor products.[118]

### 6.1.1. Matrix use by state

(118) Figure 22 depicts use of Matrix by state. It shows that 77 percent of Matrix expenditures from 2020 to 2024 were made in California. The next largest state by Matrix expenditures, Washington, accounted for only 13 percent of Matrix expenditures from 2020 to 2024. In what follows I will therefore use data from both California's pesticide use reports ("California PUR") and FarmTrak (upon which Dr. Hemphill relies).

"Goal/Goaltender." Nutrichem USA, Incorporated, *GoalTender Product Label*, EPA Reg. 92894-3, accessed 29 September 2025, https://www3.epa.gov/pesticides/chem_search/ppls/092894-00003-20230509.pdf. Nutrichem USA, Incorporated, *Goal 2XL Herbicide Product Label*, EPA Reg. 92894-2, accessed 29 September 2025, https://www3.epa.gov/pesticides/chem_search/ppls/092894-00002-20210204.pdf.

115 *See* my report backup materials for details.

116 Corteva Agriscience LLC, *Matrix SG Herbicide Product Label*, EPA Reg. No. 352-768, accessed 29 September 2025, https://www3.epa.gov/pesticides/chem_search/ppls/000352-00768-20230124.pdf.

117 "Global Herbicide Classification Lookup," HRAC Global, Herbicide Resistance Action Committee, accessed 2 October 2025, https://hracglobal.com/tools/classification-lookup.

118 Note that one generic Matrix product (Helena Centrus, a rimsulfuron-indaziflam mix) is a mix, but the majority of generic Matrix products contain only rimsulfuron as an active ingredient. See Appendix E.2 for a complete list of products that I consider to be generic Matrix.



Case 1:22-cv-00828-TDS-JEP Document 453-5 Filed 04/24/26 Page 26 of 62

**Figure 22. Share of expenditures on Matrix by state, 2020–2024**




Source: FarmTrak.
Notes:
[1] States filled in grey have no Matrix expenditures from 2020–2024.

## 6.1.2. Crops treated

(119) I rely primarily upon data from the California PUR database when analyzing the crops on which Matrix is used. The California PUR database includes all uses of pesticides in California. It contains information on where a pesticide was used, which crops that pesticide was used on, when the pesticide was used, how the pesticide was applied, how many acres the pesticide treated, and the quantity of the pesticide used.

(120) Figure 23 depicts the use of Matrix in California in 2020–2022 on specialty crops, as measured by volume. The inner ring of the chart depicts the volume of Matrix used on crop categories. The outer ring depicts the volume of Matrix used on specific crops.

***

**Figure 28. Prices of Matrix and generic Matrix, 2014–2018**

[redacted]

Source: FarmTrak.
Notes:
[1] Prices are calculated as dollars of product expenditures divided by pounds of product used.
[2] Data are limited to specialty crops.

## 6.3. Grower substitution patterns are inconsistent with a Matrix and generic Matrix-only market

(141) In this section I use data on grower substitution patterns to evaluate which products are close substitutes for Matrix. To do this, I analyze which products growers use more of when they stop or reduce their use of Matrix. I find that grower substitution from Matrix is higher to Alion, Chateau, and Goal/Goaltender than it is to generic Matrix products. I conclude that a market containing only Matrix and generic Matrix products is too narrow and improperly excludes close substitutes that should be included in any market defined around Matrix.

(142) I estimate grower diversions using two groups of switchers: (1) growers who stopped using Matrix entirely (stoppers) and (2) growers who reduced their use of Matrix (reducers).[142] In the sections below I present results for California from 2018 to 2022 for stoppers and for reducers.[143]

### 6.3.1. The stopper methodology

(143) The results in this section focus on the products California growers used more of when they stopped using Matrix in a particular year. Figure 29 depicts switching by growers who stopped using Matrix to several substitutes: generic Matrix products, Alion (indaziflam), Chateau (flumioxazin), Goal/Goaltender (oxyfluorfen), and Pindar (oxyfluorfen/penoxsulam).

(144) The figure shows that growers who stopped using Matrix altogether greatly increased their use of products containing oxyfluorfen, particularly Goal/Goaltender, and generic versions of them. The figure also shows diversion of 15 percent to Alion, and diversion of 15 percent to Chateau. Finally, it shows diversion of 10 percent to generic Matrix products. These results are consistent with Goal/Goaltender, Alion, and Chateau being closer substitutes for Matrix than are generic Matrix products.

142 I discuss these methodologies in Section 5.3.2.a and 5.3.2.b, respectively.

143 I use the California PUR data because they are a census of all pesticide use in California, which means the data provide a census of all growers in California who used Matrix. Results using FarmTrak data are presented in Appendix D. I use 2018–2022 instead of 2019–2023 as for acetochlor because the California PUR data end in 2022, so 2023 is not available.

**Figure 29. Stopper diversions from Matrix to substitutes in California, 2018–2022**




Source: California PUR.
Notes:
[1] Data are limited to products containing rimsulfuron, oxyfluorfen, indaziflam, and flumioxazin. Data are limited to applications on specialty crops between 2018 and 2022.
[2] I exclude from this analysis Corteva's rimsulfuron product Steadfast as it is intended for use on row crops.
[3] Generic Goal/Goaltender" includes all other oxyfluorfen-containing products, except Pindar, Corteva's oxyfluorfen-penoxsulam mix. "Alion" includes Bayer-branded indaziflam. "Chateau" includes Valent-branded flumioxazin. "Generic Chateau" includes all other flumioxazin-containing products. "Pindar" includes Corteva's oxyfluorfen-penoxsulam mix.
[4] A sample is defined as an individual grower using pesticides on the same crop in two adjacent years. The samples are limited to growers who use Matrix in year 1 and at least one of the selected alternatives in year 2. The samples are further limited to those whose share of Matrix among the selected alternatives fell by at least 5 percentage points. The samples are further restricted to those who ceased use of Matrix in year 2.
[5] See Appendix F for a more detailed explanation of my methodology.

(145) The results in Figure 29 are consistent with Goal/Goaltender, generic Goal/Goaltender, Alion, and Chateau being as close or closer substitutes for Matrix than are generic Matrix products. Any market defined around Matrix that includes generic Matrix products should therefore also include these products. This means that Dr. Hemphill's purported market is too narrowly defined and is unreliable.

### 6.3.2. The reducer methodology

(146) The results in this section focus on which products saw increased use by growers who reduced their use of Matrix. Figure 30 depicts switching by growers who reduced their use of Matrix to several substitutes. The figure shows that among growers who reduced Matrix use, a substantial proportion of

them increased use of products containing oxyfluorfen. It also shows that Alion accounted for 18 percent of diverted Matrix use, Chateau 12 percent, and generic Matrix products 8 percent.

**Figure 30. Reducer diversions from Matrix to substitutes in California, 2018–2022**




Source: California PUR.
Notes:
[1] Data are limited to products containing rimsulfuron, oxyfluorfen, indaziflam, and flumioxazin. Data are limited to applications on specialty crops between 2018 and 2022.
[2] I exclude from this analysis Corteva's rimsulfuron product Steadfast as it is intended for use on row crops.
[3] Generic Goal/Goaltender" includes all other oxyfluorfen-containing products, except Pindar, Corteva's oxyfluorfen-penoxsulam mix. "Alion" includes Bayer-branded indaziflam. "Chateau" includes Valent-branded flumioxazin. "Generic Chateau" includes all other flumioxazin-containing products. "Pindar" includes Corteva's oxyfluorfen-penoxsulam mix.
[4] A sample is defined as an individual grower using pesticides on the same crop in two adjacent years. The samples are limited to growers who use Matrix in year 1 and at least one of the selected alternatives in year 2. The samples are further limited to those whose share of Matrix among the selected alternatives fell by at least 5 percentage points.
[5] See Appendix F for a more detailed explanation of my methodology.

(147) The results in Figure 30 are consistent with Goal/Goaltender, generic Goal/Goaltender, Alion, and Chateau being as close or closer substitutes for Matrix than are generic Matrix products. Any market defined around Matrix that includes generic Matrix products should therefore also include these products. This means that Dr. Hemphill's purported market is too narrowly defined and is unreliable.

## 6.4. Dr. Hemphill's overly narrow Matrix-only market is not a reliable basis for analyzing market power or competitive effects

(148) The analyses above are consistent with a range of products that do not contain rimsulfuron being as close or closer substitutes for Matrix as generic Matrix products. Any valid market defined around Matrix that includes generic Matrix products should therefore include these products.

**Figure 31. Share of expenditures in a candidate market comprised of Matrix and substitutes by product, 2020–2024**

[redacted]

Source: FarmTrak.
Notes:
[1] Data are limited to specialty crops.
[2] "Generic Goal/Goaltender" includes all oxyfluorfen-containing products except Goal/Goaltender and Pindar, Corteva's oxyfluorfen-penoxsulam mix. "Alion" includes Bayer-branded indaziflam. "Chateau" includes Valent-branded flumioxazin.

(149) Figure 31 depicts Corteva's share in a candidate market defined around Matrix that also includes Goal/Goaltender, generic Goal/Goaltender, Alion, and Chateau.[144] The figure shows that Matrix accounted for [redacted] of total sales in this candidate market from 2020 to 2024.

(150) Corteva's modest share in the candidate market demonstrates that close substitutes are available for Matrix beyond generic Matrix products. This means that to accurately assess the likely competitive

[144] I exclude generic Chateau products, generic Alion products, and Pindar from this figure since there is limited diversion to these products.

impact of Corteva's Matrix loyalty program on competition, one needs to evaluate substitution to products beyond generic Matrix products.

(151) For example, a loyalty program that hypothetically impeded competition and resulted in higher prices for Matrix would likely lead to material lost sales to Alion, Goal/Goaltender, and Chateau. When evaluating whether creating a program of this type would be profitable for Corteva, these potential lost sales need to be considered. Dr. Hemphill's overly narrow Matrix and generic matrix products market, however, would exclude such lost sales. Any competitive effects analysis based on such an overly narrow market is unlikely to be reliable.

# 7. Oxamyl products

(152) In this section, I evaluate Dr. Hemphill's assertion that there is a market for oxamyl-only products (i.e., a market that includes only Corteva's oxamyl products, Vydate L and Vydate C-LV, and generic versions of these products).[145] I find that Dr. Hemphill's assertion is not reliable. Instead, I present results that are consistent with needing to include at least some products that do not contain oxamyl in any market seeking to evaluate the impact of Corteva's oxamyl loyalty program on competition.[146]

(153) I begin my analysis by providing background on oxamyl. I first discuss a 2014 plant accident that materially constrained Corteva's supply of oxamyl products in the United States until at least 2017. I then examine the crops Corteva's oxamyl products are used on and find that the Corteva oxamyl products are used on a range of crops, most notably potatoes and cotton. Next, I summarize the pests that Corteva's oxamyl products are typically used to treat. I find that they are used to treat two distinct groups of pests: nematodes (a type of microscopic worm) and insects. Finally, I present results showing that few growers use oxamyl products as a nematicide on potatoes compared to other products, and very few use oxamyl products as an insecticide on cotton compared to other products. I do not discuss product mixes because oxamyl is never mixed with other active ingredients.[147]

(154) I next analyze Dr. Hemphill's assertion that there is an oxamyl-only market. In particular, Dr. Hemphill purports to show that the price of Corteva's oxamyl products fell in response to entry by generic oxamyl products in 2017. I find that Dr. Hemphill's assertion is not reliable for several reasons. First, I show that generic products have made few sales, which suggests that their impact on prices is likely limited. Second, I show that the price for Corteva's largest oxamyl product, Vydate C-LV, did not materially change with generic entry, which is inconsistent with Dr. Hemphill's assertions. Finally, I show that while the price of Corteva's other oxamyl product, Vydate L, did decline from 2017 to 2020, this decline may be explained in part by the entry of Bayer's Velum products (active ingredient, fluopyram), a set of branded products that compete with Vydate L. For these reasons, I find that Dr. Hemphill's arguments are not sufficient to define an oxamyl-only market.

(155) Next, I analyze grower substitution to identify close substitutes for Corteva's oxamyl products. I first present results showing that there are a range of substitutes for Corteva's oxamyl products on potatoes and on cotton. I also find few instances of switching to generic oxamyl products for treating insects on cotton. Instead, I find instances of significant substitution to products that do not contain oxamyl.

---

145 *See* Figure for details on generic oxamyl products.

146 I use the term oxamyl loyalty program as shorthand to refer to the oxamyl component of Corteva's Insecticide Pact offer, within the CRPIVM Loyalty Program.

147 There has never been a product registered with the United States Environmental Protection Agency that mixed oxamyl and another active ingredient. United States Environmental Protection Agency, "Active Pesticide Product Registration Informational Listing (APPRIL)," Row text contains 'oxamyl', accessed 2 October 2025, https://ordspub.epa.gov/ords/pesticides/f?p=338:3.

These findings are consistent with Dr. Hemphill's proposed oxamyl-only market being too narrow and improperly defined.

## 7.1. Background on Corteva's oxamyl products

(156) Oxamyl is a group 1A insecticide and a nematicide.[148] It is used on a range of crops, including potatoes and cotton. Corteva sells two branded oxamyl products: Vydate L and Vydate C-LV. The two Vydate products accounted for [redacted] in net sales in 2023. No oxamyl products are mixed with other active ingredients.

### 7.1.1. The oxamyl supply interruption

(157) DuPont's oxamyl manufacturing facility shut down in 2014 following an accident.[149] As a result, from 2014 to 2017, all oxamyl products sold by Corteva in the United States were sold from inventory, which meant there was a limited supply of oxamyl products available to growers. Corteva resumed selling its oxamyl products in 2017, using imported material, which is how it has since continued to supply oxamyl (the plant Corteva formerly used has not resumed production of oxamyl products).[150] Generic suppliers have sold generic oxamyl products in the United States also using imported material.[151]

(158) Figure 32 summarizes sales of oxamyl products and how these sales were affected by the plant accident. The bars in the figure depict total revenue from the sale of oxamyl products, with blue depicting the sale of Corteva products and green depicting the sale of generic oxamyl products.[152] The leftmost bar depicts sales of oxamyl products prior to the plant accident from 2013 to 2014. The second bar from the left depicts sales of oxamyl products during the shortages caused by the plant accident, from 2015 to 2017. The third bar depicts sales of oxamyl products from 2018 to 2019, after Corteva had resumed supply and generic oxamyl products had entered.[153] I examine the two-year

---

148 Nematodes are a type of worm. Some nematodes are pests. "The Invisible Nuisance: Nematodes for Beginners," Gardening Solutions, UF/IFAS Extension, accessed 28 September 2025, https://gardeningsolutions.ifas.ufl.edu/care/pests-and-diseases/pests/nematodes/.

149 "DuPont LaPorte Facility Toxic Chemical Release," Chemical Safety and Hazard Investigation Board, accessed 2 October 2025, https://www.csb.gov/dupont-la-porte-facility-toxic-chemical-release-/.

150 Investigative Hearing of Thomas Chaves, Rotam, 26 July 2021, 190:14–22. ("with DuPont's plant being out of commission, it took them a while to figure out what they were going to do… but ultimately they identified a business model that was very similar to our own, basically source tech offshore, formulate offshore, and bring in finished goods into the United States.")

151 Rotam, for example, sources its oxamyl from China. Investigative Hearing of Thomas Chaves, Rotam, 26 July 2021, 178:1–2.

152 The green area for generic oxamyl is so small as to barely be visible.

153 There is additional generic oxamyl in 2020. Figure 83 shows oxamyl volume including 2020 to be conservative.

periods before and after the supply interruption to attempt to isolate the effects of the supply interruption (as opposed to the effects of other, subsequent events).

**Figure 32. Sales of oxamyl products before, during, and after the plant accident**

[redacted]

Source: FarmTrak; Pesticides PPI.
Notes:
[1] Prices are adjusted for inflation using the Pesticides PPI.

Figure 32 makes several important points. First, shortages caused by the plant accident significantly reduced use of Corteva's oxamyl products: sales fell from an average [redacted] per year from 2013 to 2014 to an average of [redacted] per year from 2015 to 2017. Second, sales of Corteva's oxamyl products did not fully recover after the plant accident. Average annual sales in the two-year period after the resumption of oxamyl supply equaled only [redacted] per year.[154] This is consistent with growers having found other substitutes for oxamyl.

(159) Figure 33 examines the plant accident's impact on oxamyl products and substitutes for oxamyl products. The blue bars depict the average annual sales of Vydate products and generic Vydate products. The red bars depict the average annual sales of Velum products (active ingredient, fluopyram), a Vydate substitute that first entered in 2015.[155] The green bars depict the average annual

[154] See Appendix D.3 for a version with a post-accident period of 2018–2020. I include this broader period to be conservative because purchases of generic oxamyl products are lumpy and are unusually large in 2020.

[155] Bayer CropScience, *Velum Total Product Label*, EPA Reg. No. 264-1171, accessed 2 October 2025, https://www3.epa.gov/pesticides/chem_search/ppls/000264-01171-20150206.pdf.

sales of a set of common fumigants, metam and dichloropropene, another set of Vydate substitutes.[156] The three sets of bars depict two years before the plant accident (2013–2014), the three years of shortages due to the plant accident (2015–2017), and the two years after the plant accident (2018–2019).

**Figure 33. Average annual expenditures of Vydate products, Velum products, and metam and dichloropropene before, during, and after the plant accident**

[redacted]

Source: FarmTrak.
Notes:
[1] Data are limited to crops on which Vydate C-LV is approved for use. See Figure 36.

(160) Figure 33 makes several important points. First, it shows again that use of oxamyl declined materially during the plant accident and did not fully recover in the immediate aftermath. Second, it shows that during the period of disruption due to the plant accident, Velum entered and made average annual sales comparable to those made by Vydate products prior to the accident. Finally, the figure shows that sales of common fumigants were materially higher during the disruptions caused by the plant accident and in its immediate aftermath. The figure is consistent with some growers who had previously used Vydate products increasing their use of Velum products and fumigants.

[156] In my analyses below metam includes both metam potassium and metam sodium unless otherwise stated.

### 7.1.2. Crops treated

(161) Figure 34 depicts the use of oxamyl by crop. It shows that oxamyl is primarily used on potatoes and cotton. These two crops account for more than 87 percent of all oxamyl pounds applied. The remaining 13 percent of oxamyl pounds are used on a variety of crops.[157] Given its heavy use on potatoes and cotton, I focus on potatoes and cotton in what follows.

**Figure 34. Share of pounds of oxamyl used by crop, 2020–2024**




Source: FarmTrak.

(162) Finally, it is useful to briefly discuss Corteva's oxamyl products and how they relate to the crop being treated. Corteva sells two oxamyl products: Vydate C-LV and Vydate L. Figure 35 depicts the split of Corteva's revenue from its oxamyl across these two products. It shows that Vydate C-LV accounted for [redacted] of Corteva's oxamyl sales from 2020 to 2024, while Vydate L accounted for [redacted].

[157] The crops include onions, peppers, apples, bananas, carrots, celery, cherries, and many more.

**Figure 35. Share of Corteva oxamyl product net sales by product, 2020–2024**

[redacted]

Source: Corteva accounting data.
Notes:
[1] Net sales account for discounts and rebates.

(163) Vydate C-LV and Vydate L are typically used on different crops. Figure 36 depicts the crops each Corteva oxamyl product is used on and the concentration of each product. The figure shows that despite its higher sales volume, Vydate C-LV is used on a relatively limited number of crops compared to Vydate L.

**Figure 36. Corteva oxamyl products and crops on which they are approved for use**

| Vydate C-LV (42% oxamyl) | Vydate L (24% oxamyl) | |
|---|---|---|
| | Apples | Onions |
| Cotton | Bananas and plantains | Peaches |
| | Carrots | Pears |
| | Celery | Peppermint |
| Potatoes | Cherries | Peppers |
| | Citrus fruits | Pineapples |
| | Cucumbers | Sweet potatoes |
| Peanuts | Eggplant | Tobacco |
| | Garlic | Tomatoes |
| Tobacco | Ginger | Yams |
| | Honeydew and other melons | |

Source: Vydate L and Vydate C-LV product labels.[158]

### 7.1.3. Pests targeted

(164) Figure 37 depicts the use of oxamyl products to target various pests, broken down by crop. The inner ring of the figure depicts crops, while the outer ring shows the pest being treated. The figure shows that the majority of oxamyl products are used to treat nematodes on potatoes and insects on cotton. Material amounts are also used to treat insects on potatoes. For crops other than potatoes and cottons, oxamyl products are used to treat both nematodes and insects.

[158] Corteva Agriscience LLC, *Vydate C-LV Insecticide/Nematicide Product Label*, EPA Reg. No. 35 352-532, accessed 2 October 2025, https://www3.epa.gov/pesticides/chem_search/ppls/000352-00532-20230621.pdf; Corteva Agriscience LLC, *Vydate L Product Label*, EPA Reg. No. 352-372, accessed 29 September 2025, https://www3.epa.gov/pesticides/chem_search/ppls/000352-00372-20230628.pdf.

**Figure 37. Share of pounds of oxamyl used by pest type and crop, 2020–2024**




Source: FarmTrak.
Notes:
[1] “Both” indicates oxamyl applications where a grower targets both an insect and a nematode.
[3] 0.01 percent of pounds of oxamyl targets broadleaf weeds on peppers from 2020–2024. This is included but not labelled in the figure.

(165) While oxamyl is often used to treat nematodes on potatoes, it does not account for a large volume of overall nematicide use on potatoes. Figure 38 depicts growers’ use of oxamyl products as a nematicide on potatoes. The left pane depicts the average percentage of potato growers treating nematodes that used oxamyl products from 2020 to 2024. The right pane depicts the percentage of all expenditures of potato growers treating nematodes that are accounted for by oxamyl products. The figure shows that a large majority of the products used to treat nematodes on potatoes are products that do not contain oxamyl.

**Figure 38. Shares of oxamyl use as a nematicide on potatoes, 2020–2024**




Source: FarmTrak.
Notes:
[1] The left figure is calculated by comparing the number of treatments that use an oxamyl product to treat nematodes on potatoes from 2020 to 2024 against the number of treatments of nematodes on potatoes that do not use oxamyl from 2020 to 2024.
[2] The right figure is calculated by comparing the expenditures associated with treatments of nematodes on potatoes that use an oxamyl product against the expenditures associated with treatments of nematodes on potatoes that do not use an oxamyl product.

(166) Similarly, while oxamyl is often used to treat insects on cotton, it accounts for only a small portion of overall insecticide use on cotton. Figure 39 depicts growers' use of oxamyl products as an insecticide on cotton. The left pane depicts the average percentage of cotton growers treating insects that used oxamyl products from 2020–2024. The right pane depicts the percentage of all expenditures of cotton growers treating insects that are accounted for by oxamyl products. The figure shows that few cotton growers use oxamyl products to target insects.

**Figure 39. Share of oxamyl use as an insecticide on cotton, 2020–2024**




Source: FarmTrak.
Notes:
[1] The left figure is calculated by comparing the number of treatments that use an oxamyl product to treat insects on cotton from 2020 to 2024 against the number of treatments treating insects on cotton that do not use oxamyl from 2020 to 2024.
[2] The right figure is calculated by comparing the expenditures associated with treatments of insects on cotton that use an oxamyl product against the expenditures associated with treatments of insects on cotton that do not use an oxamyl product.

## 7.2. Dr. Hemphill's purported market containing only oxamyl products is unreliable

(167) In this section I analyze Dr. Hemphill's arguments in support of his oxamyl-only market. Dr. Hemphill asserts that the following arguments support his oxamyl-only market:

- Corteva has a loyalty program focused on purchases of products containing oxamyl from other suppliers but not purchases of products containing other active ingredients.[159]
- There are Corteva documents that discuss competition between its Vydate oxamyl products and generic oxamyl products.[160]

[159] *See* Hemphill Report, §3.2.1.

[160] Hemphill Report, ¶ 159.

- Dr. Hemphill asserts that generic oxamyl products entered in 2017 and put pressure on Corteva's Vydate L product, leading Corteva to cut the price of Vydate L.[161]

(168) I find that his arguments are not a reliable basis for defining an oxamyl-only market.

### 7.2.1. The design of Corteva's oxamyl loyalty program does not establish an oxamyl-only market

(169) Dr. Hemphill asserts that the design of Corteva's oxamyl loyalty program is consistent with an oxamyl-only market. In particular, he asserts that:

> "Targeted exclusion of a particular set of products suggests that the targets are an unusually potent competitive threat and that the incumbent and targets, taken together, are capable of exercising market power. Here, the scope of each loyalty program focuses on branded products containing a particular AI [active ingredient] by targeting generic products containing that AI."[162]

(170) The design of Corteva's loyalty program is of limited use because market definition is focused on customer preferences.[163] The goal is to identify products that customers view as being close substitutes for one another. Dr. Hemphill, however, seeks to support his market definition using the design of a supplier's loyalty program.

(171) This approach is improper because a supplier may consider several factors when designing a loyalty program for a product or group of products.[164] This may include customer preferences, but it may also include considerations that are not related to customer preferences. Relying upon a supplier's decision when defining a loyalty program is therefore generally not a reliable basis for market definition.

### 7.2.2. Documents consistent with competition between oxamyl and generic oxamyl products are not sufficient to establish Dr. Hemphill's purported market

(172) Dr. Hemphill cites a series of documents that he asserts establish that there is competition between oxamyl and generic oxamyl products. It is not in dispute that Corteva's oxamyl products compete with generic oxamyl products. But documents discussing competition between two products are not

161 *See* Hemphill Report, §3.2.4.

162 *See* Hemphill Report, ¶ 133.

163 *See*, for example, 2023 Merger Guidelines, §4.3 ("The outer boundaries of a relevant product market are determined by the 'reasonable interchangeability of use or the cross-elasticity of demand between the product itself and substitutes for it.'" [citing *Brown Shoe*]). Dr. Hemphill himself acknowledges the importance of consumer preferences, stating that "[m]arket definition is focused on demand substitution." Hemphill Report, ¶ 120.

164 *See* Section 5.2.1 for additional discussion of this issue.

sufficient grounds for asserting that those products are necessarily in the same market. There are several reasons for this. First, there are also documents that discuss competition between oxamyl products and products that do not contain oxamyl. Such qualitative materials include the following:

- In a 2019 presentation titled "What's Under the Ground Is Under Your Control: Understanding Nematode Management Options," authors Kelly Luff (Bayer employee) and Dr. Saad Hafez (University of Idaho) list several products used to target nematodes on potatoes, including Telone II, Vapam HL, Mocap, and Velum Prime.[165]
- A 2022 Corteva workbook titled "Next Best Alternative – Competitive Set" identifies [redacted] as competitors to Vydate C-LV.[166]
- In a 2018 Syngenta presentation titled "Potatoes Agency," the following products are listed as "key competitors" to Syngenta's Agri-Mek SC: [redacted].[167]
- A 2019 Corteva presentation titled "Cotton Insecticides" contains a slide identifying product options for targeting the Lygus bug on cotton in California and Arizona. Products listed that contain alternative active ingredients include, but are not limited to, the following: [redacted].[168]
- A 2003 DuPont presentation, "DuPont Vydate Insecticide/Nematicide," contains a slide titled "Major Competitors" that lists competing products for cotton and potatoes, broken down by targeted pest. For foliar applications of Vydate C-LV on cotton (i.e., applications targeting insects), the competing products are [redacted]. For nematode applications on potatoes, the competing products include [redacted].[169]

(173) Second, industry and academic sources further recognize that oxamyl has several alternatives:

- A 2020 Pest Management Strategic Plan (PMSP) for potatoes in Oregon, Washington, and Idaho, published by Oregon State University, estimated that "around 90 percent of the potato acres in Washington are fumigated to control nematodes, wireworms, and Verticillium." The PMSP goes on to state that "[n]onfumigant nematicides are also used, which control nematodes either by contact or systemic action, but these options do not provide the same control as fumigation."[170]

---

165 CRTVA-CPL-00494035 at slide 14 ("What's Under the Ground Is Under Your Control: Understanding Nematode Management Options," 10 January 2019).

166 CRTVA-CPL-01096235 ("Next Best Alternative – Competitive Set", sheet "Competitive Set," 5 May 2022).

167 Syngenta_FTC_00714239 at slide 2 ("POTATOES AGENCY", 3 October 2018).

168 CRTVA-CPL-01112928 at slide 39 ("Cotton Insecticides: California and Arizona," 7 June 2019).

169 CRTVA-CPL-01712399 at slide 30 ("DuPont Vydate: Insecticide/Nematicide," 14 December 2003).

170 "Integrated Pest Management Strategic Plan for Potatoes in Oregon, Washington, and Idaho," Katie Murray, Paul Jepson, Isaac Sandlin, and Andy Jensen, *Oregon State University Extension Service*, 2020, 34.

- An extension service provided by Washington State University supports an online "Potato Crop Protection Guide," most recently updated in 2025. The guide identifies the following nematicide active ingredients for use on potatoes: ethoprop, spirotetramat, dichloropropene, and oxamyl.[171]
- In 2018, the Biological and Economic Analysis Division (BEAD) of the EPA conducted an analysis of the benefits of oxamyl use in cotton. BEAD concluded that, in the event of heightened oxamyl regulations, "most growers currently relying on oxamyl as an insecticide would switch to one of many alternative pesticides. These alternatives can likely be used in a manner to achieve similar control to oxamyl; thus, yield effects are not anticipated and pest control costs are unlikely to increase."[172]
- According to BEAD's assessment of Market Research Data from 2011 to 2015, the most commonly used alternatives to oxamyl include "acephate, dicrotophos, neonicotinoids (imidacloprid, thiamethoxam, and clothianidin), and numerous synthetic pyrethroids."[173]
- Researchers from Mississippi State University tested the efficacy of common insecticides to control tarnished plant bug (*Lygus lineolaris*) in cotton. The study compared the efficacy of nine products, including one mix. It found that 14 days after treatment, Diamond (novaluron) was the most effective product at reducing tarnished plant bugs populations, followed closely by a mix of Brigade (bifenthrin) and Orthene (acephate), and Transform (sulfoxaflor). Vydate (oxamyl) tied for second to last with Carbine (flonicamid), while Bidrin (dicrotophos) proved to be the least effective.[174]
- Researchers from the University of Tennessee recommend several active ingredients along with oxamyl for stink bug control, including acephate, bifenthrin, dicrotophos, and methyl parathion.[175]

(174) A second reason that documents are not sufficient to establish Dr. Hemphill's market is that there are also qualitative materials detailing ways in which generic products are imperfect substitutes for products from basic manufacturers. I discuss these documents in Section 5.2.2. There are also documents discussing challenge with Vy-King from Solera, a generic Vydate product:

---

[171] "Potato Crop Protection Guide: Nematicides," Washington State University, accessed 30 September 2025, https://cpg.potatoes.wsu.edu/pesticides/nematicides/.

[172] "Memorandum: Benefits of Oxamyl Insecticide and Nematicide Use in Cotton," Carl Chen and Colwell Cook, Biological and Economic Analysis Division (BEAD), EPA, 2018, p. 2 ("BEAD concludes that most growers currently relying on oxamyl as an insecticide would switch to one of many alternative pesticides. These alternatives can likely be used in a manner to achieve similar control to oxamyl; thus, yield effects are not anticipated and pest control costs are unlikely to increase.").

[173] "Memorandum: Benefits of Oxamyl Insecticide and Nematicide Use in Cotton," Carl Chen and Colwell Cook, Biological and Economic Analysis Division (BEAD), EPA, 2018, p. 13.

[174] "Efficacy of Common Insecticides to Control Tarnished Plant Bugs in Cotton, 2021," Hunter J. Blalock et al., Arthropod Management Tests 48, no. 1 (2023): 1–2.

[175] "2024 Insect Control Recommendations for Field Crops: Cotton, Soybean, Field Corn, Sorghum, Wheat and Pasture" Sebe Brown et al., (University of Tennessee UT Extension Institute of Agriculture paper PB 1768, November 2023).

- [redacted]
- In an email among Solera employees in 2023, it was noted that Solera received complaints from a customer that the Vy-King product they purchased was "hard as a rock in a jug" and that they purchased Vydate instead.[178]
- A Solera employee acknowledged issues with Vy-King, stating in an email from April 2024 that Solera is "still struggling with [its] Oxamyl quality and getting complaints every day… We have to do something or just exit that [market] – which would be tragic at this juncture."[179]
- Solera had issues with Vy-King freezing in cold weather and employees need to "be cautious about shipping product up North in the late Fall and Winter" as noted in an email from May 2024 among Solera employees.[180]

(175) The documents above are consistent with Corteva's Vydate products competing with products that use different active ingredients. But neither these documents nor the documents that Dr. Hemphill cites can fully answer the question of which products are close enough substitutes for Corteva's oxamyl products that they should be included in a market defined around them. This is because the key question is not whether there are documents supportive of competition among Corteva's oxamyl products, generic oxamyl products, and other products that do not contain oxamyl but can be used in its stead. Instead, the key question is how customers view the products that compete with Corteva's oxamyl products. Specifically, which products customers view as being close substitutes for Corteva's oxamyl products.

### 7.2.3. Dr. Hemphill's graphs do not support defining an oxamyl-only market

(176) Dr. Hemphill presents two graphs that he argues together support an oxamyl-only market. His first graph, Figure 15, depicts the quarterly volume (in gallons) of Corteva's Vydate L product and Rotam's generic product, ReTurn, from the second quarter of 2017 to the second quarter of 2020. His second graph, Figure 16, depicts the prices of Vydate L and ReTurn from 2017 to 2020. Dr. Hemphill

176 [redacted]

177 [redacted]

178 Deposition of Patrick Menagh (Solera Source Dynamics), 15 January 2025, Exhibit 1036.

179 Deposition of Patrick Menagh (Solera Source Dynamics), 15 January 2025, Exhibit 1017.

180 Deposition of Patrick Menagh (Solera Source Dynamics), 15 January 2025, Exhibit 1015

argues that these graphs demonstrate that entry by generic oxamyl products led Corteva to lower the price of Vydate L, demonstrating the existence of a Vydate L market.

(177) I analyze each of these figures in turn. I find that the figures are misleading and do not support Dr. Hemphill's assertion.

#### 7.2.3.a. Dr. Hemphill's Figure 15 is misleading

(178) Figure 40 reproduces Dr. Hemphill's Figure 15. It shows the quarterly sales of Vydate L and ReTurn from the second quarter of 2017 to the second quarter of 2020. Dr. Hemphill asserts that the graph depicts the competitive pressure that ReTurn brought to bear on Vydate L.

**Figure 40. Reproduction of Dr. Hemphill's Figure 15**

[redacted]

Source: Hemphill Report Figure 15.

(179) Dr. Hemphill's argument is flawed for several reasons. First, as he notes himself, ReTurn's sales volumes are low throughout 2018 and 2020.[181] Further, his chart shows that ReTurn's volume fell materially in years after 2017. Indeed, ReTurn's sales volume in three quarters of 2017 exceeded its combined sales volume from 2018 through the first two quarters of 2020. It fell further still in 2021–2023, dropping to 28 percent of its 2017 level. While ReTurn may have exerted some influence on the

[181] Hemphill Report, ¶ 191 ("By mid-2018, Rotam gradually began to drop the price at which it sold ReTurn, and made more significant price declines of 23% between 2018 and 2019 and a further 9% between 2019 and 2020; sales volumes remained low despite the declining price.").

price of Vydate L, it seems unlikely to have been a primary influence, given its limited and declining adoption by growers.

(180) A second issue with the figure is that Dr. Hemphill does not include the volume of other products that are substitutes for Vydate L over the same time period. Bayer's Velum One, for example, first appeared in 2015 and subsequently grew.[182,183] Figure 41 reproduces Dr. Hemphill's Figure 15 but includes Vydate L, ReTurn, and Velum One (which I restrict to use on crops other than potatoes and cotton).[184] The figure shows that Velum One grew more significantly than did ReTurn and had materially higher sales volume.[185] Following Dr. Hemphill's logic, these results are consistent with the growth of fluopyram putting as much or more pressure on the price of Vydate L as did ReTurn.

---

182 Velum One is a straight fluopyram product approved for use in California, Arizona, and Hawaii. Bayer has registered a distinct product with the same concentration (Velum Prime) for use in most other states. Bayer CropScience LP, *Luna Privilege Product Label*, EPA Reg. No. 264-1078, accessed 2 October 2025, https://www3.epa.gov/pesticides/chem_search/ppls/000264-01078-20230201.pdf.

183 Bayer's Velum products first appeared in 2015. Prior fluopyram products were not labelled for nematode control. Bayer CropScience, *Velum Total Product Label*, EPA Reg. No. 264-1171, accessed 2 October 2025, https://www3.epa.gov/pesticides/chem_search/ppls/000264-01171-20150206.pdf.

184 I conservatively exclude uses of fluopyram products on potatoes and cotton because these products likely compete more closely with Corteva's Vydate C-LV product instead.

185 I restrict my analysis to California, using California PUR data, due to the limited availability of data on Vydate L use in the nationwide FarmTrak data. California accounted for 20 percent of Vydate L use by acreage and 29 percent of Vydate L use by expenditures between 2017 and 2022, per FarmTrak.

**Figure 41. Acres treated with Vydate L, ReTurn, and Velum One, 2017–2022**

[redacted]

Source: California PUR; Rotam/Albaugh sales data.
Notes:
[1] Data are limited to crops on which Vydate L is approved for use. See Figure 36.

#### 7.2.3.b. Dr. Hemphill's Figure 16 is misleading

(181) Figure 42 reproduces Dr. Hemphill's Figure 16. It depicts the price of Vydate L and the price of ReTurn. Dr. Hemphill presents it as evidence that competition with ReTurn caused Vydate L to lower its price.

**Figure 42. Reproduction of Dr. Hemphill's Figure 16**

[redacted]

Source: Hemphill Report Figure 16.

(182) Dr. Hemphill's argument is flawed for several reasons. First, as discussed in Section 5.2.3, using price correlations to define markets is disfavored. This is because the prices of products depend on multiple factors such that (1) the prices of two products may be highly correlated without those products being substitutes and (2) the prices of two substitutes may diverge.

(183) Second, Dr. Hemphill's graph displays only the price over time of Vydate L, despite the fact that Vydate C-LV accounts for a large majority of Corteva's oxamyl sales. Figure 43 remedies this by depicting the price of Vydate C-LV from 2017 to 2023. It also depicts the volume sold (in gallons) of Vydate C-LV and ReTurn XL (Rotam's generic version of Vydate C-LV). The figure shows that the price of Vydate C-LV did not change materially over this period, despite the entry of ReTurn XL. This figure is not consistent with Dr. Hemphill's assertion that entry by generics led to a decrease in the price of Corteva's oxamyl products.

**Figure 43. Volume and price over time for Vydate C-LV and substitutes, 2017–2023**

[redacted]

Source: Hemphill HUB data, Rotam/Albaugh sales data.
Notes:
[1] A market year is October through September. For example, market year 2023 is October 2022 through September 2023.

(184) Third, Dr. Hemphill's assertion is, as discussed earlier, in conflict with ReTurn's poor performance in the market. Figure 44 depicts the price of Vydate L from 2017 to 2023 and also the volumes sold of Vydate L and ReTurn. The figure shows that the decline in the price of Vydate L coincides with a decline in the ReTurn's volume sold. Conversely, as shown in Figure 41, Velum One had material sales over this time period. This analysis is not consistent with Dr. Hemphill's assertion that it was entry by ReTurn that led to a decline in the price of Vydate L.

**Figure 44. Volume and price over time for Vydate L and substitutes, 2017–2023**

[redacted]

Source: Hemphill HUB data, Rotam/Albaugh sales data.
Notes:
[1] A market year is October through September. For example, market year 2023 is October 2022 through September 2023.

## 7.3. Growers' use of oxamyl substitutes is inconsistent with an oxamyl-only market

(185) In this section I analyze growers' use of Corteva's Vydate C-LV product on potatoes to treat nematodes and on cotton to treat insects.[186] For nematodes on potatoes, I look at the frequency with which growers use products to treat the nematodes on potatoes most commonly targeted by Vydate C-LV. I adopt this methodology in place of diversion analysis for the use of Vydate C-LV because its limited use to treat nematodes on potatoes means that there are too few switchers in the data to estimate diversions with any confidence.[187] For insects on cotton, I examine both the frequency with which growers use products to treat the insects on cotton most commonly targeted by Vydate C-LV and estimated diversions.

[186] I focus on Vydate C-LV because it accounts for the majority of Corteva's oxamyl sales. I focus on nematodes on potatoes and insects on cotton because they are the two largest single uses for Vydate C-LV. Vydate L is not approved for use on cotton and potatoes. *See* Figure 36, below.

[187] I present diversion estimates in Figure 84 and Figure 85 in Appendix D.3. The sample sizes are summarized in the center of each diversion chart.

### 7.3.1. Growers treating nematodes on potatoes use a range of nematicides

(186) Figure 45 depicts the use of nematicides on potatoes. I limit the included treatments to instances in which the grower reported targeting one of the top five nematodes treated by Corteva oxamyl. The purpose of this restriction is to identify nematicides that are used to treat similar pests to those treated with oxamyl.

**Figure 45. Share of nematicide treatments targeting at least one of the top five Vydate nematodes by product/active ingredient, 2020–2024**

[redacted]

Source: FarmTrak.
Notes:
[1] Figure 81 shows the top five nematodes included in the above figure.
[2] Shares are calculated using allocated treatment counts, where each product/active ingredient within a treatment is allocated an equal share. For example, if a grower uses two unique products in a treatment, each product is allocated a treatment share of one half.
[3] Products with a share less than 2 percent are grouped into “Others.”
[4] A small share of the products included in the above figure are associated with premix products. Because premix products make up less than 1 percent of treatments, they are included in the “Others” category.
[5] Velum includes all fluopyram products except Velum Total, which is included in “Others” because it is a premix product.
[6] Telone includes all dichloropropene products.
[7] Applications treating nematodes on potatoes reported under the product name “Vydate L” are treated as “Vydate C-LV” since Vydate L is not approved for use on potatoes.

(187) Figure 45 shows that growers use a range of products to target nematodes on potatoes, including metam, Vydate, Telone, and Velum. Generic Vydate C-LV does not appear in the figure. This is consistent with it rarely being used by growers.

### 7.3.2. Growers treating insects on cotton use a range of insecticides

(188) Figure 46 depicts the use of insecticides on cotton. I limit the included treatments to instances in which the grower reported targeting one of the top five cotton pests treated by oxamyl. The purpose of this restriction is to identify insecticides that are used to treat similar pests to those treated with oxamyl. The figure shows that Vydate C-LV is rarely used to treat insects on cotton compared to other active ingredients, and generic Vydate C-LV products are used even less frequently. Instead, growers use a wide range of other products on cotton to target the pests frequently targeted by Vydate C-LV.

**Figure 46. Share of insecticide treatments targeting at least one of the top five Vydate insects on cotton by active ingredient, 2020–2024**

[redacted]

Source: FarmTrak.
Notes:
[1] Figure shows the treatment count shares for the top five insects Included in the above figure.
[2] Note that while aphids are one of the top five pests treated with Corteva oxamyl for insects on cotton, they are not included in the above figure because Vydate C-LV is not approved for treatment of aphids on cotton.
[3] Shares are calculated using allocated treatment counts, where each product within a treatment is allocated an equal share.
[4] Products with a share less than 2 percent are grouped into "Others."
[5] A small share of the products included in the above figure are associated with premix products. Because premix products make up less than 2 percent of treatments, they are included in the "Others" category.
[6] Treatments of insects on cotton reported under the product name "Vydate L" are treated as "Vydate C-LV" since Vydate L is not approved for use on cotton.
[7] Many of the active ingredients in this figure are off patent, so I am using the active ingredient name instead of brand name.



Case 1:22-cv-00828-TDS-JEP Document 453-5 Filed 04/24/26 Page 56 of 62

### 7.3.3. Cotton grower substitution patterns are inconsistent with an oxamyl-only market

(189) In this section I use data on grower substitution to evaluate which products are close substitutes for Corteva's Vydate C-LV when used on cotton.[188] I do so by analyzing which products cotton growers use more of when they stop or reduce their use of Vydate C-LV. I find that cotton grower substitution from Vydate C-LV to generic Vydate C-LV products is minimal, and that instead growers instead substitute to a range of other products.

(190) I estimate grower diversions using two groups of switchers: (1) cotton growers who stopped using Vydate C-LV entirely (stoppers) and (2) cotton growers who reduced their use of Vydate C-LV (reducers).[189] In each section I present results for California from 2018 to 2022.[190]

(191) Due to the broad uses of oxamyl, I evaluate diversions by cotton growers from Vydate C-LV limiting to products reported most frequently by growers treating pests on cotton most commonly reported treated by Vydate C-LV.

#### 7.3.3.a. The stopper methodology

(192) The results in this section focus on the products California cotton growers used more of when they stopped using Vydate C-LV in a particular year.[191] Figure 47 depicts substitution from 2018 to 2022 by growers who stopped using Vydate C-LV to several alternatives.[192] The figure shows that growers who stopped using Vydate C-LV switched to generic Vydate C-LV only 1 percent of the time. These results are consistent with cotton growers viewing alternative insecticides as closer substitutes to Vydate C-LV than are generic Vydate C-LV products.[193]

[188] My sample of potato growers switching away from Vydate C-LV is too small to draw firm conclusions from; however, Appendix D.3 estimates diversions including Telone (1,3-D), metam, ethoprophos, and Velum (fluopyram) as potential alternatives.

[189] I discuss these methodologies in Section 5.3.2.a and 5.3.2.b, respectively.

[190] I use the California PUR data because it provides a material larger sample size than FarmTrak. I use 2018 to 2022 instead of 2019 to 2023 as for acetochlor because the California PUR data ends in 2022 and so 2023 is not available.

[191] I focus on growers in California due California's census of all pesticide use. FarmTrak has insufficiently many observations of cotton growers using Vydate C-LV.

[192] To be included, I require that an alternative has at least a 3 percent share of treatments of the cotton pests most frequently targeted by Vydate C-LV per Figure 46. There are no samples from California PUR in Figure 47 and Figure 48 that include dicrotophos.

[193] In contrast to diversion analyses for acetochlor and Matrix, there are not enough growers in my data to evaluate substitution from generic oxamyl products.

**Figure 47. Stopper diversions from Vydate C-LV on cotton in California, 2018–2022**

[redacted]

Source: California PUR.
Notes:
[1] Data are limited to applications on cotton from 2018 to 2022.
[2] A sample is defined as an individual grower using pesticides on the same crop in two adjacent years. The samples are limited to growers who use Vydate C-LV in year 1 and at least one of the selected alternatives in year 2. The samples are further limited to those whose share of Vydate C-LV among the selected alternatives fell by at least 5 percentage points. The samples are further restricted to those who ceased use of Vydate C-LV in year 2.
[3] See Appendix F for a more detailed explanation of my methodology.

### 7.3.3.b. The reducer methodology

(193) The results in this section focus on which products saw increased use by California cotton growers who reduced their use of Vydate C-LV. Figure 48 depicts substitution from 2018 to 2022 by growers who reduced their use Vydate C-LV to several alternatives.[194] It shows that growers who reduced their use of Vydate C-LV switched to generic Vydate C-LV less than 1 percent of the time. These results are consistent with cotton growers viewing alternative insecticides as closer substitutes to Vydate C-LV than are generic Vydate C-LV products.

[194] To be included, I require that an alternative has at least a 3 percent share of treatments of the cotton pests most frequently targeted by Vydate C-LV.

**Figure 48. Reducer diversions from Vydate C-LV on cotton in California, 2018–2022**

[redacted]

Source: California PUR.
Notes:
[1] Data are limited to applications on cotton from 2018 to 2022.
[2] A sample is defined as an individual grower using pesticides on the same crop in two adjacent years. The samples are limited to growers who use Vydate C-LV in year 1 and at least one of the selected alternatives in year 2. The samples are further limited to those whose share of Vydate C-LV among the selected alternatives fell by at least 5 percentage points.
[3] See Appendix F for a more detailed explanation of my methodology.

## 7.4. Dr. Hemphill's overly narrow oxamyl-only market is not a reliable basis for analyzing market power or competitive effects

(194) The analyses above are consistent with a range of products that do not contain oxamyl being as close or closer substitutes for Vydate products than are generic Vydate products. Any market defined around Vydate products that includes generic Vydate products should therefore include these products.

(195) Figure 31 depicts Corteva's share in a candidate market defined around Vydate products that also includes selected substitutes for Vydate products on potatoes (to treat nematodes) and on cotton (to treat insects). To construct these shares, I begin by taking all sales of Vydate products from 2020 to 2024. 202I then add in all sales of generic Vydate products over the same time period.

(196) Next, I add close substitutes to the candidate market. First, I include 2020–2024 sales of nematicides that accounted for [redacted] or more of treatments treating the top 5 nematodes on potatoes that are

treated by Vydate C-LV. Second, I include 2020–2024 sales of insecticides that accounted for [redacted] of the diversion from Vydate C-LV being used to treat insects on cotton. This set of substitutes is conservative—that is, using it will tend to overestimate Vydate C-LV's share—because I include all growers using Vydate or generic Vydate products, whatever the crop, but include only selected substitutes.

**Figure 49. Share of expenditures in a candidate market comprised of Vydate and substitutes by product/active ingredient, 2020–2024**

[redacted]

Source: FarmTrak.
Notes:
[1] For Vydate C-LV, expenditures across all crops and product uses are included. Uses under the product name "Vydate L" for cotton and potatoes are treated as "Vydate C-LV" since Vydate L is not approved for use on cotton or potatoes.
[2] For generic Vydate C-LV, expenditures across all crops and product uses are included. This includes all oxamyl that is not Vydate.
[3] Telone includes all dichloropropene products.
[4] For Vydate C-LV's insecticide substitutes on cotton (acephate, bifenthrin, flonicamid, and acetamiprid), expenditures for use on cotton targeting insects are included. These expenditures are weighted to reflect the proportion of Vydate C-LV sales for which insecticide use on cotton accounts.
[5] For Vydate C-LV's nematicide substitutes on potatoes (metam and Telone), expenditures for use on potatoes targeting nematodes are included. These expenditures are weighted to reflect the proportion of Vydate C-LV sales for which nematicide use on potatoes accounts.
[6] Any products containing more than one of Vydate C-LV or its substitutes are included in "Mixes of substitutes."

(197) Figure 49 depicts the shares of the candidate market that result from my methodology. It shows that Vydate products accounted for [redacted] in this conservative candidate market from 2020 to 2024.

(198) Corteva's modest share in the candidate market demonstrates that close substitutes are available for Vydate products beyond generic Vydate products. This means that to accurately assess the likely competitive impact of Corteva's oxamyl loyalty program on competition, one needs to evaluate substitution to products beyond generic Vydate products.

(199) For example, a loyalty program that hypothetically impeded competition and resulted in higher prices for Vydate would likely lead to material lost sales to substitutes for treating nematodes on potatoes, insects on cotton, and likely other crop uses as well. When evaluating whether creating a program of this type would be profitable for Corteva, these potential lost sales need to be considered. Dr. Hemphill's overly narrow Vydate and generic Vydate products market, however, would exclude such lost sales. Any competitive effects analysis based on such an overly narrow market is unlikely to be reliable.



Nicholas Hill

3 October 2025

Date