# Exhibit 5

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

WINSTON-SALEM DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>STATE OF CALIFORNIA,<br>STATE OF COLORADO,<br>STATE OF ILLINOIS,<br>STATE OF INDIANA,<br>STATE OF IOWA,<br>STATE OF MINNESOTA,<br>STATE OF NEBRASKA,<br>STATE OF OREGON,<br>STATE OF TENNESSEE,<br>STATE OF TEXAS,<br>STATE OF WASHINGTON,<br>And STATE OF WISCONSIN,<br><br>Petitioner,<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG,<br>SYNGENTA CORPORATION,<br>SYNGENTA CROP PROTECTION, LLC,<br>And CORTEVA, INC.,<br><br>Respondent. | Docket No. 1:22-cv-00828-TDS-JEP |

<u>EXPERT REPORT OF DR. TIMOTHY GREY</u>

October 3, 2025

***

48. The attributes listed above are a few among many attributes of branded products that provide value to growers and can influence the products that growers look at and use as substitutes for a particular AI.

## VII. THERE ARE MULTIPLE AVAILABLE ALTERNATIVES TO CORTEVA'S AIS THAT ARE FUNCTIONALLY SIMILAR AND USED AS SUBSTITUTES BY GROWERS

49. I understand that Dr. Hill has observed substitution for Corteva's acetochlor, rimsulfuron, and oxamyl products, namely: (1) for rimsulfuron: oxyfluorfen, flumioxazin, and indaziflam; (2) for acetochlor: *S*-metolachlor, metolachlor, and dimethenamid; and (3)(a) for oxamyl as a nematicide: metam (sodium and potassium variants) and 1,3-dichloropropene and (b) for oxamyl as an insecticide: flonicamid, acephate, acetamiprid, and bifenthrin. I conclude through my own research and analysis, described in the section that follows, that products with each of these alternative AIs can be and are used as substitutes for Corteva's at-issue AIs. There are likely even more substitutes available to Corteva's products with the at-issue AIs, some of which I have referenced in the section below, but I have limited my primary analysis to the alternative AIs that Dr. Hill has observed.

50. Dr. Hemphill further claims that each of Corteva's at-issue AIs provides a "distinctive" benefit that cannot be replicated by other AIs and that, as a result, the next best substitute or only reasonable substitute for Corteva's products containing each of the at-issue Corteva AIs are generic products with the same AI.[72] Dr. Hemphill's conclusion is incorrect. The features Dr. Hemphill identifies as "distinctive" to each of acetochlor, rimsulfuron, and oxamyl are in fact shared by other herbicides and/or insecticides that growers routinely use, including as substitutes for products containing the at-issue AIs. In the following section, I address Dr. Hemphill's specific claims about the distinctive benefits of each at-issue Corteva AI that supposedly render them as inapt substitutes for any products not containing the at-issue Corteva AI. I demonstrate that other AIs share these benefits and explain why substitution occurs in practice across multiple alternative AIs.

[72] Hemphill Report, ¶40.

### A. Rimsulfuron (specialty)

51. Dr. Hemphill opines that rimsulfuron "provide[s] a distinctive benefit to growers that other AIs do not replicate," specifically that it "is easy to apply, controls an unusually broad spectrum of weeds, has a low use rate, and can be used on a variety of soil conditions."[73] However, ease of application, broad spectrum weed control, low use rate, and usage on a variety of soil conditions are not features unique to rimsulfuron. Rimsulfuron is not an AI with irreplaceable qualities. Below, I discuss three AIs that provide the same benefits to growers for the same crop types in the same conditions, and that in fact are used by growers as substitutes to rimsulfuron in specialty crops.

52. In specialty crops like perennial tree and vine systems, oxyfluorfen, flumioxazin, and indaziflam are standard options that growers use and substitute among to achieve the same field outcome as rimsulfuron. I understand that Dr. Hill has observed that each of these AIs is an alternative used for rimsulfuron in specialty crops. That conclusion is in accord with my own for the reasons explained in this report.

53. University Extension guidance across states supports the use of the above alternatives to rimsulfuron in specialty crops. For example, the University of California's Integrated Pest Management program guide lists oxyfluorfen, flumioxazin, indaziflam, and rimsulfuron, among others, as pre-emergent herbicides to be used in newly planted almond, walnut, and citrus orchards.[74] The University of Massachusetts' Extension Fruit Program lists the same four AIs, among others, as effective for annual broadleaf weeds and grasses.[75] Oregon State's Pest Management Guide for Walnuts lists oxyfluorfen, flumioxazin, and rimsulfuron as soil and foliar

---

[73] Hemphill Report ¶¶ 40, 47, 137, 209, 218, & Appendix C. Dr. Hemphill also does not define what "unusually broad" means.

[74] UC IPM, *Agriculture: Almond Pest Management Guidelines, Herbicide Treatment Table*, available at https://ipm.ucanr.edu/agriculture/almond/herbicide-treatment-table/; UC IPM, *Agriculture: Walnut Pest Management Guidelines, Herbicide Treatment Table*, available at https://ipm.ucanr.edu/agriculture/walnut/herbicide-treatment-table/ and UC IPM, *Agriculture: Citrus Pest Management Guidelines, Herbicide Treatment Table*, available at https://ipm.ucanr.edu/agriculture/citrus/herbicide-treatment-table/.

[75] Becky Sidemen, *Weed Management in Grapes*, University of Massachusetts Amherst, Center for Agriculture, Food, and the Environment, 2024, available at https://www.umass.edu/agriculture-food-environment/fruit/ne-small-fruit-management-guide/grapes/weeds/table-58-weed-management-in-grapes.

active AIs labeled to control weeds in a variety of nuts, pome fruit, and stone fruit.[76] Washington State University's Crop Protection Guide lists oxyfluorfen, indaziflam, and rimsulfuron for grasses and broadleaf weeds also in pome fruit.[77]

54. Witness testimony in this matter also supports usage of alternatives to rimsulfuron for the same function. Geoffrey Quick of Valent testified that Matrix, Corteva's rimsulfuron product, competes with Valent's product Chateau (which contains the AI flumioxazin).[78] Mr. Quick also testified to performance comparisons that showed that "for every weed where you could use rimsulfuron, you could use flumioxazin instead," with only limited exceptions such as Italian ryegrass.[79] Similarly, a Bayer CropScience representative identified Matrix as a competitor to Alion "even though they don't contain the same AI."[80] BASF further acknowledged that BASF specialty herbicides compete with Matrix in the tree, nut, vine, and citrus markets, despite not sharing the same AIs.[81]

---

[76] N.G. Wilman et al., *Pest Management Guide for Hazelnuts*, Oregan State University, Extension Service, 2020, available at https://extension.oregonstate.edu/sites/extd8/files/documents/em8421.pdf.

[77] Washington State University, *Crop Protection Guide for Tree Fruits in Washington, Weed Control Pome Fruit*, 2025, available at https://cpg.treefruit.wsu.edu/weed-control/seasonal-weed-control-pome-fruit/.

[78] Deposition of Geoffrey S. Quick, 30(b)(6) Corporate Representative for Valent, July 15, 2025, at 116:11–117:2 ("Q: And the next one is Matrix. Do you see that? A: I do. Q: What is the active ingredient in Matrix? A: You have got me there too. Q: Is it Rimsulfuron? A: Yes, yes, thanks for reminding me. Q: And Matrix and Chateau compete, even though Chateau doesn't have Rimsulfuron in it. Is that right? A: So we are about to launch a Chateau brand that has a mixture of flumioxazin and Rimsulfuron that would compete with Matrix. Q: Does Chateau EZ compete with Matrix? A: Yes, it does. Q: And Chateau EZ doesn't have Rimsulfuron in it. Is that right? A: That's right. That's right.").

[79] Deposition of Geoffrey S. Quick, 30(b)(6) Corporate Representative for Valent, July 15, 2025, at 120:1–11 ("Q: And the right-most column shows the performance of Rimsulfuron for the same weeds. Is that right? A: That's right. Q: And what this chart shows is that for every weed where you could use Rimsulfuron, you could use flumioxazin instead, right? A: Yeah, the exception being Italian ryegrass, where Rimsulfuron is more effective than flumioxazin. Q: And, in fact, in some situations flumioxazin is more effective than Rimsulfuron, right? A: Yes.").

[80] Deposition of Robert Schrick, 30(b)(6) Corporate Representative for Bayer CropScience, July 22, 2025, at 236:18–237:17 ("Q: And the number one competitive brand listed here is Matrix. Do you see that? A: Yeah, I do. Q: And the AI in Matrix is rimsulfuron? A: If memory serves, yes. Q: So Alion and Matrix compete in the segment even though they don't contain the same AI? […] A: Yes.").

[81] Deposition of Brady Spangenberg, BASF, July 17, 2025, at 217:11–218:9 ("Q: So is this an assessment of herbicides that can be used on tree, nuts, vines, plus citrus? A: Yes. Q: And here on this bar graph starting from the left, there is Alion again. Do you see that? A: I do, yes. Q: And is Matrix? A: Correct. Q: And the BASF products, Treevix and Prowl follow that? A: Yes. Q: So is it fair to say that BASF tracks Matrix as a competitor to BASF's specialty herbicides in the western tree, nut, vine, and citrus segment? A: Yes, that's fair. Q: And these specialty herbicides don't contain the same active ingredients; is that right? A: Not to my knowledge, no.").

55. Further, documents produced in this matter identify a number of alternatives to Matrix. A DuPont presentation on Matrix use in California identified [redacted] as a key alternative product to Matrix.[82] The same deck shows that in farmer surveys, Matrix, [redacted] were rated similarly across attributes such as grass and broadleaf control, crop safety, ease of use, yield, and speed of control.[83] A separate internal presentation again reinforces that [redacted] set of alternatives include Matrix (rimsulfuron), [redacted].[84]

56. I compare the agronomic features that Dr. Hemphill focuses on (i.e., ease of application, broad spectrum weed control, low use rate, and usage on a variety of soil conditions) for each of the four AIs below using representative examples of products. Each of the representative products chosen below is widely available for purchase throughout the United States.

**Table 3: Features Comparison – Rimsulfuron Alternatives**

| | **Rimsulfuron** (Matrix® SG) | **Oxyfluorfen** (Goal® 2XL) | **Flumioxazin** (Chateau® SW) | **Indaziflam** (Alion®) |
|---|---|---|---|---|
| *Ease of application* | **Easy to use.** Water-soluble granule; applied using standard ground sprayer; no special equipment needed.[85] | **Easy to use.** Applied using standard ground sprayer; no special equipment needed.[86] | **Easy to use.** Water-dispersible granule; applied with standard ground sprayer; no special equipment needed.[87] | **Easy to use.** Applied using standard ground sprayer; no special equipment needed.[88] |
| *Broad spectrum weed control* | **Yes.** Provides pre-emergence and limited early post emergence control | **Yes.** Provides long-lasting pre- and post-emergence control on dozens of | **Yes.** Provides pre-emergence control of over 90 annual broadleaves and | **Yes.** Provides pre-emergence control of dozens of |

[82] FTC-CTVA_00375940 at p. 12.

[83] FTC-CTVA_00375940 at p. 18 ("Matrix, [redacted] in similar perceptual space regardless of full or reduced rate Matrix").

[84] FTC-CTVA_00001180 at p. 41.

[85] The label also offers a straightforward banding formula and instructions for micro-sprinkler chemigation if desired. Corteva Agriscience, *Pesticide Product Label: Matrix® SG*, U.S. Environmental Protection Agency, available at https://www3.epa.gov/pesticides/chem_search/ppls/000352-00768-20230124.pdf.

[86] The label also offers a straightforward banding formula and instructions for sprinkler irrigation if desired. Nufarm, *Pesticide Product Label*: *Goal® 2XL Herbicide*, available at https://www.cdms.telusagcg.com/ldat/ldGT5000.pdf.

[87] Valent, *Pesticide Product Label*: *Chateau® SW Herbicide*, available at https://www.valent.com/Valent/media/pdf-files/Labels/Chateau-Herbicide-SW-Label1.pdf.

[88] Bayer, *Pesticide Product Label*: *Alion® Herbicide*, available at https://cs-assets.bayer.com/is/content/bayer/Alion_Herbicide_Label1qpdf.

| | **Rimsulfuron** (Matrix® SG) | **Oxyfluorfen** (Goal® 2XL) | **Flumioxazin** (Chateau® SW) | **Indaziflam** (Alion®) |
|---|---|---|---|---|
| | on dozens of broadleaf weeds and grasses.[89] | broadleaf weeds and grasses.[90] | grasses across >50 specialty crops.[91] | grasses and broadleaf weeds.[92] |
| *Low use rate (ounces per acre)* | **Very low.** Generally 4 oz/acre.[93] | **Moderate/High.** Generally 0.5-8 pt/acre.[94] | **Low/Moderate.** Generally 6-12 oz/acre.[95] | **Very low.** Generally 3.5-5 oz/acre.[96] |
| *Usage on a variety of soil conditions* | **Yes.** Used across typical loam-clay textures; label cautions on poorly drained areas, sandy or gravelly soil.[97] | **Yes.** Broadly usable across coarse to fine soil; for pre-emergence, most effective on weed-free soil.[98] | **Yes.** Performs well in diverse conditions; remains on the soil surface and does not readily leach.[99] | **Yes.** Broadly usable across coarse to fine soil.[100] |

57. The above table shows that each of the characteristics Dr. Hemphill describes is not unique to rimsulfuron. All three alternatives are easy to use. They are explicitly labeled for ground sprays with simple rate and compatibility guidance similar to Matrix® SG. Each AI above is used as a broad-spectrum residual foundation for broadleaves and grasses in tree fruit, nut, and vine programs. While oxyfluorfen and flumioxazin are used in moderate rates, indaziflam is often

89 Corteva Agriscience, *Pesticide Product Label: Matrix® SG*, U.S. Environmental Protection Agency, available at https://www3.epa.gov/pesticides/chem_search/ppls/000352-00768-20230124.pdf.

90 Nufarm, *Pesticide Product Label*: *Goal® 2XL Herbicide*, available at https://www.cdms.telusagcg.com/ldat/ldGT5000.pdf.

91 Valent, *Pesticide Product Label*: *Chateau® SW Herbicide*, available at https://www.valent.com/Valent/media/pdf-files/Labels/Chateau-Herbicide-SW-Label1.pdf.

92 Bayer, *Pesticide Product Label*: *Alion® Herbicide*, U.S. Environmental Protection Agency, at p. 7, available at https://www3.epa.gov/pesticides/chem_search/ppls/000264-01106-20200615.pdf.

93 Corteva Agriscience, *Pesticide Product Label: Matrix® SG*, U.S. Environmental Protection Agency, available at https://www3.epa.gov/pesticides/chem_search/ppls/000352-00768-20230124.pdf.

94 Based on ranges listed for various specialty crops. Nufarm, *Pesticide Product Label*: *Goal® 2XL Herbicide*, U.S. Environmental Protection Agency, at p. 13, available at https://www3.epa.gov/pesticides/chem_search/ppls/092894-00002-20210204.pdf.

95 Valent, *Pesticide Product Label*: *Chateau® SW Herbicide*, available at https://www.valent.com/Valent/media/pdf-files/Labels/Chateau-Herbicide-SW-Label1.pdf.

96 Bayer, *Pesticide Product Label*: *Alion® Herbicide*, U.S. Environmental Protection Agency, p. 11, available at https://www3.epa.gov/pesticides/chem_search/ppls/000264-01106-20200615.pdf.

97 Corteva Agriscience, *Pesticide Product Label: Matrix® SG*, U.S. Environmental Protection Agency, available at https://www3.epa.gov/pesticides/chem_search/ppls/000352-00768-20230124.pdf.

98 Nufarm, *Pesticide Product Label*: *Goal® 2XL Herbicide*, available at https://www.cdms.telusagcg.com/ldat/ldGT5000.pdf.

99 Valent, *Pesticide Product Label*: *Chateau® SW Herbicide*, available at https://www.valent.com/Valent/media/pdf-files/Labels/Chateau-Herbicide-SW-Label1.pdf.

100 Bayer, *Pesticide Product Label*: *Alion® Herbicide*, available at https://cs-assets.bayer.com/is/content/bayer/Alion_Herbicide_Label1qpdf.

used at similarly low rates to rimsulfuron. All four AIs are broadly usable, and used, across a variety of soil conditions. Labels provide texture and organic matter-based guidance or restrictions on the same crops in the same conditions to achieve the same agronomic outcomes. All four are substitutes and often used as substitutes for Matrix.

### B. Acetochlor (corn)

58. In his report, Dr. Hemphill states the following of features distinctive to acetochlor: "strong degree of control upon application–that is, with unusual immediacy–given its relatively short half-life and low level of soil absorption," "strong level of activity against the weeds upon which it is effective," and "unusually effective on germinating weeds because it can activate with low moisture levels."[101] These features are not distinctive to acetochlor and are offered by alternate AIs that I discuss below.

59. In its most popular use case, corn, acetochlor is routinely substituted by growers with *S*-metolachlor, metolachlor, and dimethenamid-P. In general, Group 15 long chain fatty acid (VLCFA) inhibitors are used to achieve the same field outcome as acetochlor.[102] I understand that Dr. Hill has analyzed acetochlor products from Corteva and other companies and has observed that each of these AIs is an alternative used for acetochlor in corn. That conclusion is in accord with my own for the reasons explained in this report.

60. Alternatives to acetochlor are reflected in Extension guidance across multiple states, which consistently present them as interchangeable pre-emergence herbicides available to corn growers. Cornell University's Extension weed guide for New York lists *S*-metolachlor (Dual II Magnum®), acetochlor (Surpass® NXT), and dimethenamid-P (Outlook®) as major pre-emergence herbicide options in corn.[103] The Georgia Pest Management Handbook, a source that I use for my own pest control choices on my farm, lists acetochlor, *S*-metolachlor,

---

[101] Hemphill Report, Appendix C, ¶69.

[102] Group 15 Long Chain Fatty Acid Inhibitors are preemergent herbicides that are used to control annual grasses and some small-seeded broadleaf weeds in a variety of crops. *See, e.g.*, University of California Agriculture and Natural Resources, *Long Chain Fatty Acid Inhibitors*, available at https://ucanr.edu/site/herbicide-symptoms/long-chain-fatty-acid-inhibitors.

[103] Vipan Kumar et al., *PRE and POST Herbicide Options for Weed Control in NY Field Corn*, Cornell Field Crops, School of Integrative Plant Sciences, available at https://blogs.cornell.edu/whatscroppingup/2024/05/02/pre-and-post-herbicide-options-for-weed-control-in-ny-field-corn.

dimethenamid-P, and metolachlor, among others, as pre- or post-emergence weed control options for field corn.[104] Similarly, Kansas State University identifies acetochlor, *S*-metolachlor, dimethenamid-P, and metolachlor as the main soil-applied products for controlling annual grasses and small-seeded broadleaf weeds in corn.[105] The Minnesota Department of Agriculture lists dimethenamid-P and *S*-metolachlor as providing weed control similar to acetochlor in corn trials.[106]

61. I compare the agronomic features that Dr. Hemphill focuses on (i.e., strong degree of and immediate control, strong level of activity against weeds, low moisture activation) for each of *S*-metolachlor, metolachlor, and dimethenamid-P using representative examples of products in **Table 4** below. Each of the representative products chosen below is widely available for purchase throughout the United States.

**<u>Table 4: Features Comparison – Acetochlor Alternatives</u>**

| | **Acetochlor** (Surpass® NXT) | **S-Metolachlor** (Dual II Magnum®) | **Metolachlor** (Metolachlor 8E) | **Dimethenamid-P** (Outlook®) |
|---|---|---|---|---|
| *Immediate control* | **Yes.** Controls weeds by interfering with normal germination | **Yes.** Results in the inhibition of shoot and root growth soon after weed germination.[108] | **Yes.** Will destroy germinating and emerged weeds.[109] | **Yes.** Controls germinating seedlings before and |

[104] Georgia Pest Management Handbook Volume 1, 2025 Commercial Edition, pp. 64-65, available at https://fieldreport.caes.uga.edu/wp-content/uploads/2025/08/SB-28-15_3.pdf.

[105] Sarah Lancaster, *Residual Herbicides For Corn*, Agronomy eUpdates, March 13, 2025, available at https://eupdate.agronomy.ksu.edu/article/residual-herbicides-for-corn-632-3 ("The main VLCFA products used in corn include acetochlor, S-metolachlor, metolachlor, dimethamid-P, and many premix products containing one of these active ingredients […] In general, these products are very effective in controlling most annual grasses (except shattercane) and small-seeded broadleaf weeds such as pigweeds."); *See also,* Sarah Lancaster, *Delayed Preemergence Herbicide Applications in Corn*, Kansas State University, Department of Agronomy, May 12, 2022, available at https://eupdate.agronomy.ksu.edu/article_new/delayed-preemergence-herbicide-applications-in-corn-494 ("Fortunately, many of the residual products that might be applied preemergence to corn can also be applied to small corn. These include: […] * Group 15 herbicides such as acetochlor (Harness®, Warrant®, others), dimethenamid-P (Outlook®, others), pyroxasulfone (Zidua®, others), and S-metolachlor (Dual®, others)").

[106] MDA, *Acetochlor - General Information*, Minnesota Department of Agriculture, available at https://www.mda.state.mn.us/acetochlor-general-information ("Many other preemergence corn herbicides provide weed control similar to acetochlor including dimethenamid-P (Outlook®, Slider®), S-metolachlor (Charger®, Dual II Magnum®, Cinch®), flufenacet (Axium®) and pendimethalin (Prowl®)* (Trials comparing herbicide systems for weed control in field corn have been conducted at the University of Minnesota").

[108] Syngenta, *Pesticide Product Label: Dual II Magnum® Herbicide*, available at https://www.syngenta-us.com/current-label/dual_ii_magnum.

[109] Albaugh, *Pesticide Product Label: Agri Star Metolachlor 8E*, Greenbook, available at https://assets.greenbook.net/18-44-34-16-02-2022-METOLACHLOR_8E_-_label.pdf.

| | **Acetochlor** (Surpass® NXT) | **S-Metolachlor** (Dual II Magnum®) | **Metolachlor** (Metolachlor 8E) | **Dimethenamid-P** (Outlook®) |
|---|---|---|---|---|
| | and seedling development.[107] | | | soon after they emerge from soil.[110] |
| *Strong level of activity against weeds* | **Yes.** Reliably controls many annual grasses and small-seeded broadleaf weeds.[111] | **Yes.** Reliably controls many annual grasses and certain broadleaf weeds.[112] | **Yes.** Reliably controls most annual grasses and certain broadleaf weeds.[113] | **Yes.** Reliably controls many annual grasses and broadleaf weeds.[114] |
| *Low moisture levels needed for activation* | **Yes.** At least 0.25 inch of precipitation.[115] | **Yes.** 0.5 inch of precipitation.[116] | **Yes.** 0.5-1 inch of precipitation.[117] | **Yes.** |

[107]Corteva Agriscience, *Pesticide Product Label: Surpass® NXT Label*, available at https://s3-us-west-1.amazonaws.com/agrian-cg-fs1-production/pdfs/Surpass_NXT_Label1g.pdf.

[110] BASF, *Pesticide Product Label: Outlook® Herbicide*, U.S. Environmental Protection Agency, at p. 6, 13, available at https://www3.epa.gov/pesticides/chem_search/ppls/007969-00156-20191129.pdf ("Outlook® is a root-and-shoot growth inhibitor that controls susceptible germinating seedlings before or soon after they emerge from the soil […] For layby application for control of late season germinating weeds, apply before weeds emerge from soil or in combination with a herbicide(s) and/or cultivation that controls emerged weeds.").

[111] Corteva Agriscience, *Fact Sheet for Early Season Control in Corn: Surpass® NXT*, available at https://www.corteva.us/content/dam/dpagco/corteva/na/us/en/files/product-page-resources/surpass/DOC-SurpassNXT-FactSheet-Corn-NA-US.pdf ("Corn growers can begin eliminating early season competition from grasses and small-seeded broadleaf weeds with soil-applied Surpass® NXT herbicide."); Corteva Agriscience, *Pesticide Product Label: Surpass® NXT Label*, available at https://s3-us-west-1.amazonaws.com/agrian-cg-fs1-production/pdfs/Surpass_NXT_Label1g.pdf.

[112] Syngenta, *Pesticide Product Label: Dual II Magnum® Herbicide*, available at https://www.syngenta-us.com/current-label/dual_ii_magnum; *See also, e.g.*, Pomais Technology, *S-Metolachlor Mode of Action: How It Works and Why It Matters*, available at https://www.allpesticides.com/s-metolachlor-mode-of-action-how-it-works-and-why-it-matters.html.

[113] Albaugh, *Pesticide Product Label: Agri Star Metolachlor 8E*, Greenbook, at p. 3, available at https://assets.greenbook.net/18-44-34-16-02-2022-METOLACHLOR_8E_-_label.pdf ("[F]or control of most annual grasses and certain broadleaf weeds in corn (field, pop, sweet, grown for seed), cotton, peanuts, crop group 6 legume vegetables (succulent and dried), potatoes, safflowers, sorghum, soybeans, and tomatoes. METOLACHLOR 8E® is also registered as a postemergent treatment on corn, cotton, potato, soybean, and tomato.")

[114] BASF, *Pesticide Product Label: Outlook® Herbicide*, U.S. Environmental Protection Agency, at p. 5-6, available at https://www3.epa.gov/pesticides/chem_search/ppls/007969-00156-20191129.pdf; *See also, e.g.*, HeftySeed, *Which Group 15 Herbicide is Right for You?*, available at https://heftyseed.com/aayfebmar2022-which-group-15-herbicide-is-right-for-you.

[115] Corteva Agriscience, *Pesticide Product Label: Surpass® NXT Label*, available at https://s3-us-west-1.amazonaws.com/agrian-cg-fs1-production/pdfs/Surpass_NXT_Label1g.pdf.

[116] Syngenta, *Dual II Magnum®*, available at https://www.syngenta.ca/productsdetail/dual-ii-magnum#application ("For pre-emergent applications, ½ inch of rainfall in one or two closely occurring rain events is required within 10 days of application).

[117] Albaugh, *Pesticide Product Label: Agri Star Metolachlor 8E*, Greenbook, at p. 6, available at https://assets.greenbook.net/18-44-34-16-02-2022-METOLACHLOR_8E_-_label.pdf ("If available, sprinkler irrigate within 2 days after application. Apply one-half to 1 inch of water. Use lower water volume (one-half inch) on coarse-textured soils and higher volume (1 inch) on fine-textured soils.").

| | **Acetochlor** (Surpass® NXT) | **S-Metolachlor** (Dual II Magnum®) | **Metolachlor** (Metolachlor 8E) | **Dimethenamid-P** (Outlook®) |
|---|---|---|---|---|
| | | | | At least 0.25 inch of precipitation.[118] |
| *Effective on germinating weeds* | **Yes.** Used to control germinating seedlings pre-emergence.[119] | **Yes.** Used to control germinating seedlings pre-emergence.[120] | **Yes.** Used to control germinating seedlings pre- and post-emergence.[121] | **Yes.** Used to control germinating seedlings both pre- and post-emergence.[122] |

62. The above table shows that each of the characteristics Dr. Hemphill describes is not unique to acetochlor. Each of these other AIs provide the same benefits to growers for corn as Corteva's acetochlor. Dr. Hemphill asserts acetochlor's "immediacy" and "activation with low moisture" are distinctive. All four Group 15 products highlighted above (which are some among many examples) are designed to act at germination and activate with modest moisture (0.25–0.50 inch commonly). Similarly, Dr. Hemphill characterizes a "strong level of activity" as distinctive. However, all four Group 15 products above are used for robust residual control of annual grasses and small-seeded broadleaf weeds. Thus, the agronomic mechanisms Dr. Hemphill highlights are not unique to acetochlor but are inherent to several AIs in the Group 15 residual class and are described on each product's label or in Extension guidance.

63. Indeed, deposition transcripts confirm that other active ingredients are viewed as substitutes and can agronomically perform the same functions as acetochlor. Multiple witnesses, including those from the [redacted] and Valent, classified acetochlor as "analogs" to other AIs

---

[118] Bayer, *Outlook® Herbicide for Residual Weed Control in Corn (All Types)*, available at https://agriculture.basf.us/content/dam/cxm/agriculture/crop-protection/products/documents/BASF_TechBulletin_Outlook_Corn_2016_medres.pdf.

[119] Corteva Agriscience, *Pesticide Product Label: Surpass® NXT Label*, available at https://s3-us-west-1.amazonaws.com/agrian-cg-fs1-production/pdfs/Surpass_NXT_Label1g.pdf.

[120] Syngenta, *Pesticide Product Label: Dual II Magnum® Herbicide*, available at https://www.syngenta-us.com/current-label/dual_ii_magnum ("Dual II Magnum® Herbicide is taken up by the shoots and/or roots of emerging weeds. This uptake results in the inhibition of shoot and root tissue growth soon after weed germination.").

[121] FBN, *Metolachlor 101: Everything Farmers Need to Know About Metolachlor*, May 11, 2025, available at https://www.fbn.com/community/blog/metolachlor ("Metolachlor is a systemic herbicide absorbed through the shoots and roots of germinating weeds and then translocated to the foliage.").

[122] BASF, *Pesticide Product Label: Outlook® Herbicide*, U.S. Environmental Protection Agency, at p. 6, 13, available at https://www3.epa.gov/pesticides/chem_search/ppls/007969-00156-20191129.pdf ("Outlook® is a root-and-shoot growth inhibitor that controls susceptible germinating seedlings before or soon after they emerge from the soil […] For layby application for control of late season germinating weeds, apply before weeds emerge from soil or in combination with a herbicide(s) and/or cultivation that controls emerged weeds.").

discussed in the above table.[123] Valent's representative testified that "all the Group 15 herbicides are effective herbicides that compete and are effectively used in corn," despite having different active ingredients.[124]

### C. Oxamyl (potatoes and cotton)

64. Dr. Hemphill opines that as a nematicide, "oxamyl can be sprayed directly onto crops […] unlike other nematicides, which must be applied at the root level or mixed into the soil."[125] He also opines that oxamyl "has a comparatively low impact on beneficial bacteria and fungi in the soil and superior crop safety," and finally that it is fast acting and controls a broad spectrum of nematodes and insects, at both larval and adult stages of life."[126] These features are not distinctive to oxamyl and are offered by alternate AIs that I discuss below.

65. To control nematodes in potatoes, metam (both sodium and potassium) and 1,3-dichloropropene ("dichloropropene") are used as alternatives to oxamyl.[127] As an insecticide for cotton, flonicamid, acephate, acetamiprid, and bifenthrin are frequently used for the same purpose as oxamyl.[128] I understand that Dr. Hill has observed that each of these AIs is an

---

123 [redacted]

124 Deposition of Geoffrey S. Quick, 30(b)(6) Corporate Representative for Valent, July 15, 2025, at 109:16–110:3 ("Q: But generally speaking, are you familiar with any unique properties that Group 15 herbicides have with respect to treating corn? A: They -- all the Group 15 herbicides are effective herbicides that compete and are effectively used in corn. And some of them are also used in soybeans. So even though they are all Group 15 herbicides, they are not the same active ingredient, but they all compete with a similar mode of action. And most all of them are also sold to the grower in mixtures with other modes of action outside of the Group 15 herbicides.")

125 Hemphill Report, Appendix C, ¶55.

126 Hemphill Report, Appendix C, ¶55.

127 Metam (sodium and potassium) and dichloropropene are some options amongst many. Other alternative active ingredients include Velum-branded fluopyram products, ethoprophos, and spiromtetremat.

128 Flonicamid, acephate, acetamiprid, and bifenthrin are some options amongst many. Other alternative active ingredients include imidacloprid, sulfoxaflor, dicrotophos, thiamethoxam, and novaluron.

alternative used for oxamyl in potatoes and cotton, respectively. That conclusion is in accord with my own for the reasons explained in this report.

66. Extension schools and university guidance support the use of the above alternatives to oxamyl. For example, University of California's Integrated Pest Management program lists metam sodium and dichloropropene as fumigants and oxamyl as a non-fumigants to control for Columbia root-knot nematode crop damage in potato crops in soils with low organic matter content.[129] The University of Florida Extension school evaluated metam and dichloropropene, alongside oxamyl for nematode treatment.[130] Cotton programs report that AIs like flonicamid have largely replaced older insecticides for Lygus[131] control, making up the vast majority of Lygus sprays in Arizona cotton.[132] The University of Georgia insect-control handbook lists acephate and oxamyl for plant bugs and fleahoppers in cotton.[133] The University of Tennessee Extension school likewise lists acephate and oxamyl as insecticide solutions for plant bugs in cotton.[134] As an additional example, a comparative efficacy study of boll weevil control in cotton tested bifenthrin and oxamyl side by side (among other insecticides), with data showing that bifenthrin and oxamyl both delivered mortality in those trials.[135] The EPA's Biological and

---

[129] UC IPM, *Agriculture: Potato Pest Management Guidelines, Nematodes,* available at https://ipm.ucanr.edu/agriculture/potato/nematodes/#gsc.tab=0.

[130] Zane Grabau, *What is the Most Cost-Effective Nematicide for Managing Sting Nematode in Potato*?, IFAS Extension University of Florida, August 9, 2024, available at https://nwdistrict.ifas.ufl.edu/phag/2024/08/09/what-is-the-most-cost-effective-nematicide-for-managing-sting-nematode-in-potato/.

[131] Lygus is a genus that includes 30 species of plant feeding insects. *See, e.g.,* Saurav Ranabhat, *Lygus Lineolaris, Tarnished Plant Bug*, Louisiana State University AgCenter, available at https://www.lsuagcenter.com/~/media/system/0/4/8/1/0481ad07fbd618e9fe41ad17c5e046dc/p3982_tarnishedplantbug_ag0225pdf.pdf.

[132] Peter Ellsworth et al., *Flonicamid Use and Benefits in Arizona Agriculture*, University of Arizona, available at https://westernipm.org/index.cfm/searchable-data-sources/docPull/?ID=FLON_01.

[133] Phillip M. Roberts et al., *Cotton: Cotton Insect Control*, University of Georgia Extension, available at https://extension.uga.edu/content/dam/extension/programs-and-services/integrated-pest-management/documents/handbooks/2020-pmh-chapters/Cotton.pdf.

[134] UT Extension Institute of Agriculture, *2024 Insect Control Recommendation for Field Crops, University of Tennessee,* available at https://utia.tennessee.edu/publications/wp-content/uploads/sites/269/2023/12/PB1768.pdf.

[135] Boris A. Castro et al., *Comparative Efficacy of Selected Insecticide Alternatives for Boll Weevil (Coleoptera: Curculionidae) Control Using Laboratory Bioassays*, Journal of Cotton Science, available at https://www.cotton.org/journal/2009-13/3/upload/JCS13-189.pdf ("The study was conducted in the Lower Rio Grande Valley of Texas in 2007. Insecticides included malathion ULV, endosulfan, bifenthrin, encapsulated methyl parathion, oxamyl, carbaryl and cyfluthrin […] Boll weevil mortality in the malathion ULV, endosulfan, encapsulated methyl parathion and bifenthrin treatments was at or near 100%. Mortality with cyfluthrin and carbaryl was low and inconsistent. Mortality in the oxamyl treatment was intermediate between the two above groups.").

Economic Analysis division ("BEAD") conducted an analysis of oxamyl and concluded that "most growers relying on oxamyl as an insecticide would switch to one of many alternative pesticides" and that "these alternatives can likely be used in a manner to achieve similar control to oxamyl."[136] The same report also references the use of acephate, acetamiprid, flonicamid, and bifenthrin as alternatives used for oxamyl to control insects in various contexts.[137]

67. Witness testimony in this matter also confirms the availability and use of alternatives to oxamyl as both a nematicide and an insecticide. For example, a representative from Solera identified that acetamiprid, bifenthrin, and acephate have been approved to treat the same targets as oxamyl.[138] Further, when oxamyl was unavailable during a plant closure, growers substituted "other insecticides" and "other finished products," including fumigants like Vapam HL and K-PAM, to achieve the same pest control outcomes.[139] A representative from Nutrien stated that Nutrien could sell "a number of competing insecticides" to customers for insect control in cotton, including acephate and imidacloprid containing brands.[140] A representative from Tenkoz also affirmed the use of acephate and imidacloprid, among a "long list," as other products that can be used as insecticides on cotton aside from oxamyl.[141]

---

136 CRTVA-CPL-01504254, at p. 2.

137 CRTVA-CPL-01504254, at p. 13.

138 Deposition of Patrick Menagh, 30(b)(6) Corporate Representative for Solera, January 15, 2025, at 298:17–299:25 ("Q: Oxamyl is not the only active ingredient that is approved to control pests on cotton, peanuts and tobacco, correct? A: Correct. Q: A number of different active ingredient have been approved to treat the same pests on the same crops as Oxamyl, right? A: That is correct. Q: And that includes, for example, Acetamiprid? A: Acetamiprid, yeah. Q: And bifenthrin? A: Correct. […] Q: You understand that among the active ingredients that have been approved to treat the same pests on the same crops as Oxamyl are Acephate? A: Correct.").

139 Deposition of Patrick Menagh, 30(b)(6) Corporate Representative for Solera, January 15, 2025, at 303:16–306:12 ("Q: Farmers who were unable to purchase Oxamyl during that period turned to other insecticides, right? A: That would be my assumption. Q: And growers unable to purchase Vydate turned to other finished products, right? A: That would be my assumption. Q: And when they couldn't get Oxamyl they turned, for example, to VAPAM and K-PAM, correct? A: That would be my assumption. […] Q: So it was your understanding […] when Oxamyl became less available during the plant closure, the growers turned to, among other things, VAPAM and K-PAM fumigants, right? A: Correct.").

140 Deposition of Keith Baioni, 30(b)(6) Corporate Representative for Nutrien, June 27, 2025, at 396:19–397:7 ("Q: Are there other products that Nutrien could sell to its customers for the same insect control that it sells oxamyl for? A: Yes, it could, depending on the brand and the crop. Q: And what products are those? A: Cotton. Could be a number of – number of products, a number of competing insecticides. Acephate, acephate-containing brands; Transform maybe; imidacloprid-containing. I can't think -- I can't think of all -- there are many.").

141 Deposition of Jeff Cole, 30(b)(6) Corporate Representative for Tenkoz, June 26, 2025, at 444:5–444:14 ("Q: Can oxamyl be used as an insecticide on cotton? A: Yes. Q: Are there other products that can be used as insecticides on cotton? A: Yes. Q: And what would those products include? A: Again, it's a long list. Synthetic pyrethroids, acephate. It goes on and on. Imidacloprid.").

68. Internal Corteva documents additionally support the use of alternative nematicides to oxamyl. Multiple presentations identify [redacted] as an alternative to oxamyl (Vydate), including internal slides that reference their nematicide use in potatoes.[142] One document explicitly states that for Vydate C-LV, the "biggest competitor is Velum for nematode & disease."[143] Other internal analyses also point to [redacted] as alternatives to Vydate and [redacted] for nematode control options.[144] Corteva analysis of Vydate efficacy in cotton showed that "[redacted] was also highly effective" for Lygus control.[145]

69. I compare the agronomic features that Dr. Hemphill focuses on (i.e., fast acting, broad spectrum, low impact on beneficial bacteria, can be sprayed directly on crops) for all the oxamyl alternatives discussed above for insects in cotton and nematodes in potatoes. I do this using representative examples of products in **Table 5 and 6** below. Each of the representative products chosen below is widely available for purchase throughout the United States.

---

[142] Bayer, *Pesticide Product Label: Velum® Fungacide*, available at https://cs-assets.bayer.com/is/content/bayer/Velum_Label1jpdf; SYT_REBATELIT_02147460, at p. 2; CRTVA-CPL-01326767, at p. 5; Syngenta_FTC_00714239, at p. 2.

[143] CRTVA-CPL-00412130, *IDAHO SAMPLE POTATO DISEASE, INSECT, & NEMATODE PROGRAM, under "Target/Comments"*.

[144] Syngenta_FTC_00714239, at p. 2.

[145] CRTVA-CPL-01093642, at p. 13. *See also,* CRTVA-CPL-00955078, at p. 6 and CRTVA-CPL-01757188, at p. 35.

**Table 5: Features Comparison – Oxamyl Insecticide Alternatives**

| | **Oxamyl** (Vydate® C-LV) | **Flonicamid** (Carbine® 50WG) | **Acephate** (Orthene® 90S) | **Acetamiprid** (Assail® 70 WP) | **Bifenthrin** (Brigade® 2EC) |
|---|---|---|---|---|---|
| *Fast-acting* | **Yes.** "Knockdown" insecticide. Blocks AChE in the nervous system.[146] | **Yes.** Controls target pests by contact and ingestion provoking rapid and irreversible feeding cessation.[147] | **Yes.** Controls target pest by contact and ingestion.[148] Similar to oxamyl, inhibits AChE and disrupts nerve function.[149] | **Yes.** Rapid "knockdown" insecticide. Disrupts pests nerve function, causing paralysis and death.[150] | **Yes.** "Knockdown" insecticide. Contact and stomach action insecticide acting on nervous system.[151] |
| *Low impact on beneficial bacteria and fungi in the soil* | **Yes.** No significant adverse effects on soil microorganisms.[152] | **Yes.** No significant adverse effects on soil | **No.** Acephate generally shows adverse effects.[154] | **No.** Acetamiprid generally shows adverse effects.[155] | **Mixed.** Partly dose dependent.[156] |

---

[146] National Library of Medicine, *Compound Summary, Oxamyl*, available at https://pubchem.ncbi.nlm.nih.gov/compound/Oxamyl ("Carbamates are effective insecticides by virtue of their ability to inhibit acetylcholinesterase (AChE) in the nervous system."); CRTVA-CPL-00813357, at p. 1, 3-4 ("Feature / Key Elements […] Fast acting pest control […] Stops feeding immediately").

[147] FMC, *Pesticide Product Label: Carbine® 50WG Insecticide*, available at https://www.cdms.net/ldat/ld7FU008.pdf. ("CARBINE® 50WG Insecticide controls target pests by contact and ingestion provoking rapid and irreversible feeding cessation.").

[148] AMVAC, *Pesticide Product Label: Orthene® 90S,* U.S. Environmental Protection Agency, available at https://www3.epa.gov/pesticides/chem_search/ppls/005481-08974-20130327.pdf.

[149] Pesticide Properties DataBase, *Acephate*, University of Hertfordshire, available at https://sitem.herts.ac.uk/aeru/ppdb/en/Reports/9.htm.

[150] UPL, *Pesticide Product Label: Assail® 70 WP Insecticide*, U.S. Environmental Protection Agency, available at https://www3.epa.gov/pesticides/chem_search/ppls/008033-00023-20200206.pdf; UPL, *Pesticide Product Page: Assail® Insecticide*, available at https://www.uplcorp.com/us/product-details/assail. (Quick Facts, "Rapid knockdown"); MSU Extension, *How to Control Invasive Pests While Protecting Pollinators and Other Beneficial Insects*, May 1, 2019, available at https://www.canr.msu.edu/news/how-to-control-invasive-pests-while-protecting-pollinators-and-other-beneficial-insects. ("This neonicotinoid is classified as Reduced Risk by EPA. It kills insects by disrupting the nerve function.").

[151] Pesticide Properties DataBase, *Bifenthrin,* University of Hertfordshire, available at https://sitem.herts.ac.uk/aeru/ppdb/en/Reports/78.htm ("Mode of Action: Contact and stomach action with some residual effect.").

[152] CRTVA-CPL-01121663.

[154] W. Du et al., *Effects of Beauveria Bassiana and Acephate on Enzyme Activities and Microbial Diversity in Paddy Soil,* Plant, Soil and Environment 59, 562–567, 2013, available at https://doi.org/10.17221/447/2013-PSE.

[155] Fei Wang et al., *Influence of Short-Time Imidacloprid and Acetamiprid Application on Soil Microbial Metabolic Activity and Enzymatic Activity,* Environmental Science and Pollution Research 21, 10129–10138, 2014, available at https://doi.org/10.1007/s11356-014-2991-8.

[156] U.S. Environmental Protection Agency*, Bifenthrin: Independent Laboratory Validation (ILV) Study in Water, Soil and Sediment*, available at https://www.epa.gov/sites/default/files/2020-03/documents/der_-_bifenthrin_in_water-soil_-

| | **Oxamyl** (Vydate® C-LV) | **Flonicamid** (Carbine® 50WG) | **Acephate** (Orthene® 90S) | **Acetamiprid** (Assail® 70 WP) | **Bifenthrin** (Brigade® 2EC) |
|---|---|---|---|---|---|
| | | microorganisms.[153] | | | |
| *Controls a broad spectrum of insects* | **Yes.** Broad spectrum and works across insect life stages for select pests.[157] | **No.** Selective but effective on sucking and piercing insects like plant bugs, cotton aphids, and cotton fleahoppers.[158] | **Yes.** Broad-spectrum, effective on chewing and sucking insects.[159] | **Yes.** Broad-spectrum translaminar control of sucking and chewing insects.[160] | **Yes.** Broad-spectrum, excellent control of chewing, sucking and piercing pests.[161] |
| *Control at both larval and adult life stages* | **Yes.** Targets both larval and adult life stages of pests[162] | **Yes.** Targets piercing and sucking pests at both immature and adult stages.[163] | **Yes.** Targets both larval and adult stages of pest.[164] | **Yes.** Has ovicidal, larvicidal, and adulticidal activity | **Yes.** Works across insect life stages for select pests.[166] |

_mrid_49189001.pdf; Ahmed, Sohail et al., *Effect of Insecticides on the Total Number of Soil Bacteria Under Laboratory and Field Conditions*, ResearchGate, January, 2006, available at https://www.researchgate.net/publication/237330051_Effect_of_insecticides_on_the_total_number_of_soil_bacteria_under_laboratory_and_field_conditions.

153 Pesticide Properties Database, *Flonicamid*, available at https://sitem.herts.ac.uk/aeru/ppdb/en/Reports/321.htm.

157 Dupont, *Pesticide Product Label: Vydate® C-LV*, available at https://s3-us-west-1.amazonaws.com/agrian-cg-fs1-production/pdfs/DuPont_Vydate_C-LV_InsecticideNematicide_Label1l.pdf.

158 Peter C. Ellsworth et al., *Flonicamid Use and Benefits in Arizona* Agriculture, Arizona Pest Management, available at https://westernipm.org/index.cfm/searchable-data-sources/docPull/?ID=FLON_01; FMC, *Pesticide Product Label: Carbine® 50WG Insecticide*, available at https://www.cdms.net/ldat/ld7FU008.pdf.

159 Pesticide Properties DataBase, *Acephate*, University of Hertfordshire, available at https://sitem.herts.ac.uk/aeru/ppdb/en/Reports/9.htm.

160 UPL, *Pesticide Product Page: Assail® Insecticide*, available at https://www.uplcorp.com/us/product-details/assail. (Quick Facts, "Broad-spectrum translaminar control of sucking and chewing insects").

161 FMC, *Insecticide Fact Sheet for Cotton: Brigade® 2EC*, available at https://ag.fmc.com/us/sites/default/files/2023-11/23-FMC-1504 Brigade2EC-FactSheet_071823_VF_LoRes_Ref.pdf. ("Excellent control of chewing, sucking and piercing pests including stink bugs, plant bugs, bollworms and mites.").

162 Dupont, *Pesticide Product Label: Vydate® C-LV*, available at https://s3-us-west-1.amazonaws.com/agrian-cg-fs1-production/pdfs/DuPont_Vydate_C-LV_InsecticideNematicide_Label1l.pdf.

163FMC, *Carbine Insecticide / West*, available at https://ag.fmc.com/ca/en/insecticides/carbine-insecticide-west ("Unique mode of action targets piercing and sucking pests - at both immature and adult stages - to stop feeding activity within 30 minutes of application.").

164 AMVAC, Pesticide Product Label: Orthene® 90S, U.S. Environmental Protection Agency, available at https://www3.epa.gov/pesticides/chem_search/ppls/005481-08974-20130327.pdf.

166 FMC, *Brigade® 2EC Insecticide*, available at https://www.cdms.net/ldat/ld7OD003.pdf; Pesticide Properties DataBase, *Bifenthrin (Ref FMC 54800)*, University of Hertfordshire, available at https://sitem.herts.ac.uk/aeru/ppdb/en/Reports/78.htm (Larva and adult staged pests are listed as targeted pests).

| | **Oxamyl** (Vydate® C-LV) | **Flonicamid** (Carbine® 50WG) | **Acephate** (Orthene® 90S) | **Acetamiprid** (Assail® 70 WP) | **Bifenthrin** (Brigade® 2EC) |
|---|---|---|---|---|---|
| | | | | against many pests.[165] | |

70. Dr. Hemphill states that as an insecticide, oxamyl's fast-acting capability, breadth of spectrum, control of adult and larval insects, and low impact on beneficial bacteria and fungi are features "distinctive" to it.[167] I illustrated in **Table 5** that Dr. Hemphill's conclusions about the distinctiveness of these features is incorrect. The representative products in **Table 5** are all quickly effective upon use. They all cover a broad spectrum of insects, with the exception of flonicamid which is selective but still effective on a number of piercing and sucking pests. They all control insects at all stages of their lifecycle. They do not all have the same impact on beneficial bacteria and fungi, but flonicamid is at least one alternative that has no significant adverse impact on soil microorganisms. In **Table 6** below, I show a similar comparison of features for oxamyl (e.g., Vydate® C-LV or "Vydate C-LV"), metam (e.g., Vapam® HL or "Vapam"), and dichloropropene (e.g., TELONE™ II or "Telone II") as nematicides.

[165] UPL, *Pesticide Product Page: Assail® Insecticide*, available at https://www.uplcorp.com/us/product-details/assail. ("Controls insects at multiple stages"); UPL, *Pesticide Product Label: Assail® 70 WP Insecticide*, U.S. Environmental Protection Agency, available at https://www3.epa.gov/pesticides/chem_search/ppls/008033-00023-20200206.pdf. ("ASSAIL® 70 WP Insecticide has ovicidal, larvicidal, or adulticidal activity against many pests which can be effectively utilized in IPM programs.").

[167] Hemphill Report, Appendix C, ¶55.

**Table 6: Features Comparison – Oxamyl Nematicide Alternatives**

| | **Oxamyl** (Vydate® C-LV) | **Metam** (Vapam® HL)[168] | **Dichloropropene** (TELONE™ II) |
|---|---|---|---|
| *Can be sprayed directly onto crops*[169] | **Yes.** Can be applied by ground, aerial or chemigation application equipment.[170] | **No.** Applied via soil injection, chemigation, or soil bedding equipment.[171] | **No.** Applied as a broadcast treatment using either chisel (shank), Nobel (sweep) or modified ParaTill application.[172] |
| *Low impact on beneficial bacteria and fungi* | **Yes.** No significant adverse effects on soil microorganisms.[173] | **Mixed.** Some studies show negative impact, but responses of soil microbiome are context dependent.[174] | **Yes.** Low impact on beneficial bacteria and fungi; in fact some healthy bacteria thrive.[175] |

---

[168] The active ingredient Metam includes both the Metam-Sodium and Metam-Potassium variations.

[169] Dr. Hemphill defines the spraying of oxamyl (when used as a nematicide) directly onto the crop, rather than at the root level or mixed into the soil, as a distinctive feature that is valued by growers. Hemphill Report, Appendix C, ¶55 ("Distinctive features that are valued by growers. First, oxamyl can be sprayed directly onto crops to control nematodes in the soil, unlike other nematicides, which must be applied at the root level or mixed into the soil.").

[170] Dupont, *Pesticide Product Label: Vydate® C-LV*, available at https://s3-us-west-1.amazonaws.com/agrian-cg-fs1-production/pdfs/DuPont_Vydate_C-LV_InsecticideNematicide_Label1l.pdf ("VYDATE® C-LV can be applied by ground, aerial or chemigation application equipment. See the crop specific directions for use for the application equipment that may be used for each crop. For aerial applications, use the following directions, unless otherwise specified in this label: use a minimum of 2 gallons per acre (gpa) of water.").

[171] AMVAC, *Pesticide Product Label: Vapam® HL*, available at https://s3-us-west-1.amazonaws.com/agrian-cg-fs1-production/pdfs/Vapam_HL_Label1o.pdf ("May be applied by water-run applications (e.g., chemigation), soil injection or soil bedding equipment.").

[172] Teleos Ag Solutions, *Pesticide Product Label: Telone™ II,* U.S. Environmental Protection Agency, at p. 2, available at https://www3.epa.gov/pesticides/chem_search/ppls/095290-00001-20240125.pdf ("Apply TELONE™ II as a broadcast treatment using either chisel (shank), Nobel (sweep) or modified ParaTill application equipment…").

[173] CRTVA-CPL-01121663.

[174] Xiaoping Li et al., *Legacy Effects of Fumigation on Soil Bacterial and Fungal Communities and their Response to Metam Sodium Application*, BMC, at p. 1, 13, available at https://environmentalmicrobiome.biomedcentral.com/articles/10.1186/s40793-022-00454-w ("The legacy effects of MS fumigation are more pronounced on soil bacterial diversity, β-diversity and networks. Repeated fumigant applications shift soil microbial compositions and may contribute to differential MS sensitivity among soil microorganisms. Following MS application, microbial richness and bacterial diversity decreases, but microbial β-diversity was similar to that of the field soils used to establish the microcosms in the short-term (< 6 weeks). The responses of soil microbiome to MS fumigation are context dependent and rely on abiotic, biotic, and agricultural management practices […] In the short term, soil microbial structures appears to be robust to metam sodium fumigation, but microbial richness and bacterial diversity are temporarily reduced after fumigation.").

[175] Randy Huckaba, *Soil Health: An Overview for Growers*, Teleos Ag Solutions, available at https://teleosag.com/teleos-blog/soil-health-an-overview-for-growers/ ("[P]lots treated with 1,3-dichloropropene (sold by Teleos Ag Solutions under the brand name TELONE™) were richer in bacterial communities than plots left untreated. TELONE™ targets crop-destroying nematodes while creating a carbohydrate-rich environment that allows healthy bacteria to thrive,

| | **Oxamyl** (Vydate® C-LV) | **Metam** (Vapam® HL)[168] | **Dichloropropene** (TELONE™ II) |
|---|---|---|---|
| *Fast-acting* | **Yes.** Fast acting and is a contact pesticide, and interfere with pathways in the nervous system.[176] | **No.** Requires a waiting period of at least 14 to 21 days after application before crops can be safely planted.[177] | **No.** Requires a sealing period of at least several days in order to prevent fumigant less and ensure effective concentration to suppress the pest.[178] |
| *Broad spectrum of nematodes* | **Yes.** Broad spectrum of control.[179] | **Yes.** Broad spectrum of control.[180] | **Yes.** Broad-spectrum of control.[181] |
| *Control at both larval and adult life stages* | **Yes.** Targets both larval and adult life stages of pests.[182] | **Yes.** | **Yes.** |

resulting in improved soil health. Species from the bacterial family Enterobacteriaceae have been shown to increase with differing rates of TELONE™ II treatment. These beneficial bacteria metabolize dead invertebrate pathogens, potentially leading to improved soil health […] "'We found it interesting that only minor effects of 1,3-D were observed on both bacterial and fungal communities, suggesting that soil can be a robust ecosystem and fumigants may not have a long-term impact on the overall microbial community.").

[176] Hugh Smith et al., *Understanding Insecticide Modes of Action and Resistance Management in Florida Horticulture*, University of Florida, available at https://edis.ifas.ufl.edu/publication/IN1379 ("Carbamate (1A) and organophosphate (1B) insecticides are broad spectrum insecticides, meaning they will kill most insect groups regardless of their mouthparts or metamorphosis. These insecticides interfere with pathways in the nervous system that are important for animals, including humans, as well as insects, and so can pose a risk to applicators and field workers. Carbamate and organophosphate insecticides mostly work by contact, although there are some translaminar and systemic insecticides in these two groups. Some carbamates, such as methomyl, and organophosphates, including naled, are restricted-use insecticides.").

[177] Dupont, *Pesticide Product Label: Vydate® C-LV*, available at https://s3-us-west-1.amazonaws.com/agrian-cg-fs1-production/pdfs/DuPont_Vydate_C-LV_InsecticideNematicide_Label1l.pdf ("On well-drained soils which have a light to medium texture […] planting can begin 14 to 21 days after the application is complete. If soils are heavy or especially high in organic matter or if the soil remains wet and/or cold (below 60°F) following the application, a minimum interval of 21 days or greater should be observed.").

[178] Teleos Ag Solutions, *Pesticide Product Label: Telone™ II,* U.S. Environmental Protection Agency, at p. 11, available at https://www3.epa.gov/pesticides/chem_search/ppls/095290-00001-20240125.pdf ("… immediately after chisel application of TELONE(TM) II, the soil must be "sealed" to prevent fumigant loss…").

[179] CRTVA-CPL-00813357, at p. 3, 10, 13 ("Feature / Key Elements […] Broad spectrum pest control […] Nematodes […] Vydate controls many nematode species").

[180] National Library of Medicine, *Compound Summary, Metam*, available at https://pubchem.ncbi.nlm.nih.gov/compound/Metam.

[181] Teleos Ag Solutions, *Pesticide Product Label: Telone™ II,* U.S. Environmental Protection Agency, available at https://www3.epa.gov/pesticides/chem_search/ppls/095290-00001-20240125.pdf ("A multi-purpose liquid fumigant for preplant treatment of soil to control plant parasitic nematodes, symphylans and to help manage certain soil borne diseases in cropland.").

[182] Dupont, *Pesticide Product Label: Vydate® C-LV*, available at https://s3-us-west-1.amazonaws.com/agrian-cg-fs1-production/pdfs/DuPont_Vydate_C-LV_InsecticideNematicide_Label1l.pdf; *Potato Crop Protection Guide,* Washington State University, available at https://cpg.potatoes.wsu.edu/pest_guide/info/2/colorado_potato_beetle ("Vydate C-LV […] Apply when 50% of eggs have hatched and most larvae are small. Expect 7-14 days of residual control.").

| | **Oxamyl** (Vydate® C-LV) | **Metam** (Vapam® HL)[168] | **Dichloropropene** (TELONE™ II) |
|---|---|---|---|
| | | Targets both larval and adult life stages of pests.[183] | Targets both larval and adult life stages of pests.[184] |
| *Superior crop safety* | ***See discussion below*** | | |

71. Dr. Hemphill states that as a nematicide, oxamyl's foliar use, fast-acting capability, breadth of spectrum, control of adult and larval nematodes, low impact on beneficial bacteria and fungi, and superior crop safety are features distinctive to it. This conclusion is incorrect. Both fumigants (Vapam and Telone II) in **Table 6** above control a broad spectrum of nematodes. Both selectively target plant-feeding nematodes.[185] Both Telone II and Vapam also control nematodes at the larval and adult stages.

72. While some studies show metam negatively impacts beneficial bacteria and fungi, Telone II's brand site states, "Unlike previously held misconceptions, the science shows that using Telone II before planting helps reduce nematode pressure while allowing beneficial bacterial populations to quickly rebound post-fumigation".[186] While fumigants temporarily disrupt soil biology, beneficial microorganisms recover quickly.[187]

---

[183] AMVAC, *Pesticide Product Label: Vapam® HL*, available at https://s3-us-west-1.amazonaws.com/agrian-cg-fs1-production/pdfs/Vapam_HL_Label1o.pdf ("Nematode suppression is achieved when VAPAM HL converts to MITC and makes contact with active forms of the nematodes, preferably juveniles. [...] Eggs are more difficult to suppress than juveniles, but are susceptible. Pre-irrigation has been demonstrated to stimulate egg hatch of some species and may enhance overall VAPAM HL performance.").

[184] The label claims control of nematodes in soil at the time of fumigation and emphasizes no residual. In practice, that means the motile, soil-dwelling stages (juveniles and adults) present during fumigation are controlled. Stages that emerge after dissipation (e.g., eggs that hatch later) are not claimed on-label. *See, e.g.,* Teleos Ag Solutions, *Pesticide Product Label: Telone™ II,* U.S. Environmental Protection Agency, available at https://www3.epa.gov/pesticides/chem_search/ppls/095290-00001-20240125.pdf ("TELONE™ II will help manage certain soil borne pests that are present in the soil treatment zone at time of fumigation. It will not control pests that are introduced into soil after fumigation. [...] Because TELONE™ II does not provide residual control of soil pests, it should be used as a preplant application before planting each crop.").

[185] Dr. Hemphill states in Appendix fn. 138 of his report that "Vydate® C-LV selectively targets plant-feeding nematodes, thus minimizing any impact on the balance of the soil ecosystem, including beneficial microorganisms." (Hemphill Report, fn. 138). However, this is true of Telone II and Vapam HL as well.

[186] Teleos Ag Solutions, *Telone II by Teleos*, available at https://teleosag.com/about-telone/.

[187] Teleos Ag Solutions, *Higher Yields Start with Soil Health*, available at https://teleosag.com/soil-health/ ("Fumigation with TELONE™ temporarily disrupts soil biology, but beneficial microorganisms recover quickly.").

73. The foliar route (i.e., the ability to spray directly on crops) is unique to oxamyl among the set of products and AIs presented in **Table 6**. However, an application route difference does not equate to functional uniqueness. Pre-plant soil fumigants like metam (Vapam) and dichloropropene (Telone II) are intentionally designed to treat the root soil zone before planting. Telone II's label requires subsurface placement, and Vapam is applied by soil injection or chemigation. Each of these routes offers advantages that Vydate C-LV does not offer. For example, growers may prefer Vapam's application route because it is more efficient.[188] Ultimately, different routes still lead to the same field objective of reducing nematode pressure.

74. Further, Dr. Hemphill references a Corteva presentation on "Nematicides" as his source supporting superior product safety.[189] Even with Dr. Hemphill's own source, Vydate is not the only product with a green "crop safety" rating, as [redacted] also have green ratings.[190] Crop safety considerations are not the same across Vydate C-LV's, Vapam's, and Telone II's product labels. However, this is standard practice. All three products referenced are safe for use on crops if used according to the directions on the labels. Crop safety with fumigants is managed by placement depth, sealing, and plant-back intervals, among other protocols.[191] Further, the fumigant alternatives offer certain advantages with respect to crop safety that Vydate C-LV does not offer. Fumigants often offer shorter plant-back restrictions (i.e., how quickly the next planting can be done safely) compared to non-fumigant alternatives. For example, Vydate C-LV's label requires growers to wait at least four months before planting crops not on the Vydate C-LV label, limiting rotation flexibility.[192] By contrast, fumigants such as Vapam can be applied

[188] Vapam can be injected directly into the soil, as opposed to application by spraying. *See, e.g.,* AMVAC, *Pesticide Product Label: Vapam® HL*, available at https://s3-us-west-1.amazonaws.com/agrian-cg-fs1-production/pdfs/Vapam_HL_Label1o.pdf ("May be applied by water-run applications (e.g., chemigation), soil injection or soil bedding equipment.").

[189] Hemphill Report, Appendix C, fn. 139 ("See CRTVA-CPL-01724079").

[190] CRTVA-CPL-01326767, at p. 5.

[191] AMVAC, *Pesticide Product Label: Vapam® HL*, available at https://s3-us-west-1.amazonaws.com/agrian-cg-fs1-production/pdfs/Vapam_HL_Label1o.pdf; Teleos Ag Solutions, *Pesticide Product Label: Telone™ II,* U.S. Environmental Protection Agency, available at https://www3.epa.gov/pesticides/chem_search/ppls/095290-00001-20240125.pdf.

[192] Dupont, *Pesticide Product Label: Vydate® C-LV*, available at https://s3-us-west-1.amazonaws.com/agrian-cg-fs1-production/pdfs/DuPont_Vydate_C-LV_InsecticideNematicide_Label1l.pdf ("Do not plant crops other than those with registered DuPont™ VYDATE® C-LV or VYDATE® L uses within 4 months after the last application. Cover crops for soil building or erosion control may be planted anytime, but do not graze or harvest for food or feed.").

post-harvest, with planting permissible after only 14-21 days.[193] This shorter interval allows farmers to manage crop schedules more efficiently and reduces downtime between production cycles. Fumigant timing of application can also be beneficial as fumigants often reduce nematode pressure for the duration of crop production.

---

[193] AMVAC, *Pesticide Product Label: Vapam® HL*, available at https://s3-us-west-1.amazonaws.com/agrian-cg-fs1-production/pdfs/Vapam_HL_Label1o.pdf ("VAPAM HL is applied post-harvest and 14 to 21 days before a new crop is planted.").



Case 1:22-cv-00828-TDS-JEP Document 453-6 Filed 04/24/26 Page 24 of 24