# Exhibit 28
# Filed Under Seal

Case 1:22-cv-00828-TDS-JEP    Document 453-29    Filed 04/24/26    Page 1 of 1