<table>
<tr><td colspan="2"><b>UNITED STATES DISTRICT COURT<br>MIDDLE DISTRICT OF NORTH CAROLINA</b></td><td>Case No. 1:22 cv 00828 TDS JEP</td></tr>
</table>

| | |
|---|---|
| Name of Plaintiff(s):<br><br>**Federal Trade Commission, State of California, et al.**<br><br>**VERSUS**<br><br>Name of Defendant(s):<br>Syngenta Crop Protection, AG;, Syngenta Corporation, Syngenta Crop Protection, LLC, and Corteva, Inc.<br><br>Mediator Name: Jim Cooley | **REPORT<br>OF<br>MEDIATOR**<br><br>*(For Placement on the<br>CM/ECF Docket)* |
| Telephone No.: (704) 231 6211<br>E-Mail Address: jim.cooley.retired@wbd us.com | ☑ This is an **Interim Report.** A final report is to be filed after resumption of the mediation |

1. **Convening of Mediation.** The mediated settlement conference ordered in this case:

☐ was held on April 21 22 and May 7, 2026 (Corteva only)                (date)

☐ was NOT held because _____

2. **Attendance**
   ☑ No Objection was made on the grounds that any required attendee was absent.
   ☐ Objection was made by _____
3. **Outcome**
   ☐ Complete settlement of the case
   ☐ Conditional settlement or other disposition
   ☐ Partial settlement of the case
   ☑ Recess (i.e., mediation to be resumed at a later date)
   ☐ Impasse
   ☐ Additional Information: Recess until June 1, 2026
4. **Settlement Filings**
   a) The document(s) to be filed to effort the settlement are _____

   b) The person responsible for filing the document(s) is _____
   c) The agreed deadline for filing the document(s) is _____

**Submission of Report.** Please submit the completed and signed report by mail of Clerk of Court, 324 W. Market St., Greensboro, NC 27401, or, if Consent to Transfer Documents Electronically Form has been submitted, submit the signed to medclerk@ncmd.uscourts.gov.

I have submitted this completed report with ten (10) days after conclusion of the conference.

_____          May 19, 2026
Mediator Signature                              Date

RECEIVED
By Melisa Bond at 3:53 pm, May 19, 2026