# Exhibit 1

# 1:23cv1057, Williams Et Al V. Hall Et Al

**US District Court Docket**

**United States District Court, North Carolina Middle**

**(NCMD)**

Update Now

**This case was retrieved on 05/21/2026**

## ▾ Header

**Case Number: 1:23cv1057**

**Date Filed:** 12/04/2023

**Assigned To:** Judge THOMAS D. SCHROEDER

**Referred To:** Magistrate Judge JOANNA GIBSON MCFADDEN

**Nature of Suit:** Voting (441)

**Cause:** Civil Rights Act

**Lead Docket:** None

**Other Docket:** None

**Jurisdiction:** Federal Question

**Class Code:** Closed

**Closed:** 04/21/2026

**Statute:** 42:1983

**Jury Demand:** None

**Demand Amount:** $0

**NOS Description:** Voting

## ▾ Participants

| Availability | # | Date | Proceeding Text | Source |
|---|---|---|---|---|
| ☐ Free | 43 | 04/19/2024 | NOTICE of Initial Pretrial Conference Hearing: Initial Pretrial Conference Hearing set for 5/28/2024 at 11:00 AM in Winston-Salem Courtroom #1 before JUDGE ALLISON JONES RUSHING, CHIEF JUDGE RICHARD E. MYERS II, and JUDGE THOMAS D. SCHROEDER. (ae) (Entered: 04/19/2024) | |
| ☐ Free | 44 | 04/23/2024 | Rule 26(f) Report (Joint) filed by all parties by NORTH CAROLINA STATE CONFERENCE OF THE NAACP, COMMON CAUSE, MITZI REYNOLDS TURNER, DAWN DALY-MACK, HOLLIS BRIGGS, CORINE MACK, CALVIN JONES, JOAN CHAVIS, LINDA SUTTON, SYENE JASMIN.(KLEIN, HILARY) (Entered: 04/23/2024) | |
| ☐ Runner | | 04/25/2024 | Motions Referred: RE: 44 Rule 26(f) Report (Joint) filed by all parties, to MAG/JUDGE JOE L. WEBSTER (kg) (Entered: 04/25/2024) | |
| ☐ Runner | | 04/25/2024 | Motion Submitted: 44 Rule 26(f) Report (Joint) filed by all parties to JUDGE ALLISON JONES RUSHING, CHIEF JUDGE RICHARD E. MYERS II, and JUDGE THOMAS D. SCHROEDER. (ae) (Entered: 04/25/2024) | |
| ☐ Free | 45 | 05/01/2024 | MOTION to Withdraw as Attorney MICHAEL BRANDON JONES by on behalf of MAURA ACETO, JAMES ADAMS, ALLISON SHARI ALLEN, ALAN RENE OLIVA CHAPELA, GERMAN DE CASTRO, ARMENTA EATON, MINERVA FREEMAN, LUCIANO GONZALEZ-VEGA, FLOR HERRERA-PICASSO, CHENITA JOHNSON, EARL JONES, VIRGINIA KEOGH, NELDA LEON, JAVIER LIMON, LAURA MCCLETTIE, NATALEE NANETTE NIEVES, PAMLYN STUBBS, SHAUNA WILLIAMS. (JONES, MICHAEL) (Entered: 05/01/2024) | |
| ☑ Runner | | 05/01/2024 | TEXT ORDER issued by JUDGE ALLISON JONES RUSHING, CHIEF JUDGE RICHARD E. MYERS II, and JUDGE THOMAS D. SCHROEDER on 5/1/2024. The court is in receipt of the parties' proposed Rule 26(f) report in these consolidated cases. (Doc. 44 .) In general, the court is inclined to approve it, except to the extent it leaves insufficient time before trial for the court's consideration of any mo- | |

| Availability | # | Date | Proceeding Text | Source |
|---|---|---|---|---|
| | | | tions for summary judgment and pretrial filings. The parties propose the close of discovery on December 12, 2024, with certain supplemental expert reports to be produced by January 31, 2025, and depositions on the same by February 21, 2025. Summary Judgment motions are due one week later, on February 28, 2025. With 30 days for a response and 14 days for a reply (under the court's local rules), those motions would not be ripe for decision until April 14, 2025. That leaves insufficient time for decision and for Rule 26 pretrial disclosures before the parties' proposed trial date as soon as practicable after May 15, 2025. (Doc. 44 at 5.) With an estimated 10-day trial, it is not feasible for trial to start in May 2025. Trials are ordinarily set 6 to 8 months after the close of discovery, which is usually 4 to 6 months after Rule 56 motions are fully briefed. The court intends to set a trial date in mid-June 2025. The parties are therefore directed to meet and confer by May 14, 2024, and to condense their proposed discovery schedule so as to allow at least 150 days for the court's consideration of the motions for summary judgment before a trial to start in mid-June. Any revised proposed Rule 26(f) report shall be submitted within 10 days of the meet and confer. SO ORDERED, BY THE COURT. (ae) (Entered: 05/01/2024) | |
| ☐ Runner | | 05/02/2024 | Motion Submitted to Three-Judge Panel: 45 MOTION to Withdraw as Attorney MICHAEL BRANDON JONES. (ae) (Entered: 05/02/2024) | |
| ☐ Free | 46 | 05/03/2024 | ORDER granting 45 Motion to Withdraw as Attorney. Attorney MICHAEL BRANDON JONES terminated. Plaintiffs will continue to be represented by counsel for Elias Law Group, LLP and Patterson Harkavy LLP. Signed by JUDGE THOMAS D. SCHROEDER on 05/03/2024. (at) (Entered: 05/03/2024) | |
| ☐ Free | 47 | 05/14/2024 | Amended Rule 26(f) Report (Joint) filed by all parties by CALVIN JONES, COMMON CAUSE, CORINE MACK, DAWN DALY-MACK, HOLLIS BRIGGS, JOAN CHAVIS, LINDA SUTTON, MITZI REYNOLDS TURNER, NORTH CAROLINA STATE CONFERENCE OF THE NAACP, SYENE JASMIN. (Attachments: # 1 Exhibit Redline | |