<table>
<tr><td colspan="2"><strong>UNITED STATES DISTRICT COURT<br>MIDDLE DISTRICT OF NORTH CAROLINA</strong></td><td>Case No. 1:22-cv-00828-TDS-JEP</td></tr>
</table>

| UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF NORTH CAROLINA | Case No. 1:22-cv-00828-TDS-JEP |
|---|---|
| **Name of Plaintiff(s):** Federal Trade Commission, State of California, et al. <br><br> **VERSUS** <br><br> **Name of Defendant(s):** Syngenta Crop Protection, AG, Syngenta Corporation, Syngenta Crop Protection, LLC, and Corteva, Inc. | **REPORT OF MEDIATOR** <br><br> *(For Placement on the CM/ECF Docket)* |
| **Mediator Name:** Jim Cooley | |
| **Telephone No.:** (704) 231-6211 | ☑ This is an **Interim Report.** A final report is to be filed after resumption of the mediation |
| **E-Mail Address:** jim.cooley.retired@wbd-us.com | |

1. **Convening of Mediation.** The mediated settlement conference ordered in this case:

   ☑ was held on _April 21-22, May 7 and June 2, 2026 (Corteva only)_ (date)

   ☐ was NOT held because _____

2. **Attendance**

   ☑ No Objection was made on the grounds that any required attendee was absent.

   ☐ Objection was made by _____

3. **Outcome**

   ☐ Complete settlement of the case

   ☐ Conditional settlement or other disposition

   ☐ Partial settlement of the case

   ☑ Recess (i.e., mediation to be resumed at a later date)

   ☐ Impasse

   ☐ Additional Information: _Recess until June 30_____

4. **Settlement Filings**

   a) The document(s) to be filed to effort the settlement are _____
   _____

   b) The person responsible for filing the document(s) is _____

   c) The agreed deadline for filing the document(s) is _____

   **Submission of Report.** Please submit the completed and signed report by mail of Clerk of Court, 324 W. Market St., Greensboro, NC 27401, or, if Consent to Transfer Documents Electronically Form has been submitted, submit the signed to medclerk@ncmd.uscourts.gov.

   **I have submitted this completed report with ten (10) days after conclusion of the conference.**

_____
Mediator Signature

_June 15, 2026_____
Date

RECEIVED
By Melisa Bond at 9:39 am, Jun 16, 2026