IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FEDERAL TRADE COMMISSION          )
et al.,                           )
                 Plaintiffs,      )
                                  )
        v.                        )          1:22CV828
                                  )
SYNGENTA CROP PROTECTION AG       )
et al,                            )
                 Defendants.      )

### ORDER

Before the court is the Renewed Motion to Set a Trial Date by Plaintiffs Federal Trade Commission and the states of California, Colorado, Illinois, Indiana, Iowa, Minnesota, Nebraska, Oregon, Tennessee, Texas, Washington, and Wisconsin. (Doc. 524.) Defendants Corteva, Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC have filed a response in opposition (Doc. 527 and 528), to which Plaintiffs have replied (Doc. 532).

Setting a trial date lies in the discretion of the trial court. While the court would ordinarily set a trial date in due course, this case is complex. Thus, the court intends to address the question of a trial date no sooner than following the hearing on the pending motions, and more likely after their resolution, so that the court can better assess the status of the claims and need for trial time. As the moving parties note, the court tries civil cases by allotting each party a specified number of trial hours,

not days.  That decision will be better made at a slightly later time, as noted above.  The parties should be prepared to address this issue at the hearing on the pending motions.

For these reasons,

IT IS THEREFORE ORDERED that the Renewed Motion to Set a Trial Date (Doc. 524) will be addressed in due course as noted above.


                              /s/   Thomas D. Schroeder
                         United States District Judge


July 9, 2026

2