IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION,<br>STATE OF CALIFORNIA,<br>STATE OF COLORADO,<br>STATE OF ILLINOIS,<br>STATE OF INDIANA,<br>STATE OF IOWA,<br>STATE OF MINNESOTA,<br>STATE OF NEBRASKA,<br>STATE OF OREGON,<br>STATE OF TENNESSEE,<br>STATE OF TEXAS,<br>STATE OF WASHINGTON, and<br>STATE OF WISCONSIN,<br><br>     Plaintiffs,<br><br>  v.<br><br>SYNGENTA CROP PROTECTION AG,<br>SYNGENTA CORPORATION,<br>SYNGENTA CROP PROTECTION, LLC,<br>and<br>CORTEVA, INC.,<br><br>     Defendants. | | 1:22-cv-828 |

**ORDER**

This action is before the court on the motion of Defendants Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC to reschedule the July 23, 2026 motions hearing.  (Doc. 535.)  The Clerk of Court's office reports that the parties have advised they are available on July 30, 2026, for hearing.  Therefore, for good cause shown,

IT IS ORDERED that the motion is GRANTED and the hearing on pending motions scheduled for July 23, 2026, at 2:00 p.m. is

rescheduled to **July 30, 2026, at 10:00 a.m. in Winston-Salem,**

**Courtroom # 2.**

<pre>                                  /s/   Thomas D. Schroeder
July 13, 2026                  United States District Judge</pre>

Case 1:22-cv-00828-TDS-JEP    Document 538    Filed 07/13/26    Page 2 of 2