# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
### WINSTON-SALEM DIVISION

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN,<br><br>       Plaintiffs,<br>   v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC,<br><br>   and<br><br>CORTEVA, INC.,<br><br>       Defendants. | Case No. 1:22-cv-00828-TDS-JEP |

## JOINT MOTION TO STAY PROCEEDINGS AS TO CORTEVA AND FOR LEAVE TO SUBMIT DOCUMENTS FOR IN CAMERA INSPECTION

Defendant Corteva, Inc. and Plaintiffs the Federal Trade Commission and the States of California, Colorado, Illinois, Indiana, Iowa, Minnesota, Nebraska, Oregon, Tennessee, Texas, Washington, and Wisconsin (collectively, the "Parties"), respectfully move to stay proceedings in the captioned action as to Corteva. In support of the Parties' joint motion to stay, Corteva seeks leave to submit to the Court in camera the Parties' binding settlement term sheet (the "Term Sheet"), and a proposed Stipulated Order for Injunctive and Other Relief between Plaintiffs and

1

Corteva (the "Consent Decree"), which is incorporated therein by reference. In further support of their joint motion to stay, the Parties state as follows:

The Parties have reached an agreement to resolve the claims before the Court in this matter as to Corteva, in the form of the Consent Decree. However, the Consent Decree remains subject to the finalization of an appendix before it can be submitted for entry by the Court. (See Earnhardt Decl. ¶ 4). The Term Sheet contains a schedule for finalizing that appendix, culminating with the Parties filing the proposed final Consent Decree with the Court on or before September 25, 2026. (Id.)

The entry of the Consent Decree will resolve this action in its entirety as to Corteva, and will moot Corteva's motion for summary judgment (D.E. 378), Corteva's jury demand (and Plaintiffs' associated motion to strike) (D.E. 176, 189), and Plaintiffs' motion to set a trial date as to Corteva (D.E. 524). Accordingly, the Parties submit that the proceedings should be stayed with respect to Corteva because the Parties have agreed to settle subject only to finalizing definitive documentation, and further litigation between the Parties could disrupt that process. In particular, the Parties ask that the upcoming motions hearing scheduled for July 30, 2026, at 10:00 A.M. be adjourned as to Corteva.

Corteva seeks leave to provide the Term Sheet and Consent Decree to the Court in camera for the limited purpose of demonstrating the Parties' agreement and that the Parties are proceeding in good faith, and to support the Parties' request to

2

stay proceedings as to Corteva while the remaining settlement steps are completed. Plaintiffs do not oppose Corteva's request. Corteva submits that <u>in camera</u> review is appropriate here because the Term Sheet and Consent Decree are being offered only to inform the Court's management of the case and not to adjudicate issues in dispute. <u>In re U.S. for an Order Pursuant to 18 U.S.C. § 2703(d)</u>, 707 F.3d 283, 290 (4th Cir. 2013). <u>In camera</u> submission will also minimize the number of sealed filings in this case. <u>In camera</u> submission does not deprive the public of information necessary to understand the relief currently requested, because this Motion and the accompanying Earnhardt Declaration disclose the basis for the Parties' motion to stay. By contrast, publicly docketing the Term Sheet and current Consent Decree would make public settlement terms that the Parties have not yet finalized and that the Court is not being asked to enter at this time.

WHEREFORE, the Parties seek a stay of all proceedings as to Corteva until September 25, 2026, and Corteva requests that the Court permit the Term Sheet and the Consent Decree to be submitted <u>in camera</u>.

Dated: July 27, 2026                    Respectfully submitted,

<u>/s/ Allyson M. Maltas</u>                    <u>/s/ Mark E. Anderson</u>

ALLYSON M. MALTAS                    **MCGUIREWOODS LLP**
Deputy Chief Trial Counsel           Mark E. Anderson (NC Bar No. 15764)
Federal Trade Commission             Armina A. Manning (NC Bar No. 60436)
Bureau of Competition                manderson@mcguirewoods.com
600 Pennsylvania Avenue, NW          aamanning@mcguirewoods.com
Washington, DC 20580                 501 Fayetteville Street, Suite 500
Telephone: (202) 326-3646            Raleigh, North Carolina 27601

3

Email: amaltas@ftc.gov
JOSEPH R. BAKER
WESLEY G. CARSON
ELIZABETH A. GILLEN
GEOFFREY M. GREEN
MICHAEL J. TURNER

*Attorneys for Federal Trade Commission*

/s/ Adam Carlis

ALEX KAPLAN
RYAN CAUGHEY
ADAM CARLIS
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Email: akaplan@susmangodfrey.com
Email: rcaughey@susmangodfrey.com
Email: acarlis@susmangodfrey.com

BETSY ARONSON
REBEKAH G. S. GREENE
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, New York 10001
Telephone: (212) 336-8330
Email: baronson@susmangodfrey.com
Email: rgreene@susmangodfrey.com

*Attorneys for the States of Illinois and Nebraska*

NICOLE S. GORDON
Deputy Attorney General
Office of the California Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94610
Telephone: (415) 510-4400
Email: nicole.gordon@doj.ca.gov

Telephone: (919) 755-6600
Fax: (919) 755-6699

**CRAVATH, SWAINE & MOORE LLP**
Wes Earnhardt*
Jesse Weiss*
Margaret T. Segall*
Two Manhattan West
375 Ninth Ave
New York, New York 10001
Telephone: (212) 474-1000
Fax: (212) 474-3700
wearnhardt@cravath.com
jweiss@cravath.com
msegall@cravath.com

**BALLARD SPAHR LLP**
Jason A. Leckerman*
Emilia McKee Vassallo*
Thomas W. Hazlett*
Elizabeth P. Weissert*
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 665-8500
Fax: (215) 864-8999
LeckermanJ@ballardspahr.com
McKeeVassalloE@ballardspahr.com
HazlettT@ballardspahr.com
WeissertE@ballardspahr.com

*Specially appearing under L.R. 83.1(d)

*Attorneys for Defendant Corteva, Inc.*

4

*Attorney for the State of California*

ARIC J. SMITH
CONOR J. MAY
Assistant Attorneys General
Colorado Department of Law
Office of the Attorney General
Ralph L. Carr Judicial Center
1300 Broadway, 9th Floor
Denver, CO 80203
Telephone: (720) 508-6000
Email: Aric.Smith@coag.gov
Conor.May@coag.gov

*Attorneys for the State of Colorado*

PAUL J. HARPER
Assistant Attorney General, Antitrust
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, IL 60603
Telephone: (312) 814-3000
Email: paul.harper@ilag.gov

*Attorney for the State of Illinois*

JENNIFER LINSEY
CHRISTI FOUST
JESSE MOORE
Deputy Attorneys General
SCOTT BARNHART
Chief Counsel and Director of Consumer
Protection
Office of the Indiana Attorney General
Indiana Government Center South, 5th
Fl.
302 W. Washington Street
Indianapolis, IN 46204-2770
Telephone: (463) 261-7401
Email: jennifer.linsey@atg.in.gov
christi.foust@atg.in.gov

5

jesse.moore@atg.in.gov
scott.barnhart@atg.in.gov

*Attorneys for the State of Indiana*

NOAH GOERLITZ
Assistant Attorney General
Office of the Iowa Attorney General
1305 E. Walnut St.
Des Moines, IA 50319
Telephone: (515) 725-1018
Email: noah.goerlitz@ag.iowa.gov

*Attorney for the State of Iowa*

KATHERINE MOERKE
JASON PLEGGENKUHLE
ELIZABETH ODETTE
Assistant Attorneys General
Office of the Minnesota Attorney
General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Telephone: (651) 296-3353
Email:
katherine.moerke@ag.state.mn.us
jason.pleggenkuhle@ag.state.mn.us
elizabeth.odette@ag.state.mn.us

*Attorneys for the State of Minnesota*

RACHEL K. SOWRAY
Senior Assistant Attorney General
Economic Justice Section
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 689-0249
Email: Rachel.Sowray@doj.oregon.gov

*Attorney for the State of Oregon*

JUSTIN MCCULLY
ERIK W. FERN
Office of the Attorney General of
Nebraska
2115 State Capitol Building
Lincoln, NE 68509
Telephone: (402) 471-9305
Email: Justin.McCully@nebraska.gov
Email: erik.fern@nebraska.gov

*Attorneys for the State of Nebraska*
HAMILTON MILLWEE
Assistant Attorney General
Office of the Attorney General of
Tennessee
P.O. Box 20207
Nashville, TN 37202
Telephone: (615) 291-5922
Email: Hamilton.Millwee@ag.tn.gov

*Attorney for the State of Tennessee*

LUMINITA NODIT
Assistant Attorney General,
Antitrust Division
Washington State Office
of the Attorney General
800 Fifth Ave., Suite 2000
Seattle, WA 98104
Telephone: (206) 254-0568
Email: Lumi.Nodit@atg.wa.gov

*Attorney for the State of Washington*

CAITLIN M. MADDEN
LAURA E. MCFARLANE
Assistant Attorneys General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 267-1311
Email: maddencm@doj.state.wi.us

7

Case 1:22-cv-00828-TDS-JEP    Document 540    Filed 07/27/26    Page 7 of 8

*Attorneys for the State of Wisconsin*

Austin Kinghorn
Deputy Attorney General for Civil
Litigation
WILLIAM SHIEBER
Senior Staff Attorney, Antitrust Division
PAIGE ETHERINGTON
Assistant Attorney General
Office of the Attorney General of Texas
300 West 15th Street, 7th Floor
Austin, TX 78701
Telephone: (512) 463-1710
Email: William.Shieber@oag.texas.gov
*Attorneys for the State of Texas*

8