# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN, <br><br> Plaintiffs, <br><br> v. <br><br> SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, <br><br> and <br><br> CORTEVA, INC., <br><br> Defendants. | Case No. 1:22-cv-00828-TDS-JEP |

## DECLARATION OF J. WESLEY EARNHARDT IN SUPPORT OF THE PARTIES' MOTION TO STAY PROCEEDINGS AS TO CORTEVA FOR LEAVE TO SUBMIT DOCUMENTS FOR IN CAMERA INSPECTION

I, J. WESLEY EARNHARDT, declare:

1. I am a Partner at the law firm Cravath, Swaine & Moore LLP, counsel of record for Defendant Corteva, Inc. ("Corteva")

2. I am a member in good standing of the bar of the State of New York. I respectfully submit this declaration in support of Defendant Corteva's Motion to Stay Proceedings Pending Settlement and for Leave to Submit Documents for In Camera Inspection. I have personal knowledge of the facts set forth herein.

3. The parties to this litigation have been engaged in extensive, good-faith settlement negotiations over a period of several months. These negotiations have been conducted as part of the mediation process before court-appointed mediator Jim D. Cooley.

4. As a result of these negotiations, the parties have reached agreement in principle on the material terms of a proposed consent decree that would resolve the claims in this action. The parties have memorialized their agreement in a binding Term Sheet (the "Term Sheet"), and an accompanying Stipulated Order for Injunctive and Other Relief ("Consent Decree"). The Parties continue to negotiate an appendix to the Consent Decree pursuant to the schedule and procedures set out in the Term Sheet. The schedule negotiated by the parties provides that the final Consent Decree will be filed with the Court on or before September 25, 2026.

5. The Term Sheet and Consent Decree contain competitively sensitive business information, including proposed monetary and behavioral remedies, the premature disclosure of which would cause competitive harm to Corteva.

6. The Parties provide the Court with the Term Sheet and Consent Decree for the limited purpose of demonstrating the good faith and advanced status of the parties' settlement negotiations and the likelihood that a final resolution will be achieved within a reasonable period of time. The Term Sheet and Consent Decree are not submitted for any adjudicatory purpose.

7. I declare under penalty of perjury that the foregoing is true and correct.

2

Date: July 27, 2026                    /s/ Wes Earnhardt

CRAVATH, SWAINE & MOORE LLP
Wes Earnhardt
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
(212) 474-3700 (fax)
wearnhardt@cravath.com

*Attorney for Defendant Corteva*

3