<table>
<tr><td><b>UNITED STATES DISTRICT COURT<br>MIDDLE DISTRICT OF NORTH CAROLINA</b></td><td>Case No. _____</td></tr>
</table>

| | |
|---|---|
| Name of Plaintiff(s):<br><br>_____<br>**VERSUS**<br>Name of Defendant(s):<br><br>_____ | **REPORT<br>OF<br>MEDIATOR**<br><br>(*For Placement on the<br>CM/ECF Docket*) |
| Mediator Name: | |
| Telephone No.: | ☐ This is an **Interim Report.** A final report is to be filed |
| E-Mail Address: | after resumption of the mediation |

1. **Convening of Mediation.** The mediated settlement conference ordered in this case:

☐ was held on _____ (date)

☐ was NOT held because _____

**2. Attendance**

☐ No Objection was made on the grounds that any required attendee was absent.

☐ Objection was made by _____

**3. Outcome**

☐ Complete settlement of the case

☐ Conditional settlement or other disposition

☐ Partial settlement of the case

☐ Recess (i.e., mediation to be resumed at a later date)

☐ Impasse

☐ Additional Information: _____

**4. Settlement Filings**

a) The document(s) to be filed to effort the settlement are _____
_____

b) The person responsible for filing the document(s) is _____

c) The agreed deadline for filing the document(s) is _____

**Submission of Report.** Please submit the completed and signed report by mail of Clerk of Court, 324 W. Market St., Greensboro, NC 27401, or, if Consent to Transfer Documents Electronically Form has been submitted, submit the signed to medclerk@ncmd.uscourts.gov.

**I have submitted this completed report with ten (10) days after conclusion of the conference.**

_____     _____
Mediator Signature                        Date

**RECEIVED**
*By Melisa Bond at 1:59 pm, Jul 27, 2026*

# Melisa Bond

| | |
|---|---|
| **From:** | Cooley, Jim <Jim.Cooley.Retired@wbd-us.com> |
| **Sent:** | Monday, July 27, 2026 1:15 PM |
| **To:** | medclerk |
| **Cc:** | Gillen, Elizabeth A.; Adam Carlis; Noah Goerlitz; Wes Earnhardt |
| **Subject:** | Federal Trade Commission, et al v. Syngenta, et al., 1:22-cv-0028-TDS-JEP |
| **Attachments:** | 2026.07.23 FTC Cooley Final Report.pdf |

==CAUTION - EXTERNAL:==

Attention: Melisa Bond

Attached is my Final Report of Mediator in connection with mediation between the Government Plaintiffs and the Defendant Corteva only. A binding settlement term sheet was filed with the Court earlier today.

You will note that the attached Report is undated and unsigned. I am currently traveling overseas, and I have experienced some technical difficulties in signing and dating. Would you please note that the Report should be dated today, July 27, 2026, and that I have authorized that it be signed. If there is a problem, please notify me and I will see to signing and filing tomorrow.

Jim Cooley

**Jim Cooley**
Retired Partner
Womble Bond Dickinson (US) LLP

**d:** 704-331-4908
**m:** 704-231-6211
**e:** Jim.Cooley.Retired@wbd-us.com

One Wells Fargo Center
Suite 3500
301 South College Street
Charlotte, NC 28202-6037



**womblebonddickinson.com**
 

This email is sent for and on behalf of Womble Bond Dickinson (US) LLP. Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.

==**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.==