**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**WINSTON-SALEM DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN, Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC,<br><br>and<br><br>CORTEVA, INC., Defendants. | Case No. 1:22-cv-00828-TDS-JEP<br><br>**JOINT MOTION FOR ENTRY OF STIPULATED ORDER FOR INJUNCTIVE AND OTHER RELIEF AS TO CORTEVA**<br><br>**[REDACTED PUBLIC DOCUMENT]** |

Plaintiffs the Federal Trade Commission and the states of California, Colorado, Illinois, Indiana, Iowa, Minnesota, Nebraska, Oregon, Tennessee, Texas, Washington, and Wisconsin (collectively, "Plaintiffs"), acting by and through their respective Attorneys General, and defendant Corteva, Inc. ("Corteva," and together with Plaintiffs, the "Parties"), by and through its undersigned counsel, jointly move this Court for entry of the attached Stipulated Order for Injunctive and Other Relief ("Corteva Consent Decree") reached through settlement negotiations between the Parties, which would resolve this case as to Corteva. In support of this motion, the Parties state as follows:

1. On September 29, 2022, Plaintiffs the Federal Trade Commission and the States of California, Colorado, Illinois, Indiana, Iowa, Minnesota, Nebraska, Oregon, Texas, and Wisconsin filed the initial Complaint in this action, alleging that loyalty programs implemented by pesticide manufacturers Corteva and Syngenta violated federal and state laws by foreclosing generic pesticide manufacturers from access to distribution, enabling defendants to maintain monopoly power in the relevant markets alleged. Doc. 1. On December 23, 2022, all Plaintiffs filed an Amended Complaint containing the same allegations. Doc. 79. Fact discovery closed on July 22, 2025, and expert discovery closed on November 21, 2025. Doc. 315. Corteva and Syngenta each filed motions for summary judgment. Summary judgment briefing was completed on March 20, 2026. In a July 28, 2026, Text Order, the court granted a Joint Motion for Stay filed by Plaintiffs and Corteva, Doc 540, staying the litigation as to Corteva until September 25, 2026, and ordering Corteva to file its proposed Corteva Consent Decree by September 25, 2026.[1]

2. The Corteva Consent Decree has been signed by Corteva and its counsel. The Corteva Consent Decree also has been approved by each Plaintiff and signed by each Plaintiff's respective counsel.

3. Entry of the Corteva Consent Decree would resolve this matter in full as to Corteva, except that the Court would retain jurisdiction for purposes of construction, modification, and enforcement of the Corteva Consent Decree.

[1] Oral argument as to Syngenta's summary judgment motion was held on July 30, 2026.

Based on the foregoing, the Parties respectfully request that the Court enter the Corteva Consent Decree.

Dated: September 25, 2026

Respectfully submitted,


*/s/ Allyson M. Maltas*

ALLYSON M. MALTAS
JOSEPH R. BAKER
WESLEY G. CARSON
ELIZABETH A. GILLEN
GEOFFREY M. GREEN
MICHAEL J. TURNER
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-3646
Email: amaltas@ftc.gov

*Attorneys for Federal Trade Commission*

*/s/ Adam Carlis*

ALEX KAPLAN
RYAN CAUGHEY
ADAM CARLIS
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Email: akaplan@susmangodfrey.com
Email: rcaughey@susmangodfrey.com
Email: acarlis@susmangodfrey.com

BETSY ARONSON
REBEKAH G. S. GREENE
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, New York 10001
Telephone: (212) 336-8330
Email: baronson@susmangodfrey.com
Email: rgreene@susmangodfrey.com

*/s/ Mark E. Anderson*

**MCGUIREWOODS LLP**
Mark E. Anderson (NC Bar No. 15764)
Armina A. Manning (NC Bar No. 60436)
manderson@mcguirewoods.com
aamanning@mcguirewoods.com
501 Fayetteville Street, Suite 500
Raleigh, North Carolina 27601
Telephone: (919) 755-6600
Fax: (919) 755-6699

**CRAVATH, SWAINE & MOORE LLP**
Wes Earnhardt*
Jesse Weiss*
Margaret T. Segall*
Two Manhattan West
375 Ninth Ave
New York, New York 10001
Telephone: (212) 474-1000
Fax: (212) 474-3700
wearnhardt@cravath.com
jweiss@cravath.com
msegall@cravath.com

**BALLARD SPAHR LLP**
Jason A. Leckerman*
Emilia McKee Vassallo*
Thomas W. Hazlett*
Elizabeth P. Weissert*
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 665-8500
Fax: (215) 864-8999
LeckermanJ@ballardspahr.com
McKeeVassalloE@ballardspahr.com
HazlettT@ballardspahr.com
WeissertE@ballardspahr.com


*Specially appearing under L.R. 83.1(d)

*Attorneys for the States of Illinois and Nebraska*

*Attorneys for Defendant Corteva, Inc.*

NICOLE S. GORDON
Deputy Attorney General
Office of the California Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94610
Telephone: (415) 510-4400
Email: nicole.gordon@doj.ca.gov

*Attorney for the State of California*

ARIC J. SMITH
CONOR J. MAY
Assistant Attorneys General
Colorado Department of Law
Office of the Attorney General
Ralph L. Carr Judicial Center
1300 Broadway, 9th Floor
Denver, CO 80203
Telephone: (720) 508-6000
Email: Aric.Smith@coag.gov
Conor.May@coag.gov

*Attorneys for the State of Colorado*

PAUL J. HARPER
Assistant Attorney General, Antitrust
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, IL 60603
Telephone: (312) 814-3000
Email: paul.harper@ilag.gov

*Attorney for the State of Illinois*

JENNIFER LINSEY
CHRISTI FOUST
Deputy Attorneys General
SCOTT BARNHART
Chief Counsel and Director of Consumer Protection
Office of the Indiana Attorney General
Indiana Government Center South, 5th Fl.
302 W. Washington Street
Indianapolis, IN 46204-2770
Telephone: (463) 261-7401
Email: jennifer.linsey@atg.in.gov
christi.foust@atg.in.gov
scott.barnhart@atg.in.gov

*Attorneys for the State of Indiana*

NOAH GOERLITZ
Assistant Attorney General
Office of the Iowa Attorney General
1305 E. Walnut St.
Des Moines, IA 50319
Telephone: (515) 725-1018
Email: noah.goerlitz@ag.iowa.gov

*Attorney for the State of Iowa*

KATHERINE MOERKE
JASON PLEGGENKUHLE
ELIZABETH ODETTE
Assistant Attorneys General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Telephone: (651) 296-3353
Email:
katherine.moerke@ag.state.mn.us
jason.pleggenkuhle@ag.state.mn.us
elizabeth.odette@ag.state.mn.us

*Attorneys for the State of Minnesota*

RACHEL K. SOWRAY
Senior Assistant Attorney General
Economic Justice Section
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 689-0249
Email: Rachel.Sowray@doj.oregon.gov

*Attorney for the State of Oregon*

JUSTIN MCCULLY
ERIK W. FERN
Office of the Attorney General of
Nebraska
2115 State Capitol Building
Lincoln, NE 68509
Telephone: (402) 471-9305
Email: Justin.McCully@nebraska.gov
Email: erik.fern@nebraska.gov

*Attorneys for the State of Nebraska*

HAMILTON MILLWEE
Assistant Attorney General
Office of the Attorney General of
Tennessee
P.O. Box 20207
Nashville, TN 37202
Telephone: (615) 291-5922
Email: Hamilton.Millwee@ag.tn.gov

*Attorney for the State of Tennessee*

LUMINITA NODIT
Assistant Attorney General,
Antitrust Division
Washington State Office
of the Attorney General
800 Fifth Ave., Suite 2000
Seattle, WA 98104
Telephone: (206) 254-0568
Email: Lumi.Nodit@atg.wa.gov

*Attorney for the State of Washington*

CAITLIN M. MADDEN
LAURA E. MCFARLANE
Assistant Attorneys General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 267-1311
Email: maddencm@doj.state.wi.us

*Attorneys for the State of Wisconsin*

WILLIAM SHIEBER
Senior Staff Attorney, Antitrust Division
Office of the Attorney General of Texas
300 West 15th Street, 7th Floor
Austin, TX 78701
Telephone: (512) 463-1710
Email: William.Shieber@oag.texas.gov

*Attorney for the State of Texas*

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2026, I caused to be served upon all counsel of record via CM/ECF Joint Motion for Entry of Stipulated Order for Injunctive and Other Relief as to Corteva.

Dated: September 25, 2026

*/s/ Mark E. Anderson*
Mark E. Anderson