IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN,<br><br>Plaintiffs,<br>v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC,<br><br>and<br>CORTEVA, INC.,<br><br>Defendants. | 1:22-cv-00828 |

**ORDER**

Before the court are two submissions of the parties' Joint Motion for Entry of Stipulated Order for Injunctive and Other Relief as to Corteva. (Doc. 544.) The motion was filed under seal and included as its Exhibit 1 docket entry 544-1, an unredacted version of the parties' proposed Stipulated Order for Injunctive and Other Relief. The motion was also filed publicly (Doc. 545), with its Exhibit 1 (Doc. 545-1) reflecting a redacted version of the same Stipulated Order for Injunctive and Other Relief.

Upon consideration and for good cause shown, the court hereby GRANTS both motions (Docs. 544, 545). By separate order, the court is also granting Corteva's Unopposed Motion to Seal Appendices C & D to the Consent Decree. (Doc. 546.) Accordingly,

IT IS HEREBY ORDERED as follows:

1. The Stipulated Order for Injunctive and Other Relief shall be ENTERED under seal without redactions.
2. A redacted version of the Stipulated Order for Injunctive and Other Relief shall be ENTERED on the public docket.
3. The court shall retain jurisdiction over this matter for purposes of construction, modification, and enforcement of the Stipulated Order for Injunctive and Other Relief.

/s/ Thomas D. Schroeder
United States District Judge

November 13, 2026