**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**WINSTON-SALEM DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN,<br><br>Plaintiffs,<br>v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC,<br><br>and<br><br>CORTEVA, INC.,<br><br>Defendants. | Case No. 1:22-cv-00828-TDS-JEP<br><br>**[PROPOSED] ORDER AMENDING SCHEDULING ORDER AND SETTING TRIAL DATE** |

Upon consideration of Plaintiffs' Motion to Amend Scheduling Order and Set a Trial Date, it is hereby ORDERED that the Motion is GRANTED. The Court orders as follows:

A bench trial will begin on ______ with an estimated length of 60 hours. The Scheduling Orders (Doc. 195, 315) are amended as follows to include the following deadlines for pretrial filings:

| **Date** | **Event** |
|---|---|
| 35 Days [5 weeks] before Trial | Each Party to file motions *in limine.* |
| 21 Days [3 weeks] before Trial | • Parties to file trial briefs.<br>• Parties to submit to the Court:<br>o a list of witnesses that each Party may call to testify at trial other than solely for impeachment or rebuttal with a brief statement describing the general subject matter of the testimony to be given, and whether the Party intends to call the witness live or by deposition designation;<br>o lists of each Party's trial exhibits other than solely for impeachment or rebuttal and any outstanding objections following meet and confer;<br>o the Parties' deposition designations and any outstanding objections to designations following meet and confer;<br>o identification of any witness testimony or trial exhibits a Party wishes to have sealed at trial. |
| 21 Days [3 weeks] before Trial | Each Party to file oppositions to motions *in limine.* |
| 7 days [1 week] before Trial | Final pretrial conference, at which argument on motions in limine, sealing motions, and evidentiary objections could occur, if needed. |
| [February 22, 2027 or as soon thereafter as is convenient to the Court] | Bench trial to commence (estimated length of 60 hours) |
| 30 days after conclusion of Trial | Parties to file proposed findings of fact and conclusions of law. |

**IT IS SO ORDERED.**

Dated: ____________________ ________________________________

United States District Judge