**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**WINSTON-SALEM DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MINNESOTA, STATE OF NEBRASKA, STATE OF OREGON, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON, and STATE OF WISCONSIN,<br><br>Plaintiffs,<br>v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC,<br><br>and<br><br>CORTEVA, INC.,<br><br>Defendants. | Case No. 1:22-cv-00828-TDS-JEP<br><br>**PLAINTIFFS' BRIEF IN SUPPORT OF THEIR MOTION TO AMEND SCHEDULING ORDER AND SET TRIAL DATE** |

Plaintiffs the Federal Trade Commission and the States of California, Colorado, Illinois, Indiana, Iowa, Minnesota, Nebraska, Oregon, Tennessee, Texas, Washington, and Wisconsin (together, "Plaintiffs") respectfully move the Court for an order amending the scheduling order in this case, setting a bench trial on Judge Thomas D. Schroeder's trial calendar with an estimated length of 60 hours beginning the week of February 22, 2027 or on the earliest date thereafter convenient to the Court, and setting deadlines for key pretrial filings.

## BACKGROUND

The Court's April 25, 2024 Case Management Order (Doc. 195) and March 13, 2025 Order Modifying the Discovery Schedule (Doc. 315) set forth the schedule for this litigation through the briefing of summary judgment and Rule 702 motions. The Parties have proceeded pursuant to that schedule. In a July 9, 2026 Order, the Court stated it would "address the question of a trial date no sooner than following the hearing on the pending motions, and more likely after their resolution, so that the court can better assess the status of the claims and need for trial time." Doc. 537. On October 22, 2026, the Court denied Syngenta's Motion for Summary Judgment. Doc. 550.

Since that time, the Parties have met and conferred three times via videoconference and exchanged ample written correspondence in an attempt to arrive at a joint proposal for the Court's consideration regarding the timing of trial and the schedule for the exchange and submission of pretrial materials. The Parties are at impasse with respect to certain gating issues regarding these matters and, in Plaintiffs' view, would benefit from the Court setting set a date certain for trial and for key pretrial filings.

## ARGUMENT

Plaintiffs seek a trial date of February 22, 2027, or the earliest date thereafter convenient to the Court. As explained in our prior filings, Plaintiffs seek the earliest reasonable and available trial date to advance the public interest and obtain prompt relief from ongoing anticompetitive conduct affecting American farmers. This case is ready for trial—the parties have completed all discovery, Defendant Corteva has settled Plaintiffs' claims and agreed to cease the conduct challenged in this case, and this Court denied

Syngenta's Motion for Summary Judgment in its entirety last month. Doc. 550 (Memorandum Opinion and Order).

Syngenta proposes to wait until on or after May 17, 2027 to begin trial due to the schedules of its counsel and paid experts, but Syngenta has not identified for Plaintiffs what, if any, specific trial settings would prevent the Court from setting a trial date of February 22, 2027, or as soon as possible thereafter. At present, Syngenta has disclosed that its counsel has a trial set for January (which should pose no conflict with Plaintiffs' proposed trial dates) and that one of its experts has a trial starting in mid-April (which poses only a potential conflict with a trial setting after February 22).

Plaintiffs believe that 60 hours is a realistic estimate for the total length of the trial. On November 23, 2026, Syngenta communicated that it estimates a trial length of 75 hours.

Plaintiffs further propose the following deadlines for pretrial filings, and understand that Syngenta agrees to these dates with the exception of the trial commencement date (as set out above), and the deadline for post-trial findings of fact and conclusions of law, which Syngenta proposes be filed 60 days after trial:

| **Plaintiffs' Proposed Date** | **Event** |
|---|---|
| 35 Days [5 weeks] before Trial | Each Party to file motions *in limine.* |
| 21 Days [3 weeks] before Trial | • Parties to file trial briefs.<br>• Parties to submit to the Court:<br>  ○ a list of witnesses that each Party may call to testify at trial other than solely for impeachment or rebuttal with a brief statement describing the general subject matter of the testimony to be given, and |

| **Plaintiffs' Proposed Date** | **Event** |
|---|---|
| | whether the Party intends to call the witness live or by deposition designation;<br>○ lists of each Party's trial exhibits other than solely for impeachment or rebuttal and any outstanding objections following meet and confer;<br>○ the Parties' deposition designations and any outstanding objections to designations following meet and confer;<br>○ identification of any witness testimony or trial exhibits a Party wishes to have sealed at trial. |
| 21 Days [3 weeks] before Trial | Each Party to file oppositions to motions *in limine.* |
| 7 days [1 week] before Trial | Final pretrial conference, at which argument on motions in limine, sealing motions, and evidentiary objections could occur, if needed. |
| February 22, 2027, or as soon thereafter as is convenient to the Court | Bench trial to commence (estimated length of 60 hours) |
| 30 days after conclusion of Trial | Parties to file proposed findings of fact and conclusions of law. |

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court grant Plaintiffs' Motion to Amend the Scheduling Order and Set a Trial Date.

Dated: November 23, 2026

Respectfully submitted,

*/s/ Allyson M. Maltas*

ALLYSON M. MALTAS
Deputy Chief Trial Counsel
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-3646
Email: amaltas@ftc.gov

JOSEPH R. BAKER
WESLEY G. CARSON
ELIZABETH A. GILLEN
MICHAEL J. TURNER

*Attorneys for Plaintiff Federal Trade Commission*

*/s/ Nicole S. Gordon*

NICOLE S. GORDON
Deputy Attorney General
Office of the California Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94610
Telephone: (415) 510-4400
Email: nicole.gordon@doj.ca.gov

*Attorney for Plaintiff State of California*

*/s/ Conor J. May*

ARIC J. SMITH
CONOR J. MAY
Assistant Attorneys General
Colorado Department of Law
Office of the Attorney General
Ralph L. Carr Judicial Center
1300 Broadway, 9th Floor
Denver, CO 80203
Telephone: (720) 508-6000
Email: Aric.Smith@coag.gov
Conor.May@coag.gov

*Attorneys for Plaintiff State of Colorado*

*/s/ Paul J. Harper*
PAUL J. HARPER
Assistant Attorney General, Antitrust
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, IL 60603
Telephone: (312) 814-3000
Email: paul.harper@ilag.gov

RYAN CAUGHEY
ADAM CARLIS
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Email: rcaughey@susmangodfrey.com
acarlis@susmangodfrey.com

BETSY ARONSON
REBEKAH G.S. GREENE
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, New York 10001
Telephone: (212) 336-8330
Email: baronson@susmangodfrey.com
rgreene@susmangodfrey.com

*Attorneys for Plaintiff State of Illinois*

*/s/ Noah Goerlitz*
NOAH GOERLITZ
Assistant Attorney General
Office of the Iowa Attorney General
1305 E. Walnut St.
Des Moines, IA 50319
Telephone: (515) 725-1018
Email: noah.goerlitz@ag.iowa.gov

*Attorney for Plaintiff State of Iowa*

*/s/ Jennifer Linsey*
JENNIFER LINSEY
CHRISTI FOUST
Deputy Attorneys General
SCOTT BARNHART
Chief Counsel and Director of Consumer Protection
Office of the Indiana Attorney General
Indiana Government Center South 5th Fl.
302 W. Washington Street
Indianapolis, IN 46204-2770
Telephone: (463) 261-7401
Email: jennifer.linsey@atg.in.gov
christi.foust@atg.in.gov
scott.barnhart@atg.in.gov

*Attorneys for Plaintiff State of Indiana*

*/s/ Katherine Moerke*
KATHERINE MOERKE
ELIZABETH ODETTE
Assistant Attorneys General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Telephone: (651) 296-3353
Email: katherine.moerke@ag.state.mn.us
elizabeth.odette@ag.state.mn.us

*Attorneys for Plaintiff State of Minnesota*

*/s/ Justin McCully*
JUSTIN MCCULLY
Assistant Attorney General
Office of the Attorney General of Nebraska
2115 State Capitol Building
Lincoln, NE 68509
Telephone: (402) 471-9305
Email: Justin.McCully@nebraska.gov

RYAN CAUGHEY
ADAM CARLIS
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Email: rcaughey@susmangodfrey.com
acarlis@susmangodfrey.com

BETSY ARONSON
REBEKAH G.S. GREENE
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, New York 10001
Telephone: (212) 336-8330
Email: baronson@susmangodfrey.com
rgreene@susmangodfrey.com

*Attorneys for Plaintiff State of Nebraska*

*/s/ Rachel K. Sowray*
RACHEL K. SOWRAY
Senior Assistant Attorney General
Economic Justice Section
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (503) 689-0249
Email: Rachel.Sowray@doj.oregon.gov
*Attorney for Plaintiff State of Oregon*

*/s/ William Shieber*
Austin Kinghorn
Deputy Attorney General for Civil Litigation
WILLIAM SHIEBER
Senior Staff Attorney, Antitrust Division
KAY DANNENMAIER
Assistant Attorney General
Office of the Attorney General of Texas
300 West 15th Street, 7th Floor
Austin, TX 78701
Telephone: (512) 463-1710
Email: William.Shieber@oag.texas.gov
Kay.Dannenmaier@oag.texas.gov

*Attorneys for Plaintiff State of Texas*

*/s/ Hamilton Millwee*
HAMILTON MILLWEE
Assistant Attorney General
Office of the Attorney General of Tennessee
P.O. Box 20207
Nashville, TN 37202
Telephone: (615) 291-5922
Email: Hamilton.Millwee@ag.tn.gov

*Attorneys for Plaintiff State of Tennessee*

*/s/ Luminita Nodit*
LUMINITA NODIT
Assistant Attorney General,
Antitrust Division
Washington State Office
of the Attorney General
800 Fifth Ave., Suite 2000
Seattle, WA 98104
Telephone: (206) 254-0568
Email: Lumi.Nodit@atg.wa.gov

*Attorney for Plaintiff State of Washington*

*/s/ Caitlin M. Madden*
CAITLIN M. MADDEN
LAURA E. MCFARLANE
Assistant Attorneys General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 267-1311
Email: caitlin.madden@wisdoj.gov

*Attorneys for Plaintiff State of Wisconsin*

**CERTIFICATE OF WORD COUNT**

I hereby certify that the foregoing brief complies with Local Rule 7.3(d) in that it contains fewer than 6,250 words, excluding the exempted portions, as reported by word processing software.

Dated: November 23, 2026

/s/ *Allyson M. Maltas*

ALLYSON M. MALTAS
Deputy Chief Trial Counsel
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-3646
Email: amaltas@ftc.gov